3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO: B-01-037 |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, INC. and TRANSAMERICA ASSURANCE COMPANY, | § § § § § | (State Court No.: 2001-02-590-A) |
| *Defendants.* | § § | |

## CONSENT TO REMOVAL

COMES NOW Defendant Tenet Healthcare, Ltd. d/b/a Brownsville Medical Center, erroneously named as Tenet Healthcare, Inc., and advises the Court that it consents to the removal of this case from the 107th Judicial District Court of Cameron County, Texas, where it was initially filed.

Respectfully submitted,

MICHAEL W. FOX
Attorney in Charge
State Bar No. 07335500
Southern District No. 10300
600 Congress Avenue, Suite 1600
Austin, Texas 78701
Telephone: (512) 867-8400
Telecopier: (512) 867-8470

Consent to Removal
A-110830.1

Page 1

OF COUNSEL
HAYNES AND BOONE, LLP
CHRIS SCHERER
State Bar No. 00794600
Southern District No. 19638
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205
Telephone:   (210) 978-7000
Telecopier:   (210) 978-7450

Attorneys for Defendant
BROWNSVILLE MEDICAL CENTER

## CERTIFICATE OF SERVICE

Based on the Federal Rules of Civil Procedure, a copy of this document has been served by

certified mail, return receipt requested, on March 7, 2001, upon the following:

Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538

Shayne D. Moses
CANTEY & HANGER, L.L.P.
801 Cherry St., Suite 2100
Fort Worth, Texas  76102

Eduardo Roberto Rodriguez
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren St.
Brownsville, Texas  78522

_____
Michael W. Fox