4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased, § § § § | | |
| *Plaintiff*, § § | | |
| v. § | CIVIL ACTION NO: B-01-037 | |
| § | | |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, INC. and TRANSAMERICA ASSURANCE COMPANY, § § § § § | | |
| *Defendants.* § § | | |

United States District Court
Southern District of Texas
FILED

MAR 2 1 2001

Michael N. Milby
Clerk of Court

**DEFENDANT BROWNSVILLE MEDICAL CENTER'S
DISCLOSURE OF INTERESTED PARTIES**

Defendant Tenet Healthcare, Ltd. d/b/a Brownsville Medical Center, erroneously named as Tenet Healthcare, Inc., as required by the court's order dated March 5, 2001, makes the following disclosure of interested parties:

1. Lifemark Hospitals, Inc.

2. American Medical (Central), Inc.

3. Tenet HealthSystem Medical, Inc.

4. Tenet HealthSystem Holdings, Inc.

5. <u>Tenet Healthcare Corporation</u>

S-103207.1

Respectfully submitted,

*Michael W. Fox By permission [signature]*

MICHAEL W. FOX
Attorney in Charge
State Bar No. 07335500
Southern District No. 10300
600 Congress Avenue, Suite 1600
Austin, Texas 78701
Telephone: (512) 867-8400
Telecopier: (512) 867-8470

OF COUNSEL
HAYNES AND BOONE, LLP
CHRIS A. SCHERER
State Bar No. 00794600
Southern District No. 19638
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205
Telephone:  (210) 978-7000
Telecopier:  (210) 978-7450

Attorneys for Defendant
BROWNSVILLE MEDICAL CENTER

- 3 -

## CERTIFICATE OF SERVICE

    Based on the Federal Rules of Civil Procedure, a copy of this document has been served by certified mail, return receipt requested, on March 20, 2001, upon the following:

Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538

Shayne D. Moses
CANTEY & HANGER, L.L.P.
801 Cherry St., Suite 2100
Fort Worth, Texas 76102

Eduardo Roberto Rodriguez
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren St.
Brownsville, Texas 78522

_____