5

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased, | § § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. B-01-037 |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, INC. and TRANSAMERICA ASSURANCE COMPANY, | § § § § § § | |
| Defendants. | § | |

**DEFENDANT TRANSAMERICA ASSURANCE COMPANY'S
CERTIFICATE LISTING INTERESTED PERSONS AND ENTITIES**

Transamerica Assurance Company ("Transamerica") identifies the following entities as being financially interested in the outcome of this litigation:

1. <u>AEGON N.V.</u>;

2. Transamerica Corporation; and

3. Subsidiaries and affiliates of the above which are listed on Exhibit A attached hereto and incorporated herein by reference.

Shayne D. Moses, Attorney in Charge
State Bar No. 14578980
Federal ID No. 15350
801 Cherry Street, Suite 2100
Fort Worth, Texas 76102
(817) 877-2800
(817) 877-2807 -- Fax
Of Counsel:
   CANTEY & HANGER, L.L.P.

Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal ID No. 1944
1201 E. Van Buren Street
P. O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170
Of Counsel:
    RODRIGUEZ, COLVIN & CHANEY, L.L.P.

ATTORNEYS FOR DEFENDANT,
TRANSAMERICA ASSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been mailed to counsel of record by certified mail, return receipt requested, on this the 19th day of March, 2001, addressed as follows:

Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538

Michael W. Fox
Haynes and Boone, LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701-3236

_____
Shayne D. Moses

# EXHIBIT A
# TO
# TRANSAMERICA ASSURANCE COMPANY'S
# CERTIFICATE LISTING INTERESTED PERSONS AND ENTITIES

## AEGON NV Subsidiaries:

| Name | Jurisdiction of Incorporation | Percent of Voting Securities Owned | Business |
|---|---|---|---|
| AEGON USA, Inc. | Iowa | 100% AEGON U.S. Holding Corporation | Holding company |
| RCC North America, Inc. | Delaware | 100% AEGON USA, Inc. | Real estate |
| Transamerica Holding Company | Delaware | 100% AEGON USA, Inc. | Holding Company |
| AEGON Funding Corp. | Delaware | 100% Transamerica Holding Company | Issue debt securities-net proceeds used to make loans to affiliates |
| First AUSA Life Insurance Company | Maryland | 100% Transamerica Holding Company | Insurance holding company |
| AUSA Life Insurance Company, Inc. | New York | 82.33% First AUSA Life Insurance Company 17.67% Veterans Life Insurance Company | Insurance |
| Life Investors Insurance Company of America | Iowa | 100% First AUSA Life Ins. Co. | Insurance |
| Life Investors Alliance, LLC | Delaware | 100% LIICA | Purchase, own, and hold the equity interest of other entities |
| Great American Insurance Agency, Inc. | Iowa | 100% LIICA | Marketing |
| Bankers United Life Assurance Company | Iowa | 100% Life Investors Ins. Company of America | Insurance |
| PFL Life Insurance Company | Iowa | 100% First AUSA Life Ins. Co. | Insurance |
| AEGON Financial Services Group, Inc. | Minnesota | 100% PFL Life Insurance Co. | Marketing |
| AEGON Assignment Corporation of Kentucky | Kentucky | 100% AEGON Financial Services Group, Inc. | Administrator of structured settlements |
| AEGON Assignment Corporation | Illinois | 100% AEGON Financial Services Group, Inc. | Administrator of structured settlements |

