IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 23 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased, § § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. B-01-037 |
| § § | |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, INC. and TRANSAMERICA ASSURANCE COMPANY, § § § § § | |
| Defendants. § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(f)

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   **Michael W. Fox, Lecia Chaney and Shayne D. Moses participated by telephone on April 12, 2001. Denis A. Downey was requested to participate; however, he failed to return any phone calls or written correspondence requesting his participation.**

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

   **None.**

3. Specify the allegation of federal jurisdiction.

   **Jurisdiction is proper under the Employment Retirement Income Security Act of 1974 (as amended) ("ERISA").**

4. Name the parties who disagree and the reasons.

   **Defendants are unaware of any party who disagrees.**

5.  List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

    **None.**

6.  List anticipated interventions.

    **None.**

7.  Describe class-action issues.

    **None.**

8.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

    **Defendants represent that they have made initial disclosures.**

9.  Describe the proposed agreed discovery plan, including:

    A.  Responses to all the matters raised in Rule 26(f).

        **Because of Plaintiff's lack of participation, an agreed discovery plan was not possible.**

    B.  When and to whom the plaintiff anticipates it may send interrogatories.

        **Because of Plaintiff's lack of participation, Defendants are unaware of what interrogatories Plaintiff anticipates sending.**

    C.  When and to whom the defendant anticipates it may send interrogatories.

        **Transamerica Assurance Company ("Transamerica") anticipates sending interrogatories to the Plaintiff and possibly to co-Defendants, Brownsville Medical Center and Tenet Healthcare, Inc.**

        **Brownsville Medical Center and Tenant Healthcare, Inc. anticipate sending interrogatories to the Plaintiff and possibly co-Defendant, Transamerica.**

    D.  Of whom and by when the plaintiff anticipates taking oral depositions.

        **Because of Plaintiff's lack of participation, Defendants do not know when and of whom Plaintiff anticipates taking oral depositions.**

E.     Of whom and by when the defendant anticipates taking oral depositions.

      **Defendants anticipate taking depositions of the following individuals:**
      **Graciela Cisneros**
      **Fernando Cisneros, Jr.**
      **Erica Cisneros**
      **Jessica Cisneros**
      **Veronica Cisneros**

F.     List expert depositions the plaintiff anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

      **Because of Plaintiff's lack of participation, Defendants are unaware of the expert depositions Plaintiff anticipates taking and the completion date thereof.**

G.     List expert depositions the defendant anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

      **Defendants anticipate taking the deposition of every expert identified by Plaintiffs.**

10.    If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

     **Since Plaintiff did not participate in a joint discovery/case management meeting, no agreements have been reached. Defendants believe that all discovery should be able to be completed within nine months.**

11.    Specify the discovery beyond initial disclosures that has been undertaken to date.

     **None.**

12.    State the date the planned discovery can reasonably be completed.

     **Defendants believe that all discovery should be able to be completed within nine months, or by January 11, 2002.**

13.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

     **Again, since Plaintiff did not participate in the joint discovery/case management meeting, no settlement or resolution was discussed.**

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

    **Since Plaintiff did not participate in the joint discovery/case management meeting, no prompt resolution or settlement was discussed.**

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

    **Unknown.**

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    **Defendants are agreeable to try this case before a magistrate judge.**

17. State whether a jury demand has been made and if it was made on time.

    **No jury demand has been made.**

18. Specify the number of hours it will take to present the evidence in this case.

    **Defendants believe they can present their case in less than ten hours.**

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **None.**

20. List other motions pending.

    **None.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    **None.**

22. List the names, bar numbers, addresses, and telephone numbers of all counsel.

COUNSEL FOR PLAINTIFF:    Denis A. Downey
           State Bar No. 06085500
           Federal ID No. 1186
           1185 F.M. 802, Suite 3
           Brownsville, Texas 78526-1538
           Phone: (956) 544-0561
           Fax:   (956) 544-0562

COUNSEL FOR DEFENDANT TENET HEALTHCARE, LTD., D/B/A BROWNSVILLE MEDICAL CENTER:

| | |
|---|---|
| Michael W. Fox, Attorney in Charge | Chris Scherer |
| State Bar No. 07335500 | State Bar No. 00794600 |
| Federal ID No. 10300 | Federal ID No. 19638 |
| 600 Congress Avenue, Suite 1600 | 112 East Pecan Street, Suite 1600 |
| Austin, Texas 78701 | San Antonio, Texas 78205 |
| Phone: (512) 867-8400 | Phone: (210) 978-7000 |
| Fax:   (512) 867-8470 | Fax:   (210) 978-7450 |
| | Of Counsel: |
| | HAYNES AND BOONE, LLP |

COUNSEL FOR DEFENDANT, TRANSAMERICA ASSURANCE COMPANY:

| | |
|---|---|
| Shayne D. Moses, Attorney in Charge | Eduardo Roberto Rodriguez |
| State Bar No. 14578980 | State Bar No. 17144000 |
| Federal ID No. 15350 | Federal ID No. 1944 |
| 801 Cherry Street, Suite 2100 | 1201 E. Van Buren Street |
| Fort Worth, Texas 76102 | P. O. Box 2155 |
| Phone: (817) 877-2800 | Brownsville, Texas 78522 |
| Fax:   (817) 877-2807 | Phone: (956) 542-7441 |
| Of Counsel: | Fax:   (956) 541-2170 |
| CANTEY & HANGER, L.L.P. | Of Counsel: |
| | RODRIGUEZ, COLVIN & CHANEY, L.L.P. |

DATED April 16, 2001.

Denis A. Downey
State Bar No. 06085500
Federal ID No. 1186
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
Phone: (956) 544-0561
Fax: (956) 544-0562

**ATTORNEY FOR PLAINTIFF**

Shayne D. Moses, Attorney in Charge
State Bar No. 14578980
Federal ID No. 15350
801 Cherry Street, Suite 2100
Fort Worth, Texas 76102
(817) 877-2800
(817) 877-2807 -- Fax
Of Counsel:
      CANTEY & HANGER, L.L.P.

Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal ID No. 1944
1201 E. Van Buren Street
P. O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170
Of Counsel:
      RODRIGUEZ, COLVIN & CHANEY, L.L.P.

**ATTORNEYS FOR DEFENDANT,
TRANSAMERICA ASSURANCE COMPANY**

_Chris Scherer_ by _Shayl Moses with permission_
Michael W. Fox, Attorney in Charge
State Bar No. 07335500
Federal ID No. 10300
600 Congress Avenue, Suite 1600
Austin, Texas 78701
Phone: (512) 867-8400
Fax: (512) 867-8470

Chris Scherer
State Bar No. 00794600
Federal ID No. 19638
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205
Phone: (210) 978-7000
Fax: (210) 978-7450
Of Counsel:
    HAYNES AND BOONE, LLP

**ATTORNEYS FOR TENET HEALTHCARE, LTD., D/B/A BROWNSVILLE MEDICAL CENTER**