

```
                                          United States District Court
                                           Southern District of Texas
                                                   FILED
        THE HONORABLE JOHN WM. BLACK        APR 2 7 2001

            INITIAL PRETRIAL CONFERENCE     Michael N. Milby
                                              Clerk of Court
```

CIVIL ACTION NO. <u>B-01-037</u>           DATE & TIME: <u>04-27-01 AT 1:30 P.M.</u>

<u>GRACIELA CISNEROS, ET AL.</u>            PLAINTIFF(S)  <u>DENIS A DOWNEY</u>
                                           COUNSEL

VS.

<u>BROWNSVILLE MEDICAL CENTER,</u>          DEFENDANT(S)  <u>MICHAEL W. FOX</u>
<u>ET AL.</u>                               COUNSEL        <u>SHAYNE D. MOSES</u>
                                                         <u>LECIA CHANEY</u>
                                                         <u>EDUARDO R. RODRIGUEZ</u>

---

    Defense attorneys Shayne Moses, Chris Scherer and Lecia Chaney appeared in chambers.  Plaintiffs' attorney Denis Downey did not appear.

    **Defendants will file dispositive motions by July 9, 2001.**