-1-

| | | | |
|---|---|---|---|
| Southwest Equity Life Ins. Co. | Arizona | 100% of Common Voting Stock First AUSA Life Ins. Co. | Insurance |
| Iowa Fidelity Life Insurance Co. | Arizona | 100% of Common Voting Stock First AUSA Life Ins. Co. | Insurance |
| Western Reserve Life Assurance Co. of Ohio | Ohio | 100% First AUSA Life Ins. Co. | Insurance |
| WRL Series Fund, Inc. | Maryland | Various | Mutual fund |
| WRL Investment Services, Inc. | Florida | 100% Western Reserve Life Assurance Co. of Ohio | Provides administration for affiliated mutual fund |
| WRL Investment Management, Inc. | Florida | 100% Western Reserve Life Assurance Co. of Ohio | Registered investment advisor |
| ISI Insurance Agency, Inc. And Subsidiaries | California | 100% Western Reserve Life Assurance Co. of Ohio | Insurance agency |
| ISI Insurance Agency of Alabama, Inc. | Alabama | 100% ISI Insurance Agency, Inc. | Insurance Agency |
| ISI Insurance Agency of Ohio, Inc. | Ohio | 100% ISI Insurance Agency, Inc. | Insurance agency |
| ISI Insurance Agency of Massachusetts, Inc. | Massachusetts | 100% ISI Insurance Agency Inc. | Insurance Agency |
| ISI Insurance Agency of Texas, Inc. | Texas | 100% ISI Insurance Agency, Inc. | Insurance agency |
| ISI Insurance Agency of Hawaii, Inc. | Hawaii | 100% ISI Insurance Agency, Inc. | Insurance agency |
| ISI Insurance Agency New Mexico, Inc. | New Mexico | 100% ISI Insurance Agency, Inc. | Insurance agency |
| AEGON Equity Group, Inc. | Florida | 100% Western Reserve Life Assurance Co. of Ohio | Insurance Agency |
| Monumental General Casualty Co. | Maryland | 100% First AUSA Life Ins. Co. | Insurance |
| United Financial Services, Inc. | Maryland | 100% First AUSA Life Ins. Co. | General agency |
| Bankers Financial Life Ins. Co. | Arizona | 100% First AUSA Life Ins. Co. | Insurance |
| The Whitestone Corporation | Maryland | 100% First AUSA Life Ins. Co. | Insurance agency |
| Cadet Holding Corp. | Iowa | 100% First AUSA Life Insurance Company | Holding company |

| | | | |
|---|---|---|---|
| Monumental General Life Insurance Company of Puerto Rico | Puerto Rico | 51% First AUSA Life Insurance Company 49% Baldrich & Associates of Puerto Rico | Insurance |
| AUSA Holding Company | Maryland | 100% Transamerica Holding Company | Holding company |
| Monumental General Insurance Group, Inc. | Maryland | 100% AUSA Holding Co. | Holding company |
| Trip Mate Insurance Agency, Inc. | Kansas | 100% Monumental General Insurance Group, Inc. | Sale/admin. of travel insurance |
| Monumental General Administrators, Inc. | Maryland | 100% Monumental General Insurance Group, Inc. | Provides management srvcs. to unaffiliated third party administrator |
| National Association Management And Consultant Services, Inc. | Maryland | 100% Monumental General Administrators, Inc. | Provides actuarial consulting services |
| Monumental General Mass Marketing, Inc. | Maryland | 100% Monumental General Insurance Group, Inc. | Marketing arm for sale of mass marketed insurance coverages |
| Transamerica Capital, Inc. | California | 100% AUSA Holding Co. | Broker/Dealer |
| Endeavor Management Company | California | 100% AUSA Holding Co. | Investment Management |
| Universal Benefits Corporation | Iowa | 100% AUSA Holding Co. | Third party administrator |
| Investors Warranty of America, Inc. | Iowa | 100% AUSA Holding Co. | Provider of automobile extended maintenance contracts |
| Massachusetts Fidelity Trust Co. | Iowa | 100% AUSA Holding Co. | Trust company |
| Money Services, Inc. | Delaware | 100% AUSA Holding Co. | Provides financial counseling for employees and agents of affiliated companies |
| ADB Corporation, L.L.C. | Delaware | 100% Money Services, Inc. | Special purpose limited Liability company |
| ORBA Insurance Services, Inc. | California | 26.91% Money Services, Inc. | Insurance agency |
| Great Companies L.L.C. | Iowa | 30% Money Services, Inc. | Markets & sells mutual funds & individually managed accounts |
| Roundit, Inc. | Maryland | 50% AUSA Holding Co. | Financial services |
| Zahorik Company, Inc. | California | 100% AUSA Holding Co. | Broker-Dealer |

| | | | |
|---|---|---|---|
| ZCI, Inc. | Alabama | 100% Zahorik Company, Inc. | Insurance agency |
| Zahorik Texas, Inc. | Texas | 100% Zahorik Company, Inc. | Insurance agency |
| Long, Miller & Associates, L.L.C. | California | 33-1/3% AUSA Holding Co. | Insurance agency |
| AEGON Asset Management Services, Inc. | Delaware | 100% AUSA Holding Co. | Registered investment advisor |
| Intersecurities, Inc. | Delaware | 100% AUSA Holding Co. | Broker-Dealer |
| Associated Mariner Financial Group, Inc. | Michigan | 100% Intersecurities, Inc. | Holding co./management services |
| Associated Mariner Ins. Agency of Massachusetts, Inc. | Massachusetts | 100% Associated Mariner Agency, Inc. | Insurance agency |
| Associated Mariner Agency Ohio, Inc. | Ohio | 100% Associated Mariner Agency, Inc. | Insurance agency |
| Associated Mariner Agency Texas, Inc. | Texas | 100% Associated Mariner Agency, Inc. | Insurance agency |
| PIA 2000-A, L.P. | Delaware | Intersecurities, Inc. is the General Partner | Private placement investment limited partnership |
| Idex Investor Services, Inc. | Florida | 100% AUSA Holding Co. | Shareholder services |
| Idex Management, Inc. | Delaware | 100% AUSA Holding Co. | Investment advisor |
| IDEX Mutual Funds | Massachusetts | Various | Mutual fund |
| Diversified Investment Advisors, Inc. | Delaware | 100% AUSA Holding Co. | Registered investment advisor |
| Diversified Investors Securities Corp. | Delaware | 100% Diversified Investment Advisors, Inc. | Broker-Dealer |
| George Beram & Company, Inc. | Massachusetts | 100% Diversified Investment Advisors, Inc. | Employee benefit and actuarial consulting |
| AEGON USA Securities, Inc. | Iowa | 100% AUSA Holding Co. | Broker-Dealer (De-registered) |
| Creditor Resources, Inc. | Michigan | 100% AUSA Holding Co. | Credit insurance |
| CRC Creditor Resources Canadian Dealer Network Inc. | Canada | 100% Creditor Resources, Inc. | Insurance agency |
| Premier Solutions Group, Inc. | Maryland | 100% Creditor Resources, Inc. | Insurance agency |
| AEGON USA Investment Management, Inc. | Iowa | 100% AUSA Holding Co. | Investment advisor |

| | | | |
|---|---|---|---|
| AEGON USA Realty Advisors, Inc. | Iowa | 100% AUSA Holding Co. | Provides real estate administrative and real estate investment services |
| AEGON USA Real Estate Services, Inc. | Delaware | 100% AEGON USA Realty Advisors, Inc. | Real estate and mortgage holding company |
| QSC Holding, Inc. | Delaware | 100% AEGON USA Realty Advisors, Inc. | Real estate and financial software production and sales |
| Landauer Associates, Inc. | Delaware | 100% AEGON USA Realty Advisors, Inc. | Real estate counseling |
| Landauer Realty Associates, Inc. | Texas | 100% Landauer Associates, Inc. | Real estate counseling |
| Realty Information Systems, Inc. | Iowa | 100% AEGON USA Realty Advisors, Inc. | Information Systems for real estate investment management |
| USP Real Estate Investment Trust | Iowa | 12.89% First AUSA Life Ins. Co. 13.11% PFL Life Ins. Co. 4.86% Bankers United Life Assurance Co. | Real estate investment trust |
| RCC Properties Limited Partnership | Iowa | AEGON USA Realty Advisors, Inc. is General Partner and 5% owner. | Limited Partnership |
| Commonwealth General Corporation ("CGC") | Delaware | 100% Transamerica Holding Company | Holding company |
| AFSG Securities Corporation | Pennsylvania | 100% CGC | Broker-Dealer |
| Benefit Plans, Inc. | Delaware | 100% CGC | TPA for Peoples Security Life Insurance Company |
| AEGON Alliances, Inc. | Virginia | 100% Benefit Plans, Inc. | General agent |
| Capital 200 Block Corporation | Delaware | 100% CGC | Real estate holdings |
| Commonwealth General. Assignment Corporation | Kentucky | 100% CGC | Administrator of structured settlements |
| AEGON Institutional Markets, Inc. | Delaware | 100% CGC | Provider of investment, marketing and admin. services to ins. cos. |
| Monumental Agency Group, Inc. | Kentucky | 100% CGC | Provider of srvcs. to ins. cos. |
| Ampac Insurance Agency, Inc. (EIN 23-1720755) | Pennsylvania | 100% CGC | Provider of management support services |
| Compass Rose Development Corporation | Pennsylvania | 100% Ampac Insurance Agency, Inc. | Special-purpose subsidiary |

| | | | |
|---|---|---|---|
| Financial Planning Services, Inc. | Dist. Columbia | 100% Ampac Insurance Agency, Inc. | Special-purpose subsidiary |
| Frazer Association Consultants, Inc. | Illinois | 100% Ampac Insurance Agency, Inc. | TPA license-holder |
| National Home Life Corporation | Pennsylvania | 100% Ampac Insurance Agency, Inc. | Special-purpose subsidiary |
| Valley Forge Associates, Inc. | Pennsylvania | 100% Ampac Insurance Agency, Inc. | Furniture & equipment lessor |
| Veterans Benefits Plans, Inc. | Pennsylvania | 100% Ampac Insurance Agency, Inc. | Administrator of group insurance programs |
| Veterans Insurance Services, Inc. | Delaware | 100% Ampac Insurance Agency, Inc. | Special-purpose subsidiary |
| Academy Insurance Group, Inc. | Delaware | 100% CGC | Holding company |
| Academy Life Insurance Co. | Missouri | 100% Academy Insurance Group, Inc. | Insurance company |
| Pension Life Insurance Company of America | New Jersey | 100% Academy Life Insurance Company | Insurance company |
| FED Financial, Inc. | Delaware | 100% Academy Insurance Group, Inc. | Special-purpose subsidiary |
| Ammest Development Corp. Inc. | Kansas | 100% Academy Insurance Group, Inc. | Special-purpose subsidiary |
| Ammest Insurance Agency, Inc. | California | 100% Academy Insurance Group, Inc. | General agent |
| Ammest Massachusetts Insurance Agency, Inc. | Massachusetts | 100% Academy Insurance Group, Inc. | Special-purpose subsidiary |
| Ammest Realty, Inc. | Pennsylvania | 100% Academy Insurance Group, Inc. | Special-purpose subsidiary |
| Ampac, Inc. | Texas | 100% Academy Insurance Group, Inc. | Managing general agent |
| Ampac Insurance Agency, Inc. (EIN 23-2364438) | Pennsylvania | 100% Academy Insurance Group, Inc. | Special-purpose subsidiary |
| Force Financial Group, Inc. | Delaware | 100% Academy Insurance Group, Inc. | Special-purpose subsidiary |
| Force Financial Services, Inc. | Massachusetts | 100% Force Fin. Group, Inc. | Special-purpose subsidiary |
| Military Associates, Inc. | Pennsylvania | 100% Academy Insurance Group, Inc. | Special-purpose subsidiary |

ClibPDF - www.fastio.com

| | | | |
|---|---|---|---|
| NCOAA Management Company | Texas | 100% Academy Insurance Group, Inc. | Special-purpose subsidiary |
| NCOA Motor Club, Inc. | Georgia | 100% Academy Insurance Group, Inc. | Automobile club |
| Unicom Administrative Services, Inc. | Pennsylvania | 100% Academy Insurance Group, Inc. | Provider of admin. services |
| Unicom Administrative Services, GmbH | Germany | 100% Unicom Administrative Services, Inc. | Provider of admin. services |
| Capital General Development Corporation | Delaware | 100% CGC | Holding company |
| Monumental Life Insurance Company | Maryland | 73.23% Capital General Development Company 26.77% First AUSA Life Insurance Company | Insurance company |
| AEGON Special Markets Group, Inc. | Maryland | 100% Monumental Life Insurance Company | Marketing company |
| Peoples Benefit Life Insurance Company | Iowa | 3.7% CGC 20.0% Capital Liberty, L.P. 76.3% Monumental Life Insurance Company | Insurance company |
| Veterans Life Insurance Co. | Illinois | 100% Peoples Benefit Life Insurance Company | Insurance company |
| Peoples Benefit Services, Inc. | Pennsylvania | 100% Veterans Life Ins. Co. | Special-purpose subsidiary |
| Coverna Direct Insurance Insurance Agency, Inc. | Maryland | 100% Peoples Benefit Life Insurance Company | Insurance agency |
| Ammest Realty Corporation | Texas | 100% Monumental Life Insurance Company | Special purpose subsidiary |
| JMH Operating Company, Inc. | Mississippi | 100% Peoples Benefit Life Insurance Company | Real estate holdings |
| Capital Liberty, L.P. | Delaware | 99.0% Monumental Life Insurance Company 1.0% CGC | Holding Company |

-7-

## Transamerica Corporation and Subsidiaries (with state or country of incorporation):

Transamerica Corporation
  (Common Parent Corporation)
Inter-America Corporation
Transamerica Corporation (Oregon)
Transamerica LP Holdings Corporation
Transamerica Finance Corporation
Transamerica HomeFirst, Inc.          (Common)
Transamerica HomeFirst, Inc.          (Preferred)
TREIC Enterprises, Inc.
Transamerica CBO I, Inc.
Transamerica International Holdings, Inc.
Transamerica Financial Products, Inc.
Pyramid Insurance Company Ltd.          (Common)
Pyramid Insurance Company Ltd.          (Preferred)
RTI Holdings, Inc. (dormant)
Transamerica Business Technologies Corporation
ARC Reinsurance Corporation
Transamerica Management, Inc.
Transamerica Intellitech, Inc.
Realist, Inc.
Transamerica Home Loan
Transamerica Lending Company
Transamerica Insurance Corporation of California
Arbor Life Insurance Company
Plaza Insurance Sales, Inc.
Transamerica International Insurance Services, Inc.
Transamerica Annuity Service Corporation
Transamerica Advisors, Inc.
Transamerica Securities Sales Corporation
Transamerica Products, Inc.
Transamerica Products I, Inc.
Transamerica Products II, Inc.
NEF Investment Company
Greenwich Potomac Holding Corporation
Transamerica Products IV, Inc.
Transamerica Service Company
Transamerica South Park Resources, Inc.
Transamerica Financial Resources Insurance Agency
  Of Alabama, Inc.
Transamerica Financial Resources Insurance Agency
  Of Massachusetts, Inc.
USA Administration Services, Inc.
Financial Resources Insurance Agency of Texas
Transamerica Financial Resources, Inc.
Gemini Investments, Inc.
Transamerica Senior Properties, Inc.
Transamerica Senior Living, Inc.

Transamerica Investment Services, Inc.
TA Leasing Holding Co., Inc.
Transamerica Leasing Inc.
Intermodal Equipment Inc.
Transamerica Distribution Services Inc.
Transamerica Transport Inc.
Transamerica Leasing Holdings Inc.
Transamerica Trailer Holdings I, Inc.
Transamerica Trailer Holdings II, Inc.
Transamerica Trailer Holdings III, Inc.
Trans Ocean Ltd.
Trans Ocean Container Finance Corp.
Trans Ocean Container Corp.
Trans Ocean Tank Services Corp.
SpaceWise, Inc.
Trans Ocean Regional Corporate Holdings
Trans Ocean Management Corp.
Greybox Logistics Services, Inc.
Transamerica Commercial Finance Corporation, I
Pacific Agency, Inc. (Indiana)
Transamerica Consumer Mortgage Receivables Corporation
Transamerica Mortgage Company
Transamerica Consumer Finance Holding Company
Metropolitan Mortgage Company
Easy Yes Mortgage, Inc. (Florida) (dormant)
Easy Yes Mortgage, Inc. (Georgia) (dormant)
First Florida Appraisal Services, Inc. (dormant)
First Georgia Appraisal Services, Inc. (dormant)
Freedom Tax Services, Inc. (dormant)
J.J. & W. Advertising, Inc. (dormant)
J.J. & W. Realty Services, Inc. (dormant)
Liberty Mortgage Company of Fort Myers, Inc. (dormant)
Metropolis Mortgage Company (dormant)
Perfect Mortgage Company (dormant)
TCF Asset Management Corporation
BWAC Twelve, Inc.
Transamerica Commercial Finance Corporation
BWAC International Corporation
BWAC Credit Corporation
BWAC Seventeen, Inc.
BWAC Twenty-One, Inc.
Transamerica GmbH, Inc.
Transamerica Insurance Finance Corporation
Transamerica Insurance Finance Corporation of California
Transamerica Business Credit Corporation          (Common)
Transamerica Business Credit Corporation          (Preferred)
Transamerica Insurance Finance Company (Europe)
Transamerica Inventory Finance Corporation
Transamerica Joint Ventures, Inc.

The Plain Company
Direct Capital Equity Investments, Inc.
Transamerica Distribution Finance Corporation
Transamerica Retail Financial Services Corporation
Transamerica Vendor Financial Services Corporation
TIFCO Lending Corporation
TA Air I, Corporation
TA Air II, Corporation
TA Air III, Corporation
TA Air IV, Corporation
TBC I, Inc.
TBC II, Inc.
TBC III, Inc.
Transamerica Accounts Holding Corporation
TBC IV, Inc.
TBC V, Inc.
TA Air East, Corporation
TBC Tax I, Inc.
TBC Tax II, Inc.
TBC Tax III, Inc.
TBC Tax IV, Inc.
TBC Tax V, Inc.
TBC Tax VI, Inc.
TBC Tax VII, Inc.
TBC Tax VIII, Inc.
TBC Tax IX, Inc.
Bay Capital Corporation
Gulf Capital Corporation
Coast Funding Corporation
Inventory Funding Trust (Delaware Trust, 1997 Form 8832)
Transamerica Bank N.A.
TBCC Funding Trust I (Delaware Trust, 1998 Form 8832)
TBCC Funding Trust II (Delaware Trust, 1998 Form 8832)
TA Air V, Corporation
TA Air VI, Corporation
TA Air VII, Corporation
TA Air VIII, Corporation
Transamerica Equipment Financial Services Corporation
Transamerica Mezzanine Financing, Inc.
Transamerica Small Business Services, Inc.
Transamerica Distribution Finance - Overseas, Inc.
TA Marine I, Inc.
TA Marine II, Inc.
TA Air IX, Corporation
TA Air X, Corporation
TBC VI, Inc.
Emergent Business Capital Holdings, Inc.
TA Air XI Corporation
Transamerica Business Advisory Group, Inc.

TA Air XII Corporation
TA Air XIII Corporation
TA Air XIV Corporation
TA Air XV Corporation
Transamerica Realty Services, Inc.
Pyramid Investment Corporation
The Gilwell Company
Bankers Mortgage Company of California
Transamerica Minerals Company
Transamerica Oakmont Corporation
Ventana Inn, Inc.
Transamerica Affordable Housing, Inc.
Transamerica Occidental Life Insurance Company
Transamerica Life Insurance & Annuity Company
Transamerica Assurance Company
Transamerica Life Insurance Company of New York
Transamerica Pacific Insurance Company, Ltd.
Transamerica International Re (Bermuda) Ltd.
Transamerica International Re (Bermuda) Ltd.