IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-037 |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, INC. and TRANSAMERICA ASSURANCE COMPANY, | § § § § § | |
| Defendants. | § § | **ORAL ARGUMENT REQUESTED** |

## TRANSAMERICA ASSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR MOTION FOR SUMMARY JUDGMENT

Pursuant to Rules 12(c) and 56 of the Federal Rules of Civil Procedure, Transamerica Assurance Company ("Transamerica") moves for judgment on the pleadings and/or a summary judgment. Pursuant to Local Rule 6, Transamerica contends oral argument would be helpful to the Court and, thus, requests the same. In support hereof, Transamerica respectfully shows as follows:

### PROCEDURAL BACKGROUND

1.

Graciela Cisneros, Individually and as Representative of the Estate of Fernando Cisneros, Deceased ("Cisneros"), filed this suit in Cameron County, Texas, claiming that she is entitled to

recover against Transamerica pursuant to "Art. 21.21 § 4(10) of the Texas Insurance Code, and § 17.46(b)5, 7 and § 17.50 of the Texas Bus. & Commerce Code . . ."[1] Cisneros premised these claims on Transamerica's alleged misrepresentation of "coverage premiums, failing to promptly, fairly and equitably setting the case when liability was reasonably clear, refusing to pay the claim without first conduction of a reasonable investigation and by a failure to timely pay a death benefit [sic]."[2] Cisneros continued asserting that ". . . Defendant breached the duty of good faith and fair dealing by failing to pay the benefits in accordance with the terms of the policy of insurance when liability was reasonably clear [sic]."[3]

### 2.

Based upon the above claims, Cisneros seeks to ". . . recover actual damages, punitive damages and statutory penalties . . . ."[4] Transamerica removed the case to federal court because each of Cisneros' claims is preempted by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). As a result of ERISA's preemption of Cisneros' claims, Transamerica is entitled to the dispositive relief sought herein.

### SUMMARY JUDGMENT EVIDENCE

### 3.

Transamerica's motion for summary judgment is based upon the following evidence.

---

[1] PLAINTIFFS' ORIGINAL PETITION ¶ X.

[2] *Id.*

[3] *Id.*

[4] *Id.* at prayer.

---

DEFENDANT TRANSAMERICA ASSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT
ON THE PLEADINGS AND/OR MOTION FOR SUMMARY JUDGMENT                    Page 2

Exhibit A     Affidavit of Jo Ann Long;

Exhibit B     A true and correct copy of Term Life Insurance Group Master
              Policy No. 05928011;

Exhibit C     A true and correct copy of Term Life Insurance Group Master
              Policy No. 05928021;

Exhibit D     A true and correct copy of Life and AD&D Insurance Brochure
              provided by TenetSelect;

Exhibit E     Claim file No. 61557 VAD;

Exhibit F     Plaintiff's Original Petition; and

Exhibit G     Transamerica's First Amended Answer.

## FACTUAL BACKGROUND

### 4.

Fernandez Cisneros, Jr. ("F.Cisneros") became an employee Tenet Healthcare, Inc. ("Tenet") on February 10, 1989.[5] As a result of his employment with Tenet, F.Cisneros was entitled to receive, and did receive, basic life insurance coverage under Term Life Insurance Group Master Policy No. 05928011. Tenet paid for core coverage in the amount of $29,000.00.[6]

### 5.

On November 20, 1997, F.Cisneros requested supplemental coverage which was available under Term Life Insurance Group Master Policy No. 05928011. Had he qualified and paid for this supplemental coverage, he would have had a total of $116,000.00 in death benefits.[7] On December 16, 1997, F.Cisneros was informed that his request for an increase in coverage was

---

[5]Exhibit E at TRA 000158.

[6]Exhibit E at TRA 000184.

[7]*Id.*

approved.[8] In order for this increase in coverage to become effective, F.Cisneros was responsible for paying the full cost associated with the supplemental insurance.[9] Unfortunately, he failed to make all payments necessary to keep the supplemental coverage in effect.[10]

6.

At all times Graciela S. Cisneros was identified by F. Cisneros as the beneficiary of his life insurance policy.[11] This remained true even when he elected to obtain supplemental coverage. To commence with supplemental benefits, F. Cisneros completed an enrollment form which authorized Tenet to withhold $5.84 per month to pay the additional monthly premium amount.[12] F. Cisneros's last day of employment was September 26, 1998.[13] After that time F. Cisneros went on disability.[14] Shortly after taking disability F. Cisneros advised Tenet that he could no longer afford the supplemental insurance coverage.[15] Accordingly, F. Cisneros ceased to pay for the supplemental benefits.[16]

---

[8]*Id.* at TRA 000159.

[9]Exhibit D at TRA 000059.

[10]Exhibit A.

[11]Exhibit E at TRA 000171.

[12]Exhibit E at TRA 000178 through 000179.

[13]Exhibit E at TRA 000174.

[14]Exhibit F.

[15]Exhibit E at TRA 000163.

[16]Exhibit A.

---

7.

F. Cisneros passed away on March 10, 1999.[17]  A death claim form was submitted to Transamerica by Tenet for the core amount of insurance.[18]  On April 21, 1999, Transamerica paid the beneficiary, Graciela S. Cisneros, $29,000.00, the benefit available under the employer paid coverage.  Graciela S. Cisneros objected to the fact that she only received the core benefit. Transamerica responded by advising her that no supplemental coverage was available because of non-payment of premiums.[19]  Additionally, Graciela S. Cisneros was advised of her right to request a review of Transamerica's decision to deny payment of supplemental benefits and of the appeal procedure.[20]  In response to this information, Cisneros filed this lawsuit.

## BASIS FOR JUDGMENT ON THE PLEADINGS AND/OR A SUMMARY JUDGMENT

8.

Cisneros' breach of contract, negligence, Texas Deceptive Trade Practices Act, breach of duty of good faith and fair dealing and unfair settlement practice claims are all preempted by ("ERISA").  Accordingly, Transamerica is entitled to a judgment on the pleadings or alternatively a  summary judgment denying each of these claims.

---

[17]Exhibit E at TRA 000198.

[18]Exhibit E at TRA 000194.

[19]Exhibit E at TRA 000166.

[20]*Id.*

9.

Cisneros' attempt to recover extra contractual and/or punitive damages is improper under ERISA. Accordingly, Transamerica is entitled to a judgment on the pleadings or alternatively a summary judgment denying these claims.

10.

Cisneros' claims for attorneys fees, court costs and court fees are improper under ERISA. Accordingly, Transamerica is entitled to a judgment on the pleadings or alternatively a summary judgment on these claims.

11.

Cisneros' claim to recover supplemental benefits must be denied because Transamercia did not abuse its discretion and the record available at the time that decision was made warranted a denial of supplemental benefits. Accordingly, Transamerica is entitled to a judgment on the pleadings or alternatively a summary judgment on this claim.

WHEREFORE, PREMISES CONSIDERED, Transamerica prays this Court grant it a judgment on the pleadings or alternatively a summary judgment denying all of Cisneros' claims and granting such other and further relief to which it is entitled.

_____
Shayne D. Moses, Attorney in Charge
State Bar No. 14578980
Federal ID No. 15350
801 Cherry Street, Suite 2100
Fort Worth, Texas 76102
(817) 877-2800
(817) 877-2807 -- Fax
Of Counsel:
      CANTEY & HANGER, L.L.P.

Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal ID No. 1944
Lecia L. Chaney
State Bar No. 00785757
P. O. Box 2155
Brownsville, Texas  78522
(956) 542-7441
(956) 541-2170 -- Fax
Of Counsel:
  RODRIGUEZ, COLVIN & CHANEY, L.L.P.

ATTORNEYS FOR DEFENDANT,
TRANSAMERICA ASSURANCE COMPANY


## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the above and foregoing document has been mailed to counsel of record by certified mail, return receipt requested, on this the 7ᵗʰ day of June, 2001, addressed as follows:

Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas  78526-1538

Chris Scherer
Haynes and Boone, LLP
112 East Pecan Street, Suite 1600
San Antonio, Texas  78205


_____
Shayne D. Moses

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

GRACIELA CISNEROS, Individually and   §
as Representative of the Estate of   §
FERNANDO CISNEROS, Deceased,   §
  §
        Plaintiff,   §
  §
VS.   §   CIVIL ACTION NO. B-01-037
  §
BROWNSVILLE MEDICAL CENTER,   §
TENET HEALTHCARE, INC. and   §
TRANSAMERICA ASSURANCE   §
COMPANY,   §
  §
        Defendants.   §

## AFFIDAVIT OF JO ANN LONG

STATE OF CALIFORNIA   §
  §
COUNTY OF LOS ANGELES   §

BEFORE ME, the undersigned authority, on this day personally appeared Jo Ann Long,

known to me personally or identified to me by proper identification or upon the oath of a credible

person, who was by me first duly sworn, upon her oath, stated to me as follows:

    1.     "My name is Jo Ann Long. I am over twenty-one (21) years of age, of sound mind,

capable of making this affidavit and personally acquainted with the facts stated herein.

    2.     "I am a custodian of records for Transamerica Assurance Company. Exhibits B,

C, D and E attached hereto are true and correct pages of records maintained and prepared by

Transamerica Assurance Company in the regular course of business, and it was the regular course

of business of Transamerica Assurance Company for an employee or representative of

Transamerica Assurance Company with knowledge of the acts, events and opinions contained

RECEIVED

MAY 3 0 2001

within Exhibits B through E attached hereto to make the record or transmit the information thereof to be included in such record. Exhibits B through E attached hereto were made at or near the time indicated, by or from information submitted by, a person with knowledge. The information contained in Exhibits B through E was kept in the course of regularly conducted business activity, and it was the regular practice of Transamerica Assurance Company to make the memoranda, reports, records and entries contained in Exhibits B through E.

3.    "I was the individual responsible for reviewing Graciela S. Cisneros' claim that Fernando Cisneros, Jr. had supplemental coverage in force at the time of his death. This coverage was not in force at the time of Mr. Cisneros' death due to non-payment of premiums. I was advised Mr. Cisneros chose to stop paying for the additional coverage after he went on disability.

4.    "At the time Mr. Cisneros passed away, only core benefits were in place. On April 21, 1999, Transamerica Assurance Company arranged for the beneficiary of Mr. Cisneros' life insurance policy, Graciela S. Cisneros, to receive a payment in the amount of $29,000.00. She has received that payment. This was the only benefit available under the employer paid coverage."

Jo Ann Long

SWORN TO AND SUBSCRIBED BEFORE ME on this *3/st* day of *May*, 2001, to certify which, witness my hand and seal of office.



LENI ALGIERS
Commission # 1237479
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2003

*Leni Algiers*
Notary Public, State of ~~Texas~~ *California*



**TRANSAMERICA LIFE COMPANIES**

Transamerica Assurance Company
Home Office: Denver, Colorado

**Term Life Insurance
Group Master Policy**

| | |
|---|---|
| **Group Master Policyholder:** | Tenet Healthcare Corporation |
| **Group Master Policy Number:** | 05928011 |
| **Group Master Policy Effective Date:** | January 1, 1996 |
| **Group Master Policy Anniversary Date:** | January 1 |
| **Governing Jurisdiction:** | Texas |

Transamerica Assurance Company agrees to pay the benefits provided under this Group Master Policy in accordance with the terms and conditions of this Group Master Policy. By accepting this Group Master Policy and by paying the premiums for this Group Master Policy as they become due, the Group Master Policyholder agrees to be bound by its terms. This Group Master Policy is delivered in and is governed by the laws of the Governing Jurisdiction.

Signed for the Company at Denver, Colorado, to take effect on the Group Master Policy Effective Date.

GENERAL COUNSEL AND SECRETARY                    PRESIDENT

**Administrative Office
1150 South Olive Street, Suite T-1200
Los Angeles, California 90015
(800) 346-1608**

9G42-49-0794

**TRA 000001**
Cisneros v.Brownsville Med, et al

# GROUP MASTER POLICY SCHEDULE

## ELIGIBILITY

**Employees:** To be eligible, an Employee must meet all of the following requirements:

1. He/She must be actively performing the regular duties of his/her job with the Group Master Policyholder for at least thirty-two (32) hours per week if full-time and at least sixteen (16) hours per week if part-time in the usual manner and at the usual place of employment or business (if he/she is not working due to illness or injury, he/she will *not* be eligible until he/she returns to work); and
2. He/She must give us evidence of insurability satisfactory to us (see NOTE on page 2A).

We will "grandfather" or continue to provide the same amount of coverage to current Employees under the policy being replaced by this plan, up to a maximum of $1,600,000, Basic and Voluntary combined.

Transamerica Assurance Company will waive the actively at work requirement for all Employees who upon the effective date of this policy are:

1. Employees on approved vacations, leave of absence, scheduled day off, or;
2. Disabled N-Tenet Employees who are being covered under the group policy being replaced by this policy; or
3. Disabled A-Tenet Employees who do not meet the waiver of premium eligibility requirements of the group policy being replaced by this policy and for whom the prior carrier has no continuing legal liability.

Coverage level increases are not effective until the Employee has been actively at work for one full day.

**Spouses:** To be eligible, a spouse of an Employee must meet all of the following requirements:

1. He/She must be legally married to the Employee, as determined by the laws of the state in which the Employee lives;
2. He /She must be at least 16 years old;
3. If employed, he/she must be actively performing the regular duties of his/her job in the usual manner and at the usual place of employment or business (if he/she is not working due to illness or injury, he/she will *not* be eligible until he/she returns to work);
4. If *not* employed, he/she must be able to perform the normal activities of a person of the same age and sex (a spouse who is disabled is *not* eligible); and
5. He/She must give us evidence of insurability satisfactory to us (see NOTE on page 2A).

We will "grandfather" all existing dependent coverage under the policy being replaced by this plan for the amounts currently in effect, not to exceed $100,000. We will waive the actively at work and non-disabled requirements for all eligible insureds who upon the effective date of this policy are covered under the prior carrier's policy. Increases are not effective until he/she has been actively at work for one full day or, if not so employed, he/she must be able to perform the normal activities of a person of like age and gender and be in good health.

A spouse who is in active military service is not eligible for coverage under this policy.

**Dependent Children:** To be eligible, a dependent child of an Employee must be unmarried *and* must meet the following requirements:

1. He/She is a natural child of the Employee; or
2. He/She is a legally adopted child of the Employee; or
3. He/She is a stepchild who lives with the Employee *and* who depends on the Employee for care and support; or
4. He/She is a foster child who lives with the Employee *and* who depends on the Employee for care and support; or

9G42-49-0794

**and**

He/she will be covered from live, full-term birth to no more than 19 years of age, or to 23 years of age if he/she is dependent on the Employee for financial support and enrolled as a student in regular full-time attendance at an accredited college, university, or trade school.

When a child is first eligible for coverage under this policy and in the event that a child who is less than six (6) months of age is confined:

    a.   In a hospital or institution providing medical care;
    b.   In a convalescent home; or
    c.   At home, due to a disability,

coverage will not begin until after he/she has been released by his/her attending physician. This delay in coverage does not apply to newborns unless the newborn's condition requires additional medical attention that is beyond the regular inpatient well-baby care following birth.

We will "grandfather" all existing dependent children coverage under the policy being replaced by this plan for the amounts currently in effect, not to exceed of $10,000.

A dependent child does *not* include anyone who is *personally* eligible as an Employee of the Group Master Policyholder.

If the Employee *and* his/her spouse are *both* eligible as an Employee, their children may be insured as dependent children of either the Employee or the spouse, but *not* both.

At least one parent, Employee or spouse, must be covered under this policy for the children to be eligible for coverage.


**NOTE:**

We will ask for evidence of insurability if:

1.   A proposed Employee is over age 60;
2.   An insured's benefit amount first exceeds the Guaranteed Issue amount;
3.   An insured's benefit amount first exceeds any of the following benefit levels: $750,000, $1,000,000, $1,300,000, or $1,600,000 due to salary increases. Evidence of insurability will consist of a non-medical application;
4.   An insured's benefit amount exceeds $1,600,000. Evidence of insurability will consist of full medical evidence based on normal age and amount requirements;
5.   A proposed spouse is over age 60. This requirement does not apply to enrollments beginning with the 1995 open enrollment for coverage to be effective on January 1, 1996 or for any other enrollments during 1996 other than the 1996 open enrollment for coverage to be effective January 1, 1997;
6.   An insured Employee or spouse requests an increase in coverage;
7.   A proposed insured has previously waived coverage or voluntarily terminated coverage under this policy. This provision does not apply to persons reinstating coverage following a Family Medical Leave Act leave of absence or leave of absence due to military service.

**TRA 000003**
Cisneros v. Brownsville Med. et al

## BENEFITS

### Employees

Life insurance in salary multiples of one times (1X), two times (2X), three times (3X) and four times (4X) annual base salary*, rounded up to the next $1,000, up to a maximum benefit of $2,450,000.

* "Annual base salary" is defined as the "locked in" salary amount as of a predetermined date prior to the calendar year of coverage. Salary will be redefined annually prior to open enrollment. If the salary amount increases by 15% or more over the "locked in" amount as the result of any single event, the Employee may either (1) adjust the current coverage amount to reflect the new salary amount or (2) wait until the next annual open enrollment period.

Conditional Guaranteed Issue: $750,000

### Spouses

A choice of $5,000, $10,000, $25,000, $50,000 or $100,000. Spouse coverage is available on a stand-alone basis, in the event the Employee does not elect Voluntary Life coverage.

Conditional Guaranteed Issue: $100,000

### Dependent Children

A choice of $5,000 or $10,000.

Conditional Guaranteed Issue: $10,000

## AGE REDUCTION SCHEDULE

The Benefit Amount for each Insured Employee and Spouse automatically reduces to the following percentages on the January 1 following or coincident with the Insured Employee's 65th and 70th birthdays. Percentages are based upon the Benefit Amount in effect the date prior to the Insured Employee's Benfits Age 65:

| Percentage of Benefit Amount | Effective Benfits Age |
|---|---|
| 65% | 65 |
| 50% | 70 |

Coverage terminates automatically upon termination of employment.

## CONTINUATION OF COVERAGE FOR:

| | |
|---|---|
| Disabled Employees: | Up to twelve (12) months |
| Approved Personal Leaves of Absence: | Up to twelve (12) months |
| Military Leaves of Absence: | None |

## RIDERS:

| | |
|---|---|
| Terminal Illness Accelerated Benefit: | YES |
| Waiver of Premium: | NO |

9G42-49-0794
## PREMIUMS

CSMPDF - www.fastio.com

**Employees and Spouses**

### Monthly Life Premium Per $1,000 of Coverage
(based upon the Employee's age)

| Age | Premium Rate |
|-----|--------------|
| Under 30 | $  0.050 |
| 30-34 | 0.060 |
| 35-39 | 0.070 |
| 40-44 | 0.109 |
| 45-49 | 0.169 |
| 50-54 | 0.269 |
| 55-59 | 0.458 |
| 60-64 | 0.766 |
| 65-69 | 1.333 |
| 70 and over | 4.438 |

**Dependent Children**

| Benefit | Rate per family unit |
|---------|----------------------|
| $  5,000 | $0.90 per family unit |
| $10,000 | $1.80 per family unit |

**Premiums Payable:**   Premiums are due the 15th day of each calendar month.

**Grace Period:**   Forty-five (45) Days.

**Rate Guarantee Period:**  Rates are guaranteed for three (3) years from the Policy Effective Date.

No change in rates will be made until three (3) years after the effective date of this policy.  However, Transamerica Assurance Company reserves the right to change the rates at any time, but no more than one time in a twelve month period, if: (1) the terms of the policy change, (2)enrollment increases by 15% or more due to the addition to the policy of an unrelated division, subsidiary, or affiliated company or eligible class, or (3) enrollment decreases by 15% or more. Decreases in enrollment by 15% or more may require rate adjustments at lesser intervals than the three (3) year rate guarantee period.  Experience and enrollment will be reviewed annually and reported to Tenet Healthcare Corporation.

## MINIMUM PARTICIPATION REQUIREMENT

A minimum of fifty (50) insured Employees is required to keep the plan in force.

TABLE OF CONTENTS    TRA 000005
Cisneros v.Brownsville Med., et al

CMPDF - www.fsnlo.com

Page

Group Master Policy Schedule .................................................................................................................2
Definitions ...............................................................................................................................................4
Group Participant Provisions
    Application .........................................................................................................................................4
    Termination of Group Master Policy .................................................................................................4
    Duties .................................................................................................................................................5
Premium Provisions
    Group Master Policy Premiums .........................................................................................................5
    Premium Due Dates ...........................................................................................................................5
    Grace Period For Paying Premiums ....................................................................................................5
    Change in Premium Rates ..................................................................................................................5
Group Master Policy Changes and Termination
    Who May Change the Group Master Policy ........................................................................................5
    When Group Master Policy Changes are Effective .............................................................................5
General Provisions
    Individual Certificates ........................................................................................................................6
    Time Effective ...................................................................................................................................6
    When Coverage Becomes Effective ...................................................................................................6
    Inspection of Group Master Policy by Employees ..............................................................................6
    Examination of Records .....................................................................................................................6
    Notice of Right to Continue Coverage ...............................................................................................6
    Notice of Right to Convert .................................................................................................................6
    Workers' Compensation .....................................................................................................................6
    Clerical Error .....................................................................................................................................6
    Non-Participation ..............................................................................................................................6
    Entire Contract ..................................................................................................................................6
    Certificate Provisions Made a Part of this Group Master Policy .........................................................7

9G42-49-0794

Page 3

**TRA 000006**
Cisneros v.Brownsville Med, et al

## DEFINITIONS

| | |
|---|---|
| **Certificate:** | The document which describes the terms of the insurance made available to an Employee. |
| **Death Benefit:** | The amount payable upon the death of an insured. |
| **Group Master Policy:** | The contract whose provisions govern the insurance provided to Employees of the Group Master Policyholder. |
| **Group Participant:** | The Employer that has asked us to make this insurance available to its Employees. |
| **Insured:** | The person(s) who are insured under this Group Master Policy. |
| **Letter of Intent:** | The document by which the Group Master Policyholder agrees to participate in this group insurance program. |
| **We, Us and Our:** | Transamerica Assurance Company. |

## GROUP MASTER POLICYHOLDER PROVISIONS

**Application:** The Group Master Policyholder must submit to us an executed Letter of Intent electing to participate in this group insurance program.

**Termination of Group Master Policy:** This Group Master Policy will terminate at the earliest of the following events:

1. If the Group Master Policyholder submits a sixty (60) day advance written request to terminate the Group Master Policy, then this Group Master Policy will terminate on the date specified in that request;

2. If we give the Group Master Policyholder a six (6) month advance written notice that we intend to terminate the Group Master Policy, then this Group Master Policy will terminate on the date specified in that notice;

3. If any premium payable by the Group Master Policyholder is not paid within its grace period, then this Group Master Policy will terminate on the day after the end of the grace period;

4. If the Group Master Policyholder fails to comply with any terms of this Group Master Policy, or otherwise fails to fulfill any obligations under or pertaining to this insurance, or fails to comply with or cooperate with us in satisfying the requirements of any applicable law or regulation pertaining to this insurance, then this Group Master Policy will terminate on the 32nd day after we have given the Group Participant written notice of our intent to terminate; or

5. If the number of Employees who become insured under this Group Master Policy during any 12 month period is fewer than fifty (50) Employees during that time period, then this Group Master Policy will terminate on the 32nd day after we have given the Group Participant written notice of our intent to terminate.

Termination of individual insurance which was effective prior to the date this Group Master Policy is terminated will be governed by the When Insurance Stops provision of the Certificate, which is attached to and forms a part of the Group Master Policy.

9G42-49-0794

Page 4

**Duties:** The duties of the Group Master Policyholder will include, but are not limited to, the following:

1. As required, give us any and all information we determine to be necessary for the enrollment of the Employees (and their spouses and dependent children, if applicable), and for the determination of their eligibility.

2. Receive from its Employees, and hold, the application or enrollment forms.

3. Maintain records pertaining to the insurance of its Employees as we may reasonably require while this Group Master Policy is in force and for one year after this Group Master Policy terminates, and allow us the opportunity to examine these records at any reasonable time during normal business hours.

4. Cooperate fully with us in preparing and/or delivering to its Employees any notices regarding this insurance.

## PREMIUM PROVISIONS

**Group Master Policy Premiums:** The premium due for this Group Master Policy will be the sum of the premiums applicable for all insureds under this Group Master Policy. The Group Master Policyholder must pay the premiums to us. The premium rates are set forth in the Group Policy Schedule that is a part of this Group Master Policy.

**Premium Due Dates:** The premiums are due and payable to us in advance by the Group Master Policyholder on each premium due date. The first premium due date is the Policy Effective Date. After that, premium due dates will be as set forth in the Group Policy Schedule, or the application that is a part of the Group Master Policy.

**Grace Period for Paying Premiums:** The Group Master Policyholder will have a grace period of forty-five (45) days from each premium due date, except the first, in which to pay the premium then due. The Group Master Policyholder will be liable for the premium due during the Grace Period.

**Change in Premium Rates:** We have the right to change the premium rates on any premium due date on or after the third Group Master Policy Anniversary. We will provide the Group Master Policyholder with a sixty (60) day advance written notice of any such change in the premium rates.

## GROUP MASTER POLICY CHANGES AND TERMINATION

**Who May Change this Group Master Policy:** The terms of this Group Master Policy may be changed at any time by written agreement between us and the Group Participant. The insurance provided by this Group Master Policy may be changed or canceled without the consent of any insured and without prior notice to any insured. No agent has the right to change or waive any terms of this Group Master Policy. Only our President or a Vice President together with our Secretary or an Assistant Secretary can authorize a change in this Group Master Policy. Such an authorization must be in writing and signed by the officers. All changes are subject to the laws of the Governing Jurisdiction.

**When Group Master Policy Changes Are Effective:** Unless we and the Group Master Policyholder agree otherwise in writing, the effective date of any change in benefits will be the first day of the calendar month that next follows the date we send notice to the Group Master Policyholder of the change in benefits and any corresponding change in premiums.

**9G42-49-0794**                                                                                    **Page 5**

# GENERAL PROVISIONS

**Individual Certificates:** An individual certificate will be issued to each Employee covered under this Group Master Policy. The certificate will indicate the coverage applicable for that Employee, as well as any coverage for that Employee's spouse and/or dependent children, if such coverage is available and has been elected and approved by us.

**Time Effective:** For any dates used in this Group Master Policy, the effective time will be 12:01 A.M. at the home office address of the Group Master Policyholder.

**When Coverage Becomes Effective:** Employees are eligible for coverage on the 91st day of employment in an eligible class. The effective date of insurance will be either: (1) the 91st day of employment for coverage which is not subject to evidence of insurability; or (2) the date we have approved the Employee's insurance coverage which is subject to evidence of insurability; or (3) the later of January 1 or the evidence of insurability approval date following any open enrollment period during which changes in coverage are elected.

**Inspection of Group Master Policy by Employees:** The Group Master Policyholder *must* make this Group Master Policy available for inspection by its Employees at all reasonable times during normal business hours.

**Examination of Records:** While this Group Master Policy is in effect, and for two years after it terminates, we have the right to examine all records of the Group Master Policyholder that pertain to this insurance.

**Notice of Right to Continue Coverage:** If the Continuation of Coverage Option rider is part of the certificate, the Group Master Policyholder is required to give each Employee notice of the right to elect the Continuation Option. Details are set forth in the Continuation of Coverage Option rider attached to the certificate.

**Notice of Right to Convert:** The Group Master Policyholder is required to give each Employee notice of the right to elect the Conversion Option. Details are set forth in the Conversion Option provision of the certificate.

**Workers' Compensation:** The Group Master Policy is not in lieu of Workers' Compensation coverage and does not relieve any employer of the need to provide such coverage.

**Clerical Error:** Clerical error will not void insurance otherwise validly in force, nor will it keep in force insurance that otherwise would cease.

**Non-Participation:** This is non-participating insurance. Neither the Group Master Policyholder nor any Employee participates in our profits or surplus.

**Entire Contract:** This Group Master Policy, the Group Master Policyholder's Letter of Intent, the certificate evidencing the insurance made available to the Employees, the Employees' application or enrollment form and any endorsements, amendments and riders, constitute the entire contract of insurance. All statements made by the Group Master Policyholder or an insured will be considered representations and not warranties. We will not use any statement made by or for an insured to contest his/her insurance unless: (1) that statement is in writing; (2) that statement has been signed by, or on behalf of, the insured; and (3) a copy of that statement has been given to the insured, his/her beneficiary or his/her personal representative.

TRA 000009

Cisneros v. Brownsville Med, et al

## CERTIFICATE PROVISIONS MADE A PART OF THIS GROUP MASTER POLICY

The remainder of this Group Master Policy consists of the provisions that appear in the certificate (including any riders) which evidences the insurance made available to the Employees under this Group Master Policy. A copy of the certificate, and any riders, are attached to and form a part of this Group Master Policy.

The following index sets forth the list of current certificate and rider forms:

### Index of Certificate and Rider Forms

| Form | Form Number | Effective Date |
|------|-------------|----------------|
| Group Term Life Insurance Certificate | 9G52-49-0794 | January 1, 1996 |
| Terminal Illness Accelerated Benefit Rider | 9G72-00-0794 | January 1, 1996 |
| Reduction of Death Benefit Rider | 9G32-00-0794 | January 1, 1996 |
| ERISA Notice | ERISA 0295 | January 1, 1996 |
| Life & Health Guaranty Association Notice | DIS 49-1093 | January 1, 1996 |
| Information Notice | DIS 9049-192 | January 1, 1996 |
| Policy Cancellation Agreement | Endorsement No. 1 | January 1, 1996 |
| French Foundation Termporary Coverage | Endorsement No. 2 | January 1, 1996 |
| Family Care Leave Act | Endorsement No. 3 | January 1, 1996 |

# TRANSAMERICA ASSURANCE COMPANY

(Called We, Our or Us)
Home Office: Denver, Colorado
Administrative Office: 1150 South Olive Street, Suite T-1200, Los Angeles, California 90015
(800) 346-1608

### PLEASE READ YOUR CERTIFICATE CAREFULLY

### CERTIFICATE SCHEDULE

Group Master Policy Number: 05928011
Employer: Tenet Healthcare Corporation

## GROUP TERM LIFE INSURANCE CERTIFICATE

This Certificate summarizes the insurance coverage provided under the Group Master Policy identified above. We have issued this Certificate to you (as an employee of the Employer identified above) based on information that enabled us to determine that each person insured under this Certificate met all of the eligibility requirements set forth in the Group Master Policy and/or their application or enrollment form. A copy of the Group Master Policy is on file with your Employer, and may be examined at any reasonable time during normal business hours.

## DEFINITIONS:

**Dependent Child** means an unmarried child who is: (1) your natural child; or (2) your legally adopted child; or (3) a stepchild or foster child who lives with you *and* who depends on you for care and support; **AND:** (a) who is less than nineteen (19) years old; or (b) who is at least nineteen (19) years old, but less than twenty-three (23) years old *and* he/she depends on you for financial support *and* he/she is enrolled as a student in regular full-time attendance at an accredited college, university or trade school. A dependent child does <u>not</u> include anyone who is *personally* eligible as an employee under the Group Master Policy. If you and your spouse are *both* eligible as an employee under the Group Master Policy, then a dependent child may be covered as a dependent of either you or your spouse, but *not* both of you.

**Spouse** means the person to whom you are legally married, as determined by the laws of the state in which you live. A spouse must be at least 16 years old. Employee coverage is not required for a spouse to be covered under this Group Master Policy.

**WHAT YOU GET:** We certify that, as long as the premiums for this insurance are paid as they become due, the persons covered under this Certificate are insured for the coverage summarized in this Certificate, subject to the terms of the Group Master Policy.

---

**RIGHT TO EXAMINE AND RETURN CERTIFICATE WITHIN 30 DAYS**
AT ANY TIME WITHIN 30 DAYS AFTER YOU RECEIVE THIS CERTIFICATE, YOU MAY RETURN IT TO US OR YOUR EMPLOYER. WE WILL CANCEL THIS CERTIFICATE AND VOID IT FROM THE BEGINNING. WE WILL REFUND TO YOU ANY PREMIUMS PAID.

---

9G52-49-0794 Page 1

## WHAT WE WILL PAY:

**Employee:** If you die while you are insured, we will pay your death benefit under this Certificate after we receive due proof of your death. Your death benefit is shown in the Certificate Schedule. Your death benefit will be automatically reduced at specified ages, *if* the Reduction of Death Benefit Endorsement is part of this Certificate.

**Spouse:** If your spouse is covered under this Certificate and he/she dies while he/she is insured, we will pay his/her death benefit under this Certificate after we receive due proof of his/her death. His/her death benefit is shown in the Certificate Schedule. His/Her death benefit will be automatically reduced at specified ages, *if* the Reduction of Death Benefit Endorsement is part of this Certificate.

**Dependent Children:** If a dependent child is covered under this Certificate and he/she dies while he/she is insured, we will pay his/her death benefit under this Certificate after we receive due proof of his/her death. We will pay a death benefit for *each* dependent child who dies while insured. The dependent child's death benefit is shown in the Certificate Schedule.

## WHO WE WILL PAY:

**Employee:** We will pay your death benefit to the beneficiary you named in writing in your application or enrollment form. If you did not name a beneficiary, or if the beneficiary dies before you, we will pay your death benefit to your living relatives in the following order: (1) your legal spouse; (2) your children, including stepchildren and legally adopted children; (3) your parents; (4) your brothers and/or sisters. If none of these relatives are living, we will pay your death benefit to your estate. You may change the beneficiary at any time. The change must be in writing on a form approved by us. The change will not be effective until the date it is received in your Employer's Employee Benefit's Office. If you are not living on the date it is received in your Employer's Employee Benefit's Office, then the change will be effective on the date you signed it. However, any benefits paid before the change is received will *not* be subject to it.

**Spouse:** If your spouse is covered under this Certificate, we will pay his/her death benefit to you. If you die before him/her, we will pay his/her death benefit to his/her living relatives in the following order: (1) his/her children, including stepchildren and legally adopted children; (2) his/her parents; (3) his/her brothers and/or sisters. If none of these relatives are living, we will pay his/her death benefit to his/her estate.

**Dependent Children:** If your dependent child is covered under this Certificate, we will pay his/her death benefit to you.

## WHEN INSURANCE STARTS:

**Employee:** You are eligible for coverage on the 91st continuous day in an eligible employment status. The effective date of insurance will be either: (1) the 91st continuous day in an eligible employment status for coverage which is not subject to evidence of insurability; or (2) if coverage is subject to evidence of insurability, the later of (a) the date we have approved your coverage or (b) your scheduled effective date, provided you are not disabled on that date.

**Spouse and Dependent Children:** If your spouse and/or dependent children are covered under this Certificate, insurance for them will start: (1) on your 91st continuous day in an eligible employment status for coverage which is not subject to evidence of insurability; or (2) if coverage is subject to evidence of insurability, the later of (a) the date we have approved their coverage or (b) your scheduled effective date, provided he/she is not disabled on that date.

**Increases in the Death Benefit:** If you ask for an increase in the amount of any death benefit, the insurance on the increased portion will start on the later of (1) the date your request for the increase has been approved by us or (2) January 1. If the insured for whom you want the increase does not meet the eligibility requirements on that date, then the insurance on the increased portion will start on the date that insured does meet the eligibility requirements.

TRA 000012
Cisneros v.Brownsville Med, et al

## WHEN INSURANCE STOPS:

**Employee:** Your insurance stops at the earliest of: (1) the date of your death; (2) 31 days after a premium due date, *if* the premiums for your insurance have not been paid; (3) the date your employment ends; (4) the date your job falls into a class of jobs that is not eligible for insurance under the Group Master Policy; (5) the date the Group Master Policy is amended so that your insurance stops; or (6) the date the Group Master Policy stops.

**Spouse:** Your spouse's insurance stops at the earliest of: (1) the date of his/her death; (2) 31 days after a premium due date, *if* the premiums for his/her insurance have not been paid; (3) the date he/she no longer meets the definition of spouse; (4) the date your insurance stops; (5) the date the Group Master Policy is amended so that his/her insurance stops; or (6) the date the Group Master Policy stops.

**Dependent Children:** A dependent child's insurance stops at the earliest of: (1) the date of his/her death; (2) 31 days after a premium due date, *if* the premiums for his/her insurance have not been paid; (3) the date he/she no longer meets the definition of dependent child; (4) the date your insurance stops; (5) the date the Group Master Policy is amended so that his/her insurance stops; or (6) the date the Group Master Policy stops.

**PREMIUMS:** The premiums for this insurance will be deducted from your wages.

## CONVERSION OPTION:

**If Your Employment Ends:** If, after you become insured, your employment ends or your job later falls into a class of jobs that is not eligible for insurance under the Group Master Policy, you *will* have the option to convert all or part of this insurance to permanent insurance. The face amount(s) of the permanent insurance may not exceed the applicable death benefit(s) under this Certificate.

**If a Spouse's Insurance Stops:** If your spouse is covered under this Certificate and his/her insurance stops because you die or your employment ends or your job later falls into a class of jobs that is not eligible for insurance under the Group Master Policy or because he/she no longer meets the definition of spouse, you *will* have the option to convert all or part of his/her insurance to permanent insurance. The face amount of his/her permanent insurance may not exceed his/her death benefit under this Certificate.

**If a Dependent Child's Insurance Stops:** If a dependent child is covered under this Certificate and his/her insurance stops because you die or your employment ends or your job later falls into a class of jobs that is not eligible for insurance under the Group Master Policy or because he/she no longer meets the definition of dependent child, you *will* have the option to convert all or part of his/her insurance to permanent insurance. The face amount of his/her permanent insurance may not exceed his/her death benefit under this Certificate.

**If the Group Master Policy Stops:** If the Group Master Policy stops, or if the Group Master Policy is amended so that any of this insurance stops, you *may* have the option to convert all or part of this insurance to permanent insurance. This option will be available *only* if this insurance has been in force for five or more years. The face amount(s) of the permanent insurance may not exceed the *lesser* of: (1) the applicable death benefit(s) under this Certificate *minus* the amount of any life insurance that an insured is eligible for under the same Group Master Policy or another group master policy that is issued or reinstated by us or by any other insurer; or (2) $10,000.

**Terms of Permanent Insurance:** The conversion to permanent insurance will be made, without evidence of insurability, on a form we designate for this purpose. The permanent insurance may not have any disability or supplementary benefits. The premiums for the permanent insurance will be based on our published rates in effect on the date of the conversion. Any Suicide and/or Right to Contest provision under the permanent insurance will not start anew. Instead, the amount of time for which an insured had this insurance will be used to offset any time periods for Suicide and/or Right to Contest under the permanent insurance.

**Notice of Conversion Option:** If an insured's coverage is about to stop, your Employer will remind you of this option by either giving you a written notice, or mailing a notice to your last known address as provided in its records. If you decide to exercise this option, you will have to tell us in writing at our Administrative Office (shown on the front of this Certificate) within 31 days after the insured's coverage stops. This is called the conversion period. We will send you an application to fill out, and let you know what the premiums will be for the permanent insurance. If the reminder notice is not given to you or mailed within 15 days after the conversion period starts, you will have an additional 31 days after the conversion period ends to exercise this option. We will not send you an application, or accept a completed application, if this option is not exercised within the time period allowed. The effective date of the permanent insurance will be the date you applied for the conversion.

**Insurance Coverage During Conversion Period:** If an insured is eligible to convert his/her insurance to permanent insurance and he/she dies during the first 31 days after his/her insurance stops, we will still pay his/her death benefit even if you have not applied for the conversion. However, we will reduce his/her death benefit by the amount of premium necessary to provide insurance to the date of death.

**RULES FOR FILING A CLAIM:** You must submit claims to us at our Administrative Office (shown on the front of this Certificate). Claim forms can be received by calling our toll-free telephone number (also shown on the front of this Certificate). We must be given a certified copy of the death certificate as proof of a claim.

**MISSTATEMENT OF AGE:** If an insured misstated his/her age when he/she applied or enrolled for this insurance, we will adjust his/her death benefit to the amount that the premiums paid for his/her insurance would buy at his/her correct age.

**SUICIDE EXCLUSION:** We will not pay a death benefit if an insured dies by suicide, while sane or insane, within two years of the date his/her insurance starts. Instead, we will refund the premiums paid for his/her coverage. If you ask for an increase in the amount of any death benefit, this suicide exclusion starts anew, but will apply only to the amount of the increased portion of that death benefit.

**RIGHT TO CONTEST:** We will not contest this insurance after it has been in force during the lifetime of each insured for two years from the date it starts, except for nonpayment of premiums. If you ask for an increase in the amount of any death benefit, our two year right to contest starts anew, but will apply only to the amount of the increased portion of that death benefit.

**WHAT THE CONTRACT IS AND HOW YOUR STATEMENTS AFFECT IT:** The Group Master Policy, your Employer's Letter of Intent with us, this Certificate, your application or enrollment form and any endorsements, riders and/or amendments form the entire contract of insurance. All statements made by or for an insured will be considered representations and not warranties. We will not use any statement made by or for an insured to contest this insurance unless: (1) that statement is in writing; (2) that statement has been signed by, or on behalf of, the insured; and (3) a copy of that statement has been given to the insured, his/her beneficiary or his/her personal representative.

**EMPLOYER AS YOUR AGENT:** For all purposes related to this insurance, your Employer serves as your agent and not as our agent.

# TERMINAL ILLNESS ACCELERATED BENEFIT OPTION RIDER

---

**SPECIAL NOTICE**

Benefits paid out under this Rider may be taxable, and subject to a tax penalty. Whether or not you incur a tax liability depends on how the IRS interprets the applicable portions of the Tax Code when you exercise this option. Eligibility for government sponsored health benefit plans may also be affected by your exercising this option. As with all tax matters, you should consult a tax adviser and/or financial professional to assess the impact of exercising this option.

---

Transamerica Assurance Company has issued this Rider as part of the Certificate to which it is attached (your Certificate). The effective date of this Rider is the *later of* (1) the Certificate Date shown in the Certificate Schedule, *or* (2) the Effective Date shown in the Notification of Certificate Change Endorsement. **PLEASE READ THIS RIDER CAREFULLY.**

## DEFINITIONS:

**Doctor** means a U.S. licensed medical practitioner, other than a nurse, who is practicing within the scope of his/her license. A doctor does *not* include yourself or a member of your immediate family. Your immediate family includes your spouse, children and their spouses, parents, grandparents, grandchildren and their spouses, brothers or sisters and their spouses. **Terminal Illness** means an illness that, in the best medical judgment of a doctor, will result in death within 12 months.

**WHAT YOU GET:** This Rider provides you with an option to receive a portion of an insured's death benefit under the Certificate while that insured is alive.

**WHAT WE WILL PAY:** If an insured is diagnosed with a terminal illness, we will accelerate the *lesser* of (1) up to 50% of his/her death benefit; or (2) $150,000. We will pay the accelerated benefit *only* once for each insured.

**WHO WE WILL PAY:** We will pay your accelerated benefit to you. If your spouse is covered under your Certificate, we will pay his/her accelerated benefit to him/her. If a dependent child is covered under your Certificate, we will pay his/her accelerated benefit to you.

**WHAT WE WILL NOT PAY:** If you ask for less than 50% of the death benefit as the amount you want us to accelerate, you *can't* ask us at a later time to give you the difference between what you *did* ask for and what you *could* have asked for.

**WHEN THIS RIDER STOPS:** This Rider stops at the earliest of: (1) the date we have paid the accelerated death benefit for all insureds; or (2) the date your Certificate stops.

**WHAT THIS RIDER COSTS:** There is no cost for this Rider, *unless* you decide to exercise this option. If you decide to exercise this option, you will have to pay: (1) 12 month's interest, in advance, on the amount that we accelerate, at an interest rate of not more than 8%; and (2) an administrative fee of $100.

**HOW EXERCISING THIS OPTION WILL AFFECT THE DEATH BENEFIT:** If you exercise this option, we will deduct from the applicable death benefit the amount that we accelerate.

**RULES FOR FILING A CLAIM:** Claims must be submitted to us at our Administrative Office (shown on the front of your Certificate). Claim forms can be received by calling our toll-free telephone number (also shown on the front of your Certificate). If we do not send the claim form within 15 days, then you, your beneficiary or a relative can simply send us written proof of the terminal illness. That proof must show the date and the cause of the terminal illness, and it must be signed by a doctor. If an insured named an irrevocable beneficiary, then the irrevocable beneficiary must also sign the form.

**Except as shown in this Rider, the provisions of your Certificate will prevail.**

9G72-00-0794

# REDUCTION OF DEATH BENEFIT ENDORSEMENT

Transamerica Assurance Company has issued this Rider as part of the Certificate to which it is attached (your Certificate). The effective date of this Rider is the *later of* (1) the Certificate Date shown in the Certificate Schedule, *or* (2) the Effective Date shown in the Notification of Certificate Change Endorsement.   **PLEASE READ THIS ENDORSEMENT CAREFULLY.**

The death benefit payable will be reduced for you and your spouse, if applicable, to the following percentages on the January 1 following or coincident with your 65th and 70th birthdays:

| Percentage of Benefit Amount | Effective Age |
|---|---|
| 65% | 65th Birthday |
| 50% | 70th Birthday |

Coverage terminates automatically upon your termination of employment.

**Except as shown in this Endorsement, the provisions of your Certificate will prevail.**

9G32-00-0794

**TRA 000016**
Cisneros v. Brownsville Med, et al

## Information Required by the
## Employee Retirement Income
## Security Act of 1974, as amended ("ERISA")

**Appeal of Claim Denial.** If a claim is denied in whole or in part, the claimant will receive: (1) a written explanation giving detailed reasons for the denial; (2) specific reference to policy provisions on which the denial is based; (3) a description of any additional material or information necessary for the claimant to perfect the claim; (4) an explanation of why such material or information is necessary; and (5) an explanation of our claim appeal procedure.

If the claimant is not satisfied, or does not agree, with the reasons for the denial of the claim, the claimant may appeal the decision to us, Transamerica Life Companies, ERISA Appeals Unit, Suite T-12-06, P.O. Box 30852, Los Angeles, California 90030-0852. We provide the benefits under the Group Master Policy identified on the front cover of your Certificate.

We are the fiduciary under the plan designated to review any claim appeals with respect to the policy by the claimant. We are vested with discretionary authority to determine eligibility for benefits and to construe and interpret the plan/policy terms and provisions. Our decision with respect to eligibility and plan/policy terms and provisions is final, conclusive and binding as to all parties.

The appeal *must be in writing* and can be made by the claimant or the claimant's duly authorized representative. It must set out the claimant's reasons for the appeal and the claimant's dissatisfaction or disagreement. Any evidence or documentation to support the claimant's position should be submitted with the written appeal. Upon written request, the claimant may review pertinent documents that pertain to the claim and its denial.

The appeal must be made within 60 days of the date the claimant receives the letter denying the claim.

We will promptly review the claim and appeal. We will advise the claimant of our decision in writing, giving specific reasons for the decision with specific references to pertinent policy provisions on which the decision is based. This written decision will be sent to the claimant not later than 60 days after our receipt of the written appeal, unless special circumstances require an extension of time for processing the appeal, or obtaining more information, or conducting an investigation of the facts. In no event will the written decision be sent later than 120 days after we receive the written appeal.

If the claimant disagrees with our decision on appeal, the claimant may file suit in federal or state court asking the court to overturn our decision as an abuse of discretion. If the court rules in the claimant's favor, it may order us to pay the claimant's court costs and legal fees. If the claimant loses, the court may order the claimant to pay our court costs and legal fees (for example, if the court finds the claimant's suit to be frivolous).

ERISA 0295

---

# IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE TEXAS LIFE, ACCIDENT, HEALTH AND HOSPITAL SERVICE INSURANCE GUARANTY ASSOCIATION

---

Texas law establishes a system, administered by the Texas Life, Accident, Health and Hospital Service Insurance Guaranty Association (the "Association"), to protect policyholders if their life or health insurance company fails to or cannot meet its contractual obligations. Only the policyholders of insurance companies which are members of the Association are eligible for this protection. However, even if a company is a member of the Association, protection is limited and policyholders must meet certain guidelines to qualify. (The law is found in the Texas Insurance Code, Article 21.28-D.)

**BECAUSE OF STATUTORY LIMITATIONS ON POLICYHOLDER PROTECTION, IT IS POSSIBLE THAT THE ASSOCIATION MAY NOT COVER YOUR POLICY OR MAY NOT COVER YOUR POLICY IN FULL.**

### Eligibility for Protection by the Association

When an insurance company which is a member of the Association is designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:

* residents of Texas at the time that their insurance company is impaired.
* residents of other states, ONLY if the following conditions are met:
  1) The policyholder has a policy with a company based in Texas;
  2) The company has never held a license in the policyholder's state of residence;
  3) The policyholder's state of residence has a similar guaranty association; and
  4) The policyholder is not eligible for coverage by the guaranty association of the policyholder's state of residence.

### Limits of Protection by the Association

**Accident, Accident and Health, or Health Insurance:**
* up to a total of $200,000 for one or more policies for each individual covered.

**Life Insurance:**
* net cash surrender value up to a total of $100,000 under one or more policies on any one life; or
* death benefits up to a total of $300,000 under one or more policies on any one life.

**Individual Annuities:**
* net cash surrender amount up to a total of $100,000 under one or more policies owned by one contract holder.

**Group Annuities:**
* net cash surrender amount up to $100,000 in allocated benefits under one or more policies owned by one contract holder; or
* net cash surrender amount up to $5,000,000 in unallocated benefits under one contract holder regardless of the number of contract.

**THE INSURANCE COMPANY AND ITS AGENTS ARE PROHIBITED BY LAW FROM USING THE EXISTENCE OF THE ASSOCIATION FOR THE PURPOSE OF SALES, SOLICITATION, OR INDUCEMENT TO PURCHASE ANY FORM OF INSURANCE.**

When you are selecting an insurance company, you should not rely on coverage by the Association.

Texas Life, Accident, Health and Hospital
Service Insurance Guaranty Association
301 Congress, Suite 500
Austin, Texas 78701
800-982-6362

Texas Department of Insurance
P.O. Box 149104
Austin, Texas 78714-9104
800-252-3439

DIS 49-1093

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|
| To obtain information or make a complaint: | Para obtener informacion o para someter una queja: |
| You may call Transamerica Assurance Company's toll-free telephone number for information or to make a complaint at: | Usted puede llamar al numero de telefono gratis de Transamerica Assurance Company para informacion o para someter una queja al: |
| 1-800-346-1608 | 1-800-346-1608 |
| You may also write to Transamerica Assurance Company at: | Usted tambien puede escribir a Transamerica Assurance Company a: |
| P.O. Box 30852 Los Angeles, CA 90030-0852 | P.O. Box 30852 Los Angeles, CA 90030-0852 |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at: | Puede comunicarse con el Departmento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos or quejas al: |
| 1-800-252-3439 | 1-800-252-3439 |
| You may write the Texas Department of Insurance: | Puede escribir al Departamento de Seguros de Texas: |
| P.O. Box 149104 Austin, TX 78714-9104 FAX Number: (512) 475-1771 | P.O. Box 149104 Austin, TX 78714-9104 FAX Numero: (512) 475-1771 |
| PREMIUM OR CLAIM DISPUTES: Should you have a dispute concerning your premium or about a claim, you should contact the company first. If the dispute is not resolved, you may contact the Texas Department of Insurance. | DISPUTAS SOBRE PRIMAS O RECLAMOS: Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con la compania primero. Si no se resuelve la disputa, puede entonces comunicarse con el departmento (TDI). |
| ATTACH THIS NOTICE TO YOUR CONTRACT: This notice is for information only and does not convierte become a part or condition of the attached Contract of Insurance. | UNA ESTE AVISO A SU CONTRACTO: Este aviso es solo para proposito de informacion y no se en parte o condicion del Contracto de Seguro adjunto. |

DIS 9049-192

# GROUP MASTER POLICY ACCEPTANCE

Transamerica Assurance Company
Group Master Policy Number 05928011
Effective January 1, 1996

Applicant:    Tenet Healthcare Corporation
Address: 14001 Dallas Parkway, Suite 200
            Dallas, TX  75240

This Acceptance is made in duplicate.  One is to be attached to your Master Policy.
The other is to be returned to Transamerica.

Please sign below if you accept the above referenced group master policy.

Tenet Healthcare Corporation
(Full Corporate Name of Group)

Dated at _____ By_____

                              (Signature & Title)

On _____, 199__

acp298



**T**RANSAMERICA
**L**IFE COMPANIES

|  |  |
|---|---|
| Home Office: | Denver, Colorado |
| Administrative Office: | P.O. Box 30852 |
|  | Los Angeles, CA  90030 |

## ENDORSEMENT NUMBER 1

This Endorsement is to be attached to and form part of Policy No. **05928011**

issued to **Tenet Healthcare Corporation**.

The effective date of this endorsement is **January 1, 1996**.

In consideration of the payment of premium for this Policy, it is hereby understood and agreed to the following:

1.  The Group Master Policyholder Provisions, Termination of Group Master Policy section, as it appears on Page 4 of Policy Form 9G42-49-0794, is amended to add the following:

    6. This policy will not be canceled by Us due solely to adverse underwriting experience.

In all other respects the provisions and the conditions of the policy remain the same.

The Company has executed this endorsement at Denver, Colorado.

GENERAL COUNSEL AND SECRETARY                    PRESIDENT

GBE-101                                                                                              pci/0196

**TRA 000021**
Cisneros v. Brownsville Med, et al

 **TRANSAMERICA**
**LIFE COMPANIES**

Transamerica
Assurance Company

Home Office:   Denver, Colorado
Administrative Office: P.O. Box 30852
        Los Angeles, CA  90030

## ENDORSEMENT NUMBER 2

This Endorsement is to be attached to and form part of Policy No. 05928011

issued to **Tenet Healthcare Corporation**.

The effective date of this endorsement is **January 1, 1996**.

In consideration of the payment of premium for this Policy, it is hereby understood and agreed to the following:

For three (3) consecutive months beginning on January 1, 1996, the following employees of the French Foundation for Alzheimer Research will be covered under this policy according to the schedule and conditions described below and in the attached nine(9) pages.  Such coverage will terminate without notice on April 1, 1996.

| NAME | BIRTH DATE | BASIC LIFE & AD&D * | VOLUNTARY LIFE | VOLUNTARY AD&D * | DEPENDENT LIFE ** |
|------|-----------|---------------------|----------------|------------------|-------------------|
| Thomas M. Ennis | 3/7/31 | $121,500 | $121,500 | $121,500 | $          0 |
| Lori M. Mosich | 5/21/62 | 70,000 | 0 | 0 | 0 |
| Sharon Linkletter | 8/8/46 | 60,000 | 0 | 0 | 0 |
| Gwen Waggoner | 5/1/40 | 41,000 | 0 | 0 | 0 |
| Sari Katz | 6/27/70 | 30,000 | 0 | 0 | 0 |
| Carol Kosicek | 1/17/61 | 29,500 | 0 | 0 | 0 |

\*  Coverage as described in the attached schedules of benefits and exclusions.
\*\* $1,500 per spouse and each child ($100 from 2 weeks to 6 months).

Benefits reduce 8% per year beginning at age 65.  Benefits terminate at retirement.  Benefits will be paid in one single amount.

Premiums:  1. Basic Life and Voluntary Life Premiums will be payable according to the master policy to which this endorsement is attached.
      2. Dependent Life Premiums are $.42 per dependent unit per month.
      3. AD&D Premiums are $.029 per $1,000 per month.

In all other respects the provisions and the conditions of the policy remain the same.

Accepted by: _____

Title:   _____

Date:   _____

The Company has executed this endorsement at Denver, Colorado.

GENERAL COUNSEL AND SECRETARY        PRESIDENT

**TRA 000022**
Cisneros v.Brownsville Med. et al



**TRANSAMERICA LIFE COMPANIES**

Home Office:            Denver, Colorado
Administrative Office:  P.O. Box 30852
                        Los Angeles, CA 90030

## ENDORSEMENT NUMBER 3

This Endorsement is to be attached to and form part of Policy No. **05928011**

issued to **Tenet Healthcare Corporation**.

The effective date of this endorsement is **January 1, 1996**.

In consideration of the payment of premium for this Policy, it is hereby understood and agreed to the following:

If the Policyholder is subject to the California Family Rights Act of 1991 and/or the Federal Family & Medical Leave Act of 1993 and the approved leave of absence is for family care pursuant to such Acts, payment of premiums for that Employee shall keep coverage in effect for the duration(s) prescribed by the Acts. The Policyholder is solely responsible for notifying Employees of the availability and duration of family leaves.

In all other respects the provisions and the conditions of the policy remain the same.

The Company has executed this endorsement at Denver, Colorado.

GENERAL COUNSEL AND SECRETARY                    PRESIDENT

GBE-101                                                          pci/0196

**TRA 000023**
Cisneros v. Brownsville Med., et al



**TRANSAMERICA
LIFE COMPANIES**

Home Office:            Denver, Colorado
Administrative Office:  P.O. Box 30852
                        Los Angeles, CA  90030

## ENDORSEMENT NUMBER 4

This Endorsement is to be attached to and form part of Policy No. **05928011**

issued to **Tenet Healthcare Corporation**.

The effective date of this endorsement is **March 1, 1997**.

In consideration of the payment of premium for this Policy, it is hereby understood and agreed to the following:

ASSIGNMENT:  We are not responsible for the adequacy of any assignment.  However, if an insured files the assignment with us and we record it at our Administrative Office (shown on the front of this Certificate), that insured's rights and those of that insured's revocable beneficiary, if any, will be subject to it.

In all other respects the provisions and the conditions of the policy remain the same.

The Company has executed this endorsement at Denver, Colorado.

GENERAL COUNSEL AND SECRETARY                    PRESIDENT

GBE-101                                                          pci/0196

**TRA 000024**
Cisneros v. Brownsville Med, et al



TRANSAMERICA
LIFE COMPANIES

# ENDORSEMENT NUMBER 5

This Endorsement is to be attached to and form part of Policy No. **05928011**
issued to: **Tenet Healthcare Corporation**

The effective date of this Endorsement is: **January 1, 1998**

In consideration of the payment of premium for this Policy, the following is hereby understood and agreed:

1. The "**ELIGIBILITY**" section, pages 2 and 2A (Policy Form Number 9G42-49-0794) and the "**WHEN INSURANCE STARTS**" section, page 2 (Policy Form Number 9G52-49-0794) are amended to include the following:

**A.** OrNda Facilities and Georgia Baptist Hospital and Alvardo Skilled Nursing, collectively referred to hereinafter as "Acquisitions entering the Tenet plan on of after September 1, 1997 (Acquisitions)" will henceforth be bound by all contract provisions as any other Tenet Healthcare Corporation facilities.

All Employees, dependent spouses and dependent children of Acquisitions who were covered under group term life insurance policies which are being replaced by this policy will be grandfathered into this plan, subject to the plan maximums, without submitting evidence of insurability, subject to the following conditions:

**(1)** Employees who are actively at work on the effective date of the Acquisition's coverage under this policy, or such employee's next regularly scheduled work day, will be covered for the amount available under this plan's schedule of benefits that most closely matches the coverage in force under the prior policy. If such amount is not an exact match, it will be rounded up to the next level of benefits under this plan.

**(2)** Employees who are not actively at work on the effective date of the Acquisition's coverage under this policy, or such employee's next regularly scheduled work day, will be covered for the exact amount inforce for such employee on the last day of his employer's coverage under the prior policy.

**(3)** Dependent spouses and dependent children who are not disabled on the effective date of the Acquisition's coverage under this policy, will be covered for the amount available under this plan's schedule of benefits that most closely matches the coverage in force under the prior policy. If such amount is not an exact match, it will be rounded up to the next level of benefits under this plan.

**(4)** Dependent spouses and dependent children who are disabled on the effective date of the Acquisition's coverage under this policy, will be covered for the exact amount of coverage inforce for each insured on the last day of the employer's coverage under the prior policy.

**(5)** Disabled Employees, spouses, and children (under 6 months of age) who return to active work or are no longer disabled after the effective date of the Acquisition's coverage under this policy, will be covered for the amount available under this plan's schedule of benefits that most closely matches the coverage in force under the prior policy. If such amount is not an exact match, it will be rounded up to the next level of benefits under this plan. Such Employees and spouses may then apply for additional insurance amounts subject to the same evidence of insurability requirements under this policy as all other Employees and spouses. Children may apply for any level of coverage available.

**B.** Upon the addition of new facilities to the plan, other than Acquisitions, and if any such facilities do not have group term life insurance in force for its employees and their dependents, such employees will be offered the opportunity to enroll in the plan according to the eligibility and enrollment rules as for all other Tenet employees and their dependents.

GBA-101                                                                                                                   **Page 1**
**ENDORSEMENT NUMBER 5, Continued**

**2.** The "**NOTE:**" section, page 2A (Policy Form Number 9G42-49-0794) is amended to include the following:

Item Number 3:  Add a benefit level of $500,000.

**3.** The "**BENEFITS**" section, page 2B (Policy Form Number 9G42-49-0794) is amended as follows:

**A.** The "Employees" section is amended to read:

Conditional Guaranteed Issue:  $500,000

**B.** The "Spouses" section is amended to read:

Conditional Guaranteed Issue:  $50,000

**C.** The "Spouses" section is amended to replace:
"Spouse coverage is available on a stand-alone basis, in the event the Employee does not elect Voluntary Life coverage." with the following:

For enrollments effective 1/1/98 and thereafter:  spouse coverage may not exceed 50% of the Employee's approved coverage amount.
For enrollments prior to 1/1/98:  spouse coverage amounts greater than 50% of the employee's approved coverage amount may be continued.

**D.** The "Dependent Children" section is amended to add:

For enrollments effective 1/1/98 and thereafter:  children coverage may not exceed 50% of the Employee's approved coverage amount.
For enrollments prior to 1/1/98:  children coverage amounts greater than 50% of the employee's approved coverage amount may be continued.

**4.** The "**PREMIUMS**" section, page 2C, (Policy Form Number 9G42-49-0794) is amended to include the following:

**Employees and Spouses**

Monthly Life Premium Rate Per $1,000 of Coverage
(Based upon the Employee's Age)

| AGES | T-TENET FACILITIES | O-TENET FACILITIES & ACQUISTIONS a/o 1/1/98 & later |
|---|---|---|
| to 30 | $0.050 | $0.038 |
| 30-34 | $0.060 | $0.058 |
| 35-39 | $0.070 | $0.058 |
| 40-44 | $0.109 | $0.098 |
| 45-49 | $0.169 | $0.188 |
| 50-54 | $0.269 | $0.378 |
| 55-59 | $0.458 | $0.638 |
| 60-64 | $0.766 | $0.958 |
| 65-69 | $1.333 | $1.618 |
| 70+ | $4.438 | $2.948 |

| Dependent Children | Benefit | Rates per Family Unit | |
|---|---|---|---|
| | | T-Tenet Facilities | O-Tenet Facilities |
| | $ 5,000 | $0.90 | $0.82 |
| | $10,000 | $1.80 | $1.64 |

These rates are guaranteed through December 31, 1999.

GBA-101
**ENDORSEMENT NUMBER 5,** Continued

Page 2

TRA 000026
Cisneros v. Brownsville Med, et al

We have the right to reconsider these rates whenever a single entity is added to or removed from the plan and that change increases or decreases by 20% or more the eligible employee population in force on the date prior to the effective date of such change. Aggregation of smaller entities joining on the same day will not apply. Tenet will provide such census, experience and benefits' information as we may require at least 90 days in advance, if possible, of such anticipated change.

Upon the addition of new facilities to the plan, other than Acquisitions, Tenet Healthcare Corporation will determine the rate category, "T-Tenet Facilities" or "O-Tenet Facilities", into which each such addition will fall.

**5.** We will provide group term life coverage and a matching amount of accidental death and dismemberment (AD&D) coverage under this policy according to the following provisions for the following former OrNda employees:

**A.** 25 employees who have been guaranteed lifetime benefits of no more than $3,500 each.

**B.** Those employees on the attached list for the Benefit Amounts specified until the Coverage End Dates specified.

**C.** Accidental Death and Dismemberment (AD&D) Coverage Provisions:

**DEFINITIONS:**
**Accidental Bodily Injury** means an injury that, directly and independently of all other causes, results solely from a sudden and forceful event that happens solely and directly from unforeseen external and involuntary causes.
**Accidental Death** means loss of life that, directly and independently of all other causes, results from an accidental bodily injury.
**Covered Loss** means accidental death or dismemberment that occurs within 365 days of an accidental bodily injury, subject to the What We Will Not Pay provision of this Rider. **Covered Loss** also means: (1) accidental death or dismemberment that occurs within 365 days of an accident that results in unavoidable exposure to the elements; and (2) disappearance, if within 365 days of an accident, your body has not been found after the vehicle in which you were traveling disappeared, made a forced landing, sank or was wrecked.
**Dismemberment** means an accidental bodily injury that, directly and independently of all other causes, results in the loss of: (1) a hand; (2) a foot; (3) thumb <u>and</u> index finger of the *same* hand; (4) sight; (5) speech; or (6) hearing. **Dismemberment** also means: (1) hemiplegia; (2) paraplegia; and (3) quadriplegia.
  - Loss of a hand means actual severance at or above the wrist.
  - Loss of a foot means actual severance at or above the ankle.
  - Loss of thumb and index finger means actual severance at or above the point at which they are attached to the hand.
  - Loss of sight means total and permanent loss of sight.
  - Loss of speech means total and permanent loss of speech.
  - Loss of hearing means total and permanent loss of hearing.
  - Hemiplegia means total and permanent paralysis of both an arm and a leg on the same side of the body.
  - Paraplegia means total and permanent paralysis of both legs.
  - Quadriplegia means total and permanent paralysis of both arms and both legs.

**Doctor** means a U.S. licensed medical practitioner, other than a nurse, who is practicing within the scope of his/her license. A doctor does *not* include the insured or a member of his immediate family. His immediate family includes his spouse, children and their spouses, parents, grandparents, grandchildren and their spouses, brothers or sisters and their spouses.

**WHAT WE WILL PAY:** We will pay the applicable benefit shown in the Table that follows. If more than one covered loss occurs as a result of the same accidental bodily injury, we will pay for the loss that has the largest benefit. If there is more than one covered loss as a result of more than one accidental bodily injury, we will not include the amount we paid for a previous covered loss when we determine the amount that we will pay for a subsequent covered loss. The benefit we pay for accidental death is in *addition* to the group term life insurance death benefit.

GBA-101                                                                                           Page 3
**ENDORSEMENT NUMBER 5,** Continued

<u>**Covered Loss**</u>                    TRA 000027                    <u>**Benefit Payable**</u>
                              Cisneros v.Brownsville Med, et al

| | |
|---|---|
| Accidental Death OR<br>Loss of two or more members<br>("member" means a hand, foot or sight of an eye) | 100% of the group term life death benefit |
| Quadriplegia | 100% of the group term life death benefit |
| Loss of speech AND loss of hearing in *both* ears | 100% of the group term life death benefit |
| Paraplegia | 75% of the group term life death benefit |
| Loss of one member OR loss of<br>speech OR loss of hearing in *both* ears<br>("member" means a hand, foot or sight of an eye) | 50% of the group term life death benefit |
| Hemiplegia | 50% of the group term life death benefit |
| Loss of hearing of one ear OR loss of<br>thumb and index finger of *same* hand | 25% of the group term life death benefit |

**WHO WE WILL PAY:** We will pay dismemberment benefit(s) to the insured, and the accidental death benefit to his beneficiary.

**WHAT WE WILL NOT PAY:** We will not pay *any* benefits if the loss, directly or indirectly, results from any of the following, even if the means or cause of the loss is accidental:
- suicide or intentionally self-inflicted injury, while sane or insane;
- commission of or attempt to commit an assault or felony;
- sickness or mental illness, disease of any kind, or medical or surgical treatment for any sickness, illness or disease;
- injuries received while "under the influence" of alcohol, a controlled substance or other drugs as defined by the laws of the State where the accident occurs, except as prescribed by a doctor;
- any poison or gas voluntarily taken, administered, absorbed, or inhaled;
- flight in any kind of aircraft, except as a fare paying passenger on a regularly scheduled commercial aircraft;
- any bacterial or viral infection, except when caused by an accidental bodily injury involving an open cut or wound;
- declared or undeclared war, or any act of war; and
- taking part in an insurrection.

**RULES FOR FILING A CLAIM:** Claims must be submitted within 90 days after the date of the covered loss or as as soon after that as is reasonably possible. The written proof of claim must describe the covered accident, the nature and extent of the cause for which the claim is being made, and it must be signed by a doctor. This proof must be acceptable to us. Unless the insured has been legally incapable of filing proof of a claim, we won't accept it if it is filed after 12 months from the date it should have been filed.

**PHYSICAL EXAMINATION AND AUTOPSY:** We have the right to arrange for the insured to be examined by a doctor of our choice at our expense as often as is reasonably required while a claim is pending. We also have the right to arrange for an autopsy in case of accidental death, if it is not forbidden by law. We must be allowed to exercise these rights.

**Except as described in this Amendment, the provisions of the master policy and certificate will prevail.**

GBA-101                                                                 Page 4
**ENDORSEMENT NUMBER 5,** Continued

**D.** The following premium rate schedule will apply to these insureds for group term life and accidental death and dismemberment (AD&D) coverage:

TRA 000028
Cisneros v.Brownsville Med, et al

| Ages | Rates/$1,000 | Ages | Rates/$1,000 |
|------|------------|------|------------|
| to age 30 | $0.113 | 50-54 | $0.386 |
| 30-34 | 0.125 | 55-59 | 0.623 |
| 35-39 | 0.138 | 60-64 | 1.008 |
| 40-44 | 0.186 | 65-69 | 1.716 |
| 45-49 | 0.261 | 70 + | 5.598 |

**6.** The **"PREMIUM PROVISIONS, Change in Premium Rates"** section, page 5, (Policy Form Number 9G42-49-0794) is amended to change the sixty (60) day advance written notice of premium rate change to 180 days.

In all other respects the provisions and the conditions of the policy remain the same.

Accepted by: _____

Title: _____

Date: _____

The Company has executed this Endorsement at Kansas City, Missouri.

GENERAL COUNSEL AND SECRETARY                    PRESIDENT

GBA-101

TRA 000029
Cisneros v.Brownsville Med, et al


**TRANSAMERICA**
**LIFE COMPANIES**

## ENDORSEMENT NUMBER 6

This Endorsement is to be attached to and form part of Policy No. 05928011

issued to **Tenet Healthcare Corporation**.

The effective date of this endorsement is **November 1, 1998**.

In consideration of the payment of premium for this Policy, it is hereby understood and agreed to the following:

Page 2A, Form Number 9G42-49-0794, is replaced by Page 2A.1.

In all other respects the provisions and the conditions of the policy remain the same.

Accepted by: _____

Title: _____

Date: _____

The Company has executed this endorsement at Denver, Colorado.

GENERAL COUNSEL AND SECRETARY                    PRESIDENT

GBE-101

**TRA 000030**
Cisneros v. Brownsville Med, et al

jas/0998

**and**

He/she will be covered from live, full-term birth to no more than 19 years of age, or to 23 years of age if he/she is dependent on the Employee for financial support and enrolled as a student in regular full-time attendance at an accredited college, university, or trade school.

When a child is first eligible for coverage under this policy and in the event that a child who is less than six (6) months of age is confined:

    a.   In a hospital or institution providing medical care;
    b.   In a convalescent home; or
    c.   At home, due to a disability,

coverage will not begin until after he/she has been released by his/her attending physician. This delay in coverage does not apply to newborns unless the newborn's condition requires additional medical attention that is beyond the regular inpatient well-baby care following birth.

We will "grandfather" all existing dependent children coverage under the policy being replaced by this plan for the amounts currently in effect, not to exceed of $10,000.

A dependent child does _not_ include anyone who is *personally* eligible as an Employee of the Group Master Policyholder.

If the Employee *and* his/her spouse are *both* eligible as an Employee, their children may be insured as dependent children of either the Employee or the spouse, but _not_ both.

At least one parent, Employee or spouse, must be covered under this policy for the children to be eligible for coverage.


**NOTE:**

We will ask for evidence of insurability if:

1.  A proposed Employee is over age 60;
2.  An insured's benefit amount first exceeds the Guaranteed Issue amount;
3.  An insured's benefit amount first exceeds any of the following benefit levels: $500,000, $750,000, $1,000,000, $1,300,000, or $1,600,000 due to salary increases. Evidence of insurability will consist of a non-medical application;
4.  An insured's benefit amount exceeds $1,600,000. Evidence of insurability will consist of full medical evidence based on normal age and amount requirements;
5.  A proposed spouse is over age 60. This requirement does not apply to enrollments beginning with the 1995 open enrollment for coverage to be effective on January 1, 1996 or for any other enrollments during 1996 other than the 1996 open enrollment for coverage to be effective January 1, 1997;
6.  An insured Employee or spouse requests an increase in coverage;
7.  A proposed insured has previously waived coverage or voluntarily terminated coverage under this policy. This provision does not apply to persons reinstating coverage following a Family Medical Leave Act leave of absence or leave of absence due to military service.

TRA 000031
Cisneros v. Brownsville Med. et al


**TRANSAMERICA LIFE COMPANIES**

Transamerica Assurance Company
Home Office: Denver, Colorado

## Term Life Insurance
## Group Master Policy

| | |
|---|---|
| Group Master Policyholder: | **Tenet Healthcare Corporation** |
| Group Master Policy Number: | **05928021** |
| Group Master Policy Effective Date: | **January 1, 1996** |
| Group Master Policy Anniversary Date: | **January 1** |
| Governing Jurisdiction: | **Texas** |

Transamerica Assurance Company agrees to pay the benefits provided under this Group Master Policy in accordance with the terms and conditions of this Group Master Policy. By accepting this Group Master Policy and by paying the premiums for this Group Master Policy as they become due, the Group Master Policyholder agrees to be bound by its terms. This Group Master Policy is delivered in and is governed by the laws of the Governing Jurisdiction.

Signed for the Company at Denver, Colorado, to take effect on the Group Master Policy Effective Date.

GENERAL COUNSEL AND SECRETARY

PRESIDENT

**Administrative Office**
**1150 South Olive Street, Suite T-1200**
**Los Angeles, California 90015**
**(800) 346-1608**

9G42-49-0794

**Page 1**

# GROUP MASTER POLICY SCHEDULE

## ELIGIBILITY

**Employees:** To be eligible, an Employee must meet all of the following requirements:

1.   He/She must be actively performing the regular duties of his/her job with the Group Master Policyholder for at least thirty-two (32) hours per week in the usual manner and at the usual place of employment or business (if he/she is not working due to illness or injury, he/she will *not* be eligible until he/she returns to work).

Transamerica Assurance Company will waive the actively at work requirement for all Employees who upon the Effective Date of this policy are:

1.   Employees on approved vacations, leave of absence, scheduled day off, or;
2.   Disabled N-Tenet Employees who are being covered under the group policy being replaced by this policy; or
3.   Disabled A-Tenet Employees who do not meet the waiver of premium eligibility requirements of the group policy being replaced by this policy and for whom the prior carrier has no continuing legal liability.

### Schedule of Benefits

| Class | Description |
|---|---|
| I | All active full time Employees who work at least thirty-two (32) hours per week on a regular basis and who have completed ninety (90) continuous days in an eligible employment status. Seasonal and temporary Employee are not eligible for coverage. |

Eligible Employees will be covered on the date they become eligible.


#### Indemnity Level - Basic Term Life

| | |
|---|---|
| I | 1.0 times annual base salary*, rounded to the next higher $1,000, if not already a multiple thereof, subject to a minimum benefit of $10,000 and a maximum benefit of $50,000. |

* "Annual base salary" is defined as the frozen salary amount as of a predetermined date prior to the calendar year of coverage, exclusive of bonuses, commissions, overtime or other remuneration other than base pay. Pay will be redefined annually prior to open enrollment for the calendar year, subject to approval by Transamerica Assurance Company.


| | |
|---|---|
| Retirees: | NOT ELIGIBLE |
| Spouse Coverage: | NO |
| Children's Coverage: | NO |
| | |
| Guaranteed Issue: | $50,000 |
| Conversion of Coverage: | YES |
| Accelerated Death Benefit: | YES |
| Waiver of Premium: | NO |
| Continuation of Coverage for | |
|    Disabled Employees: | UP TO TWELVE (12) MONTHS |
|    Approved Personal | |
|     Leaves of Absence: | UP TO TWELVE (12) MONTHS |
|    Military Leaves of | |
|     Absence: | NONE |

## Age Reduction Schedule

The age reduction schedule has been waived for the Basic Term Life coverage.

Coverage automatically terminates upon retirement.

## Minimum Participation Requirement

Seventy five percent (75%) participation is required with a minimum of ten (10) participants.

## Schedule of Monthly Premiums

Monthly rate for Employees:      $0.023 per $1,000  -  Billed Rate
                                $0.126 per $1,000  -  Maximum Rate

Funding:                Minimum Premium Arrangement per the attached Flex Agreement

Premiums Payable:      Premiums are due the 15th day of each calendar month.

Rate Guarantee:       Three (3) years from the Policy Effective Date.

No change in rates will be made until three (3) years after the effective date of this policy. However, Transamerica Assurance Company reserves the right to change the rates at any time, but no more than one time in a twelve-month period, if: (1) the terms of the policy change, (2) enrollment increases by 15% or more due to the addition to the policy of an unrelated division, subsidiary, or affiliated company or eligible class, or (3) enrollment decreases by 15% or more.  Experience and enrollment will be reviewed annually and reported to Tenet Healthcare Corporation.

Grace Period:         Forty-five (45) days.

**TRA 000034**
Cisneros v.Brownsville Med, et al

# TABLE OF CONTENTS

Page

Group Master Policy Schedule .................................................................................................................. 2
Definitions ........................................................................................................................................................ 4
Group Master Policyholder Provisions
    Application .................................................................................................................................................. 4
    Termination of Group Master Policy ............................................................................................... 4
    Duties ........................................................................................................................................................... 5
Premium Provisions
    Group Master Policy Premiums ......................................................................................................... 5
    Premium Due Dates ............................................................................................................................... 5
    Grace Period For Paying Premiums .................................................................................................. 5
    Change in Premium Rates .................................................................................................................... 5
Group Master Policy Changes and Termination
    Who May Change the Group Master Policy ................................................................................... 5
    When Group Master Policy Changes are Effective ...................................................................... 5
General Provisions
    Individual Certificates ............................................................................................................................ 6
    Time Effective ........................................................................................................................................... 6
    When Coverage Becomes Effective ................................................................................................... 6
    Inspection of Group Master Policy by Employees ....................................................................... 6
    Examination of Records ......................................................................................................................... 6
    Notice of Right to Continue Coverage ............................................................................................ 6
    Notice of Right to Convert ................................................................................................................... 6
    Workers' Compensation ......................................................................................................................... 6
    Clerical Error .............................................................................................................................................. 6
    Non-Participation .................................................................................................................................... 6
    Entire Contract ......................................................................................................................................... 6
Certificate Provisions Made a Part of this Group Master Policy ............................................... 7

## DEFINITIONS

| | |
|---|---|
| **Certificate:** | The document which describes the terms of the insurance made available to an Employee. |
| **Death Benefit:** | The amount payable upon the death of an insured. |
| **Group Master Policy:** | The contract whose provisions govern the insurance provided to Employees of the Group Master Policyholder. |
| **Insured:** | The person(s) who are insured under this Group Master Policy. |
| **Letter of Intent:** | The document by which the Group Master Policyholder agrees to participate in this group insurance program. |
| **We, Us and Our:** | Transamerica Assurance Company. |

## GROUP MASTER POLICYHOLDER PROVISIONS

**Application:** The Group Master Policyholder must submit to us an executed Letter of Intent electing to participate in this group insurance program.

**Termination of Group Master Policy:** This Group Master Policy will terminate at the earliest of the following events:

1. If the Group Master Policyholder submits a sixty (60) day advance written request to terminate the Group Master Policy, then this Group Master Policy will terminate on the date specified in that request;

2. If we give the Group Master Policyholder a six (6) month advance written notice that we intend to terminate the Group Master Policy, then this Group Master Policy will terminate on the date specified in that notice;

3. If any premium payable by the Group Master Policyholder is not paid within its grace period, then this Group Master Policy will terminate on the day after the end of the grace period;

4. If the Group Master Policyholder fails to comply with any terms of this Group Master Policy, or otherwise fails to fulfill any obligations under or pertaining to this insurance, or fails to comply with or cooperate with us in satisfying the requirements of any applicable law or regulation pertaining to this insurance, then this Group Master Policy will terminate on the 32nd day after we have given the Group Master Policyholder written notice of our intent to terminate; or

5. If the number of Employees who become insured under this Group Master Policy during any 12 month period is fewer than 10 or less than 75% of the number of Employees who are eligible during that time period, then this Group Master Policy will terminate on the 32nd day after we have given the Group Master Policyholder written notice of our intent to terminate.

Termination of individual insurance which was effective prior to the date this Group Master Policy is terminated will be governed by the When Insurance Stops provision of the Certificate, which is attached to and forms a part of the Group Master Policy.

9G42-49-0794          **Page 4**

**TRA 000036**
Cisneros v.Brownsville Med, et al

**Duties:** The duties of the Group Master Policyholder will include, but are not limited to, the following:

1. As required, give us any and all information we determine to be necessary for the enrollment of the Employees (and their spouses and dependent children, if applicable), and for the determination of their eligibility.

2. Receive from its Employees, and forward to us, the application or enrollment forms.

3. Maintain records pertaining to the insurance of its Employees as we may reasonably require while this Group Master Policy is in force and for one year after this Group Master Policy terminates, and allow us the opportunity to examine these records at any reasonable time during normal business hours.

4. Cooperate fully with us in preparing and/or delivering to its Employees any notices regarding this insurance.

## PREMIUM PROVISIONS

**Group Master Policy Premiums:** The premium due for this Group Master Policy will be the sum of the premiums applicable for all insureds under this Group Master Policy. The Group Master Policyholder must pay the premiums to us. The premium rates are set forth in the Group Policy Schedule that is a part of this Group Master Policy.

**Premium Due Dates:** The premiums are due and payable to us in advance by the Group Master Policyholder on each premium due date. The first premium due date is the Policy Effective Date. After that, premium due dates will be as set forth in the Group Policy Schedule, or the application that is a part of the Group Master Policy.

**Grace Period for Paying Premiums:** The Group Master Policyholder will have a grace period of forty-five (45) days from each premium due date, except the first, in which to pay the premium then due. The Group Master Policyholder will be liable for the premium due during the Grace Period.

**Change in Premium Rates:** We have the right to change the premium rates on any premium due date on or after the third Group Master Policy Anniversary. We will provide the Group Master Policyholder with a sixty (60) day advance written notice of any such change in the premium rates.

## GROUP MASTER POLICY CHANGES AND TERMINATION

**Who May Change this Group Master Policy:** The terms of this Group Master Policy may be changed at any time by written agreement between us and the Group Master Policyholder. The insurance provided by this Group Master Policy may be changed or canceled without the consent of any insured and without prior notice to any insured. No agent has the right to change or waive any terms of this Group Master Policy. Only our President or a Vice President together with our Secretary or an Assistant Secretary can authorize a change in this Group Master Policy. Such an authorization must be in writing and signed by the officers. All changes are subject to the laws of the Governing Jurisdiction.

**When Group Master Policy Changes Are Effective:** Unless we and the Group Master Policyholder agree otherwise in writing, the effective date of any change in benefits will be the first day of the calendar month that next follows the date we send notice to the Group Master Policyholder of the change in benefits and any corresponding change in premiums.

TRA 000037
Cisneros v. Brownsville Med, et al

# GENERAL PROVISIONS

**Individual Certificates:** An individual certificate will be issued to each Employee covered under this Group Master Policy. The certificate will indicate the coverage applicable for that Employee, as well as any coverage for that Employee's spouse and/or dependent children, if such coverage is available and has been elected and approved by us.

**Time Effective:** For any dates used in this Group Master Policy, the effective time will be 12:01 A.M. at the home office address of the Group Master Policyholder.

**When Coverage Becomes Effective:** The effective date of insurance will be the 91st day of employment in an eligible class.

**Inspection of Group Master Policy by Employees:** The Group Master Policyholder *must* make this Group Master Policy available for inspection by its Employees at all reasonable times during normal business hours.

**Examination of Records:** While this Group Master Policy is in effect, and for two years after it terminates, we have the right to examine all records of the Group Master Policyholder that pertain to this insurance.

**Notice of Right to Continue Coverage:** If the Continuation of Coverage Option rider is part of the certificate, the Group Master Policyholder is required to give each Employee notice of the right to elect the Continuation Option. Details are set forth in the Continuation of Coverage Option rider attached to the certificate.

**Notice of Right to Convert:** The Group Master Policyholder is required to give each Employee notice of the right to elect the Conversion Option. Details are set forth in the Conversion Option provision of the certificate.

**Workers' Compensation:** The Group Master Policy is not in lieu of Workers' Compensation coverage and does not relieve any employer of the need to provide such coverage.

**Clerical Error:** Clerical error will not void insurance otherwise validly in force, nor will it keep in force insurance that otherwise would cease.

**Non-Participation:** This is non-participating insurance. Neither the Group Master Policyholder nor any Employee participates in our profits or surplus.

**Entire Contract:** This Group Master Policy, the Group Master Policyholder's Letter of Intent, the certificate evidencing the insurance made available to the Employees, the Employees' application or enrollment form and any endorsements, amendments and riders, constitute the entire contract of insurance. All statements made by the Group Master Policyholder or an insured will be considered representations and not warranties. We will not use any statement made by or for an insured to contest his/her insurance unless: (1) that statement is in writing; (2) that statement has been signed by, or on behalf of, the insured; and (3) a copy of that statement has been given to the insured, his/her beneficiary or his/her personal representative.

# CERTIFICATE PROVISIONS MADE A PART OF THIS GROUP MASTER POLICY

The remainder of this Group Master Policy consists of the provisions that appear in the certificate (including any riders) which evidences the insurance made available to the Employees under this Group Master Policy. A copy of the certificate, and any riders, are attached to and form a part of this Group Master Policy.

The following index sets forth the list of current certificate and rider forms:

## Index of Certificate and Rider Forms

| Form | Form Number | Effective Date |
|------|-------------|----------------|
| Group Term Life Insurance Certificate | 9G53-11-0794 | January 1, 1996 |
| Terminal Illness Accelerated Benefit Rider | 9G72-00-0794 | January 1, 1996 |
| ERISA Notice | ERISA 0295 | January 1, 1996 |
| Life & Health Guaranty Association Notice | DIS 49-1093 | January 1, 1996 |
| Information Notice | DIS 9049-192 | January 1, 1996 |
| Premium Provision | Endorsement No. 1 | January 1, 1996 |
| French Foundation Temporary Coverage | Endorsement No. 2 | January 1, 1996 |
| Family Care Leave Act | Endorsement No. 3 | January 1, 1996 |

## CONVERSION OPTION:

**If Your Employment Ends:** If, after you become insured, your employment ends or your job falls into a class of jobs that is not eligible for insurance under the Group Master Policy, you *will* have the option to convert all or part of this insurance to permanent insurance. The face amount of the permanent insurance may not exceed your death benefit under this Certificate.

**If the Group Master Policy Stops:** If the Group Master Policy stops, or if the Group Master Policy is amended so that this insurance stops, you *may* have the option to convert all or part of this insurance to permanent insurance. This option will be available *only* if this insurance has been in force for five or more years. The face amount of the permanent insurance may not exceed the *lesser* of: (1) your death benefit under this Certificate *minus* the amount of any life insurance that you are eligible for under the same Group Master Policy or another group master policy that is issued or reinstated by us or by any other insurer; or (2) $10,000.

**Notice of Conversion Option:** If this insurance is about to stop, your Employer will remind you of this option by either giving you a written notice, or mailing a notice to your last known address as provided in its records. If you decide to exercise this option, you will have to tell us in writing at our Administrative Office (shown on the front of this Certificate) within 31 days after this insurance stops. This is called the conversion period. We will send you an application to fill out, and let you know what your premiums will be for the permanent insurance. If the reminder notice is not given to you or mailed within 15 days after the conversion period starts, you will have an additional 31 days after the conversion period ends to exercise this option. We will not send you an application, or accept a completed application, if you do not exercise this option within the time period allowed. The effective date of the permanent insurance will be the date you applied for the conversion.

**Terms of Permanent Insurance:** The conversion to permanent insurance will be made, without evidence of insurability, on a form we designate for this purpose. The permanent insurance may not have any disability or supplementary benefits. The premiums for the permanent insurance will be based on our published rates in effect on the date of the conversion. Any Suicide and/or Right to Contest provision under the permanent insurance will not start anew. Instead, the amount of time for which you had this insurance will be used to offset any time periods for Suicide and/or Right to Contest under the permanent insurance.

**Insurance Coverage During Conversion Period:** If you are eligible to convert this insurance to permanent insurance and you die during the first 31 days after this insurance stops, we will still pay your death benefit even if you have not applied for the conversion. However, we will reduce your death benefit by the amount of premium necessary to provide insurance to the date of your death.

## RULES FOR FILING A CLAIM: 
Claims must be submitted to us at our Administrative Office (shown on the front of this Certificate). Claim forms can be received by calling our toll-free telephone number (also shown on the front of this Certificate). We must be given a certified copy of your death certificate as proof of a claim.

## MISSTATEMENT OF AGE: 
If you misstated your age when you applied or enrolled for this insurance, we will adjust your death benefit to the amount that the premiums your Employer paid for this insurance would buy at your correct age.

## SUICIDE EXCLUSION: 
We will not pay a death benefit if an insured dies by suicide, while sane or insane, within two years of the date his/her insurance starts. Instead, we will refund the premiums paid for his/her coverage.

## RIGHT TO CONTEST: 
We will not contest this insurance after it has been in force during your lifetime for two years from the date it starts, except if your Employer stops paying the premiums for this insurance.

## WHAT THE CONTRACT IS AND HOW YOUR STATEMENTS AFFECT IT: 
The Group Master Policy, your Employer's Letter of Intent with us, this Certificate, your application or enrollment form, if any, and any endorsements, riders and/or amendments form the entire contract of insurance. All statements made by or for you will be considered representations and not warranties. We will not use any statement made by or for you to deny a claim unless that statement is in writing and a copy of that statement is attached to this Certificate when we issue or deliver it.

## EMPLOYER AS YOUR AGENT: 
For purposes related to this insurance, your Employer serves as your agent and not as our agent.

# TERMINAL ILLNESS ACCELERATED BENEFIT OPTION RIDER

---

**SPECIAL NOTICE**

Benefits paid out under this Rider may be taxable, and subject to a tax penalty. Whether or not you incur a tax liability depends on how the IRS interprets the applicable portions of the Tax Code when you exercise this option. Eligibility for government sponsored health benefit plans may also be affected by your exercising this option. As with all tax matters, you should consult a tax adviser and/or financial professional to assess the impact of exercising this option.

---

Transamerica Assurance Company has issued this Rider as part of the Certificate to which it is attached (your Certificate). The effective date of this Rider is the *later of* (1) the Certificate Date shown in the Certificate Schedule, *or* (2) the Effective Date shown in the Notification of Certificate Change Endorsement. **PLEASE READ THIS RIDER CAREFULLY.**

## DEFINITIONS:

**Doctor** means a U.S. licensed medical practitioner, other than a nurse, who is practicing within the scope of his/her license. A doctor does *not* include yourself or a member of your immediate family. Your immediate family includes your spouse, children and their spouses, parents, grandparents, grandchildren and their spouses, brothers or sisters and their spouses. **Terminal Illness** means an illness that, in the best medical judgment of a doctor, will result in death within 12 months.

**WHAT YOU GET:** This Rider provides you with an option to receive a portion of an insured's death benefit under the Certificate while that insured is alive.

**WHAT WE WILL PAY:** If an insured is diagnosed with a terminal illness, we will accelerate the *lesser* of (1) up to 50% of his/her death benefit; or (2) $150,000. We will pay the accelerated benefit *only* once for each insured.

**WHO WE WILL PAY:** We will pay your accelerated benefit to you. If your spouse is covered under your Certificate, we will pay his/her accelerated benefit to him/her. If a dependent child is covered under your Certificate, we will pay his/her accelerated benefit to you.

**WHAT WE WILL NOT PAY:** If you ask for less than 50% of the death benefit as the amount you want us to accelerate, you *can't* ask us at a later time to give you the difference between what you *did* ask for and what you *could* have asked for.

**WHEN THIS RIDER STOPS:** This Rider stops at the earliest of: (1) the date we have paid the accelerated death benefit for all insureds; or (2) the date your Certificate stops.

**WHAT THIS RIDER COSTS:** There is no cost for this Rider, *unless* you decide to exercise this option. If you decide to exercise this option, you will have to pay 12 month's interest, in advance, on the amount that we accelerate, at an interest rate of not more than 8%, and (2) an administrative fee of $100.

**HOW EXERCISING THIS OPTION WILL AFFECT THE DEATH BENEFIT:** If you exercise this option, we will deduct from the applicable death benefit the amount that we accelerate.

**RULES FOR FILING A CLAIM:** Claims must be submitted to us at our Administrative Office (shown on the front of your Certificate). Claim forms can be received by calling our toll-free telephone number (also shown on the front of your Certificate). If we do not send the claim form within 15 days, then you, your beneficiary or a relative can simply send us written proof of the terminal illness. That proof must show the date and the cause of the terminal illness, and it must be signed by a doctor. If an insured named an irrevocable beneficiary, then the irrevocable beneficiary must also sign the form.

**Except as shown in this Rider, the provisions of your Certificate will prevail.**

9G72-00-0794

**TRA 000041**

Cisneros v. Brownsville Med, et al

# Information Required by the
# Employee Retirement Income
# Security Act of 1974, as amended ("ERISA")

**Appeal of Claim Denial.** If a claim is denied in whole or in part, the claimant will receive: (1) a written explanation giving detailed reasons for the denial; (2) specific reference to policy provisions on which the denial is based; (3) a description of any additional material or information necessary for the claimant to perfect the claim; (4) an explanation of why such material or information is necessary; and (5) an explanation of our claim appeal procedure.

If the claimant is not satisfied, or does not agree, with the reasons for the denial of the claim, the claimant may appeal the decision to us, Transamerica Life Companies, ERISA Appeals Unit, Suite T-12-06, P.O. Box 30852, Los Angeles, California 90030-0852. We provide the benefits under the Group Master Policy identified on the front cover of your Certificate.

We are the fiduciary under the plan designated to review any claim appeals with respect to the policy by the claimant. We are vested with discretionary authority to determine eligibility for benefits and to construe and interpret the plan/policy terms and provisions. Our decision with respect to eligibility and plan/policy terms and provisions is final, conclusive and binding as to all parties.

The appeal *must be in writing* and can be made by the claimant or the claimant's duly authorized representative. It must set out the claimant's reasons for the appeal and the claimant's dissatisfaction or disagreement. Any evidence or documentation to support the claimant's position should be submitted with the written appeal. Upon written request, the claimant may review pertinent documents that pertain to the claim and its denial.

The appeal must be made within 60 days of the date the claimant receives the letter denying the claim.

We will promptly review the claim and appeal. We will advise the claimant of our decision in writing, giving specific reasons for the decision with specific references to pertinent policy provisions on which the decision is based. This written decision will be sent to the claimant not later than 60 days after our receipt of the written appeal, unless special circumstances require an extension of time for processing the appeal, or obtaining more information, or conducting an investigation of the facts. In no event will the written decision be sent later than 120 days after we receive the written appeal.

If the claimant disagrees with our decision on appeal, the claimant may file suit in federal or state court asking the court to overturn our decision as an abuse of discretion. If the court rules in the claimant's favor, it may order us to pay the claimant's court costs and legal fees. If the claimant loses, the court may order the claimant to pay our court costs and legal fees (for example, if the court finds the claimant's suit to be frivolous).

ERISA 0295

**TRA 000042**
Cisneros v. Brownsville Med, et al

# IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE TEXAS LIFE, ACCIDENT, HEALTH AND HOSPITAL SERVICE INSURANCE GUARANTY ASSOCIATION

Texas law establishes a system, administered by the Texas Life, Accident, Health and Hospital Service Insurance Guaranty Association (the "Association"), to protect policyholders if their life or health insurance company fails to or cannot meet its contractual obligations. Only the policyholders of insurance companies which are members of the Association are eligible for this protection. However, even if a company is a member of the Association, protection is limited and policyholders must meet certain guidelines to qualify. (The law is found in the Texas Insurance Code, Article 21.28-D.)

**BECAUSE OF STATUTORY LIMITATIONS ON POLICYHOLDER PROTECTION, IT IS POSSIBLE THAT THE ASSOCIATION MAY NOT COVER YOUR POLICY OR MAY NOT COVER YOUR POLICY IN FULL.**

### Eligibility for Protection by the Association

When an insurance company which is a member of the Association is designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:

* residents of Texas at the time that their insurance company is impaired.
* residents of other states, ONLY if the following conditions are met:
    1) The policyholder has a policy with a company based in Texas;
    2) The company has never held a license in the policyholder's state of residence;
    3) The policyholder's state of residence has a similar guaranty association; and
    4) The policyholder is not eligible for coverage by the guaranty association of the policyholder's state of residence.

### Limits of Protection by the Association

**Accident, Accident and Health, or Health Insurance:**
* up to a total of $200,000 for one or more policies for each individual covered.

**Life Insurance:**
* net cash surrender value up to a total of $100,000 under one or more policies on any one life; or
* death benefits up to a total of $300,000 under one or more policies on any one life.

**Individual Annuities:**
* net cash surrender amount up to a total of $100,000 under one or more policies owned by one contract holder.

**Group Annuities:**
* net cash surrender amount up to $100,000 in allocated benefits under one or more policies owned by one contract holder; or
* net cash surrender amount up to $5,000,000 in unallocated benefits under one contract holder regardless of the number of contract.

**THE INSURANCE COMPANY AND ITS AGENTS ARE PROHIBITED BY LAW FROM USING THE EXISTENCE OF THE ASSOCIATION FOR THE PURPOSE OF SALES, SOLICITATION, OR INDUCEMENT TO PURCHASE ANY FORM OF INSURANCE.**

When you are selecting an insurance company, you should not rely on coverage by the Association.

Texas Life, Accident, Health and Hospital
Service Insurance Guaranty Association
301 Congress, Suite 500
Austin, Texas 78701
800-982-6362

Texas Department of Insurance
P.O. Box 149104
Austin, Texas 78714-9104
800-252-3439

DIS 49-1093

**TRA 000043**
Cisneros v.Brownsville Med, et al

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|
| To obtain information or make a complaint: | Para obtener informacion o para someter una queja: |
| You may call Transamerica Assurance Company's toll-free telephone number for information or to make a complaint at: | Usted puede llamar al numero de telefono gratis de Transamerica Assurance Company para informacion o para someter una queja al: |
| 1-800-346-1608 | 1-800-346-1608 |
| You may also write to Transamerica Assurance Company at: | Usted tambien puede escribir a Transamerica Assurance Company a: |
| P.O. Box 30852 Los Angeles, CA 90030-0852 | P.O. Box 30852 Los Angeles, CA 90030-0852 |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at: | Puede comunicarse con el Departmento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos or quejas al: |
| 1-800-252-3439 | 1-800-252-3439 |
| You may write the Texas Department of Insurance: | Puede escribir al Departamento de Seguros de Texas: |
| P.O. Box 149104 Austin, TX 78714-9104 FAX Number: (512) 475-1771 | P.O. Box 149104 Austin, TX 78714-9104 FAX Numero: (512) 475-1771 |
| PREMIUM OR CLAIM DISPUTES: Should you have a dispute concerning your premium or about a claim, you should contact the company first. If the dispute is not resolved, you may contact the Texas Department of Insurance. | DISPUTAS SOBRE PRIMAS O RECLAMOS: Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con la compania primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI). |
| ATTACH THIS NOTICE TO YOUR CONTRACT: This notice is for information only and does not become a part or condition of the attached Contract of Insurance. | UNA ESTE AVISO A SU CONTRACTO: Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del Contracto de Seguro adjunto. |

DIS 9049-192

**TRA 000044**
Cisneros v.Brownsville Med, et al

# GROUP MASTER POLICY ACCEPTANCE

Transamerica Assurance Company
Group Master Policy Number 05928021
Effective January 1, 1996

Applicant:     Tenet Healthcare Corporation
Address: 14001 Dallas Parkway, Suite 200
            Dallas, TX 75240

This Acceptance is made in duplicate.  One is to be attached to your Master Policy.
The other is to be returned to Transamerica.

Please sign below if you accept the above referenced group master policy.

Tenet Healthcare Corporation
(Full Corporate Name of Group)

Dated at _____ By_____
                                          (Signature & Title)

On _____, 199___

acp298

**TRA 000045**
Cisneros v. Brownsville Med, et al



## TRANSAMERICA LIFE COMPANIES

## ENDORSEMENT NUMBER 1

This Endorsement is to be attached to and form part of Policy No. **05928021**

issued to **Tenet Healthcare Corporation**.

The effective date of this endorsement is **January 1, 1996**.


In consideration of the payment of premium for this Policy, it is hereby understood and agreed to the following:


1. The Premium Provisions, as they appear on Page 5 of Policy Form 9G42-49-0794, are amended to add the following:

   This policy has been issued on a flexible premium arrangement, as stated in the enclosed Flex Agreement. This Agreement will be used in determining premium payments.

2. The Group Master Policyholder Provisions, Termination of Group Master Policy, as it appears on Page 4 of Policy Form 9G42-49-0794, is amended to add the following:

   6. This policy will not be canceled by Us due solely to adverse underwriting experience.


In all other respects the provisions and the conditions of the policy remain the same.

The Company has executed this endorsement at Denver, Colorado.


GENERAL COUNSEL AND SECRETARY                    PRESIDENT


**TRA 000046**

Cisneros v. Brownsville Med, et al

# MINIMUM PREMIUM AGREEMENT

This Agreement is between TRANSAMERICA ASSURANCE COMPANY (hereafter "TRANSAMERICA") and <u>Tenet Healthcare Corporation</u> (hereafter "Policyholder"). It states the terms of the Minimum Premium Arrangement which will be used in determining premium payments for life insurance benefits.

This is a special premium arrangement and financial handling of Group Term Life Policy No. <u>05928021</u>. This Agreement covers the period beginning <u>January 1, 1996,</u> and continues for <u>48</u> months through <u>December 31, 1999.</u> The 24-month period beginning January 1, 1996 and the 12-month periods beginning January 1, 1998 and January 1, 1999 covered by this Agreement will be considered policy years. If this Agreement terminates earlier than December 31, 1999 in accordance with Section VI below, the final policy year of this Agreement will be the period beginning January 1 immediately preceding the termination date and continuing through the termination date.

I.      Deposit Premium
        Prior to the effective date of this policy, we will require one month's deposit based on the maximum premium that would be due under a conventionally insured plan. Such premium is equal to the Total Experience Rated Life Volume (the amount of coverage in force as of any date) on the effective date of the plan, multiplied by the maximum rate of $0.126/$1,000. The Deposit Premium will be used to pay any premiums that may be due after the termination of this Agreement as defined in Section VI below. If the total cumulative premium due upon termination of this plan exceeds the deposit, the Policyholder will be liable for such excess. If the total cumulative premium due upon termination of this plan is less than the deposit, TRANSAMERICA will return such excess deposit to the Policyholder.

II.     Monthly Premium
        The Monthly Premium payable to TRANSAMERICA shall be the lesser of the Experience Premium and the Maximum Premium for the prior month.

        The Experience Premium for each month shall be the sum of the following:

        1. Retention premium (minimum premium) at a rate of $0.023 per month per $1,000 of insurance.
        2. Flexible premium which is equal to the sum of:
           a. Claims paid in that month, and
           b. Charges for conversions during that month, at the rate of $110 per $1,000 of coverage converted, and
           c. Any Carry Forward Amount from the preceding month.

        The Maximum Premium under this Agreement for the first month of each policy year covered under the terms of this Agreement shall be equal to the cap rate of $0.126 per $1,000 of coverage applied to the Total Experience Rated Life Volume in force for that month. The Maximum Premium under this Agreement for anymonth, except the first month of each policy year, shall be equal to the cap rate of $0.126 per $1,000 of coverage applied to the Total Experience Rated Life Volume in force for that month plus any Rollover Amount from the preceding month.

III     Carry Forward Amount

        The Carry Forward Amount for any month is the excess, if any, of the Experience Premium for that month calculated under Section II above over the Maximum Premium for that month calculated under Section II above.

IV      Rollover Amount

        The Rollover Amount for any month is the excess, if any, of the Maximum Premium for that month calculated under Section II above over the Experience Premium for that month calculated under Section II above.

V       TRANSAMERICA will, in a customary and prudent fashion, determine the eligibility of any employee for benefits and the amount of such benefits to which he may be entitled under the group term life policy. The Policyholder will accept such decision in having benefits paid. Benefits will be paid in the same manner as would be paid under the Group Policy in the absence of this Agreement.

**MINIMUM PREMIUM AGREEMENT** (Continued)

In the event of a legal suit for any claims for benefits under the Plan, TRANSAMERICA will:
(a) defend against such suit at its own expense; and
(b) have the right to settle any such suit.

If a judgment or settlement is paid by TRANSAMERICA during a period in which the Policyholder is obligated to pay benefits, the Policyholder will repay TRANSAMERICA for the amount of the judgment or settlement up to the amount of the insured coverage involved.

The Policyholder agrees to indemnify and hold TRANSAMERICA harmless for any action taken by TRANSAMERICA at the direction of the Policyholder which results in any action taken against TRANSAMERICA, including, but not limited to, court costs and reasonable attorneys' fees (including those of the plaintiff if charged to Transamerica), and other reasonable expenses in connection with such action as well as extra-contractual, compensatory or statutory damages.

VI.   Termination of this Agreement shall be at the earlier of (1) termination of the Group Term Life Policy; (2) upon 180 days written notice by TRANSAMERICA to Policyholder; or (3) upon 60 days written notice by Policyholder to TRANSAMERICA. Otherwise, this Agreement will remain in force until January 1, 1999.

In the event of termination of this Agreement, a Terminal Maximum Premium will be calculated equal to the sum of the Rollover Amounts, if any, as of the last month of each policy year covered under the terms of this Agreement. The premium due for each month after termination will be equal to the sum of claims paid in that month plus conversions charged in that month, limited to claims and conversions that were incurred during the period that this contract was in effect. However, the Policyholder's total liability for all premium after termination will not exceed the amount of the Terminal Maximum Premium.

Premiums are due on the 15th of each month. A grace period of 45 days shall be permitted for payment of all premiums.

VII.  In the event that TRANSAMERICA institutes collection activities or any other legal action to collect funds owed by Policyholder pursuant to this Agreement, Policyholder shall reimburse TRANSAMERICA for its entire loss. Policyholder shall also reimburse TRANSAMERICA for all legal fees which it incurs in its efforts to collect or recover any funds from Policyholder.

If you agree to the terms and conditions contained in this Agreement, please indicate acceptance by signing the original and copy and return the original to TRANSAMERICA.


TRANSAMERICA ASSURANCE COMPANY

By_____
        Jean A. Stefaniak
        2nd Vice President, Underwriting


TENET HEALTHCARE CORPORATION
(Policyholder)

By_____
        Name:
        Title:

Dated:_____

**TRA 000048**
Cisneros v. Brownsville Med, et al



**TRANSAMERICA LIFE COMPANIES**

Transamerica Assurance Company
Home Office:  Kansas City, Missouri

Administrative Office
P.O. Box 30852
Los Angeles, CA  90030

## ENDORSEMENT NUMBER 2

. This Endorsement is to be attached to and form part of Policy No. 05928021

issued to **Tenet Healthcare Corporation**.

The effective date of this endorsement is **January 1, 1996.**

In consideration of the payment of premium for this Policy, it is hereby understood and agreed to the following:

For three (3) consecutive months beginning on January 1, 1996, the following employees of the French Foundation for Alzheimer Research will be covered under this policy according to the schedule and conditions described below and in the attached nine(9) pages. Such coverage will terminate without notice on April 1, 1996.

| NAME | BIRTH DATE | BASIC LIFE & AD&D * | VOLUNTARY LIFE | VOLUNTARY AD&D * | DEPENDENT LIFE ** |
|------|-----------|---------------------|----------------|------------------|--------------------|
| Thomas M. Ennis | 3/7/31 | $121,500 | $121,500 | $121,500 | $          0 |
| Lori M. Mosich | 5/21/62 | 70,000 | 0 | 0 | 0 |
| Sharon Linkletter | 8/8/46 | 60,000 | 0 | 0 | 0 |
| Gwen Waggoner | 5/1/40 | 41,000 | 0 | 0 | 0 |
| Sari Katz | 6/27/70 | 30,000 | 0 | 0 | 0 |
| Carol Kosicek | 1/17/61 | 29,500 | 0 | 0 | 0 |

\* Coverage as described in the attached schedules of benefits and exclusions.
\*\* $1,500 per spouse and each child ($100 from 2 weeks to 6 months).

Benefits reduce 8% per year beginning at age 65.  Benefits terminate at retirement.  Benefits will be paid in one single amount.

Premiums:  1.  Basic Life and Voluntary Life Premiums will be payable according to the master policy to which this endorsement is attached.
2.  Dependent Life Premiums are $.42 per dependent unit per month.
3.  AD&D Premiums are $.029 per $1,000 per month.

In all other respects the provisions and the conditions of the policy remain the same.

Accepted by:  _____

Title:  _____

Date:  _____

The Company has executed this endorsement at Denver, Colorado.

**GENERAL COUNSEL AND SECRETARY**                    **PRESIDENT**

GBE-101

**TRA 000049**
Cisneros v. Brownsville Med, et al



TRANSAMERICA
LIFE COMPANIES

Transamerica Assurance Company
Home Office: Kansas City, Missouri

Administrative Office
P.O. Box 30852
Los Angeles, CA  90030

## ENDORSEMENT NUMBER 3

This Endorsement is to be attached to and form part of Policy No. **05928021**

issued to **Tenet Healthcare Corporation**.

The effective date of this endorsement is **January 1, 1996**.

In consideration of the payment of premium for this Policy, it is hereby understood and agreed to the following:

If the Policyholder is subject to the California Family Rights Act of 1991 and/or the Federal Family & Medical Leave Act of 1993 and the approved leave of absence is for family care pursuant to such Acts, payment of premiums for that Employee shall keep coverage in effect for the duration(s) prescribed by the Acts.  The Policyholder is solely responsible for notifying Employees of the availability and duration of family leaves.

In all other respects the provisions and the conditions of the policy remain the same.

The Company has executed this endorsement at Denver, Colorado.

GENERAL  COUNSEL  AND  SECRETARY

PRESIDENT

GBE-101

pci/0196

TRA 000050
Cisneros v.Brownsville Med, et al



TRANSAMERICA
LIFE COMPANIES

Transamerica Assurance Company
Home Office: Kansas City, Missouri

Administrative Office
P.O. Box 30852
Los Angeles, CA  90030

## ENDORSEMENT NUMBER 4

This Endorsement is to be attached to and form part of Policy No. **05928021**

issued to **Tenet Healthcare Corporation**.

The effective date of this endorsement is **March 1, 1997.**

In consideration of the payment of premium for this Policy, it is hereby understood and agreed to the following:

ASSIGNMENT:  We are not responsible for the adequacy of any assignment.  However, if you file the assignment with us and we record it at our Administrative Office (shown on the front of this Certificate), your rights and those of any revocable beneficiary will be subject to it.

In all other respects the provisions and the conditions of the policy remain the same.

The Company has executed this endorsement at Denver, Colorado.

GENERAL COUNSEL AND SECRETARY                              PRESIDENT

GBE-101

pci/0196



TRANSAMERICA
LIFE COMPANIES

Transamerica Assurance Company
Home Office:  Kansas City, Missouri

Administrative Office
P.O. Box 30852
Los Angeles, CA  90030

## ENDORSEMENT NUMBER 5

This Endorsement is to be attached to and form part of Policy No. **05928021**
issued to:  **Tenet Healthcare Corporation**

The effective date of this Endorsement is:  **January 1, 1998**

In consideration of the payment of premium for this Policy, the following is hereby understood and agreed:

**1**.  The "**ELIGIBILITY**" section, page 2 (Policy Form Number 9G42-49-0794) is amended to include the following:

**A.** OrNda Facilities and Georgia Baptist Hospital and Alvarado Skilled Nursing, collectively referred to hereinafter as "Acquisitions entering the Tenet plan on or after September 1, 1997 (Acquisitions)" will henceforth be bound by all contract provisions as any other Tenet Healthcare Corporation facilities.

All Employees of Acquisitions who were covered under group term life insurance policies which are being replaced by this policy will be grandfathered into this plan, subject to the plan maximums, without submitting evidence of insurability, subject to the following conditions:

**(1)** Employees who are actively at work on the effective date of the Acquisition's coverage under this policy, or such employee's next regularly scheduled work day, will be covered as any other Tenet employee.

**(2)** Employees who are not actively at work on the effective date of the Acquisition's coverage under this policy, or such employee's next regularly scheduled work day, will be covered for the exact amount inforce for such employee on the last day of his employer's coverage under the prior policy.

**(3)** Disabled Employees who return to active work after the effective date of the Acquisition's coverage under this policy, will be covered as any other Tenet employee.

**B.** Upon the addition of new facilities to the plan, other than Acquisitions, employees of such facilities will be accepted into the plan according to the eligibility and enrollment rules as for all other Tenet employees.

**2**.  The "**SCHEDULE OF MONTHLY PREMIUMS**" section, page 2A, (Policy Form Number 9G42-49-0794) and "**ENDORSEMENT NUMBER 1**" (Policy Form GBE-101) are amended to include the following:

**A.** T-Tenet facilities and acquisitions covered under this policy as of December 31, 1997 will retain a minimum premium rate of $0.023 per $1,000, and a maximum premium rate of $0.126.

**B.** O-Tenet facilities and acquisitions as of January 1, 1998 and later will have a minimum premium rate of $0.018 per $1,000 and a maximum premium rate of $0.151 per $1,000.

These rates are guaranteed through December 31, 1999.

We have the right to reconsider these rates whenever a single entity is added to or removed from the plan and that change increases or decreases by 20% or more the eligible employee population in force on the date prior to the effective date of such change. Aggregation of smaller entities joining on the same day will not apply. Tenet will provide such census, experience and benefits' information as we may require at least 90 days in advance, if possible, of such anticipated change.

GBA-101

**TRA 000052**
*Cisneros v. Brownsville Med. et al*

Page 1

## ENDORSEMENT NUMBER 5, continued

Upon the addition of new facilities to the plan, other than Acquisitions, Tenet Healthcare Corporation will determine the rate category, A. or B., above, into which each such addition will fall.

**3.** The **"PREMIUM PROVISIONS, Change in Premium Rates"** section, page 5, (Policy Form Number 9G42-49-0794) is amended to change the sixty (60) day advance written notice of premium rate change to 180 days.

**4. "ENDORSEMENT NUMBER 1"**, (Policy Form GBE-101), Paragraph II. Premium Payable and Paragraph III. Premiums Payable After Contract Termination is amended to add the following provisions:

**A.** Maximum Premium Payable, January 1, 1996 through December 31, 1997.
For the period January 1, 1996 through December 31, 1997, the Maximum Premium Payable accumulatively, through any month-end during that two-year period will be the total, over all months from inception through the time in question, of the product of the Maximum Premium rate times the volume inforce for each month.

**B.** Maximum Premium Payable, January 1, 1998 through December 31, 1999.
For each of the one-year periods, 1998 and 1999 separately, the Maximum Premium Payable accumulatively, through any month-end during each of those one-year periods will be the total, over all months during each period, of the product of the Maximum Premium rate times the volume inforce for each month.

**C.** End of Period(s) Settlement(s).
At the end of each of the periods described above in **A.** and **B.**, the difference between the accumulative Maximum Premium Payable and the Experience Premium actually due and paid, excluding any effect of a Maximum Premium limit will be determined. Each period's difference, surplus or deficit, will be placed in a memorandum account until December 31, 1999. At that time any surplus may be used by us to pay for claims incurred prior to December 31, 1999, but paid after that date. Such payments, however, may only be charged against this account after the total Deposit Premium has been used to pay such claims.

In all other respects the provisions and the conditions of the policy remain the same.

Accepted by: _____

Title: _____

Date: _____

The Company has executed this Endorsement at Kansas City, Missouri.

GENERAL COUNSEL AND SECRETARY                    PRESIDENT



# LIFE AND
# AD&D INSURANCE

JANUARY 1998



**TRA 000054**
Cisneros v. Brownsville Med, et al

# TABLE OF CONTENTS

*About The TenetSelect Life And AD&D Insurance Plans* . . . . . . . . . . . . . . . . . . 1

*Your TenetSelect Life And AD&D Insurance Plans - A Quick Look* . . . . . . . . . . 2

*Who Is Eligible* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Employees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Family Members . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    If You And Your Spouse Both Work For Tenet . . . . . . . . . . . . . . . . . . . . . . . . . 4
    If Your Employment Status Changes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    If You Take A Leave Of Absence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Enrollment* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Enrolling When First Eligible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Annual Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    No Late Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Evidence Of Insurability (EOI) Requirements . . . . . . . . . . . . . . . . . . . . . . . . 10
        EOI At Initial Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
        EOI Required For All Coverage Increases . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Changing Your Insurance Coverage* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    Major Life Events . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Cost Of Coverage* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Naming Your Beneficiary* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Spouse And Dependent Coverages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*How Life Insurance Coverage Works* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
    When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        After Initial Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        After A Major Life Event . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
        After Annual Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        After Your Facility Is Acquired By Tenet . . . . . . . . . . . . . . . . . . . . . . . . . 19
        If You're "Disabled" And Not Actively At Work . . . . . . . . . . . . . . . . . . . 19
    Coverage Amounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        Benefits Age . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

**TRA 000055**
Cisneros v. Brownsville Med, et al

# TABLE OF CONTENTS cont.

Annual Benefits Pay .................................................. 21
Basic Employee Life Insurance  ....................................... 22
Supplemental Employee Life Insurance  ................................ 22
Spouse Life Insurance ............................................... 24
Child Life Insurance ................................................ 24
Accelerated Benefit Option .............................................. 24
What's Not Covered By Life Insurance (Limitations And Exclusions) .............. 25

*How AD&D Coverage Works* ................................... 26
When Coverage Begins ................................................ 26
After Initial Enrollment  .......................................... 26
After A Major Life Event ......................................... 27
After Annual Enrollment  ......................................... 27
What AD&D Covers ................................................... 28
Coverage Amounts ................................................... 30
Basic Employee AD&D Insurance ................................... 30
Supplemental Employee AD&D Insurance  ............................ 30
Spouse AD&D Insurance .......................................... 30
Child AD&D Insurance ........................................... 30
Additional Benefits  ................................................ 32
Safe Driving Benefit ........................................... 32
Monthly Coma Benefit ........................................... 32
Special Education Benefit ....................................... 33
Child Care Center Benefit ....................................... 34
Special Training Benefit ........................................ 34
Common Disaster Benefit ........................................ 35
Felonious Assault Benefit  ...................................... 35
24-Month Extended Aid Benefit ................................... 35
Additional Benefit Amounts ...................................... 36
What's Not Covered By AD&D Insurance (Limitations And Exclusions) ........... 37

*How The Business Travel Accident Insurance Plan Works* .................. 39
When Coverage Begins ................................................ 39
Covered Accidental Losses ........................................... 39
Safe Driving Benefit ................................................ 41
Monthly Coma Benefit ................................................ 42
What's Not Covered By Business Travel Accident Insurance (Limitations And Exclusions) . . 43

# TABLE OF CONTENTS cont.

*When Coverage Ends* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

*Filing A Claim* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
    Claims Review Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
    Appeal Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

*Converting Coverage* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

*Other Provisions* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
    Plan Administrator Discretion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
    Amendment And Termination Of Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . 50
    Source Of Payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
    Your ERISA Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
    ERISA Plan Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

**TRA 000057**
Cisneros v. Brownsville Med, et al

# ABOUT THE TENETSELECT LIFE AND AD&D INSURANCE PLANS

TenetSelect offers a variety of Life Insurance and Accidental Death and Dismemberment (AD&D) Insurance Plans for you and your family. Depending on your employment status at Tenet, you may receive automatic coverage as part of your TenetSelect CORE benefits. These automatic coverages are paid for entirely by the company. In addition, TenetSelect offers Supplemental Life and AD&D Insurance options.

TenetSelect CORE benefits for full-time employees include:

- *Basic Employee Life Insurance*

- *Basic Employee AD&D Insurance*

- *Business Travel Accident Insurance*

Part-time 1 employees receive coverage under Business Travel Accident Insurance for their TenetSelect CORE benefits.

The following Life and AD&D Insurance options are available to all employees who are eligible for the TenetSelect Benefit Plans:

- *Supplemental Employee Life Insurance*

- *Spouse Life Insurance*

- *Child Life Insurance*

- *Supplemental Employee AD&D Insurance*

- *Spouse AD&D Insurance*

- *Child AD&D Insurance*

> This booklet provides key information about the TenetSelect Life, AD&D, and Business Travel Accident Insurance Plans. Information for other Tenet-sponsored plans is provided in separate summary plan descriptions (SPDs) available from your Human Resource department.



**TRA 000058**
Cisneros v.Brownsville Med, et al

# YOUR TENETSELECT LIFE AND AD&D INSURANCE PLANS – A QUICK LOOK

| | |
|---|---|
| **Who Is Eligible** | • Full-time employees working at least 36 hours per week<br>• Part-time 1 employees working at least 24 hours per week<br>*(eligibility may vary by facility)* |
| **Who You Can Cover** | • Eligible family members including your spouse and dependent children |
| **Cost Of Coverage** | Tenet pays for the full cost of your CORE insurance plans (Basic Employee Life, Basic Employee AD&D, and Business Travel Accident Insurance).  Supplemental insurance is available; however, you pay the full cost. |
| **When Coverage Begins** | Generally, your insurance coverage can begin on the 91st day after you begin employment in a full-time or part-time benefits-eligible position |

**Who To Call For Help**

*If you have questions about:*

• Life Insurance Plans
• AD&D Insurance Plans
• Business Travel Accident Insurance Plan

*Contact:*

• Your Human Resource department

**TRA 000059**
Cisneros v. Brownsville Med, et al

# WHO IS ELIGIBLE

## Employees

You are eligible to enroll for coverage under the TenetSelect Life, AD&D, and Business Travel Accident Insurance Plans if your facility participates in the TenetSelect Benefit Plans and:

| you are a... | and regularly scheduled to work at least... |
|---|---|
| Full-time employee | 36 hours per week |
| Part-time 1 employee | 24 hours per week |

Employees who are covered by a collective bargaining agreement are eligible only if the agreement specifically provides for coverage under the TenetSelect Benefit Plans.

Part-time benefits-ineligible employees are not eligible to enroll in any of the TenetSelect Benefit Plans. Per diem, temporary, seasonal, student, intern, leased, and contract employees also are ineligible. *Please note that for plan eligibility purposes, your employment category is based on how Tenet characterizes your status, regardless of how a court or the IRS may characterize it.*

## Family Members

Your legal spouse is eligible for Spouse Life Insurance and Spouse AD&D Insurance.

You can elect Spouse Life Insurance up to 50% of the Supplemental Employee Life Insurance coverage amount.

You can also elect Child Life Insurance for your eligible children up to 50% of the Supplemental Employee Life Insurance coverage amount.

There are no restrictions on enrolling in Spouse or Child AD&D Insurance.

Eligible children are:

• *Your dependent, unmarried children up to age 19; and*

• *Your dependent, unmarried children age 19 through age 22 provided they are full-time students at a post-secondary school or an accredited trade school.*

**TRA 000060**
Cisneros v.Brownsville Med, et al

The term "children" includes your natural children, stepchildren, foster children, and legally adopted children. Stepchildren and foster children under age 19 must live with you to be eligible unless they are full-time students living away at school. You may be required to show proof of dependent status.

Family members who are in the military service are not eligible for coverage under the TenetSelect Life or AD&D Insurance Plans.

Please note that even though disabled children can continue to be covered under your TenetSelect medical and dental coverage after their 19th birthday (subject to plan guidelines), Child Life and AD&D Insurance coverage ends on their 19th birthday.

## If You And Your Spouse Both Work For Tenet

If you and your spouse are both eligible for the TenetSelect Benefit Plans, you will both receive the CORE benefits that are applicable for your employment status. In addition, you can each elect Supplemental Employee Life, Spouse Life, Supplemental Employee AD&D, and Spouse AD&D Insurance coverages on your Personalized Enrollment Form (PEF). In other words, you can double cover each other for these plans. However, only one spouse may enroll eligible children in the Child Life and Child AD&D Insurance Plans.

As long as you are eligible for the TenetSelect Benefit Plans (i.e., a full-time or part-time 1 employee), you cannot be enrolled in the Child Life or Child AD&D Insurance Plans as another employee's dependent.

*Don't Forget...*

The same eligibility rules that apply to married Tenet couples also apply if you and your dependent child are both employed by Tenet and eligible for TenetSelect Benefit Plans.

**TRA 000061**
Cisneros v. Brownsville Med, et al

4

# If Your Employment Status Changes

If a schedule change impacts your employment status, your eligibility for TenetSelect will be affected as follows:

*Benefits-Ineligible Status* ————————————▷ *Part-time 1 or Full-time Status*

• *Business Travel Accident Insurance coverage begins on the first day in a benefits-eligible status.*

• *All other Life and AD&D Insurance coverages may begin on the 91st continuous day you are in a benefits-eligible employment status.*

You will be provided with a Personalized Enrollment Form (PEF), which must be completed in a timely manner for Life and AD&D Insurance coverages to begin as scheduled. Associated payroll deductions will begin with the first complete pay period you are a benefits-eligible employee after your benefits go into effect. If you or a family member are "disabled" on the day coverage is scheduled to start, coverage will be delayed. (See the section titled *If You're "Disabled" And Not Actively At Work* on pages 19-20 for more information.)

*Part-time 1 Status* ————————————▷ *Full-time Status*

• *Your participation in the Business Travel Accident Insurance Plan continues.*

• *You are automatically eligible for company-paid Basic Employee Life and Basic Employee AD&D Insurance (i.e., TenetSelect CORE benefits for full-time employees). These CORE coverages will begin on the 91st day you are in a benefits-eligible employment status, which includes your continuous employment as a part-time 1 employee.*

If you are participating in any Supplemental Employee Life or AD&D Insurance Plans, these coverages will increase beginning the first day you are a full-time employee to reflect your pay increase resulting from your status change. Associated changes in your payroll deductions will begin with the first full pay period following your status change. Your CORE benefits and coverage increases will be delayed if you are "disabled" and not actively at work on the effective date. (See the section titled *If You're "Disabled" And Not Actively At Work* on pages 19-20 for more information.)

*Full-time Status* ──────────▷ *Part-time 1 Status*

- *Your participation in the Business Travel Accident Insurance Plan continues.*

- *Your reduction in hours makes you ineligible for the Basic Employee Life and Basic Employee AD&D Insurance Plans.  These CORE coverages will end on the last day you are a full-time employee.*

If you are participating in any Supplemental Employee Life or AD&D Insurance coverages, these coverages will decrease beginning the first day you are a part-time 1 employee to reflect your pay decrease resulting from your status change.  Associated changes in your payroll deductions will begin with the first full pay period following your status change. You are eligible to convert your Basic Employee Life/AD&D coverages to individual policies.  (See page 48 for more information.)

*Part-time 1 or Full-time Status* ──────────▷ *Benefits-Ineligible Status*

- *Your reduction in hours makes you ineligible to continue participating in the TenetSelect Benefit Plans.*

As a result, all TenetSelect Life and AD&D Insurance coverages end on the last day you are in a benefits-eligible status (i.e., part-time 1 or full-time status).  Deductions for TenetSelect Life and AD&D Insurance coverages will stop the first complete pay period after your status change.  You are eligible to convert your coverages to individual policies. (See page 48 for more information.)



**TRA 000063**
Cisneros v. Brownsville Med, et al

6

# If You Take A Leave Of Absence

You can continue all TenetSelect Life and AD&D Insurance coverages, except Business Travel Accident Insurance, during most approved leaves of absence for up to 12 months. For individuals on military leave, Life and AD&D coverages will end on the last day worked and can be reinstated upon return to work.

See your Human Resource department for definitions of leaves of absence and for additional information on continuing benefit coverage during a leave, cost of coverage, and procedures for making payments.

If you return to work and want to re-enroll, you must satisfy Evidence of Insurability (EOI) requirements with the insurance company before Life Insurance coverage can be reinstated. Employees returning from a leave that has qualified under the Family Medical Leave Act (FMLA) will not be required to satisfy EOI if Life Insurance coverage is reinstated immediately following the leave. For more information on reinstating benefit coverage following a FMLA leave, refer to your TenetSelect Medical Plan or TenetSelect Dental Plan summary plan descriptions. For more information on EOI requirements, refer to *Evidence Of Insurability (EOI) Requirements* starting on page 10.

If you do not return to work following a leave, you may be eligible to convert your Life and AD&D Insurance coverage to an individual policy. Please note that individual policies offered by the insurance company will differ in plan provisions and premiums from the plans offered through TenetSelect. For more information, see *Converting Coverage* on pages 48-49.

---

*How long can I continue coverage during a leave of absence?*

Your insurance coverage can be continued for up to 12 months during an approved leave of absence, provided you continue to pay the premium.

---

*Don't Forget...*

If you are eligible to continue insurance coverage, it's important to pay the cost on a timely basis. Late payments result in termination of coverage.

---

**TRA 000064**
Cisneros v.Brownsville Med. et al

# ENROLLMENT

You are enrolled automatically in your TenetSelect CORE benefits. However, if you want additional Life and AD&D Insurance for yourself, your spouse, and your children, you must elect these coverage options on your Personalized Enrollment Form (PEF). In certain situations, the insurance company must approve your request for Supplemental Employee and Spouse Life Insurance through a process called Evidence of Insurability (EOI). This requirement is described in more detail on pages 10-11.

Even if you do not elect any of the additional Life and AD&D Insurance options, you must complete a Beneficiary Designation Form so that the insurance company has clear instructions for paying a benefit for your CORE coverages. See *Naming Your Beneficiary* on page 15 for more information.

## Enrolling When First Eligible

During the first 90 days in an eligible employment status, you will receive a Personalized Enrollment Form (PEF) that allows you to enroll in Life and AD&D Insurance, as well as other voluntary TenetSelect benefit plans. Your PEF will indicate the date you must return your completed form to your Human Resource department and the effective date of coverage. If you do not receive your PEF by the 61st day in an eligible employment status, contact your Human Resource department immediately.

If you or your spouse are required to satisfy Evidence of Insurability (EOI), the affected individual must complete an Evidence of Insurability Form. The form can be obtained from your Human Resource department. To ensure your application for coverage is reviewed in a timely manner, return the completed Evidence of Insurability form with your PEF directly to your Human Resource department. The insurance company will then notify you and your Human Resource department of its decision regarding your application for Life Insurance coverage. If EOI is approved after

---

*If you're wondering how much insurance you need, you should consider:*

1. How much financial support would my spouse or family need in the event of my death?

2. If my spouse has life insurance coverage, would it be sufficient to support the family?

3. Who else relies on me for financial support?

---

**TRA 000065**
Cisneros v.Brownsville Med, et al

8

your scheduled coverage effective date has passed, your life insurance coverage will go into effect on the date EOI is approved.  Once your Human Resource department receives the approval from the insurance company, payroll deductions for life insurance will begin or be adjusted with the first complete pay period.

Once you enroll, your elections stay in force for the rest of the calendar year.

## Annual Enrollment

Annual Enrollment is held in the fourth quarter each year so that you can change your TenetSelect benefit elections, including your Life and AD&D Insurance coverages. All changes made during Annual Enrollment, including terminating coverage, will be effective on January 1 of the following calendar year.

All elections to increase coverage under the Supplemental Employee and Spouse Life Insurance Plans will be subject to EOI requirements.  EOI will also be required if you waive Supplemental Employee or Spouse Life Insurance for the current year and elect it for the next calendar year.  There are no EOI requirements for AD&D Insurance.

## No Late Enrollment

Under TenetSelect, there is no late enrollment.  If you do not return your Personalized Enrollment Form (PEF) by the deadline indicated on your PEF, you cannot enroll or make changes to any of the Life or AD&D Insurance options until the Annual Enrollment period for the next calendar year.  Please note that you or your spouse will be required to satisfy EOI requirements if you enroll in Supplemental Employee or Spouse Life Insurance at a later date.  See the next page for more information on EOI requirements.

**TRA 000066**
Cisneros v.Brownsville Med, et al

CMSPDF - www.fesiss.com

## Don't Forget...

Initial enrollment usually refers to these situations:

- You are enrolling yourself and your family members when first eligible for the TenetSelect Benefit Plans.

- You are enrolling your new spouse in the Spouse Life Insurance Plan within 31 days of the date of your marriage.

## How do I provide EOI, when necessary?

1. Complete the Evidence of Insurability Form, which can be obtained from the Human Resource department.

2. Return the form to your Human Resource department.

3. Expect to receive a decision from the insurance carrier within several weeks.

# Evidence Of Insurability (EOI) Requirements

## EOI At Initial Enrollment

EOI is always required during initial enrollment if:

- *You elect a Supplemental Employee Life Insurance amount in excess of $500,000;*

- *You elect a Spouse Life Insurance amount in excess of $50,000;*

- *You are age 61 or older when you first enroll in Supplemental Employee Life Insurance; or*

- *Your spouse is age 61 or older when you first enroll him or her in Spouse Life Insurance.*



**TRA 000067**
Cisneros v.Brownsville Med, et al

# CHANGING YOUR INSURANCE COVERAGE

## What should I do if my dependent's eligibility status changes?

If your dependents become ineligible for coverage during the year, remember to drop their coverage immediately — especially if the change reduces your payroll deductions for insurance coverage. If you drop dependent coverage within 31 days of the event, you may be eligible for retroactive reimbursement of excess payroll deductions.

Other than during Annual Enrollment, you can change your benefit elections during the calendar year only if you have a change in your employment status (described on pages 5-6), or a major life event (described below). Your coverage may then be affected as follows:

a) *You may automatically lose or gain CORE Life/AD&D Insurance coverages; or*

b) *You may be able to enroll or drop coverage for yourself or a family member during the year.*

Check with your Human Resource department to determine allowable changes.

## Major Life Events

During the year, you can add or drop coverage only for major life events. The coverage you wish to change must be related to the major life event, and you must file a Notification of Major Life Event form with your Human Resource department within 31 days of the event. If you miss the 31-day deadline, you will have to wait until the next Annual Enrollment period to change your TenetSelect Life and AD&D Insurance coverages. However, if the event causes you or your dependent to be ineligible for coverage, coverages will stop whether or not you file this form.

If you are dropping Spouse or Child Life Insurance coverage due to a major life event and this change affects your payroll deductions, you may be eligible for an adjustment to your payroll deductions retroactive to the date of the major life event. However, if you do not notify your Human Resource department within 31 days that a dependent is no longer eligible for TenetSelect Life and AD&D Insurance coverages, you will not be reimbursed for excess payroll deductions, if applicable. In addition, that dependent will be dropped retroactively from the date of ineligibility.

Here is a list of major life events that may affect your coverage:

**TRA 000069**
Cisneros v. Brownsville Med. et al

## EOI Required For All Coverage Increases

EOI will be required for all future increases in coverage levels once you enroll in Supplemental Employee and/or Spouse Life Insurance coverage. This rule also affects employees who waive coverage during their initial enrollment and elect it at a later date. If EOI is denied, the affected individual will remain at his or her current coverage level.

EOI will be required when the new coverage amount increases over one of the following dollar thresholds: $500,000, $750,000, $1 million, $1.3 million, or $1.6 million, if you keep the same Supplemental Employee Life Insurance coverage level but your coverage amount increases as the result of a pay increase. If EOI is required and then subsequently denied, your coverage will automatically increase only to the applicable dollar threshold.

It is important to note once you drop coverage, you will be required to satisfy EOI requirements before you can re-enroll. However, if you are reinstating coverage following a FMLA leave, EOI requirements may be waived. (See *If You Take A Leave of Absence* on page 7 for more information.)

---

### For Example . . .

Let's say your annual benefits pay is $186,000 and you have the "4 x annual benefits pay" coverage level. Your coverage amount would be $744,000 in coverage (4 x $186,000). If your annual benefits pay increased to $189,000 and you remained at the same coverage level, your new coverage amount could potentially be $756,000. However, EOI would be required for the $6,000 that exceeds the $750,000 threshold. If EOI is denied, your coverage amount would still increase to the $750,000 threshold.

Once EOI has been denied, EOI will be required for any subsequent increase — even if the coverage amount does not exceed another threshold. Should EOI be approved at a later date, you will then be subject to the EOI requirements only if your coverage amount crosses over another threshold amount.

---

### How are my spouse's benefits determined?

- Coverage affected by your age
- EOI based on *your spouse's* age
- Premiums affected by *your age*

---

**TRA 000068**
Cisneros v.Brownsville Med, et al

- *Marriage, reconciliation of legal separation*

- *Divorce, legal separation*

- *Birth or legal adoption of child*

- *Change in legal custody of dependents*

- *Child is no longer eligible for coverage (child marries, is no longer a full-time student, joins the military service, or reaches the maximum age limit)*

- *Child age 19 through 22 becomes a full-time student*

- *Death of spouse or child*

- *Spouse gains employment or becomes eligible for benefits through employer*

- *Spouse's employment terminates or he or she is no longer eligible for benefits through employer*

- *Employee on severance becomes employed or becomes eligible for benefits through new employer*

- *Change in your employment status*

- *Leave of absence*

Please note that Evidence of Insurability (EOI) will be required if, as a result of a major life event, you elect Supplemental Employee Life or Spouse Life Insurance coverage. EOI will not be required if:

- *You enroll a new spouse within 31 days of the date of your marriage unless your spouse is age 61 or older; or*

- *You are requesting coverage at the $100,000 level.*

---

### How To Change Your Insurance Coverage Level

- *During Annual Enrollment:* Follow the instructions for "How To Enroll."

- *For a major life event:* Notify your Human Resource department within 31 days of the major life event. If you miss the deadline, you will have to wait until the next Annual Enrollment to make changes to your insurance coverage.

---

CNPDF - www.fasisi.com

# COST OF COVERAGE

---

> ## Who can I cover through TenetSelect insurance?
>
> Through the supplemental insurance plans, you can cover:
>
> - Yourself
> - Your spouse
> - Your dependent children
>
> The cost of your coverage depends on your insurance coverage election. For more detailed information, contact your Human Resource department.

Tenet pays the full cost of your CORE coverages, including:

- *Basic Employee Life*

- *Basic Employee AD&D*

- *Business Travel Accident Insurance*

You pay the full cost of all other TenetSelect Life and AD&D Insurance coverages on an after-tax basis through payroll deductions. Premiums for Supplemental Employee and Spouse Life Insurance are based on the coverage amount and your benefits age. Refer to page 21 for a definition of benefits age. Premiums for Child Life and all AD&D Insurance coverages are not related to your age, and are based solely on the coverage amount. For Child Life and Child AD&D Insurance, the cost of coverage is the same regardless of the number of children you may have.

Payroll deductions begin on the first full pay period following the effective date of coverage unless you are "disabled" and not actively at work. If you are "disabled" on the date coverage is scheduled to begin, all TenetSelect coverage as well as your payroll deductions will be delayed. If you have enrolled your spouse or your children in any of the dependent Life or AD&D Insurance Plans and an enrolled dependent is "disabled" on the effective date of coverage, you should notify your Human Resource department immediately. By notifying the Human Resource department, you ensure that coverage and the related payroll deductions for that individual can be delayed.

*Please note that one premium covers all eligible children. If you are insuring two or more children and one child is "disabled" on the effective date, the premium for Child Life and Child AD&D Insurance will remain the same and begin as scheduled so that coverage for the non-disabled child(ren) will be effective. (See page 20 for definition of "disabled.")*

For more information on the cost of your TenetSelect Life and AD&D Insurance options, see your Human Resource department.

TRA 000071
Cisneros v. Brownsville Med, et al

# NAMING YOUR BENEFICIARY

Death benefits are payable to your designated beneficiary under the following plans:

- *Basic Employee Life*

- *Supplemental Employee Life*

- *Basic Employee AD&D*

- *Supplemental Employee AD&D*

- *Business Travel Accident Insurance*

For accidental losses other than death, the AD&D Plans (and the Business Travel Accident Insurance Plan, if applicable) pay you a dismemberment benefit.

To designate your beneficiary, you must complete a Beneficiary Designation Form. You can name any one or more individuals to be your beneficiary(ies). If you name more than one person, you should indicate what percentage of the total benefit each person is to receive. If you do not indicate percentages, the insurance company will divide the benefit equally among all named beneficiaries.

If benefits are payable to a minor or to someone who is legally incapable of self-support, the insurance company will pay the proceeds to the court-appointed guardian of the beneficiary's estate.

Be sure to keep your beneficiary designations current at all times, especially if you marry, divorce, remarry, etc. You should be aware that if you remarry but still have your previous spouse listed as your beneficiary on your Beneficiary Designation Form, the insurance company will be legally obligated to follow the Beneficiary Designation Form on file. Also, if any of your beneficiaries move, you should update your beneficiary's address by submitting a new Beneficiary Designation Form to your Human Resource department.

*How do I name my beneficiary?*

1. Obtain a Beneficiary Designation Form from the Human Resource department.
2. Submit the completed form to the Human Resource department.

Remember, you can change your beneficiary at any time.

**TRA 000072**
Cisneros v. Brownsville Med, et al

If you do not complete a Beneficiary Designation Form or your designated beneficiary has predeceased you, your benefit will be paid to the first person (or persons) listed below who is living at the time of your death:

1. *Your current, legal spouse*

2. *Your child(ren)*

3. *Your parents*

4. *Your siblings*

5. *Your estate*

You can change your beneficiary at any time by completing a new Beneficiary Designation Form. Once your Human Resource department receives your form, it will supersede any previous form on file. It's advisable to review your Beneficiary Designation Form on file at your Human Resource department at least once a year.

> *If you're going through a divorce, you may want to consider:*
> - Who relies on me for financial support?
> - Who are my beneficiaries?
> - Do I need more or less life insurance?

## Spouse And Dependent Coverages

You are automatically the beneficiary for Spouse and Child Life and AD&D Insurance coverages. The dependent AD&D Insurance Plans also pay a dismemberment benefit to you if a dependent suffers a covered loss other than death.

TRA 000073
Cisneros v. Brownsville Med, et al

# HOW LIFE INSURANCE
# COVERAGE WORKS

Death benefits are paid in a lump sum to the designated beneficiary in the event of a covered individual's death. In case of a terminal illness or condition, the covered person may be eligible to receive an accelerated benefit. (See page 24 for details.) Certain causes of death may be excluded as outlined on page 25.

## When Coverage Begins

Coverage in the various TenetSelect Life Insurance Plans begins at different times, depending on a number of factors, including:

1. *Whether you are electing coverage when first eligible or increasing coverage at a later date;*

2. *Whether the insurance company requires the person to provide Evidence of Insurability (EOI); and*

3. *Whether the insured person is "disabled" on the date coverage is scheduled to begin.*

These factors are described in more detail in this section as they apply to the particular enrollment situation and individual.

### After Initial Enrollment

• *Basic Employee Life Insurance. This coverage begins automatically on the 91st continuous day you are a full-time employee, provided you are not "disabled" on the day coverage is scheduled to go into effect. If you become eligible for this plan as the result of a change in employment status, refer to page 5 for more information.*

• *Supplemental Employee Life Insurance. This coverage begins on the 91st continuous day in an eligible employment status, provided you have enrolled in a timely manner and are not "disabled" on that day. If Evidence of Insurability (EOI) is required, the insurance company must approve your application before coverage can begin.*

**TRA 000074**
Cisneros v.Brownsville Med, et al

- *Spouse Life Insurance.  Your spouse's coverage will begin on the day your participation in the TenetSelect Benefit Plans begins.  Remember that coverage will be delayed if your spouse is "disabled."  If Evidence of Insurability (EOI) is required, the insurance company must approve your spouse's application before coverage can begin.*

- *Child Life Insurance.  Your children's coverage will go into effect on the same day your Supplemental Employee or Spouse Life Insurance goes into effect.  However, if an eligible child is "disabled" on the day coverage is scheduled to go into effect, coverage for that child will be delayed until he or she is no longer "disabled."  This delay will not affect the coverage start date for other eligible children.*

## After A Major Life Event

If you are enrolling yourself or an eligible dependent in a TenetSelect Life Insurance Plan as the result of a major life event, coverage will begin as of the date of the major life event, provided the individual was not "disabled" on that day and enrollment occurs within 31 days of the event.  If EOI is required, the individual's application must be approved by the insurance company before coverage can begin.

If you are dropping coverage for an individual as the result of a major life event, coverage will stop as of the date of the major life event.  Coverage will also stop automatically for an ineligible dependent, whether or not you notify your Human Resource department.  Please note that your premiums cannot be adjusted until you formally drop the coverage.

For more information on major life events, see pages 12-13.



**TRA 000075**
Cisneros v. Brownsville Med., et al

## After Annual Enrollment

Increases in coverage will go into effect on the later of:

• *January 1 of the following calendar year; or*

• *If the insured person was "disabled" on January 1 of the following calendar year, the day the disability ends; or*

• *The day your Human Resource department receives notice that the insurance company has approved the individual's EOI.*

Elections to decrease or waive any TenetSelect Life Insurance coverage will go into effect on the following January 1.

## After Your Facility Is Acquired By Tenet

Your transition to the TenetSelect Life Insurance program includes guaranteed coverage at your current level under your present supplemental employee or spouse life insurance program. Check with your Human Resource department to find out how to preserve your current life insurance benefit.

## If You're "Disabled" And Not Actively At Work

Coverage will be delayed if a person is considered by the insurance company to be "disabled" and not actively at work on the day his or her TenetSelect Life or AD&D Insurance coverage is scheduled to begin. This provision also affects any increases in Life or AD&D Insurance coverage after initial enrollment.

Please be aware that if a "disabled" individual dies — or in the case of AD&D Insurance, suffers an accidental loss — before recovering from his or her disability, benefits will not be paid even if premiums were deducted from your paycheck. It is the employee's responsibility to enroll only those dependents who are eligible for coverage.

A person will be considered "disabled" if the individual is:

- *Employed but not actively at work, or actively performing the regular duties of his or her job in the usual manner and at the usual place of employment or business. This means that if the individual is not working because of an illness or injury, coverage will be delayed until the individual returns to work. If coverage is scheduled to start on a regularly scheduled non-workday for that individual, the individual must have worked on his or her last regularly scheduled workday.*

- *Not employed and is not performing the normal activities of a person of the same age and sex.*

- *Younger than six months old and is confined as follows:*

    - *In a hospital or institution providing medical care;*

    - *In a convalescent home; or*

    - *At home due to a disability.*

    *Coverage for your "disabled" dependent will begin 15 days after the child's release by his or her attending physician. This delay in coverage does not apply to newborns, unless the newborn's condition requires additional medical attention that is beyond the regular inpatient, well-baby care following birth. There is no "disabled" limitation for children over six months of age. This delay in coverage for a particular child will not affect the effective date for any other eligible child who is not "disabled."*

*Please note that all TenetSelect benefit plans have "actively at work" provisions; however, the term "actively at work" may be defined differently for each plan.*

## Coverage Amounts

Your coverage amount is determined by the following two factors:

1. *Your annual benefits pay (used to determine your coverage options for the Basic Employee Life and AD&D Insurance Plans and Supplemental Employee Life and AD&D Insurance Plans);*

2. *Your benefits age (employees at age 65 and 70).*

---

### Don't Forget...

Child Life and Spouse Life Insurance coverage cannot individually exceed 50% of the Supplemental Employee Life Insurance coverage in effect.

---

TRA 000077
Cisneros v. Brownsville Med, et al

## Benefits Age

Your benefits age will always be your age as of January 1 of the current year and will stay in effect for the entire calendar year, regardless of the date you become eligible for the TenetSelect Benefit Plans or your actual birthday. Each Annual Enrollment period, coverage amounts and premiums for Supplemental Employee and Spouse Life Insurance shown on your Personalized Enrollment Form (PEF) will reflect your age as of the next January 1.

## Annual Benefits Pay

Your annual benefits pay is calculated as follows:

- *Full-time employees. Your annual benefits pay is determined by your hourly rate multiplied by 2,080 hours (equivalent to 40 hours/week) regardless of the number of hours you are regularly scheduled to work.*

- *Part-time 1 employees. Your annual benefits pay is determined by your hourly rate multiplied by 1,560 hours (equivalent to 30 hours/week) regardless of the number of hours you are regularly scheduled to work.*

*Note: Annual benefits pay does not include bonuses, overtime, shift differentials, commissions, or any other form of compensation.*

When you are first eligible for the TenetSelect Benefit Plans, your current annual benefits pay is used to determine your Life and AD&D Insurance coverage options which are then reflected on your initial Personalized Enrollment Form (PEF). After you make your elections, these coverages stay in effect for the entire calendar year — even if your pay rate changes later that year. This is referred to as "locking in your annual pay" for benefit purposes. Each year before Annual Enrollment, your annual pay will be "locked in" for the next calendar year.

---

*Do pay increases affect my insurance coverage?*

If your annual pay increases 15% or more the result of any single event, you have the option of:

1. Adjusting your current coverage amount to reflect your new pay rate as of its effective date; or

2. Waiting until the next Annual Enrollment period to reflect the change in pay.

---

**TRA 000078**
Cisneros v. Brownsville Med. et al

## Basic Employee Life Insurance

Your Basic Employee Life Insurance is equal to your annual benefits pay, rounded up to the next $1,000 increment. The minimum coverage amount is $10,000. The maximum coverage amount is $50,000.

## Supplemental Employee Life Insurance

Your coverage options depend on your annual benefits pay and your benefits age. Both terms are described earlier on page 21.

Remember that your enrollment or coverage amount may be subject to EOI approval. See pages 10-11 for information on EOI requirements.

### If your benefits age is less than 65...

- *The Supplemental Employee Life Insurance Plan offers coverage amounts equal to one, two, three, or four times your annual benefits pay, rounded up to the next $1,000 increment. The minimum coverage amount is $10,000. The maximum coverage amount is $2,450,000. So, if your annual benefits pay is $18,742.34 and you want to buy Supplemental Employee Life Insurance equal to three times your annual benefits pay, your insurance coverage amount is calculated as follows:*

  3 x $18,742.34 = $56,227.02

  $56,227.02, rounded up to next $1,000 = $57,000

Your Supplemental Employee Life Insurance amount would be $57,000.

---

> ### For example . . .
>
> If your annual benefits pay is $21,437.72, your Basic Employee Life Insurance coverage amount would equal $22,000 ($21,437.72 rounded to the next $1,000).

---

**TRA 000079**
Cisneros v. Brownsville Med, et al

*If your benefits age is 65 or greater...*

- *Your pre-age 65 coverage amount as calculated earlier is reduced when your benefits age reaches 65 and then again when it reaches 70, as follows:*

| Benefits Age | Coverage Amount |
|---|---|
| 65-69 | 65% of pre-age 65 coverage amount |
| 70 or more | 50% of pre-age 65 coverage amount |

According to this chart, when your benefits age reaches 65, the minimum coverage amount is $6,500 and the maximum coverage amount is $1,592,500.  When it reaches 70, the minimum coverage amount is $5,000 and the maximum coverage amount is $1,225,000.

*Supplemental Employee Life Insurance Options*

**You can select one of the four levels of coverage:**

- **One times your annual benefits pay**
- **Two times your annual benefits pay**
- **Three times your annual benefits pay**
- **Four times your annual benefits pay**

**Remember, you pay for the full cost of supplemental insurance. For additional information on the cost of this coverage, contact your Human Resource department.**



**TRA 000080**
Cisneros v. Brownsville Med. et al

23

CutePDF - www.fxto.com

## Spouse Life Insurance

Life Insurance options for your spouse depend on your benefits age at the time your PEF is printed as follows:

| If your benefits age is less than 65... | If your benefits age is greater than 65... | If your benefits age is 70 or greater... |
|---|---|---|
| $5,000 | $3,250 | $2,500 |
| $10,000 | $6,500 | $5,000 |
| $25,000 | $16,250 | $12,500 |
| $50,000 | $32,500 | $25,000 |
| $100,000* | $65,000 | $50,000 |

\* *After 1/1/98, requires EOI.*

The maximum Supplemental Spouse Life coverage cannot exceed 50% of the Supplemental Employee Life coverage in effect. Your spouse's enrollment or coverage amount may be subject to EOI approval. See pages 10-11 for information on EOI requirements.

## Child Life Insurance

You can elect $5,000 or $10,000 in coverage for each of your eligible children. Your election will cover all eligible children. Your Child Life coverage cannot individually exceed 50% of Supplemental Employee Life coverage in effect.

## Accelerated Benefit Option

The TenetSelect Life Insurance Plans also offer an accelerated death benefit payment option for covered individuals who have a terminal illness or condition. For purposes of this plan, terminal illness or condition is defined as an illness or condition that, in the best medical judgment, is expected to result in death within 12 months.

**TRA 000081**
Cisneros v. Brownsville Med, et al

This accelerated benefit pays the lesser of $150,000 or 50% of a covered person's Basic and Supplemental Life Insurance coverage amount, and there are no restrictions as to how the money is used.

Accelerated benefits are paid to the terminally ill individual. However, accelerated benefits for a terminally ill child are paid to you. The remaining insurance amount is payable to the individual's beneficiary after death occurs.

There is a $100 administrative fee associated with this payment option. In addition, because this accelerated payment is considered an advance on the insured person's eventual death benefit, you will be required to pay 12 months' interest on the amount paid, at an 8% interest rate. These costs will be deducted automatically from the accelerated benefit payment.

According to tax legislation, a portion or all of your accelerated benefit received after 1996 may be tax-free. Note, however, since this benefit may be considered income, eligibility for government-sponsored health plans may be affected by receiving an accelerated death benefit. We recommend that you consult a tax advisor before electing this payment option.

# What's Not Covered By Life Insurance (Limitations And Exclusions)

The TenetSelect Life Insurance Plans will not pay full benefits if you (or your insured dependent) die as a result of a self-inflicted injury or attempted suicide within two years of the effective date of coverage. This limitation affects an individual's entire coverage amount for the first two years he or she is insured.

For an individual who is already covered and has increased coverage, this limitation only affects the portion of the coverage amount that has been in effect for less than two years (i.e., the increase). For example, if your spouse had $5,000 in Spouse Life Insurance coverage for three years and then increased coverage to the $25,000 coverage level, $20,000 of the $25,000 coverage amount would be affected by this limitation for the first two years following the effective date of the increase.

**TRA 000082**
Cisneros v. Brownsville Med, et al

# HOW AD&D COVERAGE WORKS

The TenetSelect AD&D Insurance Plans provide accidental death and dismemberment insurance coverage 24 hours a day, seven days a week. Benefits are paid in the event an insured person dies or suffers a loss as the result of an accident while covered under an AD&D Insurance Plan.

The coverage amounts shown under each AD&D Insurance Plan on your Personalized Enrollment Form (PEF) are referred to as the principal amounts, which usually refer to the accidental death benefit payable under an AD&D Insurance Plan. Because the AD&D Insurance Plans also pay a dismemberment benefit for other types of accidental injuries, a dismemberment benefit for other covered losses is usually described as a percentage of the insured person's principal amount.

Your death benefit is paid to your designated beneficiary. Your spouse's and children's death benefits are paid to you. A dismemberment benefit for all other covered accidental losses is also paid to you.

## When Coverage Begins

Coverage in the various TenetSelect AD&D Insurance Plans begins at different times, depending on a number of factors, including:

1. *Whether you are electing coverage when first eligible or increasing coverage at a later date; and*

2. *Whether the insured person is "disabled" on the date coverage is scheduled to begin.*

These factors are described in more detail in this section as they apply to the particular enrollment situation and individual.

### After Initial Enrollment

* *Basic Employee AD&D Insurance. This coverage begins automatically on the 91st continuous day you are a full-time employee, provided you are not "disabled" on the day coverage is scheduled to begin. If you become eligible for this plan as the result of a change in employment status, refer to page 5 for more information.*

**TRA 000083**
Cisneros v. Brownsville Med. et al

- *Supplemental Employee AD&D Insurance. This coverage begins on the 91st continuous day you are in an eligible employment status, provided you are not "disabled" on that day.*

- *Spouse AD&D Insurance. Your spouse's coverage will begin on the day your participation in the TenetSelect Benefit Plans begins. Remember that coverage will be delayed if your spouse is "disabled."*

- *Child AD&D Insurance. This coverage does not depend on whether you have elected TenetSelect AD&D Insurance for a parent. However, if your coverage under TenetSelect is delayed for any reason, your children's AD&D Insurance coverage will also be delayed until your coverage begins. Also, if an eligible child is "disabled" on the day coverage under the Child AD&D Insurance Plan is scheduled to start, coverage for that child will be delayed until he or she is no longer "disabled." This delay will not affect the coverage start date for other eligible children.*

## After A Major Life Event

If you are enrolling yourself or an eligible dependent in a TenetSelect AD&D Insurance Plan as the result of a major life event, coverage will begin as of the date of the major life event, provided the individual was not "disabled" on that day and enrollment occurs within 31 days of the event.

If you are dropping AD&D Insurance coverage for an individual as the result of a major life event, coverage will stop as of the date of the major life event. Coverage will also stop automatically for an ineligible dependent, whether or not you notify your Human Resource department. Please note that your premiums cannot be adjusted until you formally drop the coverage.

## After Annual Enrollment

If you elect to increase any of the AD&D Insurance coverages, coverage increases will go into effect on January 1 of the following calendar year, provided the insured person is not "disabled" on that day.

Elections to decrease or waive any TenetSelect AD&D Insurance coverage will go into effect on the following January 1.

# What AD&D Covers

Benefits are paid in the event an insured person dies or suffers a loss as the result of a covered accident. A covered accident means that the accident occurs while the individual is covered under an AD&D Insurance Plan, and includes unavoidable exposure to the elements.

The following chart illustrates which accidental losses are covered under the TenetSelect AD&D Insurance Plans and their associated benefit amount payable.

| Covered Loss | Coverage Amount |
|---|---|
| Life | 100% of principal amount |
| Quadriplegia | 100% of principal amount |
| Loss of: | 100% of principal amount |
| 1) both hands; | |
| 2) both feet; | |
| 3) one hand and one foot; | |
| 4) sight in both eyes; | |
| 5) speech and hearing in both ears; or | |
| 6) sight in one eye and one foot or hand | |
| Paraplegia | 75% of principal amount |
| Hemiplegia | 75% of principal amount |
| Loss of: | 50% of principal amount |
| 1) one hand; | |
| 2) one foot; | |
| 3) sight in one eye; | |
| 4) speech; or | |
| 5) hearing of both ears | |
| Loss of: | 25% of principal amount |
| 1) hearing in one ear; or | |
| 2) thumb and index finger of same hand | |

**TRA 000085**
Cisneros v. Brownsville Med, et al

28

To be covered under the AD&D Insurance Plan, a loss must be the direct result of a covered accident and must occur within 365 days of a covered accident. Loss is further defined as follows:

- *Quadriplegia means total and permanent paralysis of both upper and lower limbs*

- *Paraplegia means total and permanent paralysis of both lower limbs*

- *Hemiplegia means total and permanent paralysis of upper and lower limbs on one side of the body*

- *Loss of hand means loss at or above the wrist*

- *Loss of foot means loss at or above the ankle*

- *Loss of speech, hearing or sight means complete and irrecoverable loss*

- *Loss of thumb and index finger means at or above the metacarpophalangeal joints*

The AD&D Insurance Plans will also pay a death benefit one year after an insured person cannot be found due to the disappearance, wreckage, sinking, or forced landing of a conveyance in which the person was traveling. Certain modes of transportation may be excluded; refer to pages 37-38 for a list of limitations and exclusions.

---

*What is the maximum benefit I can receive through the AD&D Plan?*

The maximum benefit payable under each AD&D Insurance Plan for all covered losses from a single accident is the individual's principal amount. Your principal amount depends on your annual benefits pay and is explained in detail on pages 30-31.

---

**TRA 000086**
Cisneros v. Brownsville Med, et al

For Example. . .

If your annual benefits pay is $24,392.42, your *Basic Employee AD&D Insurance* equals **$25,000** based on the guidelines described in this section.

If you wanted to elect *Supplemental Employee AD&D Insurance* equal to three times your annual benefits pay, or **$74,000**, as calculated below:

3 × $24,392.42 = **$73,177.26**

$73,177.26, rounded up to next $1,000 = **$74,000**

Remember, you pay for the full cost of Supplemental Employee AD&D Insurance.

# Coverage Amounts

### Basic Employee AD&D Insurance

Your principal amount under this TenetSelect CORE benefits plan is equal to your annual benefits pay, rounded up to the next $1,000 increment. The minimum principal amount is $10,000. The maximum principal amount is $50,000.

### Supplemental Employee AD&D Insurance

Supplemental Employee AD&D Insurance offers principal amounts equal to one, two, three, or four times your annual benefits pay, rounded up to the next $1,000 increment. The minimum principal amount is $10,000. The maximum principal amount is $500,000.

### Spouse AD&D Insurance

You have a choice of three principal amounts for your spouse's AD&D insurance:

- *$25,000,*

- *$50,000, or*

- *$100,000.*

### Child AD&D Insurance

You can elect $10,000 in coverage for each of your eligible children. Benefits paid for one child will not reduce, or affect in any way, benefits paid for another child.

**TRA 000087**
Cisneros v. Brownsville Med. et al

The following chart summarizes the coverage amounts for each AD&D Insurance Plan:

| Insurance | Coverage Amount |
|---|---|
| Basic Employee AD&D | • equals annual benefits pay, rounded to next $1,000<br>minimum = $10,000<br>maximum = $50,000 |
| Supplemental Employee AD&D | • 1 - 4 times annual benefits pay, rounded to next $1,000<br>minimum = $ 10,000<br>maximum = $500,000 |
| Spouse AD&D | $ 25,000<br>$ 50,000<br>$100,000 |
| Child AD&D | $ 10,000/child |

TRA 000088
Cisneros v. Brownsville Med, et al

# Additional Benefits

## Safe Driving Benefit

Each applicable AD&D Insurance Plan offers an additional $25,000 benefit if an insured person dies as the result of a covered auto accident, provided the individual was properly using a seat belt at the time the accident occurred. An auto means any licensed, four-wheel passenger motor vehicle, and does not include motorcycles, motor scooters, buses, off-road vehicles, semi-tractor trailers, or any type of farm equipment.

## Monthly Coma Benefit

Each applicable AD&D Insurance Plan pays a monthly coma benefit if an insured person goes into a coma as the result of a covered accident, provided the coma begins within one year of the accident and lasts for at least 31 consecutive days.

The monthly coma benefit is equal to 1% of the insured person's principal amount. However, if the individual receives a dismemberment benefit due to a loss resulting from the same covered accident, the monthly coma benefit would be equal to 1% of the difference between the principal amount and the dismemberment benefit already paid for that loss.

A monthly coma benefit is payable to you, and will continue until the earlier of:

- *The insured person's recovery from the coma;*

- *The monthly coma benefit has been paid for 100 months; or*

- *The insured person's death.*

If death occurs after a monthly coma benefit begins and is the result of the same accident that caused the coma, the AD&D death benefit (i.e., the insured person's principal amount) will be reduced by any monthly coma benefit previously paid.

TRA 000089
Cisneros v.Brownsville Med, et al

*Special Education Benefit*

If you are covered under the Supplemental Employee AD&D Insurance Plan and have elected Child AD&D Insurance coverage, your children may qualify for a special education benefit.

This special education benefit is designed to help pay for a child's post-secondary education and is payable if at the time of your death:

- *Death benefits are payable from the Supplemental Employee AD&D Insurance Plan, and*

- *Your child is:*

  - *Enrolled as a full-time student in a college, university, or post-secondary vocational school; or*

  - *In the 12th grade and enrolls in college, university, or post-secondary vocational school within one year of the date of your death.*

The special education benefit is equal to the lesser of 5% of your principal amount or $5,000, and will be payable annually for four consecutive years, provided the child continues his or her post-secondary education on a full-time basis.

The benefit is paid to the surviving spouse on behalf of each eligible child. If there is no surviving spouse, the benefit will be paid to the child's legally appointed guardian.

If you have no children who qualify for this benefit, the Supplemental Employee AD&D Insurance Plan will pay your beneficiary a single lump sum benefit equal to $1,500.

## Child Care Center

A "child care center" means a licensed child care facility that primarily provides care and supervision for children in a group setting on a regular, daily (less than a 24-hour per day) basis so that the surviving parent or legal guardian can be employed.

A child care center cannot be:

- the child's home

- a hospital, nursing home, or convalescent facility

- a facility for the treatment of mental disorders, drug addiction, or alcoholism

- an orphanage

- a home for the aged

## Child Care Center Benefit

If you are covered under the Supplemental Employee AD&D Insurance Plan and have elected Child AD&D Insurance coverage, your children may qualify for a child care center benefit. The child care center benefit is payable only if:

- *Death benefits are payable under the Supplemental Employee AD&D Insurance Plan; and*

- *Your child was enrolled in a child care center on the date of your accident or enrolls within 90 days after the date of your accidental death.*

This benefit is equal to the lesser of 5% of your principal amount or $5,000, and will be payable annually for four consecutive years, provided the child continues to be enrolled in a day care center.

The benefit is paid in quarterly installments to the surviving spouse on behalf of each eligible child. If there is no surviving spouse, the benefit will be paid to the child's legally appointed guardian.

If you have no children who qualify for this benefit, the Supplemental Employee AD&D Insurance Plan will pay your beneficiary a single lump sum benefit equal to $1,500.

## Special Training Benefit

If you are covered under the Supplemental Employee AD&D Insurance Plan and have elected AD&D Insurance coverage for your spouse, your spouse may qualify for a special training benefit. This training benefit is payable only if:

- *Death benefits are payable under the Supplemental Employee AD&D Insurance Plan; and*

- *Your spouse enrolls in a training program designed to help him or her obtain an independent income. Your spouse must enroll within one year of the date of your death.*

This special education benefit is equal to the lesser of 5% of your principal amount or $5,000.

**TRA 000091**
Cisneros v. Brownsville Med. et al

34

## Common Disaster Benefit

An additional benefit will be paid if you and your spouse die as the result of a common accident while covered under the Supplemental Employee AD&D Insurance Plan and the Spouse AD&D Insurance Plan, respectively. This special benefit is payable only if the regular death benefit is payable under both AD&D Insurance Plans, and is equal to the difference between your principal amount and your spouse's principal amount or $150,000, whichever is less.

Your designated beneficiary will receive this benefit in a single lump sum.

## Felonious Assault Benefit

If you die or suffer a covered loss as the result of being a victim of a felonious assault while you were on Tenet property or participating in a Tenet-sponsored activity, the Supplemental Employee AD&D Insurance Plan provides an additional benefit. This felonious assault benefit is equal to 25% of your principal amount.

To be eligible for this benefit, the felonious assault must occur while you are covered under the Supplemental Employee AD&D Insurance Plan. Felonious assaults include:

• *Malicious assault with intent to commit bodily harm,*

• *Robbery, theft, or burglary, or*

• *Your kidnapping.*

## 24-Month Extended Aid Benefit

If you die and you have elected dependent coverage, your dependent's insurance will continue at no cost to your spouse for 24 consecutive months. This benefit, however, will end on the earliest of the following dates:

• *Date the master policy terminates; or*

• *Date the insurance would have ceased by any other reason had your death not occurred.*



TRA 000092
Cisneros v.Brownsville Med, et al

35

*Additional Benefit Amounts*

| Additional Benefit | Amount | Paid To... |
| --- | --- | --- |
| Safe Driving Benefit | $25,000 | beneficiary |
| Coma Benefit | 1% of insured person's principal amount for 100 months | beneficiary |
| Special Education Benefit | lesser of 5% of your principal amount *or* $5,000, payable annually for four consecutive years | surviving spouse on behalf of each eligible child or his/her legal guardian |
| Child Care Center Benefit | lesser of 5% of your principal amount *or* $5,000, payable for four consecutive years<br><br>$1,500, if no eligible children | surviving spouse on behalf of each eligible child or his/her legal guardian, provided the child continues to be enrolled in a day care center |
| Special Training Benefit | lesser of 5% of your principal amount *or* $5,000 | surviving spouse who must enroll within one year of the date of your death |
| Common Disaster Benefit | the difference between your principal amount and your spouse's principal amount *or* $150,000, whichever is less | beneficiary |
| Felonious Assault Benefit | 25% of your principal amount | beneficiary |

**TRA 000093**
Cisneros v. Brownsville Med, et al

# What's Not Covered By AD&D Insurance (Limitations And Exclusions)

The TenetSelect AD&D Insurance Plans do not pay benefits for losses resulting from:

- *An accident that occurs while the individual was not insured, including any period of time that coverage was delayed because the person was considered to be "disabled" by the insurance company*

- *An accidental injury that does not meet the definition of covered loss as described on pages 28-29*

- *Suicide or intentionally self-inflicted injury, regardless of state of mind*

- *Bodily or mental infirmity, disease of any kind, or medical or surgical treatment of an infirmity or disease*

- *Any bacterial infection, except when caused by a covered accidental injury*

- *Use of one or any combination of the following, except as prescribed by a licensed physician: 1) PCP; 2) LSD or other hallucinogens; 3) cocaine, heroin, or other narcotics; 4) amphetamines or other stimulants; or 5) barbiturates or other sedatives or tranquilizers*

- *Any poison or gas voluntarily taken, administered, absorbed, or inhaled*

- *Travel in any military aircraft unless it is operated by the MAC (Military Airlift Command) or a foreign equivalent*

- *Travel in any aircraft as a pilot or crew member; travel in any aircraft used for firefighting, exploration, pipe or powerline work, or aerial photography*

- *Travel in any aircraft owned, leased, or operated by Tenet Healthcare Corporation or any of its divisions, subsidiaries, or affiliates, unless the insurance company and Tenet have agreed in writing to specifically cover you*

- *The commission of or the intent to commit an illegal act, including an assault or felony*

- *Participation in an insurrection*

- *War, declared or undeclared*

**TRA 000094**
Cisneros v. Brownsville Med, et al

The safe driving benefit will not be paid if a death benefit is not paid by the applicable AD&D Insurance Plans. In addition, the safe driving benefit will not be paid if a loss results from:

- *Improper use of a seat belt as indicated in the police accident report or witnessed by a doctor, paramedic, police officer, coroner, or other individual of competent authority*

- *Driving or riding in a vehicle that is not a four-wheel passenger motor vehicle (as defined in the Safe Driving Benefit section on page 32) including, but not limited to, a motorcycle, motor scooter, bus, off-road vehicle, semi-tractor trailer, or any type of farm equipment*

- *Traveling in a four-wheel passenger motor vehicle while the driver — whether or not you are the driver — is under the influence of alcohol or has voluntarily taken, administered, absorbed, or inhaled a poison gas*

- *Traveling in a four-wheel passenger motor vehicle after the driver — whether or not you are the driver — has used one or any combination of the following, except as prescribed by a licensed physician: 1) PCP; 2) LSD or other hallucinogens; 3) cocaine, heroin, or other narcotics; 4) amphetamines or other stimulants; 5) barbiturates or other sedatives or tranquilizers*

- *Driving or riding in a four-wheel passenger motor vehicle that is being used without the consent of its owner or for illegal purposes*

- *Driving or riding in a four-wheel passenger motor vehicle that is participating in a race or performing speed/endurance tests or acrobatic stunts*

- *Driving or riding in a four-wheel passenger motor vehicle on other than regularly maintained roadways*

The monthly coma benefit will not be paid if the coma was the result of an accidental injury that is excluded by the applicable AD&D Insurance Plans. In addition to the preceding list of limitations and exclusions, the monthly coma benefit will not be paid if:

- *A coma begins more than one year (365 days) from the day the covered accident occurred*

- *The coma does not last at least 31 consecutive days*

TRA 000095

Cisneros v. Brownsville Med, et al

38

# HOW THE BUSINESS TRAVEL ACCIDENT INSURANCE PLAN WORKS

The Business Travel Accident Insurance Plan is a type of accidental death and dismemberment (AD&D) insurance plan, included in your CORE benefits, that provides coverage only when you are traveling on company business. Your spouse and children are not eligible for coverage under this plan.

Your principal amount is $100,000, regardless of whether you are a full-time or part-time 1 employee. The plan also pays a dismemberment benefit for other covered accidental losses as described below.

## When Coverage Begins

Coverage under this plan begins on the first day you are in an eligible employment status provided you are not "disabled" on that day. Remember, however, that coverage will be effective only while you are traveling on company business.

## Covered Accidental Losses

Benefits are paid in the event you die or suffer a loss as the result of a covered accident. For purposes of this plan, a covered accident means that the accident occurs while you are traveling on company business. Business travel begins when you leave your home or workplace, whichever is last, and continues until you return to your regular workplace(s) or home, whichever is first. This plan does not cover your regular commute between home and your regular workplace(s). Covered accidents also include unavoidable exposure to the elements.



The following chart illustrates which accidental losses are covered and the associated benefit amount payable.

| Covered Loss | Benefit Amount |
| --- | --- |
| Life | $100,000 |
| Quadriplegia | $100,000 |
| Loss of: <br> 1) both hands; <br> 2) both feet; <br> 3) one hand and one foot; <br> 4) sight in both eyes; <br> 5) speech and hearing in both ears; or <br> 6) sight in one eye and one foot or hand | $100,000 |
| Paraplegia | $75,000 |
| Hemiplegia | $50,000 |
| Loss of: <br> 1) one hand; <br> 2) one foot; <br> 3) sight in one eye; <br> 4) speech; or <br> 5) hearing in both ears | $50,000 |
| Loss of: <br> 1) hearing in one ear; or <br> 2) thumb and index finger of same hand | $25,000 |

*The maximum benefit payable for all losses due to a single accidental incident is $100,000.*

**TRA 000097**

Cisneros v. Brownsville Med, et al

CSitPDF - www.fastio.com

To be covered under the Business Travel Accident Insurance Plan, a loss must be the direct result of a covered accident and must occur within 365 days of a covered accident. "Loss" is further defined as follows:

- *Quadriplegia means total and permanent paralysis of both upper and lower limbs*

- *Paraplegia means total and permanent paralysis of both lower limbs*

- *Hemiplegia means total and permanent paralysis of upper and lower limbs on one side of the body*

- *Loss of hand means loss at or above the wrist*

- *Loss of foot means loss at or above the ankle*

- *Loss of speech, hearing or sight means complete and irrecoverable loss*

- *Loss of thumb and index finger means at or above the metacarpophalangeal joints*

The Business Travel Accident Insurance Plan will also pay a death benefit after one year if you cannot be found due to the disappearance, wreckage, sinking, or forced landing of a conveyance in which you were traveling. Certain modes of transportation may be excluded; refer to pages 37-38 for a list of limitations and exclusions.

## Safe Driving Benefit

The Business Travel Accident Insurance Plan also offers a $25,000 benefit if you die as the result of a covered auto accident, provided you were properly using a seat belt at the time the accident occurred. An auto means any licensed, four-wheel passenger motor vehicle, and does not include motorcycles, motor scooters, buses, off-road vehicles, semi-tractor trailers, any type of farm equipment, or any motor vehicle being used without its owner's permission.

**TRA 000098**
Cisneros v. Brownsville Med, et al

# Monthly Coma Benefit

The Business Travel Accident Insurance Plan pays a monthly coma benefit if you go into a coma as the result of a covered accident, provided the coma begins within one year of the accident and lasts for at least 31 consecutive days.

The monthly coma benefit is equal to $1,000. However, if you receive a dismemberment benefit due to a loss resulting from the same covered accident, the monthly coma benefit would be equal to 1% of the difference between the principal amount and the dismemberment benefit already paid for that loss.

A monthly coma benefit will continue until the earlier of:

- *You recover from the coma;*

- *The monthly coma benefit has been paid for 100 months; or*

- *You die.*

If death occurs after a monthly coma benefit begins and is the result of the same accident that caused the coma, the death benefit payable (i.e., your principal amount) will be reduced by any monthly coma benefits previously paid.

| Additional Benefit | Coverage Amount | Paid To... |
|---|---|---|
| Safe Driving Benefit | $25,000 | beneficiary |
| Monthly Coma Benefit | $1,000 *or* 1% of the difference between the principal amount and any dismemberment benefit already paid | beneficiary |

**TRA 000099**
Cisneros v. Brownsville Med., et al

# What's Not Covered By Business Travel Accident Insurance (Limitations And Exclusions)

The Business Travel Accident Insurance Plan does not pay benefits for losses resulting from:

- *An accident that occurs while not traveling on company business as described earlier*

- *An accidental injury that does not meet the definition of covered loss as described on page 39*

- *Suicide or intentionally self-inflicted injury, regardless of state of mind*

- *Bodily or mental infirmity, disease of any kind, or medical or surgical treatment of an infirmity or disease*

- *Any bacterial infection, except when caused by a covered accidental injury*

- *Use of one or any combination of the following, except as prescribed by a licensed physician: 1) PCP; 2) LSD or other hallucinogens; 3) cocaine, heroin, or other narcotics; 4) amphetamines or other stimulants; or 5) barbiturates or other sedatives or tranquilizers*

- *Any poison or gas voluntarily taken, administered, absorbed, or inhaled*

- *Travel in any military aircraft unless it is operated by the MAC (Military Airlift Command) or a foreign equivalent*

- *Travel in any aircraft as a pilot or crew member; travel in any aircraft used for firefighting, exploration, pipe or powerline work, or aerial photography*

- *Travel in any aircraft owned, leased, or operated by Tenet Healthcare Corporation or any of its divisions, subsidiaries, or affiliates, unless the insurance company and Tenet have agreed in writing to specifically cover you*

- *The commission of or the intent to commit an illegal act, including an assault or felony*

- *Participation in an insurrection*

- *Any act of war in the U.S. or Canada including their geographical limits, territorial waters, or airspace*

The safe driving benefit will not be paid if a death benefit is not paid by the Business Travel Accident Insurance Plan. In addition, the safe driving benefit will not be paid if a loss results from:

- *Improper use of a seat belt as indicated in the police accident report or witnessed by a doctor, paramedic, police officer, coroner, or other individual of competent authority*

- *Driving or riding in a vehicle that is not a four-wheel passenger motor vehicle (as defined in the* Safe Driving Benefit *section on page 41) including, but not limited to, a motorcycle, motor scooter, bus, off-road vehicle, semi-tractor trailer, or any type of farm equipment*

- *Traveling in a four-wheel passenger motor vehicle while the driver — whether or not you are the driver — is under the influence of alcohol or has voluntarily taken, administered, absorbed, or inhaled a poisonous gas*

- *Traveling in a four-wheel passenger motor vehicle after the driver — whether or not you are the driver — has used one or any combination of the following, except as prescribed by a licensed physician: 1) PCP; 2) LSD or other hallucinogens; 3) cocaine, heroin, or other narcotics; 4) amphetamines or other stimulants; and/or 5) barbiturates or other sedatives or tranquilizers*

- *Driving or riding in a four-wheel passenger motor vehicle that is being used without the consent of its owner or for illegal purposes*

- *Driving or riding in a four-wheel passenger motor vehicle that is participating in a race or performing speed/endurance tests or acrobatic stunts*

- *Driving or riding in a four-wheel passenger motor vehicle on other than regularly maintained roadways*

The monthly coma benefit will not be paid if the coma was the result of an accidental injury that is excluded by the Business Travel Accident Insurance Plan.  In addition to the preceding list of limitations and exclusions, the monthly coma benefit will not be paid if:

- *A coma begins more than one year (365 days) from the day the covered accident occurred*

- *The coma does not last at least 31 consecutive days*

TRA 000101
Cisneros v. Brownsville Med. et al

# WHEN COVERAGE ENDS

Coverage ends on the earliest of:

- *The date employment terminates*
- *The date you become ineligible for coverage due to a change in employment status or a plan amendment*
- *The date a dependent no longer qualifies as an eligible dependent*
- *The date contributions for coverage stop*
- *The date the plan is terminated or the insurance policy lapses or is canceled*

If you are on a leave of absence or you are laid off and receiving severance, coverage under the Business Travel Accident Insurance Plan ends on your last day of active employment.

If Life or AD&D Insurance coverage is lost, you or your dependent may be eligible to convert the lost coverage to an individual policy.

---

### What happens if my coverage ends?

If your coverage ends for any of the these reasons, you can:

- Convert your coverage to an individual policy, as described on page 48.

---



**TRA 000102**
Cisneros v. Brownsville Med, et al

# FILING A CLAIM

To receive a death or dismemberment benefit, you (or your beneficiary) must file a claim within 12 months of the date of death or accidental injury. Benefits will be paid only after satisfactory proof of loss has been provided.

To file a claim, contact your Human Resource department for the appropriate claim forms and further assistance.

Transamerica Assurance Company is the insurer and claims fiduciary for the TenetSelect Life Insurance Plans. Transamerica Occidental Life Insurance Company is the insurer and claims fiduciary for the TenetSelect AD&D and Business Travel Accident Insurance Plans. Both Transamerica companies have the complete fiduciary discretion and authority to interpret the plans' provisions, establish eligibility and benefit levels, and determine all claims and appeals.

## Claims Review Procedures

1. *If your claim is denied, the insurance company will usually notify you of the denial within 90 days of receipt of your claim. The notification will:*

   - *Explain specific reasons for the denial, and*

   - *Reference the plan provision(s) on which the denial is based.*

   *In some circumstances, an additional 90 days may be required to process the claim. If an extension is required, you will be notified within the initial 90-day period of the reasons for the extension and the date the claims administrator expects to render a decision. If necessary to process your claim, the insurance company will request additional material or information and explain why the material or information is required.*

2. *The insurance company must process your claim within 180 days from the date your claim is received. If you have not been notified of the action taken on your claim within the 180-day period, you should treat the claim as having been denied and you may make an appeal as described on the next page.*

TRA 000103
Cisneros v. Brownsville Med, et al

# Appeal Procedures

1. *You have 60 days from the date of receiving the most recent denial to request the insurance company to reconsider the claim, if you are not in agreement with the insurance company's decision regarding your claim.  Requests must be in writing, and you should provide any additional pertinent information supporting your appeal, such as a death certificate or a physician's statement.*

   *To appeal a Life Insurance claim, send your written appeal to:*

   > Transamerica Assurance Company
   > ERISA Appeals Unit
   > 1150 S. Olive Street
   > Los Angeles, CA  90015

   *To appeal an AD&D Insurance or Business Travel Accident Insurance claim, send your written appeal to:*

   > Transamerica Occidental Life Insurance Company
   > ERISA Appeals Unit
   > c/o Transamerica Assurance Company
   > 1150 S. Olive Street
   > Los Angeles, CA  90015

2. *The insurance company will respond within 60 days of receipt of your request.  If a 60-day extension is required, you will be notified in writing before the end of the initial 60-day period.  If you are not notified at all within the 120-day review period, you should treat the claim as having been denied.*

# CONVERTING COVERAGE

CutePDF - www.tesisi.com

## How do I convert my coverage?

1. After receiving a notice from the Human Resource department, file a conversion form with Transamerica within 31 days of receipt.

2. Transamerica prepares a quote for an individual Life policy for you, and mails the quote to you within one week.

3. When you make a decision, contact Transamerica.

You or your dependent can convert the lost coverage to an individual policy without having to provide Evidence of Insurability if Life or AD&D Insurance coverage is lost because:

- *You terminate employment;*

- *You become ineligible for the TenetSelect Benefit Plans because of a change in employment status; or*

- *Your dependent becomes ineligible for coverage.*

This is referred to as a conversion privilege. This conversion privilege is not available for the Business Travel Accident Insurance Plan.

The conversion election period is the 31-day period following the date coverage is lost. Your Human Resource department will usually send a notice about the conversion privilege within the first two weeks (or you can obtain a conversion form in person at your Human Resource department). You then have the remainder of the 31-day conversion election period to convert your coverage and pay the first premium. If the notice is dated more than 15 days from the date coverage is lost, you will have another 31 days after the conversion election period ends to convert your coverage.

Remember that if your dependent becomes ineligible for coverage, you (or your dependent) should notify your Human Resource department within 31 days to drop coverage for that individual. (See *Major Life Events* on page 12.) The conversion period will not be further extended as the result of your delay in dropping coverage for your dependent.

**TRA 000105**
Cisneros v. Brownsville Med, et al

If, during the conversion election period (i.e., the first 31 days following the date the TenetSelect coverage ends), you or a family member dies or suffers a covered loss, the applicable Life and AD&D Insurance Plans will pay benefits after deducting any past due premiums, regardless of whether you or your family member had elected to convert to an individual policy.

Please be aware that coverage amounts under the individual policies issued by the insurance company may be limited, and the provisions will be different than the provisions that govern the TenetSelect Life and AD&D Insurance Plans.

See your Human Resource department for more information on converting to an individual policy.

TRA 000106
Cisneros v. Brownsville Med, et al

49

# OTHER PROVISIONS

This section provides important information about the Plan Administrator's rights and your rights regarding your TenetSelect Life, AD&D, and Business Travel Accident Insurance coverages. The Plan Administrator is the Benefits Administration Committee.

## Plan Administrator Discretion

Tenet, acting through its Benefits Administration Committee, reserves complete fiduciary discretion and authority to resolve all questions concerning the eligibility of any employee or dependent to participate in the plans offered under the TenetSelect Benefit Plans. In addition, the Committee (together with the plans' insurers) has complete fiduciary discretion to:

- *Interpret the meaning of any plan provision.*

- *Establish and apply its own standards and criteria for determining necessary and appropriate materials, treatments, and procedures, etc.*

- *Decide on a participant's entitlement to or application for benefit payment under the plan.*

- *Rule on all claims or appeals.*

In general, the Committee has sole and complete discretion to establish, maintain, and administer the plan, such as execute agreements, adopt, and communicate reasonable rules and regulations, and take any action it determines to be reasonable or necessary. Any decision or interpretation of plan provisions made by the Committee (or any of its agents or insurers) in good faith will be final and binding on all affected parties.

## Amendment And Termination Of Coverage

While the Company intends to continue its Life, AD&D, and Business Travel Accident Insurance Plans indefinitely, it reserves the right, through its Board and authorized officers and committees, to amend or terminate any or all of its plans at any time for any reason without notice. However, benefits will be determined on the basis of a plan's provisions in effect on the date an expense is incurred. This means that any covered death or loss that occurs before a plan is terminated will still be covered, and any covered death or loss that occurs before the date a plan is amended will be paid under the terms of the plan before the amendment.

TRA 000107
Cisneros v. Brownsville Med, et al

## Source Of Payment

The TenetSelect Life Insurance Plans are insured by Transamerica Assurance Company. The TenetSelect AD&D and Business Travel Accident Insurance Plans are insured by Transamerica Occidental Life Insurance Company. All benefits are paid in accordance with the insurance contracts between Transamerica and Tenet Healthcare Corporation.

## Your ERISA Rights

As a participant in the plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).

ERISA provides that you shall be entitled to:

- *Examine, without charge, at the Plan Administrator's office and at other specified locations all plan documents and copies of documents filed by the plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.*

- *Obtain copies of all plan documents and other plan information upon written request to the Plan Administrator; the Plan Administrator may make a reasonable charge for the copies.*

- *Receive a summary of the plan's annual financial report; the Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.*

Upon written request, the Plan Administrator will provide you with a complete list of divisions that participate in the plan. In certain locations, plans may be maintained pursuant to collective bargaining agreements. Upon written request, the Plan Administrator will provide you with copies of such agreements.

In addition to creating rights for plan participants, ERISA imposes duties upon the people responsible for the operation of the plan. The people who operate your plan, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries.

No one, including your employer, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit as provided for in this plan or from exercising your rights under ERISA.

If your claim for benefits is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the Plan Administrator review and reconsider your claim.

**TRA 000108**
Cisneros v.Brownsville Med, et al

5

Under ERISA, you can take steps to enforce your rights. For instance, if you request materials from the Plan Administrator and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits that has been improperly denied or ignored in whole or in part, you may file suit in a federal court unless the plan requires binding arbitration. If plan fiduciaries misuse the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim is frivolous.

If you have any questions about this plan, you should contact the Plan Administrator.

If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in the telephone directory, or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

**TRA 000109**
Cisneros v. Brownsville Med., et al

# ERISA Plan Information

| | |
|---|---|
| Employer Identification Number: | 95-2557091 |
| Plan Name: | Tenet Employee Benefit Plan |
| Plan Type: | Health and Welfare Plan |
| Plan Number: | 504 |
| Plan Year: | January 1 through December 31 |
| Plan Sponsor: | Tenet Healthcare Corporation<br>3820 State Street<br>Santa Barbara, CA 93105<br>Attn: Alan Ewalt, Senior Vice President |
| Plan Administrator: | Benefits Administration Committee<br>c/o Health and Welfare Benefits Department<br>Tenet HealthSystem<br>14001 Dallas Parkway<br>Dallas, TX 75240 |
| Agent For Service Of Legal Process: | Tenet Healthcare Corporation<br>3820 State Street<br>Santa Barbara, CA 93105<br>Attn: Alan Ewalt, Senior Vice President |



*This summary plan description (SPD) features the main provisions of the TenetSelect Life, AD&D, and Business Travel Accident Insurance Plans. No insurance certificate will be issued. Actual provisions of the plan are outlined in official plan documents. Plan provisions (and the laws and government regulations overseeing the plan) are complex and may change at any time without prior notice to plan participants or issuance of an updated SPD. As a result, this SPD creates no legal rights. In the event of any conflict between the official plan documents and this SPD, the language in the plan documents will be the final reference. If you would like to review the legal plan documents, contact the Plan Administrator.*

**TRA 000111**
Cisneros v. Brownsville Med, et al



# LIFE AND
# AD&D INSURANCE

1997
SPD



**TRA 000112**
Cisneros v. Brownsville Med, et al

# TABLE OF CONTENTS

Page

About The TenetSelect Life, AD&D,
and Business Travel Insurance Plans ............................. 1

Who Is Eligible ...................................................... 2
  Employees ........................................................ 2
    If You and Your Spouse Both Work for Tenet ..................... 2
    Changes in Employment Status ................................. 3
    Leaves of Absence ........................................... 4
  Family Members .................................................. 4

Enrollment ......................................................... 6
  Enrolling When First Eligible ................................... 6
  Annual Enrollment ............................................... 7
  No Late Enrollment .............................................. 7
  Evidence Of Insurability (EOI) Requirements For Life Insurance ........ 7
    EOI at Initial Enrollment ..................................... 7
    EOI Required for All Coverage Increases ....................... 8

Naming Your Beneficiary ........................................... 9
  Beneficiary for Spouse and Dependent Coverages .................. 9

Cost Of Life And AD&D Coverage .................................. 10

Major Life Events ................................................ 11

Important Points To Remember .................................... 12
  What We Mean By "Benefits Age" ................................. 12
  Determining Your "Annual Benefits Pay" ......................... 12
  "Disabilities" Will Delay Coverage Start Date .................. 13

Life Insurance Plans ............................................. 14
  When Coverage Starts ........................................... 14
    After Your "Initial Enrollment" .............................. 14
    After a Major Life Event ..................................... 15
    After the Annual Enrollment Period ........................... 15
  Life Insurance Coverage Amounts ................................ 15
    Basic Employee Life Insurance ................................ 15
    Supplemental Employee Life Insurance ......................... 16
    Spouse Life Insurance ........................................ 17
    Child Life Insurance ......................................... 17

TRA 000113
Cisneros v. Brownsville Med, et al

i

Page

**Life Insurance Plans** (continued)
    Accelerated Benefit For Terminal Illness ........................... 17
    Limitations And Exclusions ....................................... 18

**AD&D Insurance Plans** ........................................ 19
    Covered Accidental Losses ...................................... 19
    When Coverage Starts .......................................... 20
        After Your "Initial Enrollment" ................................ 21
        After a Major Life Event ...................................... 21
        After the Annual Enrollment Period .......................... 21
    AD&D Insurance Coverage Amounts .............................. 22
        Basic Employee AD&D Insurance ............................. 22
        Supplemental Employee AD&D Insurance ...................... 22
        Spouse AD&D Insurance .................................... 22
        Child AD&D Insurance ..................................... 22
    Safe Driving Benefit ........................................... 23
    Monthly Coma Benefit .......................................... 23
    Additional Benefits Under The Supplemental Employee
    AD&D Insurance Plan .......................................... 24
        Special Education Benefit .................................... 24
        Child Care Center Benefit .................................... 24
        Special Training Benefit ..................................... 25
        Common Disaster Benefit .................................... 25
        Felonious Assault Benefit .................................... 25
    Limitations And Exclusions ...................................... 26

**Business Travel Accident Insurance Plan** ........................... 28
    Covered Accidental Losses ...................................... 28
    When Coverage Begins ......................................... 29
    Safe Driving Benefit ........................................... 29
    Monthly Coma Benefit .......................................... 29
    Limitations And Exclusions ...................................... 30

**Filing A Claim** ............................................... 32
    Source Of Payment ............................................ 32
    Claims Review Procedures ...................................... 32
    Appealing Your Claim .......................................... 33

**TRA 000114**
Cisneros v.Brownsville Med, et al

**When Coverage Ends** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
    Converting To An Individual Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

**Other Provisions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
    Plan Administrator Discretion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
    Amendment And Termination Of Coverage . . . . . . . . . . . . . . . . . . . . . . 36
    Your ERISA Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
    ERISA Plan Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

This summary booklet highlights the main features of the Life, Accidental Death and Dismemberment (AD&D) and Business Travel Accident Insurance Plans offered under the Tenet Benefits Program. Actual provisions of the plans are outlined in official plan documents, including insurance contracts. Plan provisions (and the laws and government regulations overseeing the plans) are complex and may change at any time without prior notice to plan participants or issuance of an updated summary booklet. As a result, this summary booklet creates no legal rights. In the event of any conflict between the official plan documents and this summary booklet (also called a Summary Plan Description, or SPD for short), the language in the plan documents will be the final reference. If you would like to review the legal plan documents, contact the Plan Administrator.

**TRA 000115**
Cisneros v. Brownsville Med, et al

# ABOUT THE TENETSELECT LIFE, AD&D, AND BUSINESS TRAVEL ACCIDENT INSURANCE PLANS

The TenetSelect Benefits Program offers a variety of Life Insurance and Accidental Death and Dismemberment (AD&D) Insurance Plans for you and your family. Depending on your employment status at Tenet, you may receive automatic coverage as part of your TenetSelect CORE benefits. These automatic coverages are paid for entirely by the company. In addition, the TenetSelect Benefits Program offers Supplemental Life and AD&D Insurance options.

TenetSelect CORE benefits for Full-time employees include:

- Basic Employee Life Insurance, and
- Basic Employee AD&D Insurance, and
- Business Travel Accident Insurance.

Part-time 1 employees receive coverage under the Business Travel Accident Insurance for their TenetSelect CORE benefit.

All employees, regardless of employment status, who are eligible for the TenetSelect Benefits Program have the following Life and AD&D Insurance options available to them:

- Supplemental Employee Life Insurance
- Spouse Life Insurance
- Child Life Insurance
- Supplemental Employee AD&D Insurance
- Spouse AD&D Insurance
- Child AD&D Insurance.

This summary booklet provides key information about the TenetSelect Life, AD&D, and Business Travel Accident Insurance Plans.

TRA 000116
Cisneros v. Brownsville Med, et al

1

## WHO IS ELIGIBLE

TenetSelect Life, AD&D, and Business Travel Accident Insurance Plans are available to a majority of Tenet employees working at least 24 hours a week. Certain family members are also eligible for coverage. This section describes in detail who is eligible.

❖ ❖ ❖

### Employees

You may be eligible for the TenetSelect Life, AD&D, and Business Travel Accident Insurance Plans if your facility participates in the TenetSelect Benefits Program and you are a:

- "Full-time" employee regularly scheduled to work at least 36 hours per week, or
- "Part-time 1" employee regularly scheduled to work at least 24 hours per week (in most locations).

Employees who are covered by a collective bargaining agreement are eligible only if the agreement specifically provides for coverage under the TenetSelect Benefits Program. Part-time 2 employees regularly scheduled to work fewer than 24 hours per week are not eligible for TenetSelect coverage. Per diem, temporary, seasonal, student, intern, leased, and contract employees are also ineligible.

### If You and Your Spouse Both Work for Tenet

*If you and your spouse both work for Tenet, double coverage is allowed under the TenetSelect Life and AD&D Insurance Plans.*

If you are both eligible for the TenetSelect Benefits Program, you will both receive the CORE benefits that are applicable for your employment status. In addition, you can each elect Supplemental Employee Life, Spouse Life, Supplemental Employee AD&D, and Spouse AD&D Insurance coverages on your Personalized Enrollment Form (PEF). In other words, you can double cover each other for these plans. However, only one spouse may enroll eligible children in the Child Life and Child AD&D Insurance Plans.

As long as you are eligible for the TenetSelect Benefits Program (i.e., a Full-time or Part-time 1 employee), you cannot be enrolled in the Child Life or Child AD&D Insurance Plans as another employee's dependent.

**TRA 000117**
Cisneros v. Brownsville Med. et al

2

## Changes in Employment Status

If a schedule change impacts your eligibility for TenetSelect, you will be affected as follows:

1.  *"Benefits Ineligible" Status to "Benefits Eligible" (i.e., Part-time 1 or Full-time) Status.* Business Travel Accident Insurance coverage begins on the first day in a "benefits eligible" status. All other Life and AD&D Insurance coverages may begin on the 91st continuous day you are in a "benefits eligible" employment status. If you or a family member is "disabled" on the day coverage is scheduled to start, coverage will be delayed (see page 13 for a definition of "disabled"). You will be provided with a Personalized Enrollment Form (PEF), which must be completed in a timely manner for Life and AD&D Insurance coverages to begin as scheduled. Associated payroll deductions will begin with the first full pay period after coverage is effective.

2.  *Part-time 1 to Full-time Status.* Your participation in the Business Travel Accident Insurance Plan continues. You are automatically eligible for company-paid Basic Employee Life and Basic Employee AD&D Insurance (i.e., TenetSelect CORE benefits for Full-time employees). These CORE coverages will begin on the 91st day you are in a "benefits eligible" employment status, which includes your continuous employment as a Part-time 1 employee. If you are participating in any Supplemental Employee Life or AD&D Insurance Plans, these coverages will increase beginning the first day you are a Full-time employee to reflect your pay increase resulting from your status change. Associated changes in your payroll deductions will begin with the first full pay period following your status change. Your CORE benefits and coverage increases will be delayed if you are "disabled" on the effective date (see page 13 for a definition of "disabled").

3.  *Full-time to Part-time 1 Status.* Your participation in the Business Travel Accident Insurance Plan continues. However, your reduction in hours makes you ineligible for the Basic Employee Life and Basic Employee AD&D Insurance Plans. These CORE coverages will end on the last day you are a Full-time employee. If you are participating in any Supplemental Employee Life or AD&D Insurance coverages, these coverages will decrease beginning the first day you are a Part-time 1 employee to reflect your pay decrease resulting from your status change. Associated changes in your payroll deductions will begin with the first full pay period following your status change. You are eligible to convert your Basic Employee Life/AD&D coverages to individual policies (see pages 34-35 for more information).

4.  *Part-time 1 or Full-time Status to "Benefits Ineligible" Status.* Your reduction in hours makes you ineligible to continue participating in the TenetSelect Benefits Program. As a result, all TenetSelect Life and AD&D Insurance coverages end on the last day you are in a "benefits eligible" status (i.e., Part-

3

time 1 or Full-time status). Deductions for TenetSelect Life and AD&D Insurance coverages will stop beginning the first complete pay period following your status change. You are eligible to convert your coverages to individual policies (see pages 34-35 for more information).

## Leaves of Absence

You can continue all TenetSelect Life and AD&D Insurance coverages, except Business Travel Accident Insurance, during most approved leaves of absence for up to 12 months. For individuals on military leave, Life and AD&D coverages will end on the last day worked and can be reinstated upon return to work.

You must pay for this continued coverage by the first of each month your leave is in effect. If your payment is late (i.e., received more than 30 days after the first of the month), your coverage will automatically terminate. If you return to work and want to reenroll, you must satisfy Evidence of Insurability (EOI) requirements with the insurance company before Life Insurance coverage can be reinstated. Employees returning from a leave that has qualified under the Family Medical Leave Act (FMLA) will not be required to satisfy EOI if Life Insurance coverage is reinstated immediately following the leave. For more information on reinstating benefit coverage following a FMLA leave, refer to your TenetSelect Medical Plan or TenetSelect Dental Plans summary booklet. For more information on EOI requirements, refer to **Evidence Of Insurability (EOI) Requirements For Life Insurance** starting on page 7.

Your Human Resource Department can answer any questions regarding leaves of absence, how to continue coverages during a leave, and procedures for making payments.

If you do not return to work following a leave, you may be eligible to convert your Life and AD&D Insurance coverage to an individual policy. Please note that individual policies offered by the insurance company will differ in plan provisions and premiums from the plans offered through the TenetSelect Benefits Program. For more information, see **Converting To An Individual Policy** on pages 34-35.

❖  ❖  ❖

## Family Members

Your legal spouse is eligible for Spouse Life Insurance and Spouse AD&D Insurance. You can enroll your spouse regardless of whether you elect Supplemental Employee Life or Supplemental Employee AD&D Insurance.

You can also elect Child Life Insurance for your eligible children if you elect Supplemental Employee or Spouse Life Insurance. However, your eligible children

*Remember to keep track of your dependents' eligibility status. Once a family member is ineligible you*

**TRA 000119**

Cisneros v. Brownsville Med, et al

*should notify your Human Resource Department immediately.*

can be enrolled in the Child AD&D Insurance Plan regardless of whether you elect TenetSelect AD&D Insurance for yourself or your spouse.

Eligible children are:

- Your dependent, unmarried children up to age 19; and
- Your dependent, unmarried children age 19 through age 22 provided they are full-time students at a post-secondary school or an accredited trade school.

The term "children" includes your natural children, stepchildren, foster children, and legally adopted children. Stepchildren and foster children under age 19 must live with you to be eligible unless they are full-time students living away at school. You may be required to show proof of dependent status.

Family members who are in the military service are not eligible for coverage under the TenetSelect Life or AD&D Insurance Plans.

Please note that even though handicapped children can continue to be covered under your TenetSelect medical and dental coverage after their 19th birthday (subject to plan guidelines), Child Life and AD&D Insurance coverage ends on their 19th birthday.

TRA 000120
Cisneros v. Brownsville Med, et al

# ENROLLMENT

*You can change TenetSelect Life and AD&D Insurance elections once a year. However, if you have a major life event during the year that affects your Life and AD&D Insurance coverages, you may be eligible to make changes to your coverage during the year. Major life events are described in more detail on page 11.*

You are enrolled automatically in your TenetSelect CORE benefits. However, if you want additional Life and AD&D Insurance for yourself, your spouse, and your children, you must elect these coverage options on your Personalized Enrollment Form (PEF). In certain situations, the insurance company must approve your request for Supplemental Employee and Spouse Life Insurance through a process called Evidence of Insurability (EOI). This requirement is described in more detail on pages 7-8.

Even if you do not elect any of the additional Life and AD&D Insurance options, you must complete a Beneficiary Designation Form so that the insurance company has clear instructions for paying benefits for your CORE coverages. See the *Naming Your Beneficiary* section on page 9 for more information.

❖  ❖  ❖

## Enrolling When First Eligible

During the first 90 days in an eligible employment status, you will receive a Personalized Enrollment Form (PEF) that allows you to enroll in Life and AD&D Insurance as well as other voluntary TenetSelect benefit plans. Your PEF will indicate the date you must return your completed form to your Human Resource Department and the effective date of coverage. If you do not receive your PEF by the 61st day while in an eligible employment status, contact your Human Resource Department immediately.

If you or your spouse is required to satisfy Evidence of Insurability (EOI), the affected individual must complete an *Evidence of Insurability Form*. The form will either be included in your enrollment kit or can be obtained from your Human Resource Department. To ensure your application for coverage is reviewed in a timely manner, mail the completed Evidence of Insurability Form directly to the insurance company at the same time your PEF is due back in your Human Resource Department. The insurance company will then notify you and your Human Resource Department of its decision regarding your application for Life Insurance coverage. If EOI is approved after your scheduled coverage effective date has passed, your life insurance coverage will go into effect on the date EOI is approved. Once your Human Resource Department receives the approval from the insurance company, payroll deductions for life insurance will begin and your first payroll deduction will be adjusted to reflect this effective date.

Once you enroll, your elections stay in force for the rest of the calendar year. At the end of each calendar year, you will have the opportunity to change your elections for the following calendar year (see **Annual Enrollment** on the next page). If you have a change in your employment status (described earlier on page 3) or you have a major life event (described later on page 11), your coverage may be affected as follows: a) you may automatically lose or gain CORE Life/AD&D Insurance

TRA 000121
Cisneros v.Brownsville Med, et al

coverages; or b) you may be able to enroll or drop coverage for yourself or a family member during the year. Check with your Human Resource Department to determine allowable changes.

❖   ❖   ❖

## Annual Enrollment

An annual enrollment period is held in the fourth quarter each year. At that time, you can change your TenetSelect benefit elections, including your Life and AD&D Insurance coverages, for the following calendar year.

All elections to increase coverage under the Supplemental Employee and Spouse Life Insurance Plans will be subject to EOI requirements. EOI will also be required if you waived Supplemental Employee or Spouse Life Insurance for the current year and are electing it for the next calendar year.

❖   ❖   ❖

## No Late Enrollment

Under the TenetSelect Benefits Program, there is no late enrollment. If you do not return your Personalized Enrollment Form (PEF) by the deadline indicated on your PEF, you cannot enroll in or make changes to any of the Life or AD&D Insurance options until the annual enrollment period for the next calendar year. Please note that you or your spouse will be required to satisfy EOI requirements if you enroll in Supplemental Employee or Spouse Life Insurance at a later date. See below for more information on EOI requirements.

❖   ❖   ❖

## Evidence Of Insurability (EOI) Requirements For Life Insurance

### EOI at Initial Enrollment

EOI is always required during "initial enrollment" if:

- You elect a Supplemental Employee Life Insurance amount in excess of $750,000; or

- You are age 61 or older when you first enroll in Supplemental Employee Life Insurance; or

- Your spouse is age 61 or older when you first enroll him/her in Spouse Life Insurance.

**TRA 000122**
Cisneros v. Brownsville Med. et al

7

"Initial enrollment" encompasses these situations:

1. You are enrolling yourself and your family members when first eligible for the TenetSelect Benefits Program.

2. You are enrolling your new spouse in the Spouse Life Insurance Plan within 31 days of the date of your marriage.

### EOI Required for All Coverage Increases

Once you enroll in Supplemental Employee and/or Spouse Life Insurance coverage, EOI will be required for all future increases in coverage levels. This rule also affects employees who waive coverage during their "initial enrollment" and elect it at a later date. If EOI is denied, the affected individual will remain at his or her current coverage level.

If you keep the same Supplemental Employee Life Insurance *coverage level* but your coverage amount increases as the result of a pay increase or change in employment status, EOI will not be required unless the new coverage amount increases over one of the following dollar thresholds: $750,000, $1 million, $1.3 million, or $1.6 million. If EOI is required and then subsequently denied, your coverage will automatically increase only to the applicable dollar threshold.

> *For example:* Let's say your annual benefits pay is $186,000 and you have the "4 x annual benefits pay" coverage level. Your coverage amount would be $744,000 in coverage (4 x $186,000). If your annual benefits pay increased to $189,000 and you remained at the same coverage level, your new coverage amount could potentially be $756,000. However, EOI would be required for the $6,000 that exceeds the $750,000 threshold. If EOI is denied, your coverage amount would still increase to the $750,000 threshold. Once EOI has been denied, EOI will be required for any subsequent increase — even if the coverage amount does not exceed another threshold. Should EOI be approved at a later date, you will then be subject to the EOI requirements only if your coverage amount crosses over another threshold amount.

Once you drop coverage, you will be required to satisfy EOI requirements before you can reenroll. However, if you are reinstating coverage following a FMLA leave, EOI requirements may be waived (see **Leaves of Absence** on page 4 for more information).

TRA 000123
Cisneros v.Brownsville Med, et al

# NAMING YOUR BENEFICIARY

Under the TenetSelect Basic Employee Life, Supplemental Employee Life, Basic Employee AD&D, Supplemental Employee AD&D, and Business Travel Accident Insurance Plans, death benefits are payable to your designated beneficiary. For accidental losses other than death, the AD&D Plans (and the Business Travel Accident Insurance Plan, if applicable) pay dismemberment benefits to you.

To designate your beneficiary you must complete a Beneficiary Designation Form. You can name any one or more individuals to be your beneficiary(ies). If you name more than one person, you should indicate what percentage of the total benefit each person is to receive. If you do not indicate percentages, the insurance company will divide the benefit equally among all named beneficiaries.

If benefits are payable to a minor or to someone who is legally incapable of self-support, the insurance company will pay the proceeds to the court-appointed guardian of the beneficiary's estate.

Be sure to keep your beneficiary designations current at all times, especially if you marry, divorce, remarry, etc. You should be aware that if you remarry but still have your previous spouse listed as your beneficiary on your Beneficiary Designation Form, the insurance company will be legally obligated to follow the Beneficiary Designation Form on file. Also, if any of your beneficiaries moves, you should update your beneficiary's address by submitting a new Beneficiary Designation Form to your Human Resource Department.

If you do not complete a Beneficiary Designation Form or your designated beneficiary has predeceased you, your benefit will be paid to the first person (or persons) listed below who is living at the time of your death:

1. Your current, legal spouse.
2. Your child(ren).
3. Your parents.
4. Your siblings.
5. Your estate.

You can change your beneficiary at any time by completing a new Beneficiary Designation Form. Once your Human Resource Department receives your form, it will supersede any previous form on file. It's advisable to review your Beneficiary Designation Form on file at your Human Resource Department at least once a year.



### Beneficiary For Spouse And Dependent Coverages

You are automatically the beneficiary for Spouse or Child Life/AD&D Insurance coverages. The dependent AD&D Insurance Plans also pay dismemberment benefits to you if a dependent suffers a covered loss other than death.

9

TRA 000124
Cisneros v. Brownsville Med, et al

## COST OF LIFE AND AD&D COVERAGE

Tenet pays the full cost of your CORE coverages: Basic Employee Life, Basic AD&D, and Business Travel Accident Insurance coverages. You pay the full cost of all other TenetSelect Life and AD&D Insurance coverages on an after-tax basis through payroll deductions.

Premiums for Supplemental Employee and Spouse Life Insurance are based on the coverage amount and your "benefits age." Refer to page 12 for a definition of "benefits age."

Premiums for Child Life and all AD&D Insurance coverages are not related to your age, and are based solely on the coverage amount. For Child Life and Child AD&D Insurance, the cost of coverage is the same regardless of the number of children you may have.

Payroll deductions begin on the first full pay period following the effective date of coverage unless you are "disabled." If you are "disabled" on the date coverage is scheduled to begin, all TenetSelect coverage as well as your payroll deductions will be delayed. If you have enrolled your spouse or your children in any of the dependent Life or AD&D Insurance Plans and an enrolled dependent is "disabled" on the effective date of coverage, you should notify your Human Resource Department immediately so that coverage (and related payroll deductions) for that individual can be delayed. Please note that if you are insuring two or more children and one child is disabled on the effective date, the premium for Child Life and Child AD&D Insurance will remain the same and begin as scheduled so that coverage for the nondisabled child(ren) will be effective. See page 13 for definition of "disabled."

For more information on the cost of your TenetSelect Life and AD&D Insurance options, see your Human Resource Department.

TRA 000125
Cisneros v.Brownsville Med, et al

## MAJOR LIFE EVENTS

*Remember to drop ineligible dependents within 31 days so that you can be reimbursed retroactively for any excess payroll deductions taken and convert your dependents' coverages to individual policies, if desired.*

During the year, you can add or drop coverage only for "major life events." The coverage you wish to change must be related to the "major life event," and you must file a Notification of Major Life Event form with your Human Resource Department within 31 days of the event. If you miss this 31-day deadline, you will have to wait until the next annual enrollment period to change your TenetSelect Life and AD&D Insurance coverages. However, if the event causes you or your dependent to be ineligible for coverage, coverages will stop whether or not you file this form.

If you are dropping Spouse or Child Life Insurance coverage due to a major life event and this change affects your payroll deductions, you may be eligible for an adjustment to your payroll deductions retroactively to the date of the major life event. However, if you do not notify your Human Resource Department within 31 days that a dependent is no longer eligible for TenetSelect Life and AD&D Insurance coverages, you will not be reimbursed for excess payroll deductions, if applicable. In addition, that dependent will be dropped retroactively from the date of ineligibility.

Here is a list of "major life events" that may affect your coverage:

- Marriage, reconciliation of legal separation.
- Divorce, legal separation.
- Birth or legal adoption of child.
- Change in legal custody of dependents.
- Child is no longer eligible for coverage (e.g., child marries, is no longer a full-time student, joins the military service, or reaches maximum age limit).
- Child age 19 through 22 becomes a full-time student.
- Death of spouse/child.
- Spouse gains employment or he/she becomes eligible for benefits through employer.
- Spouse's employment terminates or is no longer eligible for benefits through employer.
- Employee on severance becomes employed or becomes eligible for benefits through new employer.
- Change in your employment status.
- Leave of absence.

Please note that Evidence of Insurability (EOI) will be required if, as a result of a major life event, you elect Supplemental Employee Life or Spouse Life Insurance coverage. EOI will not be required if you enroll a new spouse within 31 days of the date of your marriage unless your spouse is age 61 or older.

**TRA 000126**
Cisneros v.Brownsville Med. et al

# IMPORTANT POINTS TO REMEMBER

There are three important points to keep in mind as you become familiar with your TenetSelect Life, AD&D, and Business Travel Accident Insurance Plans.

1.  **Your** "benefits age" is used to determine coverage amounts and premiums for the Supplemental Employee and Spouse Life Insurance Plans.

2.  Your "annual benefits pay" is used to determine your coverage options for the Basic Employee Life, Supplemental Employee Life, and Supplemental Employee AD&D Insurance Plans.

3.  A "disability" can delay an individual's coverage start date. This can affect both new enrollments and increases in coverage.

These terms are defined below.

❖   ❖   ❖

### What We Mean By "Benefits Age"

*Your "benefits age" is used to determine Supplemental Employee Life and Spouse Life Insurance coverage amounts and premiums.*

Your "benefits age" will always be your age as of January 1 of the current year and will stay in effect for the entire calendar year, regardless of the date you become eligible for the TenetSelect Benefits Program or your actual birthday. Each annual enrollment period, coverage amounts and premiums for Supplemental Employee and Spouse Life Insurance shown on your Personalized Enrollment Form (PEF) will reflect your age as of the next January 1.

❖   ❖   ❖

### Determining Your "Annual Benefits Pay"

Your "annual benefits pay" is calculated as follows:

*Coverage amounts under the Basic Employee Life, Supplemental Employee Life, and Supplemental Employee AD&D Insurance Plans are based on increments of your "annual benefits pay."*

- **Full-time employees.** Your "annual benefits pay" is determined by your hourly rate multiplied by 2,080 hours (equivalent to 40 hours/week) regardless of the number of hours you are regularly scheduled to work.

- **Part-time 1 employees.** Your annual benefits pay is determined by your hourly rate multiplied by 1,560 hours (equivalent to 30 hours/week) regardless of the number of hours you are regularly scheduled to work.

"Annual benefits pay" does not include bonuses, overtime, shift differentials, commissions, or other extra compensation.

When you are first eligible for the TenetSelect Benefits Program, your current "annual benefits pay" is used to determine your Life and AD&D Insurance coverage options which are then reflected on your initial Personalized Enrollment Form (PEF). After you make your elections, these coverages stay in effect for the entire calendar year — even if your pay rate changes later that year. This is referred to as "locking in your annual pay" for benefit purposes. Each year before the annual enrollment period, your annual pay will be "locked in" for the next calendar year. Please note

**TRA 000127**
*Cisneros v.Brownsville Med, et al*

that if your annual pay increases 15% or more as the result of any single event, you have the option of: 1) adjusting your current coverage amount to reflect your new pay rate as of its effective date; or 2) waiting until the next annual enrollment period to reflect the change in pay.

❖ ❖ ❖

### "Disabilities" Will Delay Coverage Start Date

If a person is considered by the insurance company to be "disabled" on the day his/her TenetSelect Life or AD&D Insurance coverage is scheduled to begin, coverage will be delayed. This provision also affects any increases in Life or AD&D Insurance coverage after "initial enrollment." Please be aware that if a "disabled" individual dies — or in the case of AD&D Insurance, suffers an accidental loss — before recovering from his/her disability, benefits will not be paid even if premiums were deducted from your paycheck. It is the employee's responsibility to enroll only those dependents who are eligible for coverage.

A person will be considered "disabled" if:

- The individual is employed but not "actively at work," which is defined as actively performing the regular duties of his/her job in the usual manner and at the usual place of employment or business. This means that if the individual is not working because of an illness or injury, coverage will be delayed until the individual returns to work. If coverage is scheduled to start on a regularly scheduled non-workday for that individual, the individual must have worked on his/her last regularly scheduled workday.

- The individual is not employed and is not performing the normal activities of a person of the same age and sex.

- The individual is younger than six months old and is confined as follows:
  - ♦ In a hospital or institution providing medical care;
  - ♦ In a convalescent home; or
  - ♦ At home due to a disability.

Coverage for this child will begin 15 days after the child's release by his/her attending physician. This delay in coverage does not apply to newborns, unless the newborn's condition requires additional medical attention that is beyond the regular inpatient, well-baby care following birth. This delay in coverage for a particular child will not affect the effective date for any other eligible child who is not "disabled." Remember, too, that Child Life Insurance coverage cannot start unless Supplemental Employee or Spouse Life coverage is in effect.

*Please note that all TenetSelect benefit plans have "actively at work" provisions; however, the term "actively at work" may be defined differently for each plan.*

*If you, your spouse, or a dependent child is "disabled" on the day coverage is scheduled to begin or increase, be sure to notify your Human Resource Department immediately so that associated payroll deductions can be delayed.*

TRA 000128
Cisneros v.Brownsville Med, et al

# LIFE INSURANCE PLANS

**D**eath benefits are paid in a lump sum to the designated beneficiary in the event of a covered individual's death. In case of a terminal illness or condition, the covered person may be eligible to receive an accelerated benefit (see page 17 for details). Certain causes of death may be excluded as outlined on page 18.



## When Coverage Starts

Coverage in the various TenetSelect Life Insurance Plans begins at different times, depending on a number of factors, including:

1.  Whether you are electing coverage when first eligible or increasing coverage at a later date.

2.  Whether the insurance company requires the person to provide Evidence of Insurability (EOI).

3.  Whether the insured person is "disabled" on the date coverage is scheduled to begin.

These factors are described in more detail in this section as they apply to the particular enrollment situation and individual.

## After Your "Initial Enrollment"

■   *Basic Employee Life Insurance.* This coverage begins automatically on the 91st continuous day you are a Full-time employee, provided you are not "disabled" on the day coverage is scheduled to go into effect. If you become eligible for this plan as the result of a change in employment status, refer to page 3 for more information.

■   *Supplemental Employee Life Insurance.* This coverage begins on the 91st continuous day in an eligible employment status, provided you have enrolled in a timely manner and are not "disabled" on that day. If Evidence of Insurability (EOI) is required, the insurance company must approve your application before coverage can begin.

■   *Spouse Life Insurance.* Your spouse's coverage will begin on the day your participation in the TenetSelect Benefits Program begins. Remember that coverage will be delayed if your spouse is disabled. If Evidence of Insurability (EOI) is required, the insurance company must approve your spouse's application before coverage can begin.

■   *Child Life Insurance.* Your children's coverage will go into effect on the same day Supplemental Employee or Spouse Life Insurance goes into effect. However, if an eligible child is "disabled" on the day coverage is scheduled to go into effect, coverage for that child will be delayed until he/she is no longer "disabled." This delay will not affect the coverage start date for other eligible children.

**TRA 000129**
Cisneros v.Brownsville Med. et al

## After a Major Life Event

If you are enrolling yourself or an eligible dependent in a TenetSelect Life Insurance Plan as the result of a major life event, coverage will begin as of the date of the major life event, provided the individual was not disabled on that day and enrollment occurs within 31 days of the event. If EOI is required, the individual's application must be approved by the insurance company before coverage can begin.

If you are dropping coverage for an individual as the result of a major life event, coverage will stop as of the date of the major life event. Coverage will also stop automatically for an ineligible dependent, whether or not you notify your Human Resource Department. Please note that your premiums cannot be adjusted until you formally drop the coverage.

For more information on major life events, see page 11.

## After the Annual Enrollment Period

Increases in coverage will go into effect on the later of:

- January 1 of the following calendar year; or
- If the insured person was "disabled" on January 1 of the following calendar year, the day the disability ends; or
- The day your Human Resource Department receives notice that the insurance company has approved the individual's EOI.

Elections to decrease or waive any TenetSelect Life Insurance coverage will go into effect on the following January 1.

❖   ❖   ❖

## Life Insurance Coverage Amounts

### Basic Employee Life Insurance

*Basic Employee Life Insurance is a TenetSelect CORE benefit for Full-time employees only.*

Your Basic Employee Life Insurance is equal to your "annual benefits pay," rounded up to the next $1,000 increment. The minimum coverage amount is $10,000. The maximum coverage amount is $50,000.

> **For example,** let's assume your annual benefits pay is $21,437.72. Your Basic Employee Life Insurance coverage amount would be $22,000.

**TRA 000130**
Cisneros v. Brownsville Med, et al

## Supplemental Employee Life Insurance

Your coverage options depend on your "annual benefits pay" and your "benefits age." Both terms are described earlier on pages 12-13.

Remember that your enrollment or coverage amount may be subject to EOI approval. See pages 7-8 for information on EOI requirements.

*If your "benefits age" is less than 65.* The Supplemental Employee Life Insurance Plan offers coverage amounts equal to one, two, three, or four times your "annual benefits pay," rounded up to the next $1,000 increment. The minimum coverage amount is $10,000. The maximum coverage amount is $2,450,000.

> *Example:* Let's assume your "annual benefits pay" is $18,742.34 and you want to buy Supplemental Employee Life Insurance equal to three times your "annual benefits pay."
>
> 3 x $18,742.34 = $56,227.02
> $56,227.02, rounded up to next $1,000 = $57,000
>
> In this example, your Supplemental Employee Life Insurance amount would be $57,000.

*If your "benefits age" is 65 or greater.* Your "pre-age 65" coverage amount as calculated earlier is reduced when your "benefits age" reaches 65 and then again when it reaches 70, as follows:

| Benefits Age | Coverage Amount |
|---|---|
| 65 - 69 | 65% of pre-age 65 coverage amount |
| 70 or more | 50% of pre-age 65 coverage amount |

When your "benefits age" reaches 65, the minimum coverage amount is $6,500 and the maximum coverage amount is $1,592,500. When it reaches 70, the minimum coverage amount is $5,000 and the maximum coverage amount is $1,225,000.

TRA 000131
*Cisneros v. Brownsville Med, et al*

## Spouse Life Insurance

Life Insurance options for your spouse depend on **your** "benefits age" at the time your PEF is printed as follows:

| *Life Insurance options for your spouse are based on your "benefits age" as follows...* | | |
|---|---|---|
| *If your "benefits age" is less than 65...* | *If your "benefits age" is 65 – 69...* | *If your "benefits age" is 70 or greater...* |
| $   5,000 | $   3,250 | $   2,500 |
| 10,000 | 6,500 | 5,000 |
| 25,000 | 16,250 | 12,500 |
| 50,000 | 32,500 | 25,000 |
| 100,000 | 65,000 | 50,000 |

Remember that, your spouse's enrollment or coverage amount may be subject to EOI approval. See pages 7-8 for information on EOI requirements.

## Child Life Insurance

You can elect $5,000 or $10,000 in coverage for each of your eligible children. Your election covers all eligible children.



## Accelerated Benefit For Terminal Illness

The TenetSelect Life Insurance Plans also offer an accelerated death benefit payment option for covered individuals who have a terminal illness or condition. For purposes of this plan, terminal illness or condition is defined as an illness or condition that, in the best medical judgment, is expected to result in death within 12 months.

This accelerated benefit pays the lesser of $150,000 or 50% of a covered person's Life Insurance coverage amount, and there are no restrictions as to how the money is used.

Accelerated benefits are paid to the terminally ill individual. However, accelerated benefits for a terminally ill child are paid to you. The remaining insurance amount is payable to the individual's beneficiary after death occurs.

**TRA 000132**
Cisneros v.Brownsville Med, et al

There is a $100 administrative fee associated with this payment option. In addition, because this accelerated payment is considered an advance on the insured person's eventual death benefit, you will be required to pay 12 months' interest on the amount paid, at an 8% interest rate. These costs will be deducted automatically from the accelerated benefit payment.

According to recent tax legislation, a portion or all of your accelerated benefit received after 1996 may be tax free. Note, however, since this benefit may be considered income, eligibility for government-sponsored health plans may be affected by receiving an accelerated death benefit. We recommend that you consult a tax advisor before electing this payment option.

❖  ❖  ❖

## Limitations And Exclusions

The TenetSelect Life Insurance Plans will not pay full benefits if you (or your insured dependent) die as a result of a self-inflicted injury or attempted suicide within two years of the effective date of coverage. This limitation affects an individual's entire coverage amount for the first two years he/she is insured. For an individual who is already covered and has increased coverage, this limitation only affects the portion of the coverage amount that has been in effect for less than two years (i.e., the increase). For example, if your spouse had $5,000 in Spouse Life Insurance coverage for three years and then increased coverage to the $25,000 coverage level, $20,000 of the $25,000 coverage amount would be affected by this limitation for the first two years following the effective date of the increase.

TRA 000133
Cisneros v. Brownsville Med. et al

# AD&D INSURANCE PLANS

*The AD&D Insurance Plans pay benefits in the event of an accidental death or loss of limb. Benefits are also paid if an accidental injury results in permanent paralysis or permanent loss of sight, speech, or hearing.*

The TenetSelect AD&D Insurance Plans provide accidental death and dismemberment insurance coverage 24 hours a day, seven days a week. Benefits are paid in the event an insured person dies or suffers a loss as the result of an accident while covered under an AD&D Insurance Plan.

The coverage amounts shown under each AD&D Insurance Plan on your Personalized Enrollment Form (PEF) are referred to as the "principal amounts," which usually refers to the accidental death benefit payable under an AD&D Insurance Plan. Because the AD&D Insurance Plans also pay dismemberment benefits for other types of accidental injuries, dismemberment benefits for other covered losses are usually described as a percentage of the insured person's principal amount.

Your death benefits are paid to your designated beneficiary. Your spouse's and children's death benefits are paid to you. Dismemberment benefits for all other covered accidental losses are also paid to you (see **Covered Accidental Losses** below for more information).

❖　❖　❖

### Covered Accidental Losses

Benefits are paid in the event an insured person dies or suffers a loss as the result of a "covered" accident. A covered accident means that the accident occurs while the individual is covered under an AD&D Insurance Plan, and includes unavoidable exposure to the elements.

The following chart illustrates which accidental losses are covered under the TenetSelect AD&D Insurance Plans and their associated benefit amount payable.

| Covered Loss | Coverage Amount |
|---|---|
| Life | Principal amount |
| Quadriplegia | 100% of principal amount |
| Loss of: 1) both hands; or 2) both feet; or 3) one hand and one foot; or 4) sight in both eyes; or 5) speech and hearing of both ears; or 6) sight of one eye and one foot or hand | 100% of principal amount |
| Paraplegia | 75% of principal amount |
| Hemiplegia | 50% of principal amount |
| Loss of: 1) one hand; or 2) one foot; or 3) sight of one eye; or 4) speech; or 5) hearing of both ears | 50% of principal amount |
| Loss of: 1) hearing of one ear; or 2) thumb and index finger of same hand | 25% of principal amount |

**TRA 000134**
Cisneros v.Brownsville Med, et al

To be covered under the AD&D Insurance Plan, a "loss" must be the direct result of a covered accident and must occur within 365 days of a covered accident. "Loss" is further defined as follows:

- Quadriplegia means total and permanent paralysis of both upper and lower limbs.

- Paraplegia means total and permanent paralysis of both lower limbs.

- Hemiplegia means total and permanent paralysis of upper and lower limbs on one side of the body.

- Loss of hand means loss at or above the wrist.

- Loss of foot means loss at or above the ankle.

- Loss of speech, hearing, or sight means complete and irrecoverable loss.

- Loss of thumb and index finger means at or above the metacarpophalangeal joints.

The AD&D Insurance Plans will also pay death benefits one year after an insured person cannot be found due to the disappearance, wreckage, sinking, or forced landing of the conveyance in which the person was traveling. Certain modes of transportation may be excluded; refer to pages 26-27 for a list of limitations and exclusions.

The maximum benefit payable under each AD&D Insurance Plan for all covered losses resulting from a single accidental incident is the individual's principal amount.



### When Coverage Starts

Coverage in the various TenetSelect AD&D Insurance Plans begins at different times, depending on a number of factors, including:

1. Whether you are electing coverage when first eligible or increasing coverage at a later date.

2. Whether the insured person is "disabled" on the date coverage is scheduled to begin.

These factors are described in more detail in this section as they apply to the particular enrollment situation and individual.

**TRA 000135**
Cisneros v. Brownsville Med, et al

## After Your "Initial Enrollment"

■ *Basic Employee AD&D Insurance.* This coverage begins automatically on the 91st continuous day you are a Full-time employee, provided you are not "disabled" on the day coverage is scheduled to begin. If you become eligible for this plan as the result of a change in employment status, refer to page 3 for more information.

■ *Supplemental Employee AD&D Insurance.* This coverage begins on the 91st continuous day you are in an eligible employment status, provided you are not "disabled" on that day.

■ *Spouse AD&D Insurance.* Your spouse's coverage will begin on the day your participation in the TenetSelect Benefits Program begins. Remember that coverage will be delayed if your spouse is "disabled."

■ *Child AD&D Insurance.* This coverage does not depend on whether you have elected TenetSelect AD&D Insurance for a parent. However, if your coverage under the entire TenetSelect Benefits Program is delayed for any reason, your children's AD&D Insurance coverage will also be delayed until your coverage begins. Also, if an eligible child is "disabled" on the day coverage under the Child AD&D Insurance Plan is scheduled to start, coverage for that child will be delayed until he/she is no longer "disabled." This delay will not affect the coverage start date for other eligible children.

## After a Major Life Event

If you are enrolling yourself or an eligible dependent in a TenetSelect AD&D Insurance Plan as the result of a major life event, coverage will begin as of the date of the major life event, provided the individual was not "disabled" on that day and enrollment occurs within 31 days of the event.

If you are dropping AD&D Insurance coverage for an individual as the result of a major life event, coverage will stop as of the date of the major life event. Coverage will also stop automatically for an ineligible dependent, whether or not you notify your Human Resource Department. Please note that your premiums cannot be adjusted until you formally drop the coverage.

## After the Annual Enrollment Period

If you elect to increase any of the AD&D Insurance coverages, coverage increases will go into effect on January 1 of the following calendar year, provided the insured person is not "disabled" on that day.

Elections to decrease or waive any TenetSelect AD&D Insurance coverage will go into effect on the following January 1.

❖ ❖ ❖

TRA 000136
Cisneros v. Brownsville Med, et al

## AD&D Insurance Coverage Amounts

### Basic Employee AD&D Insurance

Your principal amount under this TenetSelect CORE benefit plan is equal to your "annual benefits pay," rounded up to the next $1,000 increment. The minimum principal amount is $10,000. The maximum principal amount is $50,000.

> **For example,** let's assume your annual benefits pay is $21,437.72. Your Basic Employee AD&D principal amount would be $22,000.

### Supplemental Employee AD&D Insurance

The Supplemental Employee AD&D Insurance Plan offers principal amounts equal to one, two, three, or four times your "annual benefits pay," rounded up to the next $1,000 increment. The minimum principal amount is $10,000. The maximum principal amount is $500,000.

> **Example:** Let's assume your annual benefits pay is $24,392.42 and you want to elect Supplemental Employee AD&D Insurance equal to three times your annual benefits pay.
>
> $3 \times \$24,392.42 = \$73,177.26$
> $73,177.26$, rounded up to next $1,000 = $74,000
>
> In this example, the principal amount of your Supplemental Employee AD&D Insurance would be $74,000.

### Spouse AD&D Insurance

You have a choice of three principal amounts for your spouse's AD&D insurance $25,000, $50,000, or $100,000.

### Child AD&D Insurance

You can elect $10,000 in coverage for each of your eligible children. Benefits paid for one child will not reduce, or affect in any way, benefits paid for another child.

❖   ❖   ❖

## Safe Driving Benefit

Each applicable AD&D Insurance Plan offers an additional $25,000 benefit if an insured person dies as the result of a covered auto accident, provided the individual was properly using a seat belt at the time the accident occurred. An auto means any licensed, four-wheel passenger motor vehicle, and does not include motorcycles, motor scooters, buses, off-road vehicles, semi-tractor trailers, or any type of farm equipment.

❖  ❖  ❖

## Monthly Coma Benefit

Each applicable AD&D Insurance Plan pays a monthly coma benefit if an insured person goes into a coma as the result of a covered accident, provided the coma begins within one year of the accident and lasts for at least 31 consecutive days.

The monthly coma benefit is equal to 1% of the insured person's principal amount. However, if the individual receives a dismemberment benefit due to a loss resulting from the same covered accident, the monthly coma benefit would be equal to 1% of the difference between the principal amount and the dismemberment benefit already paid for that loss.

> *For example,* let's assume your spouse has $50,000 in Spouse AD&D Insurance, and goes into a coma as the result of a covered accident. The Spouse AD&D Insurance Plan would pay you a $500 monthly coma benefit (1% of $50,000). If your spouse had also suffered a loss of a foot from the same covered accident, the plan would pay you a $12,500 lump sum benefit (25% of your spouse's principal amount) for the loss of a foot plus a monthly coma benefit equal to 1% of $37,500 ($50,000 principal amount minus the $12,500 dismemberment benefit already paid).

Monthly coma benefits are payable to you, and will continue until the earlier of:

- The insured person recovers from the coma; or
- The monthly coma benefit has been paid for 100 months; or
- The insured person dies.

If death occurs after monthly coma benefits begin and is the result of the same accident that caused the coma, the AD&D death benefit (i.e., the insured person's principal amount) will be reduced by any monthly coma benefits previously paid.

❖  ❖  ❖

**TRA 000138**
Cisneros v. Brownsville Med. et al

### Additional Benefits Under the Supplemental Employee AD&D Insurance Plan

### Special Education Benefit

If you are covered under the Supplemental Employee AD&D Insurance Plan and have elected Child AD&D Insurance coverage, your children may qualify for a special education benefit.

This special education benefit is designed to help pay for a child's post-secondary education and is payable if death benefits are payable from the Supplemental Employee AD&D Insurance Plan *and*, at the time of your death, your child is:

- Enrolled as a full-time student in a college, university, or post-secondary vocational school; or

- In the 12th grade and enrolls in a college, university, or post-secondary vocational school within one year of the date of your death.

The special education benefit is equal to the lesser of 5% of your principal amount or $5,000, and will be payable annually for four consecutive years, provided the child continues his/her post-secondary education on a full-time basis.

The benefit is paid to the surviving spouse on behalf of each eligible child. If there is no surviving spouse, the benefit will be paid to the child's legally appointed guardian.

If you have no children who qualify for this benefit, the Supplemental Employee AD&D Insurance Plan will pay your beneficiary a single lump sum benefit equal to $1,500.

### Child Care Center Benefit

If you are covered under the Supplemental Employee AD&D Insurance Plan and have elected Child AD&D Insurance coverage, your children may qualify for a child care center benefit. The child care center benefit is payable only if:

- Death benefits are payable under the Supplemental Employee AD&D Insurance Plan; and

- Your child was enrolled in a child care center on the date of your accident or enrolls within 90 days after the date of your accidental death.

This benefit is equal to the lesser of 5% of your principal amount or $5,000, and will be payable annually for four consecutive years, provided the child continues to be enrolled in a day care center.

The benefit is paid in quarterly installments to the surviving spouse on behalf of an eligible child. If there is no surviving spouse, the benefit will be paid to the child's legally appointed guardian.

TRA 000139
Cisneros v. Brownsville Med., et al

A "child care center" means a licensed child care facility that primarily provides care and supervision for children in a group setting on a regular, daily (less than a 24-hour per day) basis so that the surviving parent or legal guardian can be employed. A child care center cannot be the child's home; a hospital, nursing home, or convalescent facility; a facility for the treatment of mental disorders, drug addiction, or alcoholism; an orphanage; or a home for the aged.

If you have no children who qualify for this benefit, the Supplemental Employee AD&D Insurance Plan will pay your beneficiary a single lump sum benefit equal to $1,500.

### Special Training Benefit

If you are covered under the Supplemental Employee AD&D Insurance Plan and have elected AD&D Insurance coverage for your spouse, your spouse may qualify for a special training benefit. This training benefit is payable only if:

- Death benefits are payable under the Supplemental Employee AD&D Insurance Plan; and

- Your spouse enrolls in a training program designed to help him/her obtain an independent income. Your spouse must enroll within one year of the date of your death.

The special education benefit is equal to the lesser of 5% of your principal amount or $5,000.

### Common Disaster Benefit

An additional benefit will be paid if you and your spouse die as the result of a common accident while covered under the Supplemental Employee AD&D Insurance Plan and the Spouse AD&D Insurance Plan, respectively. This special benefit is payable only if the regular death benefits are payable under both AD&D Insurance Plans, and is equal to the difference between your principal amount and your spouse's principal amount or $150,000, whichever is less.

Your designated beneficiary will receive this benefit in a single lump sum payment.

### Felonious Assault Benefit

If you die or suffer a covered loss as the result of being a victim of a felonious assault while you were on Tenet property or participating in a Tenet-sponsored activity, the Supplemental Employee AD&D Insurance Plan provides an additional benefit. This felonious assault benefit is equal to 25% of your principal amount.

**TRA 000140**
Cisneros v. Brownsville Med. et al

To be eligible for this benefit, the felonious assault must occur while you are covered under the Supplemental Employee AD&D Insurance Plan. Felonious assaults include:

- Malicious assault with intent to commit bodily harm;

- Robbery, theft, or burglary; or

- Your kidnapping.



## Limitations And Exclusions

The TenetSelect AD&D Insurance Plans do not pay benefits for losses resulting from:

- An accident that occurs while the individual was not insured, including any period of time that coverage was delayed because the person was considered to be "disabled" by the insurance company.

- An accidental injury that does meet the definition of covered loss as described on pages 19-20.

- Suicide or intentionally self-inflicted injury, regardless of state of mind.

- Bodily or mental infirmity, disease of any kind, or medical or surgical treatment of an infirmity or disease.

- Any bacterial infection, except when caused by a covered accidental injury.

- Use of one or any combination of the following, except as prescribed by a licensed physician: 1) PCP; 2) LSD or other hallucinogens; 3) cocaine, heroin or other narcotics; 4) amphetamines or other stimulants; or 5) barbiturates or other sedatives or tranquilizers.

- Any poison or gas voluntarily taken, administered, absorbed, or inhaled.

- Travel in any military aircraft unless it is operated by the MAC (Military Air Command) or a foreign equivalent.

- Travel in any aircraft as a pilot or crew member; travel in any aircraft used for firefighting, exploration, pipe or powerline work, or aerial photography.

- Travel in any aircraft owned, leased, or operated by Tenet Healthcare Corporation or any of its divisions, subsidiaries, or affiliates, unless the insurance company and Tenet have agreed in writing to specifically cover you.

- The commission of or the intent to commit an illegal act, including an assault or felony.

- Participation in an insurrection.

- War, declared or undeclared.

TRA 000141
Cisneros v. Brownsville Med. et al

The safe driving benefit will not be paid if death benefits are not paid by the applicable AD&D Insurance Plans. In addition, the safe driving benefit will not be paid if a loss results from:

- Improper use of a seat belt as indicated in the police accident report or witnessed by a doctor, paramedic, police officer, coroner, or other individual of competent authority.

- Driving or riding in a vehicle that is not a four-wheel passenger motor vehicle (as defined in the Safe Driving Benefit section on page 23) including, but not limited to, a motorcycle, motor scooter, bus, off-road vehicle, semi-tractor trailer, or any type of farm equipment.

- Traveling in a four-wheel passenger motor vehicle while the driver — whether or not you are the driver — is under the influence of alcohol or has voluntarily taken, administered, absorbed, or inhaled a poison or gas.

- Traveling in a four-wheel passenger motor vehicle after the driver — whether or not you are the driver — has used one or any combination of the following, except as prescribed by a licensed physician: 1) PCP; 2) LSD or other hallucinogens; 3) cocaine, heroin, or other narcotics; 4) amphetamines or other stimulants; 5) barbiturates or other sedatives or tranquilizers.

- Driving or riding in a four-wheel passenger motor vehicle that is being used without the consent of its owner or for illegal purposes.

- Driving or riding in a four-wheel passenger motor vehicle that is participating in a race or performing speed/endurance tests or acrobatic stunts.

- Driving or riding in a four-wheel passenger motor vehicle on other than regularly maintained roadways.

The monthly coma benefit will not be paid if the coma was the result of an accidental injury that is excluded by the applicable AD&D Insurance Plans. In addition to the preceding list of limitations and exclusions, the monthly coma benefit will not be paid if:

- A coma begins more than one year (365 days) from the day the covered accident occurred.

- The coma does not last at least 31 consecutive days.

TRA 000142
Cisneros v. Brownsville Med. et al

# BUSINESS TRAVEL ACCIDENT INSURANCE PLAN

*All benefits-eligible Tenet employees are eligible for the company-paid Business Travel Accident Insurance Plan.*

The Business Travel Accident Insurance Plan is a type of accidental death an dismemberment (AD&D) insurance plan that provides coverage only when you a traveling on company business. Your spouse and children are not eligible f coverage under this plan.

Your principal amount is $100,000, regardless of whether you are a Full-time Part-time 1 employee. The plan also pays dismemberment benefits for oth covered accidental losses as described below.

❖   ❖   ❖

## Covered Accidental Losses

Benefits are paid in the event you die or suffer a loss as the result of a "cover accident. For purposes of this plan, a covered accident means that the accid occurs while you are traveling on company business. Business travel begins wh you leave your home or workplace, whichever is last, and continues until you ret to your regular workplace(s) or home, whichever is first. This plan does not cc your regular commute between home and your regular workplace(s). Cover accidents also include unavoidable exposure to the elements.

The following chart illustrates which accidental losses are covered and th associated benefit amount payable.

| Covered Loss | Coverage Amount |
|---|---|
| Life | $100,000 |
| Quadriplegia | $100,000 |
| Loss of: 1) both hands; or 2) both feet; or 3) one hand and one foot; or 4) sight in both eyes; or 5) speech and hearing of both ears; or 6) sight of one eye and one foot or hand | $100,000 |
| Paraplegia | $75,000 |
| Hemiplegia | $50,000 |
| Loss of: 1) one hand; or 2) one foot; or 3) sight of one eye; or 4) speech; or 5) hearing of both ears | $50,000 |
| Loss of: 1) hearing of one ear; or 2) thumb and index finger of same hand | $25,000 |

The maximum benefit payable for all losses due to a single accidental incide $100,000.

**TRA 000143**
Cisneros v. Brownsville Med, et al

To be covered under the Business Travel Accident Insurance Plan, a "loss" must be the direct result of a covered accident and must occur within 365 days of a covered accident. "Loss" is further defined as follows:

- Quadriplegia means total and permanent paralysis of both upper and lower limbs.

- Paraplegia means total and permanent paralysis of both lower limbs.

- Hemiplegia means total and permanent paralysis of upper and lower limbs on one side of the body.

- Loss of hand means loss at or above the wrist.

- Loss of foot means loss at or above the ankle.

- Loss of speech, hearing, or sight means complete and irrecoverable loss.

- Loss of thumb and index finger means at or above the metacarpophalangeal joints.

The Business Travel Accident Insurance Plan will also pay death benefits after one year if you cannot be found due to the disappearance, wreckage, sinking, or forced landing of the conveyance in which you were traveling. Certain modes of transportation may be excluded; refer to pages 30-31 for a list of limitations and exclusions.

❖   ❖   ❖

### When Coverage Begins

Coverage under this plan begins on the first day you are in an eligible employment status provided you are not "disabled" on that day. Remember, however, that coverage will be effective only while you are traveling on company business.

❖   ❖   ❖

### Safe Driving Benefit

The Business Travel Accident Insurance Plan also offers a $25,000 benefit if you die as the result of a covered auto accident and you were properly using a seat belt at the time the accident occurred. An auto means any licensed, four-wheel passenger motor vehicle, and does not include motorcycles, motor scooters, buses, off-road vehicles, semi-tractor trailers, or any type of farm equipment.

❖   ❖   ❖

### Monthly Coma Benefit

The Business Travel Accident Insurance Plan pays a monthly coma benefit if you go into a coma as the result of a covered accident, provided the coma begins within one year of the accident and lasts for at least 31 consecutive days.

TRA 000144
Cisneros v.Brownsville Med, et al

The monthly coma benefit is equal to $1,000. However, if you receive a dismemberment benefit due to a loss resulting from the same covered accident, the monthly coma benefit would be equal to 1% of the difference between the principal amount and the dismemberment benefit already paid for that loss.

> *For example,* let's assume you go into a coma as the result of a covered accident while traveling on company business. You would receive $1,000 coma benefit. If you also suffered a loss of a foot from the same covered accident, you would receive a $25,000 lump sum benefit (25% of the principal amount) for the loss of a foot plus a monthly coma benefit equal to 1% of $75,000 ($100,000 principal amount minus the $25,000 dismemberment benefit already paid).

Monthly coma benefits will continue until you recover from the coma, the monthly coma benefit has been paid for 100 months, or you die, whichever occurs first. If death occurs after monthly coma benefits begin and is the result of the same accident that caused the coma, the death benefit payable (i.e., your principal amount) will be reduced by any monthly coma benefits previously paid.



### Limitations And Exclusions

The Business Travel Insurance Plan does not pay benefits for losses resulting from:

- An accident that occurs while not traveling on company business as described earlier.

- An accidental injury that does meet the definition of loss as described on pages 28-29.

- Suicide or intentionally self-inflicted injury, regardless of state of mind.

- Bodily or mental infirmity, disease of any kind, or medical or surgical treatment of an infirmity or disease.

- Any bacterial infection, except when caused by a covered accidental injury.

- Use of one or a combination of the following, except as prescribed by a licensed physician: 1) PCP; 2) LSD or other hallucinogens; 3) cocaine, heroin, or other narcotics; 4) amphetamines or other stimulants; 5) barbiturates or other sedatives or tranquilizers.

- Any poison or gas voluntarily taken, administered, absorbed, or inhaled.

- Travel in any military aircraft unless it is operated by the MAC (Military Airlift Command) or a foreign equivalent.

- Travel in any aircraft as a pilot or crew member; travel in any aircraft used for firefighting, exploration, pipe or powerline work, or aerial photography.

TRA 000145

Cisneros v.Brownsville Med. et al

- Travel in any aircraft owned, leased, or operated by Tenet Healthcare Corporation or any of its divisions, subsidiaries, or affiliates, unless the insurance company and Tenet have agreed in writing to specifically cover you.

- The commission of or the intent to commit an illegal act, including an assault or felony.

- Participation in an insurrection.

- An act of war in the United States or Canada, including their geographical limits, territorial waters, or airspace.

The safe driving benefit will not be paid if death benefits are not paid by the Business Travel Accident Insurance Plan. In addition, the safe driving benefit will not be paid if a loss results from:

- Improper use of a seat belt as indicated in the police accident report or witnessed by a doctor, paramedic, police officer, coroner, or other individual of competent authority.

- Driving or riding in a vehicle that is not a four-wheel passenger motor vehicle (as defined in the Safe Driving Benefit section on page 29) including, but not limited to, a motorcycle, motor scooter, bus, off-road vehicle, semi-tractor trailer, or any type of farm equipment.

- Traveling in a four-wheel passenger motor vehicle while the driver — whether or not you are the driver — is under the influence of alcohol or has voluntarily taken, administered, absorbed, or inhaled a poison or gas.

- Traveling in a four-wheel passenger motor vehicle after the driver — whether or not you are the driver — has used one or any combination of the following, except as prescribed by a licensed physician: 1) PCP; 2) LSD or other hallucinogens; 3) cocaine, heroin, or other narcotics; 4) amphetamines or other stimulants; 5) barbiturates or other sedatives or tranquilizers.

- Driving or riding in a four-wheel passenger motor vehicle that is being used without the consent of its owner or for illegal purposes.

- Driving or riding in a four-wheel passenger motor vehicle that is participating in a race or performing speed/endurance tests or acrobatic stunts.

- Driving or riding in a four-wheel passenger motor vehicle on other than regularly maintained roadways.

The monthly coma benefit will not be paid if the coma was the result of an accidental injury that is excluded by the Business Travel Accident Insurance Plan. In addition to the preceding list of limitations and exclusions, the monthly coma benefit will not be paid if:

- A coma begins more than one year (365 days) from the day the covered accident occurred.

- The coma does not last at least 31 consecutive days.

**TRA 000146**
Cisneros v.Brownsville Med, et al

## FILING A CLAIM

To receive death or dismemberment benefits, you (or your beneficiary) must file a claim within 12 months of the date of death or accidental injury. Benefits will be paid only after satisfactory proof of loss has been provided.

To file a claim, contact your Human Resource Department for the appropriate claim forms and further assistance.

Transamerica Assurance Company is the insurer and claims fiduciary for the TenetSelect Life Insurance Plans. Transamerica Occidental Life Insurance Company is the insurer and claims fiduciary for the TenetSelect AD&D and Business Travel Accident Insurance Plans. Both Transamerica companies have the complete fiduciary discretion and authority to interpret the plans' provisions, establish eligibility and benefit levels, and determine all claims and appeals.

❖   ❖   ❖

### Source Of Payment

The TenetSelect Life Insurance Plans are insured by Transamerica Assurance Company. The TenetSelect AD&D and Business Travel Accident Insurance Plans are insured by Transamerica Occidental Life Insurance Company. All benefits are paid in accordance with the insurance contracts between Transamerica and Tenet Healthcare Corporation.

❖   ❖   ❖

### Claims Review Procedures

*This section outlines the steps you can take to have your claim reconsidered.*

If your claim is denied, the insurance company will usually notify you of the denial within 90 days of receipt of your claim. The notification will explain the specific reasons for the denial and reference the plan provision(s) on which the denial is based. In some circumstances, an additional 90 days may be required to process the claim. If an extension is required, you will be notified within the initial 90-day period of the reasons for the extension and the date the insurance company expects to render a decision. If necessary to process your claim, the insurance company will request additional material or information and explain why the material or information is required.

The insurance company must process your claim within 180 days from the date your claim is received. If you have not been notified of the action taken on your claim within the 180-day period, you should treat the claim as having been denied and you may make an appeal as described on the next page.

❖   ❖   ❖

TRA 000147
Cisneros v. Brownsville Med, et al

## Appealing Your Claim

If you are not in agreement with the insurance company's decision regarding your claim, you have 60 days from the date of receiving the most recent denial to request the insurance company to reconsider your claim. Requests must be in writing, and you should provide any additional pertinent information supporting your appeal, such as a death certificate or a physician's statement.

To appeal a Life Insurance claim, send your written appeal to:

>Transamerica Assurance Company
>ERISA Appeals Unit
>1150 S. Olive Street
>Los Angeles, CA 90015

To appeal an AD&D Insurance or Business Travel Accident Insurance claim, send your written appeal to:

>Transamerica Occidental Life Insurance Company
>ERISA Appeals Unit
>c/o Transamerica Assurance Company
>1150 S. Olive Street
>Los Angeles, CA 90015

The insurance company will respond within 60 days of receipt of your request. If a 60-day extension is required, you will be notified in writing before the end of the initial 60-day period. If you are not notified at all within the 120-day review period, you should treat the claim as having been denied.

TRA 000148
Cisneros v. Brownsville Med. et al

## WHEN COVERAGE ENDS

Coverage ends on the earliest of:

- The date your employment terminates.
- The date you become ineligible for coverage due to a change in employment status or plan amendment.
- The date your dependent no longer qualifies as an eligible dependent.
- The date contributions for coverage stop.
- The date the plan is terminated or the insurance policy lapses or is cancelled.

If you are on a leave of absence or you are laid off and receiving severance, coverage under the Business Travel Accident Insurance Plan ends on your last day of active employment.

If Life or AD&D Insurance coverage is lost, you or your dependent may be eligible to convert the lost coverage to an individual policy. See below for details.



### Converting To An Individual Policy

You or your dependent can convert the lost coverage to an individual policy without having to provide Evidence of Insurability if Life or AD&D Insurance coverage is lost because:

- You terminate employment,
- You become ineligible for the TenetSelect Benefits Program because of a change in employment status, or
- Your dependent becomes ineligible for coverage.

This is referred to as a "conversion privilege." This conversion privilege is not available for the Business Travel Accident Insurance Plan.

The conversion election period is the 31-day period following the date coverage is lost. Your Human Resource Department will usually send a notice about the conversion privilege within the first two weeks (or you can obtain a conversion form in person at your Human Resource Department). You then have the remainder of the 31-day conversion election period to convert your coverage and pay the first premium. If the notice is dated more than 15 days from the date coverage is lost, you will have another 31 days after the conversion election period ends to convert your coverage.

Remember that if your dependent become ineligible for coverage, you (or your dependent) should notify your Human Resource Department within 31 days to drop coverage for that individual (see Major Life Events on page 11). The conversion

TRA 000149
Cisneros v. Brownsville Med. et al

period will not be further extended as the result of your delay in dropping coverage for your dependent.

If, during the conversion election period (i.e., the first 31 days following the date the TenetSelect coverage ends), you or a family member dies or suffers a covered loss, the applicable Life and AD&D Insurance Plans will pay benefits after deducting any past due premiums, regardless of whether you or your family member had elected to convert to an individual policy.

Please be aware that coverage amounts under the individual policies issued by the insurance company may be limited, and the provisions will be different than the provisions that govern the TenetSelect Life and AD&D Insurance Plans.

See your Human Resource Department for more information on converting to an individual policy.

**TRA 000150**
Cisneros v.Brownsville Med, et al

## OTHER PROVISIONS

This section provides important information about the Plan Administrator's rights and your rights regarding your TenetSelect Life, AD&D, and Business Travel Accident Insurance coverages. The Plan Administrator is the Benefits Administration Committee.

❖ ❖ ❖

### Plan Administrator Discretion

Tenet, acting through its Benefits Administration Committee, reserves complete fiduciary discretion and authority to resolve all questions concerning the eligibility of any employee or dependent to participate in the plans offered under the TenetSelect Benefits Program. In addition, the Committee (together with the plans' insurers) has complete fiduciary discretion and authority to:

- Interpret the meaning of any plan provision.
- Establish and apply their own standards and criteria for determining necessary and appropriate materials, treatments, and procedures, etc.
- Decide on a participant's entitlement to or application for benefits under the plan.
- Rule on all claims or appeals.

In general, the Committee has sole and complete discretion to establish, maintain, and administer the plans, such as execute agreements, adopt and communicate reasonable rules and regulations, and take any action it determines to be reasonable or necessary. Any decision or interpretation of plan provisions made by the Committee (or any of its agents or insurers) in good faith will be final and binding on all affected parties.

❖ ❖ ❖

### Amendment And Termination Of Coverage

Although the Company intends to continue its Life, AD&D, and Business Travel Accident Insurance Plans indefinitely, it reserves the right, through its Board and authorized officers and committees, to amend or terminate any or all of its plans at any time for any reason without notice. However, benefits will be determined on the basis of a plan's provisions in effect on the date an expense is incurred. This means that any covered death or loss that occurs before a plan is terminated will still be covered, and any covered death or loss that occurs before the date a plan is amended will be paid under the terms of the plan before the amendment.

❖ ❖ ❖

TRA 000151
Cisneros v. Brownsville Med, et al

## Your ERISA Rights

As a participant in the TenetSelect Benefits Program, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).

ERISA provides that you shall be entitled to:

- Examine, without charge, at the Plan Administrator's office and at other specified locations all plan documents and copies of documents filed by the plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

- Obtain copies of all plan documents and other plan information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for the copies.

- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Upon written request, the Plan Administrator will provide you with a complete list of divisions that participate in the plan. In certain locations plans may be maintained pursuant to collective bargaining agreements. Upon written request, the Plan Administrator will provide you with copies of such agreements.

In addition to creating rights for plan participants, ERISA imposes duties upon the people responsible for the operation of the plan. The people who operate your plan, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries.

No one, including your employer, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit as provided for in this plan or from exercising your rights under ERISA.

If your claim for benefits is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the Plan Administrator review and reconsider your claim.

Under ERISA, you can take steps to enforce your rights. For instance, if you request materials from the Plan Administrator and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits that has been improperly denied or ignored in whole or in part, you may file suit in a federal court. If plan fiduciaries misuse the plan's

37

TRA 000152
Cisneros v. Brownsville Med., et al

money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim is frivolous.

If you have any questions about this plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest area office of the U.S. Labor-Management Services Administration, Department of Labor.

❖   ❖   ❖

### ERISA Plan Information

Employer Identification Number:   95-2557091

Plan Name:                         Tenet Employee Benefit Plan

Plan Type:                         Health and Welfare Plan

Plan Number:                       504

Plan Year:                         January 1 – December 31

Plan Sponsor:                      Tenet Healthcare Corporation
                                   3820 State Street
                                   Santa Barbara, CA 93105
                                   Attn.: Alan Ewalt, Senior Vice President

Plan Administrator:                Benefits Administration Committee
                                   Tenet HealthSystem
                                   14001 Dallas Parkway
                                   Dallas, TX  75240

Agent for Service
of Legal Process:                  Tenet Healthcare Corporation
                                   3820 State Street
                                   Santa Barbara, CA  93105
                                   Attn.: Alan Ewalt, Senior Vice President

TRA 000153
Cisneros v. Brownsville Med. et al



CISNEROS, FERNANDO

4-1-99





**TRA 000154**
Cisneros v. Brownsville Med, et al



TRA 000155
Cisneros v. Brownsville Med, et al

 **TRANSAMERICA LIFE COMPANIES**



TRANSAMERICA ASSURANCE
COMPANY

Transamerica Center
1150 South Olive
Los Angeles, CA 90015-2200

*Mailing Address*
P.O. Box 30852
Los Angeles, CA 90030-0852
Telephone 800 346-1608

August 10, 1999

Dennis A. Downey LL.M.
Attorney at Law
1185 FM 802, Suite 3
Brownsville, Tx. 78521

Re: Ferando Cisneros
    61557 VAD

Dear Mr. Downey

We have completed the additional review of the claim for Mr. Cisneros and find that there is no basis for payment since coverage was not in force at the time of death. Mr. Cisneros coverage terminated on October 1,1998 due to non-payment of premiums.

This action is based on the information we have in our file and the information provided to us by Tenet Health Care Systems.

Again, we are sorry that a more favorable decision could not be rendered. Should you have any questions please feel free to call.

Sincerely,

Jo Ann Long
Manager

Transamerica Occidental Life Insurance Company
Transamerica Assurance Company
Transamerica Life Insurance and Annuity Company
Transamerica Life Insurance Company of Canada
Transamerica Life Insurance Company of New York

Affiliates
Transamerica Financial Resources, Inc.

**TRA 000156**
Cisneros v.Brownsville Med, et al

 **TRANSAMERICA LIFE COMPANIES** 

**TRANSAMERICA ASSURANCE COMPANY**

Transamerica Center
1150 South Olive
Los Angeles, CA 90015-2200

*Mailing Address*
P.O. Box 30852
Los Angeles, CA 90030-0852
Telephone 800 346-1608

May 7, 1999

Denis A. Downey
Attorney at Law
1185 FM 802, Suite 3
Brownsville TX 78521

Re:              Fernando Cisneros
Policy No:       05028011
Claim No:        61557-VAD

Dear Mr. Downey:

We have received your appeal in regards to the claim under the above group policy.

We are currently reviewing the information provided by you.  We hope to complete our review soon at which time we will be in a position to respond accordingly.

Please let us know if you have any additional questions or information that you believe we should be aware of.

Sincerely,

*Virginia A. Diaz*

Virginia A. Diaz
Claims Administration
(213) 742-2440

Transamerica Occidental Life Insurance Company
Transamerica Assurance Company
Transamerica Life Insurance and Annuity Company
Transamerica Life Insurance Company of Canada
Transamerica Life Insurance Company of New York

Affiliates
Transamerica Financial Resources, Inc.

**TRA 000157**
Cisneros v. Brownsville Med. et al

*John Lergus*

## TRANSAMERICA LIFE COMPANIES

Transamerica Assurance
Company
P.O. Box 30852
Los Angeles, CA 90030-0852

**TENET HEALTHCARE**
Policy No. 05928011
**FACILITY NAME:** 413

Evidence of Insurability Form for
Supplemental Employee & Spouse
Life Insurance (EOI)

**COVERAGE REQUESTED:**   COMPLETE THIS FORM ONLY FOR ONE OR MORE OF THE FOLLOWING SITUATIONS:
RETURN TO YOUR HUMAN RESOURCES DEPARTMENT

☑ I am requesting an increase in coverage for myself and/or my spouse
☐ I or my spouse is over age 60 and applying for coverage for the first time
☐ I am requesting supplemental life insurance or a salary change has
increased my coverage beyond one of the following limits:

☐ I am requesting life insurance over $50,000 for my spouse
☐ I have previously waived coverage for myself or my spouse
and wish to enroll now.

NOV 2 6 1997

☐ $500,000   ☐ $750,000   ☐ $1,000,000   ☐ $1,300,000   ☐ $1,600,000

Current Coverage Amount:   Employee $ *58,000.00*   Spouse $_____

Coverage Amount Requested:   Employee $ *116,000.00*   Spouse $_____

### EMPLOYEE INFORMATION   *(Must be completed in its entirety)*

Name: *Cisneros Fernando J.*   Social Security Number: *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*
　　(Last)　　(First)　　(Middle)

Address: *3305 Tulipan St., Bro., Tx, 78521*
　　(Street Number)　　(City)　　(State)　　(ZIP Code)

Gender: ☑ Male   ☐ Female   Height: *5'6"*   Weight *167* lbs.   Date of Birth: *1/3/54*

Are you actively at work? ☑ Yes   ☐ No   Date employed in a Full-time or Part-time 1 job: *02/10/89*

### SPOUSE INFORMATION   *(If applying for coverage)*

Name: _____   Social Security Number: _____
　　(Last)　　(First)　　(Middle)

Address: _____
　　(Street Number)　　(City)　　(State)　　(ZIP Code)

Gender: ☐ Male   ☐ Female   Height: _____   Weight: _____ lbs.   Date of Birth: ___/___/___

Are you actively at work? ☐ Yes   ☐ No   ☐ I am not employed, but I am performing activities of a person of like age and gender.

Employer Name: _____   Phone Number: _____

Answer all questions and provide details of any "Yes" answers.  Attach separate sheet of paper if necessary.

1.  Within the past six months, has any illness, injury or other health problem prevented you from working full-time at your regular occupation?
    **Employee:** ☐ Yes  ☑ No   **Spouse:** ☐ Yes  ☐ No

2.  Within the past five years, have you had treatment for any disorder of the heart, chest pains, circulatory problems, high blood pressure, heart trouble, diabetes, kidney, liver or respiratory disease, gastrointestinal or digestive problems, ulcers, cancer or tumor, drug addiction, alcoholism, fainting spells, epilepsy, nervous or mental disorders?
    **Employee:** ☐ Yes  ☑ No   **Spouse:** ☐ Yes  ☐ No

3.  Within the past five years, have you had an actual diagnosis of or treatment by a member of the medical profession for Acquired Immune Deficiency Syndrome (AIDS), a sexually transmitted disease or positive test results for antibodies to the AIDS virus?
    **Employee:** ☐ Yes  ☑ No   **Spouse:** ☐ Yes  ☐ No

Details _____   Dates _____   Results/Name of Medication, if any _____

_____

Physician's Name: _____

Address: _____
　　(Street Address)　　(City)　　(State)　　(Zip Code)

Phone Number: _____   FAX Number: _____

I (we) represent that all statements and answers made above or attached to this application are true and complete to the best of my (our) knowledge and belief.  I (we) understand that any person who, with the intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement may be guilty of insurance fraud.  I (we) understand that coverage shall be in effect only after all of these conditions have been met: (a) this application has been approved by the applicable Company, and (b) the Contract has been issued while all persons to be insured thereunder are alive; and (c) the answers and statements in this application continue to be true and complete up until the Contract Effective Date and that coverage will not take effect if the facts have changed.  I (we) have also read and understand and agree to the additional terms, conditions and requirements mentioned on the reverse side of this form under Eligibility Requirements, Authorization to Obtain Information and Insurance Information Practices.  LASTLY, I (WE) UNDERSTAND THAT COMPLETION OF THIS APPLICATION IN NO WAY IMPLIES THAT I (WE) WILL BE ACCEPTED FOR INSURANCE COVERAGE.  I hereby authorize and direct my Employer to make the necessary payroll deductions for the amount of insurance indicated.

Signed at: _____   On _____
　　　　(City)　　(State)　　　　(Month)　　(Year)

*Fernando Cisneros*   *11/20/97*   **TRA 000158**
(Employee's Signature)   (Date)

X _____   Cisneros v. Brownsville Med, et al
(Spouse's Signature)

*John Ferguson 210 226-1133*

DEC. 16, 1997



FERNANDO CISNEROS JR
3005 TULIPAN ST
BROWNSVILLE TX 78521

RE: Your Application for Group Voluntary Term Life Insurance
    Employee Social Security # 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
     GN# 05928011 - TENET HEALTHCARE CORPORATION
       BROWNSVILLE MED CTR

We are pleased to announce that your application for Group Voluntary Term Life
Insurance has been approved for the coverage amount that you requested.

We appreciate the opportunity to assist you with your insurance needs and welcome
you to the Transamerica Family. If you should have any questions regarding this
or any other matter, please do not hesitate to call us at (800) 346-1608.

Sincerely,

Tenet Customer Service Unit

cc: Tenet Facility
    Image Services

**TRA 000159**
Cisneros v. Brownsville Med, et al

Virginia

do we know why he was not paying
premi. did they give him the
conversion forms.

in 1997 he had 58,000 to increase
he would have to had answered EOI
did he complete one
extent
he was Dp with Cancer & then took

the max coverage.

5/11/99



**TRANSAMERICA ASSURANCE**
P.O. BOX 30852
LOS ANGELES, CA 90030-0852

F A X   C O V E R   S H E E T

| | | | |
|---|---|---|---|
| **DATE** | **JULY 21, 1999** | **TIME:** | 3:32 PM |
| **TO:** | JOHN FERGUSON | | |
| | ATTORNEY AT LAW | | |

**PHONE: 210-226-1166**
**FAX:   210-226-1133**

**FROM:**   VIRGINIA A. DIAZ            **PHONE:** (213) 742-2440
CLAIMS ADMINISTRATION      **FAX:**    (213) 741-5897

**RE:**   FERNANDO CISNEROS          CLAIM NO., 61557-VAD

Number of pages including cover sheet: 2

### Message

FOLLOWING THE ERISA SENT TO MRS. CISNEROS ON 4-21-99.

SHOULD YOU HAVE ANY QUESTIONS, PLEASE LET ME KNOW.

*Mr. Ferguson called back on 8/10/99 he advised that the Attorney for insured has sent a letter of demand to that they are looking into what took place. I told him I had to get letter out today & was going to deny claim again. He was ok with that. Jt/ML*

**TRA 000161**
Cisneros v. Brownsville Med, et al

 

**Information Required by the Employee Retirement Income Security Act of 1974, as amended ("ERISA")**

Appeal of Claim Denial. If a claim is denied in whole or in part, claimant will receive a written explanation giving detailed reasons for the denial, specific reference to policy provisions on which the denial is based, a description of any additional material or information necessary for claimant to perfect the claim and an explanation of why such material or information is necessary, as well as an explanation of our claim appeal procedure.

If claimant is not satisfied, or does not agree, with the reasons for the denial of the claim, claimant may appeal the decision to us, Transamerica Assurance Company, ERISA Appeals Unit, 1150 So. Olive Street, T-1200, Los Angeles, California 90015. We provide the benefits under the Policy identified on the front cover of this Certificate.

We are the fiduciary under the plan designated to review any claim appeals with respect to the policy by claimant. We are vested with discretionary authority to determine eligibility for benefits and to construe and interpret the plan/policy terms and provisions. Our decision with respect to eligibility and plan/policy terms and provisions is final, conclusive and binding as to all parties.

The appeal must be in writing, and can be made by claimant or claimant's duly authorized representative. It must set out claimant's reasons for the appeal and claimant's dissatisfaction or disagreement. Any evidence or documentation to support claimant's position should be submitted with the written appeal. Upon written request, claimant may review pertinent documents that pertain to the claim and its denial.

The appeal must be made within 60 days of the date claimant receives the letter denying the claim.

We will promptly review the claim and appeal. We will advise claimant of our decision in writing, giving specific reasons for the decision with specific references to pertinent policy provisions on which the decision is based. This written decision will be sent to claimant not later than 60 days after its receipt of the written appeal, unless special circumstances require an extension of time for processing the appeal, or obtaining more information, or conducting an investigation of the facts. In no event will the written decision be sent later than 120 days after receipt by us of the written appeal.

If claimant disagrees with our decision on appeal, claimant may file suit in federal or state court asking the court to overturn our decision as an abuse of discretion. If the court rules in claimant's favor, it may order us to pay claimant's court costs and legal fees. If claimant loses, the court may order claimant to pay our court costs and legal fees, for example, if it finds the suit frivolous.

According to Frances Molina
at Brownsville Medicine Center
He was told to continue to pay his prems
he told them he was on disability +
could not afford to pay for the prems
He was told several times as he would
call to check on his disability checks.
He was also told          UAD
by her director         5-12-99

no prems were paid for dental
medical or any other benefits for him
or his family.
          UAD
          5-12-99

Frances Molina
FAX 956-541-0712

210 226 1133

**TRA 000163**
Cisneros v. Brownsville Med, et al

# DENIS A. DOWNEY LL.M.

*Attorney at Law*
1185 FM 802, Suite 3
Brownsville, Texas 78521

Office (210) 544-0561
Fax (210) 544-0562

RECEIVED

April 27, 1999

MAY 0 4 1999

SUPPORT SERVICES

B of 261

Transamerica Assurance Company
1150 South Olive
Los Angeles, California 90015-2200

*CERTIFIED MAIL RRR    Z 735 631 618*

Re:   Fernando Cisneros, Deceased
      05928011 & 05928021
      61557-VAD

Dear Sirs:

Please be advised that I represent Mrs. Fernando Cisneros, wife of your deceased policy holder and have an assigned interest in her case. As you are doubtlessly aware, having investigated the claim as it relates to policy 05928011. Mr. Cisneros was a long-time employee (x-ray technician) of the Brownsville Medical Center who became totally disabled last Fall owing to a vicious form of cancer and who was subsequently transferred to M.D. Anderson in Houston. Mr. Cisneros died on March 10, 1999. You denied payment of policy 05928011 based on alleged failure to pay premiums.

Since Mr. Cisneros was a long time health care worker, I think it is fair to surmise that when he was told that he had "advanced lymplisuea", that he understood that his death was imminent. I think, further, that it would be probable that at least one of the dozen or so physicians who treated Mr. Cisneros would have communicated to him very early on, the nature of his prognosis. Since Mr. Cisneros, judging from the comments of his co-workers, was an intelligent man, the inescapable question presents itself: Why would an intelligent man who knew he was dying (or his dependents), who had paid for years on a major life insurance policy, whose policy premiums were modest because of the insured's young age, and who had five dependants, ever permit *any* life insurance policy to lapse?

The logical conclusion is that neither the insured, nor his dependents, would ever have done so. The question then is, if the policy actually lapsed, who was responsible? (Of course, since Mr. Cisneros did not apparently receive any notice of lapse, it is certainly our position that there was no lapse). If there was a defacto lapse, that could only have happened if (1) his employer, Tenet,

TRA 000164
Cisneros v.Brownsville Med, et al

Transamerica Assurance Company
Page 2
April 27, 1999

negligently failed to continue paying premiums and/or, (2) the disability carrier failed to pay withholding funds to Tenet or to Transamerica relative to such life insurance policies.

This letter, reserving the question of the applicability of ERISA to the to the facts of this case, in whole or in part, is sent for the purpose of appealing the plan administrator's rejection of my client's claim (Virginia Diaz letter of April 21, 1999, and (2) to make demand upon Transamerica Life Companies in the amount of $1.5 million dollars, same representing claims for policy benefits, the consequential damages and mental anguish damages of the widow and four children whose lives have been devastated by your denial of coverage. To the extent that my client's claims may involve possible violations of the Texas Deceptive Trade Practices Act (derivative Texas Insurance Code claims), and to the extent that such claims may not be preempted by ERISA, please be advised that you have sixty (60) days to satisfy the following demand:

1)      Pay actual damages of $1.5 million;

2)      Pay contingency attorney fees of $500,000.00;

3)      Pay $633.00 owed under policy 05928011 which is still due;

and that a failure to do so may result, thereafter, in the filing of a lawsuit. I trust that you will give this matter the urgent attention required.

Finally, I request the opportunity to review all of the evidence upon which claim denial was based.

Yours truly,

Denis A. Downey

DAD/ju



**TRANSAMERICA LIFE COMPANIES**

**TRANSAMERICA ASSURANCE COMPANY**

Transamerica Center
1150 South Olive
Los Angeles, CA 90015-2200
*Mailing Address*
P.O. Box 30852
Los Angeles, CA 90030-0852
(800) 346-1608

April 21, 1999

Graciela S. Cisneros
605 Padres Line Apt 221
Brownsville TX 78520

Re:              Fernando Cisneros
Policy Nos.:    05028011 & 05928021
Claim No:       61557-VAD

Dear Mrs. Cisneros:

We are sorry to learn of the death of your husband.  Please accept our condolences.

Enclosed is our check in payment of the employer paid coverage.

We have completed our review of your claim under the supplemental group coverage, policy number 05928011 and find that there is no basis for payment since coverage was not in force on the date of Mr. Cisneros' death.  This supplemental group coverage terminated on October 1, 1998, because of non-payment of premiums.

In stating our reason for not honoring you claim, we do so without giving up our right to assert other reasons for this action.

This action was based on information we have in our file.  If you have information or additional facts of which we are not aware we will be glad to consider it.

We are sorry we could not give you a more favorable decision, but we believe you will agree, after considering the facts, that the claim for the supplemental coverage does not qualify for payment.  However, if you do not agree with the denial of the claim, you may request a review of the decision.  An Appeal Procedure is enclosed.

Should you have any questions, please let us know.

Sincerely,

Virginia A. Diaz
Claims Unit
(213) 742-2440

Frances Molina
C/O Brownsville Medical Center

Transamerica Occidental Life Insurance Company
Transamerica Assurance Company
Transamerica Life Insurance and Annuity Company
Transamerica Life Insurance Company of Canada
First Transamerica Life Insurance Company

**Affiliates**
Arbor Life Insurance Company
Transamerica Financial Resources, Inc.

**TRA 000166**
Cisneros v. Brownsville Med, et al

TRANSAMERICA
ASSURANCE COMPANY

Transame
Assurance Comp
HOME OFFICE: Los Angeles

RETAIN THIS PO    ON
FOR YOUR RECORDS

No. 442132

NOT NEGOTIABLE

| CHECK DATE | CONTROL NUMBER | AMOUNT |
|---|---|---|
| APRIL 21, 1999 | 0000000014 | $********29,000.00 |

PAYMENT UNDER POLICY 05928021      CLAIM # 0061557-VAD
INSURING FERNANDO CISNEROS

STATEMENT OF PROCEEDS FOR POLICY NO. 05928021
AMT OF POLICY  $     29,000.00

INTEREST @ 0.00%           NET PAYABLE          29,000.00
              ==============                   ==============
   TOTAL      $    29,000.00    TOTAL    $    29,000.00

Detach Below

FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER & CONTAINS AN ARTIFICIAL WATERMARK ON BACK - HOLD AT AN ANGLE TO VIEW

TRANSAMERICA
ASSURANCE COMPANY

Transamerica
Assurance Company
HOME OFFICE: Los Angeles

DATE
APR 21, 1999        0000000014
Void After 6 Months

No. 442132

PAYMENT UNDER POLICY 05928021      CLAIM # 0061557-VAD
INSURING FERNANDO CISNEROS

62-26
311

6835-09

$********29,000.00

PAY   TWENTY-NINE THOUSAND AND 00/100 -------------------------------------------- DOLLARS

TO
THE
ORDER
OF

GRACIELA CISNEROS
605 PADRES APT 221
BROWNSVILLE, TX    78520

Sally S. Yamada

AUTHORIZED SIGNATURE
TRA 000167
Cisneros v. Brownsville Med, et al

CHASE
Chase Manhattan Bank Delaware
Wilmington, DE

⑝442132⑝ ⑆031100267⑆ 6301468363 509⑝

```
XL4JGHA   CLPMT           ATH CLAIM ACCOUNTING          04/20/99 15:14:43
05928021 TP CLAIM 0061557  /S  ●NEFIC. NO. 01 NAME GRA●IE●  CISNEROS
        AMT OF POLICY            29000.00
```

```
        _____     _____     _____     _____
        _____     _____     _____     _____
        _____     _____     _____     _____
        _____     _____     _____     _____
        _____     _____     _____     _____
        _____     _____     _____     _____
```

```
INTEREST AT  0.00 %                    .00  PROCEEDS PAYABLE              29000.00
    (FROM MAR 10 99 + 02 DAYS)
TOTAL                        29000.00  TOTAL                             29000.00
                REMAINING DISBURSEMENT AMOUNT              .00
    ACCOUNT   DEBIT AMOUNT     MISC. DATA     ACCOUNT   CREDIT AMOUNT     MISC. DATA
    3511002    29000.00       _____    0606310    29000.00        _____
                             _____                               _____
                             _____                               _____
```

```
ACTION: _  (P=PEND, C=CHECK, F=FSA, S=STATEMENT, A=ACCTG)
CLM PMT F/P/S/D F   FSA BRANCH NUMBER 092
NXT FNC: _____  CMD:  _____
QP26193F - THIS PAYMENT HAS BEEN PROCESSED
```



**TRANSAMERICA ASSURANCE**
P.O. BOX 30852
LOS ANGELES, CA 90030-0852


F A X    C O V E R    S H E E T


DATE     **APRIL 12, 1999**                    TIME:  2:18 PM

TO:      FRANCES MOLINA

         **BROWNSVILLE MEDICAL CTR.**

                                    **PHONE: 956-544-1429**

                                    **FAX:   956-541-0712**

FROM:    VIRGINIA A. DIAZ          PHONE: (213) 742-2440

         CLAIMS ADMINISTRATION     **FAX:**    (213) 741-5507


     RE:    FERNANDO CISNEROS           CLAIM NO. 61557-VAD


Number of pages including cover sheet: 1


### *Message*

RECEIVED THE CLAIM FOR MR. CISNEROS.  ACCODING TO THE CLAIM
FORM HIS COVERAGE BEGAN 1-1-99.  PLEASE EXPLAIN AS WE RECEIVED
THE 1998 ENROLLMENT FORM AND HE ELECTED SUPPLEMENTARY
COVERAGE, HOWEVER, THE PAYSTUB FOR <u>12-5-98</u> INDICATES HE WAS
NOT PAYING FOR LIFE COVERAGE.

IN ORDER TO PROCEED WITH THIS CLAIM, WE NEED:

(1)     COPY OF THE 1999 ENROLLMENT FORM; (2) DATE LAST WORKED
        (3) THE CLAIM FORM SIGNED BY GRACIELA CISNEROS, HER
        ADDRESS, SOCIAL AND DATE OF BIRTH.

YOU DID INDICATE THE CLAIM TO BE FOR ONLY $29,000.00 CORE
COVERAGE HOWEVER, SINCE THE 1998 ENROLLMENT FORM INDICATES
HE ELECTED SUPPLEMENTARY COVERAGE (BUT NO PREMIUMS WERE
PAID) I DO NEED TO VERIFY.  IF HE HAD SUPPLEMENTARY COVERAGE,
NEED COPY OF HIS PAYCHECK INDICATING PREMIUMS WERE
DEDUCTED TO PAY FOR HIS LIFE COVERAGE.  PLEASE CALL ME TO
DISCUSS.

THANK YOU FOR YOUR ASSISTANCE.  SHOULD YOU HAVE ANY
QUESTIONS, PLEASE LET US KNOW.

*Re: Frances coverage since 1996 with renal enrollment
he increased his coverage in 1998 will tap
premium not paid in 12-5-98 still need
proof of prem & above.  VMP 4/12/98*

**TRA 000169**
Cisneros v. Brownsville Med, et al

T/C to Feroces Molina left message
not in — 956-544-1429
Fax 956-541-0712
Date Int worker
need enrollment from for 1999
Date Coverage began
It appears no prems were paid for
supplementary coverage According to
pay stub need proof from
if voluntary coverage for something
denied.

LAD
4-12



# TENET.

## Beneficiary Designation Form

**TRA 000171**

**Instructions:** Please indicate the person(s) who will receive benefits under any life, AD&D, or Business Travel Accident Insurance coverages you may have at time of your death. IF you name more than one beneficiary, indicate the percentage amount for each person. All percentages in each column must total 100%. Attach a separate sheet if you need more space.

| # | Beneficiary | Relationship | Birth Date | Benefit Percentage | | |
|---|---|---|---|---|---|---|
| | | | | Life | AD&D | Business Travel |
| 1 | **Full Name** Graciela S. Cisneros  **Mailing Address** 3005 Tulipan St. Bro. Tx. 78521 | Spouse | 12-5-55 | 100 % | 100 % | 100 % |
| 2 | **Full Name**  **Mailing Address** | | | % | % | % |
| 3 | **Full Name**  **Mailing Address** | **Relationship** | **Birth Date** | % | % | % |
| 4 | **Full Name**  **Mailing Address** | **Relationship** | **Birth Date** | % | % | % |
| 5 | **Full Name**  **Mailing Address** | **Relationship** | **Birth Date** | % | % | % |

**Employee Authorization:** I understand that this beneficiary designation supercedes any previous designations I have made.

**Employee Signature:** Fernando Cisneros Sr.     **Employee Name:** Fernando Cisneros, Jr.   Date: 2-4-95

CutePDF · www.fastio.com

# PAYROLL REGISTER

BROWNSVILLE MED CENTER
1040 N. JEFFERSON
...NSVILLE, TX 78520

| COMP 412 | | DATE 12-05-98 | PP 25 | ...E .6 |
| NAME | | | | |
| EMPLOYEE NUMBER | | | | |
| CHECK NUMBER | | FED EXEMPT | GROSS | |
| | | | ADJ. NET | |
| DEPT | JOB CLS | | TOTAL DED. | |
| RATE | HIRE DT | GROSS Y-T-D | NET PAY | |

CISNEROS, FERNANDO
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
2140.00   4
4307-10-89   2216609

## EARNINGS

| NAME | CURRENT HOURS | Y-T-D HOURS | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|
| REGULAR | | 117550 | | 1673912 |
| OVERTIME | | 50 | | 1068 |
| SHIFT | | 700 | | 700 |
| INCV BNS | | | | 150000 |
| RETRO | | | | 10735 |
| CPHRS | | 27938 | | |
| TENRESSK | | 8100 | | 115344 |
| CP ## | | | | 397837 |
| MEDICAL | | | | 63500 |
| DENTAL | | | | 25500 |
| 401K | | | | 43987 |

## DEDUCTIONS

| NAME | CURRENT AMOUNT | Y-T-D AMOUNT | NAME | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|---|
| FICA TAX | | 172936 | FED TAX | | 128696 |
| CHARITY | | 4000 | EMP LIFE | | 1388 |
| SP LIFE | | 5040 | SP AD&D | | 0 |
| EMP AD&D | | 800 | CHD LIFE | | 0 |
| CHD AD&D | | 140 | 401KLOAN | | 6960 |
| INC REP | | 11940 | | | |

TRA 000172
Cisneros v.Brownsville Med, et al

*By Frances*
*Last payment*
*9-98*

**TRA 000173**
Cisneros v. Brownsville Med, et al

*Last day of Employment 09/26/98*

| | | |
|---|---|---|
| REGULAR | | |
| OVERTIME | | |
| INC'T INS | | |
| CPIRS | | |
| | | |
| MEDICAL | | |
| DENTAL | | |
| 401K | | |

**TRA 000174**
Cisneros v. Brownsville Med, et al

Last day Employment
09/26/98

**TRA 000175**
Cisneros v. Brownsville Med, et al



1999 Personal ⬤ Enrollme.. .rm (PEF)

**Call SelectLine 1-888-TENET-HR (1-888-836-3847) to enroll.**

Enrollment Period: November 02, 1998 - December 01, 1998

## PERSONAL INFORMATION

| | |
|---|---|
| Birth Date: | 03/31/54 |
| SSN: | 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 |
| Status: | FULL-TIME |
| PIN: | 01311954 |
| Annual Benefits Pay: | $ 29,619.20 |

Contact your Human Resource Department immediately if any of your personal information is incorrect.

```
                                                          00152-B
   G412 BROWNSVILLE MED CTR
   714000

   FERNANDO CISNEROS, JR.
   3005 TULIPAN ST.
   BROWNSVILLE, TX 78520
```

Core Coverage(s): You automatically receive the following Company-paid CORE coverage(s):

- Employee Assistance Program
- $100,000 in Business Travel Accident Insurance
- $30,000 in Basic Employee Life Insurance
- $30,000 in Basic Employee AD&D Insurance

Enrollment Instructions: You must call SelectLine if you are 1) Changing elections for 1999; 2) Enrolling in Reimbursement Accounts; 3) Adding/deleting dependent information for 1999; 4)Enrolling in Vision for 1999. Discontinued Medical and Dental Plans are defaulted to the most comparable plans. Review your default coverage carefully.

See the Life/AD&D Summary Plan Description for a complete list of situations requiring Evidence of Insurability (EOI). If a disability exists on the scheduled effective date, Human Resources requires notification and applicable Supplemental Employee, Spouse and Child Life/AD&D coverage will not begin until the disability ends, subject to your notification to Human Resources.

If you miss the deadline of December 01, 1998, your default coverage -- except Reimbursement Accounts -- will continue automatically. Subject to plan provisions, your SelectLine elections will be effective January 01, 1999.

## BEFORE-TAX CHOICES

### MEDICAL
*Default Coverage:  TS Med Pln $500 Ded for Employee + Family*

| PLAN CODE | Addl. Form Reqd | 1 Employee Only | 2 Employee + 1 Child | 3 Employee + Spouse | 4 Employee + Children | 5 Employee + Family |
|---|---|---|---|---|---|---|
| 0 Waive | No | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 1 TS Med Pln $250 Ded | No | $ 17.91 | $ 35.82 | $ 59.63 | $ 62.68 | $ 85.05 |
| 2 TS Med Pln $500 Ded | No | $ 7.16 | $ 14.33 | $ 23.86 | $ 25.07 | $ 34.05 |
| 3 TS Med Pln $1000 Ded | No | $ 2.69 | $ 5.37 | $ 8.95 | $ 9.40 | $ 12.75 |

| Plan Code | Coverage Category |
|---|---|
| | |

### VISION
*Default Coverage:  Waive*     This is a new benefit for 1999 and is described in your enrollment guide.

| PLAN CODE | 1 Employee Only | 2 Employee + 1 Child | 3 Employee + Spouse | 4 Employee + Children | 5 Employee + Family |
|---|---|---|---|---|---|
| 0 Waive | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 1 Enroll | $ 0.46 | $ 0.91 | $ 0.91 | $ 1.26 | $ 1.26 |

| Plan Code | Coverage Category |
|---|---|
| | |

### DENTAL
*Default Coverage: Comprehensive for Employee + Family*

| PLAN CODE | 1 Employee Only | 2 Employee + 1 Child | 3 Employee + Spouse | 4 Employee + Children | 5 Employee + Family |
|---|---|---|---|---|---|
| 0 Waive | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 1 Comprehensive | $ 4.03 | $ 8.05 | $ 8.05 | $ 13.09 | $ 13.09 |
| 2 Preventive | $ 1.17 | $ 2.33 | $ 2.33 | $ 3.80 | $ 3.80 |

| Plan Code | Coverage Category |
|---|---|
| | |

### HEALTH CARE REIMBURSEMENT ACCOUNT
*Default Coverage:  Waive*

Even if you were enrolled in this benefit in 1998, you must elect coverage for 1999.
You may select any dollar amount between $5.00 and $376.00

$ _____
per paycheck

### DEPENDENT CARE REIMBURSEMENT ACCOUNT
*Default Coverage:  Waive*

Even if you were enrolled in this benefit in 1998, you must elect coverage for 1999.
You may select any dollar amount between $5.00 and $192.00

$ _____
per paycheck

**TRA 000176**
Cisneros v. Brownsville Med, et al

## AFTER TAX CHOICES

### ACCIDENTAL DEATH & DISMEMBERMENT

#### SUPPLEMENTAL EMPLOYER AD&D
*Default Coverage: $40,000*

| PLAN CODE | | Cost | Plan Code |
|---|---|---|---|
| 0 Waive | | $ 0.00 | |
| 1 $ | 30,000 | $ 0.21 | |
| 2 $ | 60,000 | $ 0.42 | |
| 3 $ | 89,000 | $ 0.62 | |
| 4 $ | 119,000 | $ 0.82 | |

#### SPOUSE AD&D
*Default Coverage: $50,000*

| PLAN CODE | | Cost | Plan Code |
|---|---|---|---|
| 0 Waive | | $ 0.00 | |
| 1 $ | 25,000 | $ 0.30 | |
| 2 $ | 50,000 | $ 0.58 | |
| 3 $ | 100,000 | $ 1.16 | |

#### CHILD AD&D
*Default Coverage: $10,000*

| PLAN CODE | | Cost | Plan Code |
|---|---|---|---|
| 0 Waive | | $ 0.00 | |
| 1 $ | 10,000 | $ 0.07 | |

### INCOME REPLACEMENT (DISABILITY COVERAGE)
*Default Coverage: $1,234.13/month*

| PLAN CODE | Cost | Plan Code |
|---|---|---|
| 0 Waive | $ 0.00 | |
| 1 Standard Plan Coverage: $1,234.13/month | $ 6.15 | |

### LONG TERM CARE
*Default Coverage: Waive*

| PLAN CODE | Cost | Plan Code |
|---|---|---|
| 0 Waive | $ 0.00 | |
| 1 Enroll | $ 11.54 | |

For Dependent enrollment information, contact UNUM at (800) 227-4165

### LIFE INSURANCE
Spouse and Child Life coverage amounts cannot exceed one-half the approved Supplemental Employee Life coverage amount.

#### SUPPLEMENTAL EMPLOYER LIFE
*Default Coverage: $119,000*

| PLAN CODE | | Cost | EOI | Plan Code |
|---|---|---|---|---|
| 0 Waive | | $ 0.00 | No | |
| 1 $ | 30,000 | $ 1.51 | No | |
| 2 $ | 60,000 | $ 3.02 | No | |
| 3 $ | 89,000 | $ 4.48 | No | |
| 4 $ | 119,000 | $ 5.99 | No | |

#### SPOUSE LIFE
*Default Coverage: $50,000*

| PLAN CODE | | Cost | EOI | Plan Code |
|---|---|---|---|---|
| 0 Waive | | $ 0.00 | No | |
| 1 $ | 5,000 | $ 0.25 | No | |
| 2 $ | 10,000 | $ 0.50 | No | |
| 3 $ | 25,000 | $ 1.26 | No | |
| 4 $ | 50,000 | $ 2.52 | No | |
| 5 $ | 100,000 | $ 5.03 | Yes | |

#### CHILD LIFE
*Default Coverage: $10,000*

| PLAN CODE | | Cost | Plan Code |
|---|---|---|---|
| 0 Waive | | $ 0.00 | |
| 1 $ | 5,000 | $ 0.42 | |
| 2 $ | 10,000 | $ 0.84 | |

### DEPENDENT INFORMATION

The following indicates all dependents currently enrolled for benefit coverages. Be sure to add/delete dependents as needed by accessing the dependent area in SelectLine. Remember that children age 19 through 22 must be full-time, post-secondary school students.

| Birth Date (MM/DD/YYYY) | Full Name | Relationship * | Social Security Number | Medical | Dental | Sp Lif | Vision |
|---|---|---|---|---|---|---|---|
| 12/05/1955 | GRACIL CISNEROS, JR. | Wife | 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 | [X] | [X] | [ ] | [ ] |
| 11/28/1982 | FERNAN CISNEROS, JR | Son | 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 | [X] | [X] | [ ] | [ ] |
| 07/27/1977 | ERICA CISNEROS, JR. | Daughter | 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 | [X] | [X] | [ ] | [ ] |
| 04/17/1980 | JESSIC CISNEROS, JR. | Daughter | 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 | [X] | [X] | [ ] | [ ] |
| 03/16/1979 | VERONI CISNEROS, JR. | Daughter | 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 | [X] | [X] | [ ] | [ ] |
| | | | | [ ] | [ ] | [ ] | [ ] |
| | | | | [ ] | [ ] | [ ] | [ ] |
| | | | | [ ] | [ ] | [ ] | [ ] |

*Relationship: 1 = Husband  2 = Wife  3 = Son  4 = Daughter

Eligibility and benefit coverage is governed by the official plan documents and insurance contracts, which may be modified from time to time. Also, eligibility for and participation in TenetSelect is based on the information you provide about your eligible dependents and yourself. Any misstatement or inaccuracy may affect your eligibility and participation in the benefit plans.

Participation in TenetSelect requires before-tax and/or after-tax payroll deductions, and you cannot change elections until the next Annual Enrollment period unless you have a major life event or qualify for a special enrollment that affects your benefit coverage. Any money remaining in the Reimbursement Accounts after the end of 1999 claims filing period will be forfeited.

By accessing the TenetSelect telephone enrollment system (SelectLine) and utilizing your Personal Identification Number (PIN) you are authorizing Tenet to enroll you in the benefit plans you select and make the associated payroll deductions

TENET B.M.C. H/R          1D:                    MFR 19 '   16:34 NO.002 P.08

# TENET SELECT


**1998 Personalized Enrollment Form (PEF)**

**PERSONAL INFORMATION:**                                    7140

| | |
|---|---|
| Birth Date: | 01/31/54 |
| SSN: | 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 |
| Status: | FULL-TIME |
| Annual Benefits Pay: | $  28,766.40 |

G412 BROWNSVILLE MED CTR
10/15/97

FERNANDO CISNEROS, JR.
3005 TULIPAN ST.
BROWNSVILLE, TX  78520

Contact your Human Resource Dept.
immediately if any of your personal
information is incorrect.

**CORE COVERAGE(S):**  You automatically receive the following Company-paid CORE coverage(s):

> Employee Assistance Program
> $29,000 in Basic Employee Life Insurance
> $29,000 in Basic Employee AD&D Insurance
> $100,000 in Business Travel Accident Insurance

**ENROLLMENT INSTRUCTIONS:**   Your 1997 coverages are marked with asterisks. You must return this form only if you: 1) Change elections for 1998; 2) Enroll in Reimbursement Accounts for 1998; 3) Enroll in Income Replacement for 1998; 4) Enroll in Long Term Care; 5) Add/delete dependent information; 6) Are required to submit EOI.

If you are continuing current coverage or electing new or additional Life and/or AD&D insurance coverage, please indicate below if you or your covered dependents are disabled:

[ ] I am disabled.
[ ] My spouse is disabled.   Spouse name: _____
[ ] My dependent child is disabled.   Child name: _____

Completed forms are due in Human Resources by 11/24/97. If you miss the deadline, your 1997 benefit coverages--except Reimbursement Accounts and Income Replacement Plan--will continue automatically. Subject to plan provisions, the elections on this PEF will be effective 01/01/98.

**BEFORE-TAX CHOICES**

**A.  MEDICAL**

| | A<br>Employee<br>Only | B<br>Employee<br>+ 1 Child | C<br>Employee<br>+ Spouse | D<br>Employee<br>+ Children | E<br>Employee<br>+ Family |
|---|---|---|---|---|---|
| 00 Waive | [ ] $  0.00 | | | | |
| 01 $250 Deductible HSP | [ ] $ 16.71 | [ ] $ 33.42 | [ ] $ 55.64 | [ ] $ 58.48 | [ ] $ 79.36 |
| 02 $500 Deductible HSP | [ ] $  6.68 | [ ] $ 13.37 | [ ] $ 22.26 | [ ] $ 23.39 | [*] $ 31.75 |
| 03 $1000 Deductible HSP | [ ] $  2.51 | [ ] $  5.01 | [ ] $  8.35 | [ ] $  8.77 | [ ] $ 11.90 |

**B.  DENTAL**

| | A<br>Employee<br>Only | F<br>Employee<br>+ 1 Dependent | G<br>Employee + 2 or<br>More Dependents | |
|---|---|---|---|---|
| 0 Waive | [ ] $  0.00 | | | |
| 2 Comprehensive | [ ] $  3.92 | [ ] $  -7.84 | [ ] $ 12.75 | |
| 3 DMO-Prudential** | [ ] $  2.86 | [ ] $  5.73 | [ ] $  -9.30 | Provider: _____ |

** You must enter the number of your desired DMO provider in the space provided above.
To indicate a different DMO provider for each dependent, use side 2 of this form.

**C.  HEALTH CARE REIMBURSEMENT ACCOUNT**

| | | |
|---|---|---|
| 0 Waive | [X] $ 0.00 | (You can elect any dollar amount between |
| 1 Enroll | [ ] $ _____ per paycheck | $5 and $76.) |

**D.  DEPENDENT CARE REIMBURSEMENT ACCOUNT**

| | | |
|---|---|---|
| 0 Waive | [X] $ 0.00 | (You can elect any dollar amount between |
| 1 Enroll | [ ] $ _____ per paycheck | $5 and $192.) |

**INCOME REPLACEMENT (DISABILITY COVERAGE)**

IMPORTANT: For 1998 coverage, you must mark "x" your selection below:
0 Waive
[X] 1 Standard Plan      Coverage: $ 1,198.60/month      After-Tax cost: $ 5.97

PAGE 1 of 2

**TRA 000178**
Cisneros v. Brownsville Med, et al

TENET B.M.C. H/R          ID:                    HPR 19 '    16:54 NO.002 P.09
FERNANDO CISNEROS, JR.                                                    PAGE 2 of 2
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
G412 BROWNSVILLE MED CTR   
10/15/97

## AFTER-TAX CHOICES

**F. SUPPLEMENTAL EMPLOYEE LIFE**

| | | | | |
|---|---|---|---|---|
| 0 | Waive | [ ] | $ | 0.00 |
| 1 | $ 29,000 | [ ] | $ | 1.46 |
| 2 | $ 58,000 | [*] | $ | 2.92 |
| 3 | $ 87,000 | [ ] | $ | 4.38 |
| 4 | $ 116,000 | [ ] | $ | 5.84 |

**G. SPOUSE LIFE**

| | | | | |
|---|---|---|---|---|
| 0 | Waive | [ ] | $ | 0.00 |
| 1 | $ 5,000 | [ ] | $ | 0.25 |
| 2 | $ 10,000 | [ ] | $ | 0.50 |
| 3 | $ 25,000 | [ ] | $ | 1.26 |
| 4 | $ 50,000 | [*] | $ | 2.52 |
| 5 | $ 100,000 | [ ] | $ | 5.03 |

**H. CHILD LIFE**

| | | | | |
|---|---|---|---|---|
| 0 | Waive | [ ] | $ | 0.00 |
| 1 | $ 5,000 | [ ] | $ | 0.42 |
| 2 | $ 10,000 | [*] | $ | 0.84 |

**I. SUPPLEMENTAL EMPLOYEE AD&D**

| | | | | |
|---|---|---|---|---|
| 0 | Waive | [ ] | $ | 0.00 |
| 1 | $ 29,000 | [ ] | $ | 0.20 |
| 2 | $ 58,000 | [*] | $ | 0.40 |
| 3 | $ 87,000 | [ ] | $ | 0.60 |
| 4 | $ 116,000 | [ ] | $ | 0.80 |

**J. SPOUSE AD&D**

| | | | | |
|---|---|---|---|---|
| 0 | Waive | [ ] | $ | 0.00 |
| 1 | $ 25,000 | [ ] | $ | 0.30 |
| 2 | $ 50,000 | [*] | $ | 0.58 |
| 3 | $ 100,000 | [ ] | $ | 1.16 |

**K. CHILD AD&D**

| | | | | |
|---|---|---|---|---|
| 0 | Waive | [ ] | $ | 0.00 |
| 1 | $ 10,000 | [*] | $ | 0.07 |

Effective 01/01/98, Spouse Life and Child Life coverage amounts cannot exceed one half the Supplemental Employee Life coverage amount. I have an Evidence of Insurability (EOI) pending for [ ] Self / [ ] Spouse. See the Life/AD&D Summary Plan Description for a complete list of situations requiring an EOI.

If a disability exists on the scheduled effective date, I understand that Human Resources needs notification and that Life and/or AD&D coverage will not begin until the disability ends, subject to my notification to Human Resources.

**L. LONG TERM CARE**          Employees over age 89 as of 01/01/98 are not eligible for Long Term Care

| | | | | |
|---|---|---|---|---|
| 0 | Waive | [X] | $ | 0.00 | After-Tax Cost |
| 1 | Enroll | [X] | $ | 10.98 | After-Tax Cost |

You must complete a separate UNUM enrollment application.
Employee coverage is subject to UNUM approval.

For Dependent enrollment information, contact UNUM at (800) 227-4165 for a Long Term Care enrollment kit.

## DEPENDENT INFORMATION   (For Medical, Dental and Spouse Life Coverages only)

Please list all eligible dependents whom you want to enroll for benefit coverage. Remember that children age 19 through 22 must be full-time post-secondary school students.

| Full Name | Sex/ Rel* | Birth Date | Social Security No. | Check if Student/ Disabled | Check Desired Coverage: Med Dent Sp Life | DMO Pro.** |
|---|---|---|---|---|---|---|
| GRACIL CISNEROS, JR. | 4 | 12/05/55 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| FERNAN CISNEROS, JR. | 5 | 11/28/82 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| ERICA CISNEROS, JR. | 6 | 07/27/77 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| JESSIC CISNEROS, JR. | 6 | 04/17/80 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| VERONI CISNEROS, JR. | 6 | 03/16/79 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| _____ | | | | [S] [D] | [M] [D] [SL] | _____ |
| _____ | | | | [S] [D] | [M] [D] [SL] | _____ |
| _____ | | | | [S] [D] | [M] [D] [SL] | _____ |

* 3 = Male Spouse, 4 = Female Spouse, 5 = Male Child, 6 = Female Child

** Complete only if DMO plan is available and you want to select a different DMO provider for a dependent.

## EMPLOYEE AUTHORIZATION

Please enroll me in the coverages I have indicated on this form. I have read the enrollment material provided me, and understand that eligibility and benefit coverage is governed by the official plan documents and insurance contracts which may be modified from time to time. I also understand that eligibility for and participation in TenetSelect is based on the information I provided about myself and my eligible dependents. I certify this information is true and accurate, and I understand that any misstatement or inaccuracy may affect my eligibility for and participation in the benefit plans.

Furthermore, I understand that my participation in TenetSelect requires before-tax and/or after-tax payroll deductions, and that I cannot change my elections until the next Annual Enrollment period unless I have a change in family status that affects my benefit coverage. I also understand that any money remaining in the Reimbursement Accounts after the end of the 1998 claims filing period will be forfeited.

_Fernando Cisneros Jr._          11/18/97
Employee Signature                 Date

## TRA 000179

Cisneros v. Brownsville Med, et al

TENET B.M.C. H/R          ID:          HFR 19    16:32 NO.002 P.06

**1997 Annual Enrollment**
**Personalized Enrollment Form (PEF)**

7140

**PERSONAL INFORMATION:**
Birth Date:            01/31/54
SSN:                  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
Status:               Full-Time
Annual Benefits Pay:   $28,766.40

Contact your Human Resources Dept.
immediately if any of your personal
information is incorrect.

G412 BROWNSVILLE MED CTR
10/23/96

FERNANDO CISNEROS, JR.
3005 TULIPAN ST.
BROWNSVILLE, TX  78520

**CORE COVERAGE(S):** You automatically receive the following Company-paid CORE coverage(s):

Employee Assistance Program
$29,000 in Basic Employee Life Insurance
$29,000 in Basic Employee AD&D Insurance
$100,000 in Business Travel Accident Insurance

**ENROLLMENT INSTRUCTIONS:** Your 1996 coverages are marked with asterisks. You must return this form only if you: 1) Change elections for 1997; 2) Enroll in the Reimbursement Account for 1997; 3) Add/delete dependent information; 4) Are required to submit EOI; 5) Have a spouse who is also a Tenet employee (complete below).

[ ] My spouse also works for Tenet. His/her SSN is: _____ - _____ - _____

Completed forms are due in Human Resources by 12/02/96. If you miss the deadline, your 1996 benefit coverages—except Reimbursement Accounts—will continue automatically. Subject to plan provisions, the elections on this PEF will be effective 01/01/97.

**BEFORE-TAX CHOICES**

**A. MEDICAL**

| | A<br>Employee<br>Only | B<br>Employee<br>+ 1 Child | C<br>Employee<br>+ Spouse | D<br>Employee<br>+ Children | E<br>Employee<br>+ Family |
|---|---|---|---|---|---|
| 00 Waive | [ ] $ 0.00 | | | | |
| 01 $250 Deductible | [ ] $ 12.92 | [ ] $ 28.62 | [ ] $ 54.00 | [ ] $ 60.92 | [ ] $ 74.77 |
| 02 $500 Deductible | [ ] $ 4.62 | [ ] $ 10.15 | [ ] $ 18.92 | [ ] $ 21.23 | [•] $ 26.31 |
| 03 $1000 Deductible | [ ] $ 2.77 | [ ] $ 6.00 | [ ] $ 11.08 | [ ] $ 12.46 | [ ] $ 15.69 |

**B. DENTAL**

| | A<br>Employee<br>Only | F<br>Employee<br>+ 1 Dependent | G<br>Employee + 2 or<br>More Dependents | |
|---|---|---|---|---|
| 0 Waive | [ ] $ 0.00 | | | |
| 2 Comprehensive | [•] $ 2.17 | [ ] $ 4.38 | [•] $ 7.06 | |
| 3 DMO-Prudential** | [ ] $ 0.30 | [ ] $ 2.32 | [ ] $ 4.55 | Provider # _____ |

** You must enter the number of your desired DMO provider in the space provided above.
To indicate a different DMO provider for each dependent, use side 2 of this form.

**C. HEALTH CARE REIMBURSEMENT ACCOUNT**

0 Waive    [•] $ 0.00
1 Enroll   [ ] $_____ per paycheck

(You can elect any dollar amount between $5 and $76.)

**D. DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT**

0 Waive    [•] $ 0.00
1 Enroll   [ ] $_____ per paycheck

(You can elect any dollar amount between $5 and $192.)

**INCOME REPLACEMENT (DISABILITY COVERAGE)**
You are automatically enrolled in the after-tax plan when you enroll in any Tenet Select medical plan.
(Not available without medical coverage.)
Coverage: $1,198.60/month          After-tax cost: $1.30

PAGE 1 of 2

**TRA 000180**
Cisneros v. Brownsville Med, et al

TENET B.M.C. H/R        ID:                    APR 19'9    16:33  NO.002  P.07
FERNANDO CISNEROS, JR                                            PAGE 2 of 2
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
G412 BROWNSVILLE MED CTR                        
10/23/96

## AFTER-TAX CHOICES

**F.  SUPPLEMENTAL EMPLOYEE LIFE**

| 0 Waive | [ ] $ | 0.00 |
|---|---|---|
| 1 $    29,000 | [ ] $ | 1.46 |
| 2 $    58,000 | [*] $ | 2.92 |
| 3 $    87,000 | [ ] $ | 4.38 |
| 4 $   116,000 | [ ] $ | 5.84 |

**I.  SUPPLEMENTAL EMPLOYEE AD&D**

| 0 Waive | [ ] $ | 0.00 |
|---|---|---|
| 1 $    29,000 | [ ] $ | 0.20 |
| 2 $    58,000 | [*] $ | 0.40 |
| 3 $    87,000 | [ ] $ | 0.60 |
| 4 $   116,000 | [ ] $ | 0.80 |

**G.  SPOUSE LIFE**

| 0 Waive | [ ] $ | 0.00 |
|---|---|---|
| 1 $     5,000 | [ ] $ | 0.25 |
| 2 $    10,000 | [ ] $ | 0.50 |
| 3 $    25,000 | [ ] $ | 1.26 |
| 4 $    50,000 | [*] $ | 2.52 |
| 5 $   100,000 | [ ] $ | 5.03 |

**J.  SPOUSE AD&D**

| 0 Waive | [ ] $ | 0.00 |
|---|---|---|
| 1 $    25,000 | [ ] $ | 0.30 |
| 2 $    50,000 | [*] $ | 0.58 |
| 3 $   100,000 | [ ] $ | 1.16 |

**H.  CHILD LIFE**

| 0 Waive | [ ] $ | 0.00 |
|---|---|---|
| 1 $     5,000 | [ ] $ | 0.42 |
| 2 $    10,000 | [*] $ | 0.84 |

**K.  CHILD AD&D**

| 0 Waive | [ ] $ | 0.00 |
|---|---|---|
| 1 $    10,000 | [*] $ | 0.07 |

To elect Child Life, you must also elect Supplemental Employee or Spouse Life.

I have an EOI pending for my [ ] Self / [ ] Spouse.  New or increased coverage must be approved.  The enclosed letter has a complete list of situations requiring an EOI.

If a disability is present on 1/1/97, I understand that HR needs notification.  New or increased Life or AD&D coverage will not begin until the end of disability, subject to my notification to HR.

## DEPENDENT INFORMATION   (For Medical and Dental Coverages only)

Please list all eligible dependents whom you want to enroll for benefit coverage. Remember that children age 19 through 22 must be full-time post-secondary school students.

| Full Name | Sex/ Rel* | Birth Date | Social Security No. | Check if Student/ Disabled | | Check Desired Coverage: Med | Dent | DMO Prov.** |
|---|---|---|---|---|---|---|---|---|
| CISNEROS, JR., GRACIL | 4 | 12/05/55 | 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 | [S] | [D] | [M] | [D] | _____ |
| CISNEROS, JR., FERNAN | 5 | 11/28/82 | 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 | [S] | [D] | [M] | [D] | _____ |
| CISNEROS, JR., BRICA | 6 | 07/27/77 | 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 | [S] | [D] | [M] | [D] | _____ |
| CISNEROS, JR., JESSIC | 6 | 04/17/80 | 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 | [S] | [D] | [M] | [D] | _____ |
| CISNEROS, JR., VERONI | 6 | 03/16/79 | 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 | [S] | [D] | [M] | [D] | _____ |
| _____ | | | | [S] | [D] | [M] | [D] | _____ |
| _____ | | | | [S] | [D] | [M] | [D] | _____ |
| _____ | | | | [S] | [D] | [M] | [D] | _____ |

*   3 = Male spouse, 4 = Female Spouse, 5 = Male Child, 6 = Female Child

**   Complete only if DMO option is available and you want to select a different DMO provider for a dependent.

## EMPLOYEE AUTHORIZATION

Please enroll me in the coverages I have indicated on this form.  I have read the enrollment material provided me, and understand that eligibility and benefit coverage is governed by the official plan documents and insurance contracts which may be modified from time to time.  I also understand that eligibility for and participation in TenetSelect is based on the information I provided about myself and my eligible dependents.  I certify this information is true and accurate, and I understand that any misstatement or inaccuracy may affect my eligibility for and participation in the benefit plans.

Furthermore, I understand that my participation in TenetSelect requires before-tax and/or after-tax payroll deductions, and that I cannot change my elections until the next Annual Enrollment period unless I have a change in family status that affects my benefit coverage.  I also understand that any money remaining in the Reimbursement Accounts after the end of the 1997 claims filing period will be forfeited.

Employee Signature _____        Date _____

**FOR HR USE ONLY**

Date Form Returned: _____        HR Rep.: _____

**TRA 000181**

Cisneros v. Brownsville Med, et al

Case 1:01-cv-00037   Document 10   Filed in TXSD on 06/11/2001   Page 191 of 217

# TENET Select

G412/BROWNSVILLE MED CTR
11/27/95

**PERSONAL INFORMATION:**

| | |
|---|---|
| Birth Date: | 01/31/54 |
| SSN: | 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 |
| Status: | Full-Time |
| Annual Benefits Pay: | $27,935.00 |

FERNANDO CISNEROS, JR.
3005 TULIPAN ST.
BROWNSVILLE, TX  78520

Contact your Human Resource Dept.
immediately if any of your personal
information is incorrect.

**CORE COVERAGE(S):**  You automatically receive the following Company-paid CORE coverage(s):

$28,000 in Basic Life Insurance
$28,000 in Basic AD&D Insurance
$100,000 in Business Travel Accident
Employee Assistance Program

**ENROLLMENT INSTRUCTIONS:**  To enroll in TenetSelect, place an "X" next to your election in each benefit category.
Provided your enrollment is completed in a timely manner, your elections are scheduled to go into effect on 01/01/96.

Your Personalized Enrollment Form is due at your Human Resource Department by 12/13/95. If you do not return
this form by the enrollment deadline, you will be enrolled only in the Company-paid CORE coverage(s) listed above.
All costs shown on this form are biweekly amounts.

## BEFORE-TAX CHOICES

**A.  MEDICAL**

| | A Employee Only | B Employee + 1 Child | C Employee + Spouse | D Employee + Children | E Employee + Family |
|---|---|---|---|---|---|
| 0 Waive | $  0.00 | | | | |
| 1 $250 Deductible | $ 12.92 | $ 28.62 | $ 34.00 | $ 60.92 | $ 74.77 |
| 2 $500 Deductible ✓ | $  4.62 | $ 10.15 | $ 18.92 | $ 21.23 | $ 26.31 ☒ |
| 3 $1000 Deductible | $  2.77 | $  6.00 | $ 11.08 | $ 12.46 | $ 15.69 |

**B.  DENTAL**

| | A Employee Only | F Employee + 1 Dependent | G Employee + 2 or More Dependents |
|---|---|---|---|
| 0 Waive | $  0.00 | | |
| 2 Comprehensive | $  2.17 | $  4.38 | ☒ $  7.06 |

**C.  HEALTH CARE REIMBURSEMENT ACCOUNT**

| | | |
|---|---|---|
| 0 Waive | ☒ $ 0.00 | (You can elect any dollar amount between |
| 1 Enroll | [ ] $_____ per paycheck | $5 and $76.) |

**D.  DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT**

| | | |
|---|---|---|
| 0 Waive | ☒ $ 0.00 | (You can elect any dollar amount between |
| 1 Enroll | [ ] $_____ per paycheck | $5 and $192.) |

INCOME REPLACEMENT (DISABILITY COVERAGE)
You are automatically enrolled in this plan when you enroll in any TenetSelect medical plan
(not available without medical coverage.)

Coverage: $1,162/month          After-tax cost: $8.06

TRA 000182
Cisneros v. Brownsville Med, et al

TENET E-MEL: B/R,...   ID:        HPR 19 9   16:51 NO.002 P.05

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
G412/BROWNSVILLE MED CTR
11/27/95



## AFTER-TAX CHOICES

**F. SUPPLEMENTAL EMPLOYEE LIFE**

| | | |
|---|---|---|
| 0 Waive | $ | 0.00 |
| 1 $ 28,000 | | .41 |
| 2 $ 56,000 | | 2.82 |
| 3 $ 84,000 | | 4.23 |
| 4 $ 112,000 | | 5.63 |

**I. SUPPLEMENTAL EMPLOYEE AD&D**

| | | |
|---|---|---|
| 0 Waive | $ | 0.00 |
| 1 $ 28,000 | | .19 |
| 2 $ 56,000 | | .39 |
| 3 $ 84,000 | | .58 |
| 4 $ 112,000 | | .78 |

**G. SPOUSE LIFE**

| | | |
|---|---|---|
| 0 Waive | $ | 0.00 |
| 1 $ 5,000 | | .25 |
| 2 $ 10,000 | | .50 |
| 3 $ 25,000 | | 1.26 |
| 4 $ 50,000 | | 2.52 |
| 5 $ 100,000 | | 5.03 |

**J. SPOUSE AD&D**

| | | |
|---|---|---|
| 0 Waive | $ | 0.00 |
| 1 $ 25,000 | | .30 |
| 2 $ 50,000 | | .58 |
| 3 $ 100,000 | | 1.16 |

**H. CHILD LIFE**

| | | |
|---|---|---|
| 0 Waive | $ | 0.00 |
| 1 $ 5,000 | | .42 |
| 2 $ 10,000 | | .84 |

**K. CHILD AD&D**

| | | |
|---|---|---|
| 0 Waive | $ | 0.00 |
| 1 $ 10,000 | | .07 |

## DEPENDENT INFORMATION   (Please print)

Please list all eligible dependents whom you want to enroll for benefit coverage. Remember that children age 19 through 22 must be full-time post-secondary school students.

| Full Name | Birth Date | Rel. | Social Security No. | Check if Student/ Disabled | | Check Desired Coverage: Med | Dent |
|---|---|---|---|---|---|---|---|
| GRACIL CISNEROS, JR. | 12/05/55 | s | 463 23 5712 | [S] | [D] | [M] | [D] |
| FERNAN CISNEROS, JR. | 11/28/82 | c | 454 83 9762 | [S] | [D] | [M] | [D] |
| ERICA CISNEROS, JR. | 07/27/77 | c | 455 83 5620 | [S] | [D] | [M] | [D] |
| JESSIC CISNEROS, JR. | 04/17/80 | c | 454 83 642 | [S] | [D] | [M] | [D] |
| VERONI CISNEROS, JR. | 03/16/79 | c | 454 83 8232 | [S] | [D] | [M] | [D] |
| | | | | [S] | [D] | [M] | [D] |
| | | | | [S] | [D] | [M] | [D] |
| | | | | [S] | [D] | [M] | [D] |
| | | | | [S] | [D] | [M] | [D] |

## EMPLOYEE AUTHORIZATION

Please enroll me in the coverages I have indicated on this form. I have read the enrollment material provided me, and understand that eligibility and benefit coverage is governed by the official plan documents and insurance contracts which may be modified from time to time. I also understand that eligibility for and participation in TenetSelect is based on the information I provided about myself and my eligible dependents. I certify this information is true and accurate, and I understand that any misstatement or inaccuracy may affect my eligibility for and participation in the benefit plans.

Furthermore, I understand that my participation in TenetSelect requires before-tax and/or after-tax payroll deductions, and that I cannot change my elections until the next Open Enrollment period unless I have a change in family status that affects my benefit coverage. I also understand that any money remaining in the Reimbursement Accounts after the end of 1996 claims filing period will be forfeited.

Employee Signature: *Fernando Cisneros Jr.*

Date: 12-4-95

## FOR HR USE ONLY

Date Form Returned: _____   HR Rep.: _____



**1998 Personalized Enrollment Form** (r-

**PERSONAL INFORMATION:**

7140

| | |
|---|---|
| Birth Date: | 01/31/54 |
| SSN: | 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 |
| Status: | FULL-TIME |
| Annual Benefits Pay: | $ 28,766.40 |

Contact your Human Resource Dept. immediately if any of your personal information is incorrect.

G412 BROWNSVILLE MED CTR
10/15/97

FERNANDO CISNEROS, JR.
3005 TULIPAN ST.
BROWNSVILLE, TX 78520

**CORE COVERAGE(S):**  You automatically receive the following Company-paid CORE coverage(s):

Employee Assistance Program
$29,000 in Basic Employee Life Insurance
$29,000 in Basic Employee AD&D Insurance
$100,000 in Business Travel Accident Insurance

**ENROLLMENT INSTRUCTIONS:**  Your 1997 coverages are marked with asterisks.  You must return this form only you: 1) Change elections for 1998; 2) Enroll in Reimbursement Accounts for 1998;  3) Enroll in Income Replacement 1998; 4) Enroll in Long Term Care; 5) Add/delete dependent information; 6) Are required to submit EOI.

If you are continuing current coverage or electing new or additional Life and/or AD&D insurance coverage, please indicate below if you or your covered dependents are disabled:

[ ] I am disabled.
[ ] My spouse is disabled.   Spouse name: _____
[ ] My dependent child is disabled.  Child name: _____

**Completed forms are due in Human Resources by 11/24/97.** If you miss the deadline, your 1997 benefit coverages--· Reimbursement Accounts and Income Replacement Plan--will continue automatically.  Subject to plan provisions, the elections on this PEF will be effective 01/01/98.

**BEFORE-TAX CHOICES**

**A. MEDICAL**

| | A<br>Employee<br>Only | B<br>Employee<br>+ 1 Child | C<br>Employee<br>+ Spouse | D<br>Employee<br>+ Children | E<br>Emplo;<br>+ Fam:: |
|---|---|---|---|---|---|
| 00 Waive | [ ] $ 0.00 | | | | |
| 01 $250 Deductible HSP | [ ] $ 16.71 | [ ] $ 33.42 | [ ] $ 55 64 | [ ] $ 58.48 | [ ] $ 79 |
| 02 $500 Deductible HSP | [ ] $ 6.68 | [ ] $ 13.37 | [ ] $ 22.26 | [ ] $ 23.39 | [*] $ 31 |
| 03 $1000 DeductibleHSP | [ ] $ 2.51 | [ ] $ 5.01 | [ ] $ 8.35 | [ ] $ 8.77 | [ ] $ 11 |

**B. DENTAL**

| | A<br>Employee<br>Only | F<br>Employee<br>+ 1 Dependent | G<br>Employee + 2 or<br>More Dependents | |
|---|---|---|---|---|
| 0 Waive | [ ] $ 0.00 | | | |
| 2 Comprehensive | [ ] $ 3.92 | [ ] $ 7.84 | [ *] $ 12.75 | |
| 3 DMO-Prudential** | [ ] $ 2.86 | [ ] $ 5.73 | [ ] $ 9.30 | Provider:_____ |

** You must enter the number of your desired DMO provider in the space provided above.
To indicate a different DMO provider for each dependent, use side 2 of this form.

**C.  HEALTH CARE REIMBURSEMENT ACCOUNT**

| 0 Waive | [ ] $ 0.00 | |
|---|---|---|
| 1 Enroll | [ ] $_____ per paycheck | (You can elect any dollar amount between $5 and $76.) |

**D.  DEPENDENT CARE REIMBURSEMENT ACCOUNT**

| 0 Waive | [ ] $ 0.00 | |
|---|---|---|
| 1 Enroll | [ ] $_____ per paycheck | (You can elect any dollar amount between $5 and $192.) |

**INCOME REPLACEMENT (DISABILITY COVERAGE)**

**IMPORTANT:** For 1998 coverage, you must mark "x" your selection below:
[ ] 0  Waive
[ ] 1  Standard Plan    Coverage: $ 1,198.60/month    After-Tax cost: $ 5.97

**TRA 000184**
Cisneros v.Brownsville Med, et al

CitaPDF - www.texlia.com

**PAGE 1**

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
G412 BROWNSVILLE MED CTR
10/15/97

## AFTER-TAX CHOICES

| F. SUPPLEMENTAL EMPLOYEE LIFE | | | | I. SUPPLEMENTAL EMPLOYEE AD&D | | | |
|---|---|---|---|---|---|---|---|
| 0 Waive | [ ] | $ | 0.00 | 0 Waive | [ ] | $ | 0.00 |
| 1 $ 29,000 | [ ] | $ | 1.46 | 1 $ 29,000 | [ ] | $ | 0.20 |
| 2 $ 58,000 | [*] | $ | 2.92 | 2 $ 58,000 | [*] | $ | 0.40 |
| 3 $ 87,000 | [ ] | $ | 4.38 | 3 $ 87,000 | [ ] | $ | 0.60 |
| 4 $ 116,000 | [ ] | $ | 5.84 | 4 $ 116,000 | [ ] | $ | 0.80 |

| G. SPOUSE LIFE | | | | J. SPOUSE AD&D | | | |
|---|---|---|---|---|---|---|---|
| 0 Waive | [ ] | $ | 0.00 | 0 Waive | [ ] | $ | 0.00 |
| 1 $ 5,000 | [ ] | $ | 0.25 | 1 $ 25,000 | [ ] | $ | 0.30 |
| 2 $ 10,000 | [ ] | $ | 0.50 | 2 $ 50,000 | [*] | $ | 0.58 |
| 3 $ 25,000 | [ ] | $ | 1.26 | 3 $ 100,000 | [ ] | $ | 1.16 |
| 4 $ 50,000 | [*] | $ | 2.52 | | | | |
| 5 $ 100,000 | [ ] | $ | 5.03 | | | | |

| H. CHILD LIFE | | | | K. CHILD AD&D | | | |
|---|---|---|---|---|---|---|---|
| 0 Waive | [ ] | $ | 0.00 | 0 Waive | [ ] | $ | 0.00 |
| 1 $ 5,000 | [ ] | $ | 0.42 | 1 $ 10,000 | [*] | $ | 0.07 |
| 2 $ 10,000 | [*] | $ | 0.84 | | | | |

Effective 01/01/98, Spouse Life and Child Life coverage amounts cannot exceed one half the Supplemental Employee Life coverage amount. I have an Evidence of Insurability (EOI) pending for [ ] Self / [ ] Spouse. See the Life/AD&D Summary Plan Description for a complete list of situations requiring an EOI.

If a disability exists on the scheduled effective date, I understand that Human Resources needs notification and that Life and/or AD&D coverage will not begin until the disability ends, subject to my notification to Human Resources.

**L. LONG TERM CARE**          Employees over age 89 as of 01/01/98 are not eligible for Long Term Care

| 0 | Waive | [ ] | $ | 0.00 | | |
|---|---|---|---|---|---|---|
| 1 | Enroll | [ ] | $ | 10.98 | After-Tax Cost | You must complete a separate UNUM enrollment application. Employee coverage is subject to UNUM approval. |

For Dependent enrollment information, contact UNUM at (800) 227-4165 for a Long Term Care enrollment kit.

## DEPENDENT INFORMATION   (For Medical, Dental and Spouse Life Coverages only)

Please list all eligible dependents whom you want to enroll for benefit coverage. Remember that children age 19 through 22 must be full-time post-secondary school students.

| Full Name | Sex/ Rel* | Birth Date | Social Security No. | Check if Student/ Disabled | | Check Desired Coverage: Med Dent Sp Life | | | | DMO Pro.** |
|---|---|---|---|---|---|---|---|---|---|---|
| GRACIL CISNEROS, JR. | 4 | 12/05/55 | 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 | [S] | [D] | [M] | [D] | [SL] | | _____ |
| FERNAN CISNEROS, JR. | 5 | 11/28/82 | 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 | [S] | [D] | [M] | [D] | [SL] | | _____ |
| ERICA CISNEROS, JR. | 6 | 07/27/77 | 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 | [S] | [D] | [M] | [D] | [SL] | | _____ |
| JESSIC CISNEROS, JR. | 6 | 04/17/80 | 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 | [S] | [D] | [M] | [D] | [SL] | | _____ |
| VERONI CISNEROS, JR. | 6 | 03/16/79 | 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 | [S] | [D] | [M] | [D] | [SL] | | _____ |
| _____ | | | | [S] | [D] | [M] | [D] | [SL] | | _____ |
| _____ | | | | [S] | [D] | [M] | [D] | [SL] | | _____ |
| _____ | | | | [S] | [D] | [M] | [D] | [SL] | | _____ |

*  3 = Male Spouse, 4 = Female Spouse, 5 = Male Child, 6 = Female Child

** Complete only if DMO plan is available and you want to select a different DMO provider for a dependent.

## EMPLOYEE AUTHORIZATION

Please enroll me in the coverages I have indicated on this form. I have read the enrollment material provided me, and understand that eligibility and benefit coverage is governed by the official plan documents and insurance contracts which may be modified from time to time. I also understand that eligibility for and participation in TenetSelect is based on the information I provided about myself and my eligible dependents. I certify this information is true and accurate, and I understand that any misstatement or inaccuracy may affect my eligibility for and participation in the benefit plans.

Furthermore, I understand that my participation in TenetSelect requires before-tax and/or after-tax payroll deductions, and that I cannot change my elections until the next Annual Enrollment period unless I have a change in family status that affects my benefit coverage. I also understand that any money remaining in the Reimbursement Accounts after the end of the 1998 claims filing period will be forfeited.

TRA 000185

Cisneros v.Brownsville Med, et al

_____          _____
Employee Signature                      Date



**1998 Personalized Enrollment Fo**

**PERSONAL INFORMATION:**                                                                 7140

G412 BROWNSVILLE MED CTR
10/15/97

| | |
|---|---|
| Birth Date: | 01/31/54 |
| SSN: | 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 |
| Status: | FULL-TIME |
| Annual Benefits Pay: | $ 28,766.40 |

FERNANDO CISNEROS, JR.
3005 TULIPAN ST.
BROWNSVILLE, TX 78520

Contact your Human Resource Dept.
immediately if any of your personal
information is incorrect.

**CORE COVERAGE(S):** You automatically receive the following Company-paid CORE coverage(s):

Employee Assistance Program
$29,000 in Basic Employee Life Insurance
$29,000 in Basic Employee AD&D Insurance
$100,000 in Business Travel Accident Insurance

**ENROLLMENT INSTRUCTIONS:** Your 1997 coverages are marked with asterisks. You must return this form
you: 1) Change elections for 1998; 2) Enroll in Reimbursement Accounts for 1998; 3) Enroll in Income Repla
1998; 4) Enroll in Long Term Care; 5) Add/delete dependent information; 6) Are required to submit EOI.

If you are continuing current coverage or electing new or additional Life and/or AD&D insurance coverage, pl
indicate below if you or your covered dependents are disabled:

[ ] I am disabled.
[ ] My spouse is disabled.  Spouse name: _____
[ ] My dependent child is disabled.  Child name: _____

Completed forms are due in Human Resources by 11/24/97. If you miss the deadline, your 1997 benefit covera
Reimbursement Accounts and Income Replacement Plan--will continue automatically.  Subject to plan provisions
elections on this PEF will be effective 01/01/98.

**BEFORE-TAX CHOICES**

| A. MEDICAL | | A<br>Employee<br>Only | | B<br>Employee<br>+ 1 Child | | C<br>Employee<br>+ Spouse | | D<br>Employee<br>+ Children | | F<br>+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 00 Waive | [ ] | $ 0.00 | | | | | | | | |
| 01 $250 Deductible HSP | [ ] | $ 16.71 | [ ] | $ 33.42 | [ ] | $ 55 64 | [ ] | $ 58.48 | [ ] | |
| 02 $500 Deductible HSP | [ ] | $ 6.68 | [ ] | $ 13.37 | [ ] | $ 22.26 | [ ] | $ 23.39 | [*] | |
| 03 $1000 DeductibleHSP | [ ] | $ 2.51 | [ ] | $ 5.01 | [ ] | $ 8.35 | [ ] | $ 8.77 | [ ] | |

| B. DENTAL | | A<br>Employee<br>Only | | F<br>Employee<br>+ 1 Dependent | | G<br>Employee + 2 or<br>More Dependents | |
|---|---|---|---|---|---|---|---|
| 0 Waive | [ ] | $ 0.00 | | | | | |
| 2 Comprehensive | [ ] | $ 3.92 | [ ] | $ 7.84 | [*] | $ 12.75 | |
| 3 DMO-Prudential** | [ ] | $ 2.86 | [ ] | $ 5.73 | [ ] | $ 9.30 | Provider:_____ |

** You must enter the number of your desired DMO provider in the space provided above.
To indicate a different DMO provider for each dependent, use side 2 of this form.

**C. HEALTH CARE REIMBURSEMENT ACCOUNT**

| | | | |
|---|---|---|---|
| 0 Waive | [ ] $ 0.00 | | (You can elect any dollar amount between |
| 1 Enroll | [ ] $_____ per paycheck | | $5 and $76.) |

**D. DEPENDENT CARE REIMBURSEMENT ACCOUNT**

| | | | |
|---|---|---|---|
| 0 Waive | [ ] $ 0.00 | | (You can elect any dollar amount between |
| 1 Enroll | [ ] $_____ per paycheck | | $5 and $192.) |

**INCOME REPLACEMENT (DISABILITY COVERAGE)**

**IMPORTANT:** For 1998 coverage, you must mark "x" your selection below:           **TRA 000184**
[ ] 0  Waive                                                                              Cisneros v.Brownsville Med,
[ ] 1  Standard Plan        Coverage: $ 1,198.60/month       After-Tax cost: $ 5.97

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
G412 BROWNSVILLE MED CTR
10/15/97

## AFTER-TAX CHOICES

| F.  SUPPLEMENTAL EMPLOYEE LIFE | | | | I.  SUPPLEMENTAL EMPLOYEE AD&D | | | |
|---|---|---|---|---|---|---|---|
| 0 Waive | | [ ] $ | 0.00 | 0 Waive | | [ ] $ | 0.00 |
| 1 $ | 29,000 | [ ] $ | 1.46 | 1 $ | 29,000 | [ ] $ | 0.20 |
| 2 $ | 58,000 | [*] $ | 2.92 | 2 $ | 58,000 | [*] $ | 0.40 |
| 3 $ | 87,000 | [ ] $ | 4.38 | 3 $ | 87,000 | [ ] $ | 0.60 |
| 4 $ | 116,000 | [ ] $ | 5.84 | 4 $ | 116,000 | [ ] $ | 0.80 |

| G.  SPOUSE LIFE | | | | J.  SPOUSE AD&D | | | |
|---|---|---|---|---|---|---|---|
| 0 Waive | | [ ] $ | 0.00 | 0 Waive | | [ ] $ | 0.00 |
| 1 $ | 5,000 | [ ] $ | 0.25 | 1 $ | 25,000 | [ ] $ | 0.30 |
| 2 $ | 10,000 | [ ] $ | 0.50 | 2 $ | 50,000 | [*] $ | 0.58 |
| 3 $ | 25,000 | [ ] $ | 1.26 | 3 $ | 100,000 | [ ] $ | 1.16 |
| 4 $ | 50,000 | [*] $ | 2.52 | | | | |
| 5 $ | 100,000 | [ ] $ | 5.03 | | | | |

| H.  CHILD LIFE | | | | K.  CHILD AD&D | | | |
|---|---|---|---|---|---|---|---|
| 0 Waive | | [ ] $ | 0.00 | 0 Waive | | [ ] $ | 0.00 |
| 1 $ | 5,000 | [ ] $ | 0.42 | 1 $ | 10,000 | [*] $ | 0.07 |
| 2 $ | 10,000 | [*] $ | 0.84 | | | | |

Effective 01/01/98, Spouse Life and Child Life coverage amounts cannot exceed one half the Supplemental Employee Life coverage amount.  I have an Evidence of Insurability (EOI) pending for [ ] Self / [ ] Spouse.  See the Life/AD&D Summary Plan Description for a complete list of situations requiring an EOI.

If a disability exists on the scheduled effective date, I understand that Human Resources needs notification and that Life and/or AD&D coverage will not begin until the disability ends, subject to my notification to Human Resources.

| L.  LONG TERM CARE | Employees over age 89 as of 01/01/98 are not eligible for Long Term Care |
|---|---|

| 0 Waive | [ ] $ | 0.00 | |
|---|---|---|---|
| 1 Enroll | [ ] $ | 10.98 | After-Tax Cost |

You must complete a separate UNUM enrollment application.  Employee coverage is subject to UNUM approval.

For Dependent enrollment information, contact UNUM at (800) 227-4165 for a Long Term Care enrollment kit.

## DEPENDENT INFORMATION   (For Medical, Dental and Spouse Life Coverages only)

Please list all eligible dependents whom you want to enroll for benefit coverage. Remember that children age 19 through 22 must be full-time post-secondary school students.

| Full Name | Sex/ Rel* | Birth Date | Social Security No. | Check if Student/ Disabled | Check Desired Coverage: Med Dent Sp Life | DMO Pro.** |
|---|---|---|---|---|---|---|
| GRACIL  CISNEROS,     JR. | 4 | 12/05/55 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| FERNAN  CISNEROS,     JR. | 5 | 11/28/82 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| ERICA  CISNEROS,     JR. | 6 | 07/27/77 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| JESSIC  CISNEROS,     JR. | 6 | 04/17/80 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| VERONI  CISNEROS,     JR. | 6 | 03/16/79 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| | | | | [S] [D] | [M] [D] [SL] | _____ |
| | | | | [S] [D] | [M] [D] [SL] | _____ |
| | | | | [S] [D] | [M] [D] [SL] | _____ |

\* 3 = Male Spouse, 4 = Female Spouse, 5 = Male Child, 6 = Female Child

\*\* Complete only if DMO plan is available and you want to select a different DMO provider for a dependent.

## EMPLOYEE AUTHORIZATION

Please enroll me in the coverages I have indicated on this form.  I have read the enrollment material provided me, and understand that eligibility and benefit coverage is governed by the official plan documents and insurance contracts which may be modified from time to time.  I also understand that eligibility for and participation in TenetSelect is based on the information I provided about myself and my eligible dependents.  I certify this information is true and accurate, and I understand that any misstatement or inaccuracy may affect my eligibility for and participation in the benefit plans.

Furthermore, I understand that my participation in TenetSelect requires before-tax and/or after-tax payroll deductions, and that I cannot change my elections until the next Annual Enrollment period unless I have a change in family status that affects my benefit coverage.  I also understand that any money remaining in the Reimbursement Accounts after the end of the 1998 claims filing period will be forfeited.

TRA 000185
Cisneros v. Brownsville Med. et al

| _____ | _____ |
|---|---|
| Employee Signature | Date |



**1998 Personalized Enrollment Form (PEF)**

**PERSONAL INFORMATION:**                                    7140

|                      |              |
|----------------------|--------------|
| Birth Date:          | 01/31/54     |
| SSN:                 | 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  |
| Status:              | FULL-TIME    |
| Annual Benefits Pay: | $ 28,766.40  |

Contact your Human Resource Dept. immediately if any of your personal information is incorrect.

G412 BROWNSVILLE MED CTR
10/15/97

FERNANDO CISNEROS, JR.
3005 TULIPAN ST.
BROWNSVILLE, TX  78520

**CORE COVERAGE(S):**  You automatically receive the following Company-paid CORE coverage(s):

Employee Assistance Program
$29,000 in Basic Employee Life Insurance
$29,000 in Basic Employee AD&D Insurance
$100,000 in Business Travel Accident Insurance

**ENROLLMENT INSTRUCTIONS:**   Your 1997 coverages are marked with asterisks.  You must return this form only if you: 1) Change elections for 1998; 2) Enroll in Reimbursement Accounts for 1998; 3) Enroll in Income Replacement for 1998; 4) Enroll in Long Term Care; 5) Add/delete dependent information; 6) Are required to submit EOI.

If you are continuing current coverage or electing new or additional Life and/or AD&D insurance coverage, please indicate below if you or your covered dependents are disabled:

[ ] I am disabled.
[ ] My spouse is disabled.  Spouse name: _____
[ ] My dependent child is disabled.  Child name: _____

Completed forms are due in Human Resources by 11/24/97. If you miss the deadline, your 1997 benefit coverages--except Reimbursement Accounts and Income Replacement Plan--will continue automatically.  Subject to plan provisions, the elections on this PEF will be effective 01/01/98.

**BEFORE-TAX CHOICES**

**A.  MEDICAL**

|                       | A<br>Employee<br>Only | B<br>Employee<br>+ 1 Child | C<br>Employee<br>+ Spouse | D<br>Employee<br>+ Children | E<br>Employee<br>+ Family |
|-----------------------|-----------------------|----------------------------|---------------------------|-----------------------------|---------------------------|
| 00 Waive              | [ ] $ 0.00            |                            |                           |                             |                           |
| 01 $250 Deductible HSP | [ ] $ 16.71          | [ ] $ 33.42                | [ ] $ 55.64               | [ ] $ 58.48                 | [*] $ 79.36               |
| 02 $500 Deductible HSP | [ ] $ 6.68           | [ ] $ 13.37                | [ ] $ 22.26               | [ ] $ 23.39                 | [*] $ 31.75               |
| 03 $1000 DeductibleHSP | [ ] $ 2.51           | [ ] $ 5.01                 | [ ] $ 8.35                | [ ] $ 8.77                  | [ ] $ 11.90               |

**B.  DENTAL**

|                  | A<br>Employee<br>Only | F<br>Employee<br>+ 1 Dependent | G<br>Employee + 2 or<br>More Dependents |                  |
|------------------|-----------------------|--------------------------------|-----------------------------------------|------------------|
| 0 Waive          | [ ] $ 0.00            |                                |                                         |                  |
| 2 Comprehensive  | [ ] $ 3.92            | [ ] $ 7.84                     | [*] $ 12.75                             |                  |
| 3 DMO-Prudential** | [ ] $ 2.86          | [ ] $ 5.73                     | [ ] $ 9.30                              | Provider:_____ |

** You must enter the number of your desired DMO provider in the space provided above.
To indicate a different DMO provider for each dependent, use side 2 of this form.

**C.  HEALTH CARE REIMBURSEMENT ACCOUNT**

0 Waive    [ ] $ 0.00
1 Enroll    [ ] $_____ per paycheck          (You can elect any dollar amount between $5 and $76.)

**D.  DEPENDENT CARE REIMBURSEMENT ACCOUNT**

0 Waive    [ ] $ 0.00
1 Enroll    [ ] $_____ per paycheck          (You can elect any dollar amount between $5 and $192.)

INCOME REPLACEMENT (DISABILITY COVERAGE)

IMPORTANT: For 1998 coverage, you must mark "x" your selection below:
[ ] 0 Waive
[ ] 1 Standard Plan     Coverage: $ 1,198.60/month    After-Tax cost: $ 5.97

**TRA 000184**
Cisneros v.Brownsville Med, et al

PAGE 1 of

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
G412 BROWNSVILLE MED CTR
10/15/97

## AFTER-TAX CHOICES

| F. SUPPLEMENTAL EMPLOYEE LIFE | | | | | I. SUPPLEMENTAL EMPLOYEE AD&D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0 Waive | | [ ] | $ | 0.00 | 0 Waive | | [ ] | $ | 0.00 |
| 1 $ | 29,000 | [ ] | $ | 1.46 | 1 $ | 29,000 | [ ] | $ | 0.20 |
| 2 $ | 58,000 | [*] | $ | 2.92 | 2 $ | 58,000 | [*] | $ | 0.40 |
| 3 $ | 87,000 | [ ] | $ | 4.38 | 3 $ | 87,000 | [ ] | $ | 0.60 |
| 4 $ | 116,000 | [ ] | $ | 5.84 | 4 $ | 116,000 | [ ] | $ | 0.80 |

| G. SPOUSE LIFE | | | | | J. SPOUSE AD&D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0 Waive | | [ ] | $ | 0.00 | 0 Waive | | [ ] | $ | 0.00 |
| 1 $ | 5,000 | [ ] | $ | 0.25 | 1 $ | 25,000 | [ ] | $ | 0.30 |
| 2 $ | 10,000 | [ ] | $ | 0.50 | 2 $ | 50,000 | [*] | $ | 0.58 |
| 3 $ | 25,000 | [ ] | $ | 1.26 | 3 $ | 100,000 | [ ] | $ | 1.16 |
| 4 $ | 50,000 | [*] | $ | 2.52 | | | | | |
| 5 $ | 100,000 | [ ] | $ | 5.03 | | | | | |

| H. CHILD LIFE | | | | | K. CHILD AD&D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0 Waive | | [ ] | $ | 0.00 | 0 Waive | | [ ] | $ | 0.00 |
| 1 $ | 5,000 | [ ] | $ | 0.42 | 1 $ | 10,000 | [*] | $ | 0.07 |
| 2 $ | 10,000 | [*] | $ | 0.84 | | | | | |

Effective 01/01/98, Spouse Life and Child Life coverage amounts cannot exceed one half the Supplemental Employee Life coverage amount. I have an Evidence of Insurability (EOI) pending for [ ] Self / [ ] Spouse. See the Life/AD&D Summary Plan Description for a complete list of situations requiring an EOI.

If a disability exists on the scheduled effective date, I understand that Human Resources needs notification and that Life and/or AD&D coverage will not begin until the disability ends, subject to my notification to Human Resources.

## L. LONG TERM CARE          Employees over age 89 as of 01/01/98 are not eligible for Long Term Care

| 0 Waive | [ ] | $ | 0.00 | |
|---|---|---|---|---|
| 1 Enroll | [ ] | $ | 10.98 | After-Tax Cost |

You must complete a separate UNUM enrollment application. Employee coverage is subject to UNUM approval.

For Dependent enrollment information, contact UNUM at (800) 227-4165 for a Long Term Care enrollment kit.

## DEPENDENT INFORMATION   (For Medical, Dental and Spouse Life Coverages only)

Please list all eligible dependents whom you want to enroll for benefit coverage. Remember that children age 19 through 22 must be full-time post-secondary school students.

| Full Name | Sex/Rel* | Birth Date | Social Security No. | Check if Student/Disabled | Check Desired Coverage: Med Dent Sp Life | DMO Pro.** |
|---|---|---|---|---|---|---|
| GRACIL CISNEROS, JR. | 4 | 12/05/55 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| FERNAN CISNEROS, JR. | 5 | 11/28/82 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| ERICA CISNEROS, JR. | 6 | 07/27/77 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| JESSIC CISNEROS, JR. | 6 | 04/17/80 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| VERONI CISNEROS, JR. | 6 | 03/16/79 | 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 | [S] [D] | [M] [D] [SL] | _____ |
| _____ | | | | [S] [D] | [M] [D] [SL] | _____ |
| _____ | | | | [S] [D] | [M] [D] [SL] | _____ |
| _____ | | | | [S] [D] | [M] [D] [SL] | _____ |

* 3 = Male Spouse, 4 = Female Spouse, 5 = Male Child, 6 = Female Child

** Complete only if DMO plan is available and you want to select a different DMO provider for a dependent.

## EMPLOYEE AUTHORIZATION

Please enroll me in the coverages I have indicated on this form. I have read the enrollment material provided me, and understand that eligibility and benefit coverage is governed by the official plan documents and insurance contracts which may be modified from time to time. I also understand that eligibility for and participation in TenetSelect is based on the information I provided about myself and my eligible dependents. I certify this information is true and accurate, and I understand that any misstatement or inaccuracy may affect my eligibility for and participation in the benefit plans.

Furthermore, I understand that my participation in TenetSelect requires before-tax and/or after-tax payroll deductions, and that I cannot change my elections until the next Annual Enrollment period unless I have a change in family status that affects my benefit coverage. I also understand that any money remaining in the Reimbursement Accounts after the end of the 1998 claims filing period will be forfeited.

TRA 000185
Cisneros v. Brownsville Med, et al

_____          _____
Employee Signature                        Date

Attach Airborne Express Shippers Label within the dotted lines.



**FROM**
Brownsville Medical Center
1040 W. Jefferson St
Brownsville Tx 7820
Frances J. Melina 44-1429

**TO**
Transamerica Assurance Comp
P.O. Box 30852
Los Angeles, CA 90030-0852
Death Claim Dept.

Preprint Format No.    Origin    Airbill Number
6062616976

**Method of Payment**
Assumed sender unless otherwise noted
☐ Bill Sender
☐ Bill Receiver
☐ Bill 3rd Party
☐ Paid In Advance

AIRBORNE EXPRESS

EXP
HAS
SDS

Billing Reference

NO. OF PACKAGES    WEIGHT (LBS.)    CHECK IF
☐ LETTER EXPRESS    ☐ EXP. PACK

606 263 6976
606 263 6976

**Special Instructions**
☐ ◄SAT    ☐ ◄HAA
☐ ◄LAB    ☐

TOG

METV2M

## United States S_____

1. Complete applicable white sections of the U.S. Airbill. S_____
   date the Airbill at the Sender's Signature line. Please p_____
2. Peel off protective covering from back of Airbill.
3. Affix Airbill to envelope within dotted lines shown.
4. **When using a Drop Box —** follow special instructi_____
   **the Drop Box.**

## International Shipping
**(Includes Canada & Puerto Rico)**
**To help ensure legibility of this multiple-part form, please type**

1. Complete applicable sections of the International Express
   Sign and date the Airbill at the Sender's Signature line.
2. Place Airbill and necessary documentation in plastic sleeve
   Seal sleeve.
   Peel off backing of plastic sleeve.
   ____lastic sleeve to envelope.
   ____copy of Airbill for your files.
   ____OMER SERVICE C

TRA 000186
Cisneros v. Brownsville Med, et al

( 4.7

# CHECK OFF LIST

# *****KEEP ON TOP OF FILE*****

NAME OF GROUP: _Tenet Healthsystems_ "Brownsville Med Ct

GROUP NO.: _05928021_                                          (Ani)

_X_ VTL    (BTL)    VTL AD&D/    BTL AD&D

_X_ CLAIM FORM                           _____ OXY
_X_ CERTIFIED DEATH CERTIFICATE          _____ RE MOULTON
_X_ ENROLLMENT FORM OR CENSUS            _X_ JRW
_____ LANCLAN OR (EDM)                   _____ none of the above
_____ IMAGE (EMPLOYER # _____ ) YES/NO

OTHER #
S.S. #   _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_

_____ **DBASE - LOG-IN**

_____ **ACCOUNTING**                DOB - 1-31-54

_____ **TOT-6**

_____ **712 FORM**                  DOD - 3-10-99

_____ **STATE NOTICES**

4/31/99 **DBASE - LOG-OUT**           FACE - 29, 000

_____ **MISC.** _____           ST - TX

_____ **REINS.**                    Cause advanced

_____ **CLOSE-OUT**                 lymphisma

TRA 000187
Cisneros v. Brownsville Med, et al

Case 1:01-cv-00037   Document 10   Filed in TXSD on 06/11/2001   Page 201 of 217

04/12/99  14:18:02          TRANSAMERICA LIFE COMPANIES          PAGE    1
SET UP ON APR 09,                                                 4JVAD
                            DEATH CLAIM WORKSHEET

                            POLICY INFORMATION

DECEASED: CISNEROS, FERNANDO         DEATH CLAIM NO: 0061557-75
EXAMINER: VAD   TEAM 4                  POLICY NO: 05928021-00
                            OTHER POLICY NO:
                                    CARD:


NOTICE RECEIVED: APR 07 99  DATE OF DEATH: MAR 10 99

ISSUE DATE:    AMOUNT: $     29,000  PLAN: TP     -

RIDERS:
EXCLUSIONS: _____
NO WAIVER RIDER
CONTESTABLE? YES   AMOUNT: $     29,000.00
          AI? NO   AMOUNT: $          0.00

REINSTATEMENT DATE:    WITHIN TWO YEARS OF DEATH?
FAMILY RIDER: WIFE __  CHILD __    CHILD RIDER __   PREMIUM INSURANCE __

CONSUMER UPDATE? NO

REFER TO REINSURANCE? NO/YES-SEE WRKSHT____  NO REINS____  BY_____  DT_____

FOREIGN RESIDENCE CLEARED ON _____
====================================================================
DATE OF BIRTH: APP-JAN 31 54 DTH CERT 1-31-54 CLM FRM 4/5 OTHER_____

   AGE ERROR: ___  YRS OLDER/YOUNGER ___ WAIVE __ ADJUST __ OFFER

          ___ DISCREPANCY NOTED  BY: _____  DATE: _____
====================================================================
PAYMENT CLEARED: ___ CONT ___ SUICIDE ___ A/I  COMM SHEET # _____

              BY: _____  DATE: _____
--------------------------------------------------------------------
BLUE SHEET APPROVED: ___ REGULAR CLAIM ___ NON REGULAR CLAIM

BY: _____ DATE: _____    BY: _____ DATE: _____    BY: _____ DATE: _____
--------------------------------------------------------------------
PAYMENT AUTHORITY: ✓ FULL POL. SETTLEMENT ___ PARTIAL POL. SETTLEMENT
                   ___ CDS        ___ FSA     DEATH CODE: ___ 71
PENDED BY: WW  DATE: 4/10  FOR: $ 29,000

BY: ___ DATE: 4-20-99 BY: _____ DATE: _____ BY: _____ DATE: _____
====================================================================
REMARKS: Supplemental coverage not inforce paid to/0/158

TRA 000188
Cisneros v. Brownsville Med, et al

```
04/12/99  14:18:0⬤      TRANSAMERICA LIFE COMP⬤⬤ES              PAGE    2
SET UP ON APR 09, 99                                          4JVAD

                        DEATH CLAIM WORKSHEET

                          PAYEE INFORMATION

DECEASED: CISNEROS, FERNANDO        DEATH CLAIM NO: 0061557-75
EXAMINER: VAD   TEAM 4                   POLICY NO: 05928021-00
                            OTHER POLICY NO:
                                    CARD:

=================================================================
CONTACT _____
        _____

=================================================================
ASSIGNEE: _____
SEE ASSIGNMENT DATED: _____
__ ABSOLUTE  __ COLLATERAL  __ ABA
__ OWNERSHIP DATE _____  VALUE ON DATE OF ASSIGNMENT ____

=================================================================

PAYEE NO.  01                    PHONE: (    )  -
TITLE: _____   NAME: GRACIELA CISNEROS
ADDR: 3005 TULIPAN STREET         CITY:
      ADDR:                            STATE/PROV:
                                 ZIP/PC:
RELATIONSHIP TO INSURED: WIFE            SHARE: 100.00%
SETTLEMENT OPTION: 0   TAX ID:
CONTINGENT? NO   BENE OWNER? NO   MINOR? NO   INCOMPETENT? NO
DATE OF BIRTH:          DECEASED DATE:     COMMON DISASTER  0 DAYS
SPECIAL SETTLEMENT:   COMMUTE/WD:

DEL INST: __ AGENCY (# _____)   PAYEE    CC:_____ __ SP LTR
          __ SSB  ( )FSA1  ( )FSA2  __ OTHER _____
          __ SEE TRANSMITTAL/ROUTING SHEET  __ SEE BENE# _____
=================================================================
```

Case 1:01-cv-00037   Document 10   Filed in TXSD on 06/11/2001   Page 203 of 217

```
04/12/99  14:18:0⬤        TRANSAMERICA LIFE COMP⬤⬤ES           PAGE    3
SET UP ON APR 09, 99                                         4JVAD

                         DEATH CLAIM WORKSHEET

                           POLICY REQUIREMENTS

DECEASED: CISNEROS, FERNANDO           DEATH CLAIM NO: 0061557-75
EXAMINER: VAD   TEAM 4                     POLICY NO: 05928021-00
                           OTHER POLICY NO:
                                    CARD:


                                              RECEIVED
                                              DATE        CODE
REQUIREMENTS

CLAIM FORM FOR PAYEE # 01 - GRACIELA CISNEROS               N
DEATH CERTIFICATE                             APR 07 99     R
CLAIM FORM                                                  N
CLM NOTICE:ACK,REQUEST ALL ITEMS W/I 15 CALENDAR DAYS  APR 12 99  R
ALL REQTS RCVD:TELL CLMNT PAY/DECLINE W/I 15 BUSINESS D     N
OR TELL WHY MORE TIME NEEDED, NO MORE THAN 45 ADDL CAL D    N
1999 ENROLLMENT                                            N
DATE LAST WORKED                                           N
```

**TRA 000190**
Cisneros v. Brownsville Med, et al

Case 1:01-cv-00037   Document 10   Filed in TXSD on 06/11/2001   Page 204 of 217

DEATH CLAIM WORKSHEET

STATE LAWS

DECEASED: CISNEROS, FERNANDO              DEATH CLAIM NO: 0061557-75
EXAMINER: VAD   TEAM 4                       POLICY NO: 05928021-00
                          OTHER POLICY NO:
                                 CARD:


RESIDENCE STATE: TEXAS
     ISSUE STATE:

APPLY LAWS OF RULES STATE: TEXAS

## INCONTESTABLE

| CATEGORY | DESCRIPTION |
|---|---|
| TIME LIMITS AND INTEREST DUE FOR NON-COMPLIANCE | W/I 15 CALENDAR DAYS (1) ACK RCT OF CLM (2) START INVEST (3) REQUEST ALL REQTS. BY 15TH WORK DAY AFTER RCT OF ALL RQTS, NOTIFY CLMNT OF PAY/DECLINE OR TELL WHY MORE TIME REQD (NO MORE THAN 45 ADDL CALENDAR DAYS). IF CLM UNPAID AFTER TIME LIMIT, PAY 18% FROM END OF LIMIT. SEE ST LAWS. |
| INTEREST | IF ABOVE DOES NOT APPLY, FOLLOW COMPANY RULES. |
| SMALL ESTATE | 50K ESTATE MAX W/ AFF FILED & CERTIFIED BY COURT CLERK. |
| LEGAL AGE | 18 |
| PMT/MINORS | 50K MAX TO CTY CLK. UTMA-10K MAX TO FAM ADULT/TRUST CO. |
| SMLTNS DEATH | INSURED SURVIVES BENE IF EITHER DIED W/I 120 HRS OF OTHER. |
| STAT LIMITS | 4 YEARS |
| COMM PROP | YES |
| DIVORCE:INS PEN & ANN | INSD OWNER:DIVORCE VOIDS SPOUSE BENE UNLESS DECREE SAYS O/W, EX-SPOUSE RENAMED BENE, OR EX IS NAMED TRT FOR DEPENDENTS. |


## CONTESTABLE

| CATEGORY | DESCRIPTION |
|---|---|
| AI | RIDER INCONT AFTER 2 YR FR ISSUE.  FELONY-DUI CAUSING OTHER'S DEATH IS DEFENSE FOR CO.  BENEFIT NOT PAYABLE IF PROXIMATE CAUSE IS BODILY OR MENTAL INFIRMITY OR DISEASE. R/ LAW. |
| MISREP | MUST PROVE 1) FALSE 2) RELIED UPON 3) INTENT TO DECEIVE AND 4) MATERIAL.  NOTICE OF REFUSAL MUST BE W/I 90 D OF DISCOVERY. |
| AGT KNLDG | IMPUTED TO CO |

**TRA 000191**
Cisneros v. Brownsville Med, et al

Case 1:01-cv-00037   Document 10   Filed in TXSD on 06/11/2001   Page 205 of 217

DEATH CLAIM WORKSHEET

COMPANY CLAIM RULES

DECEASED: CISNEROS, FERNANDO      DEATH CLAIM NO: 0061557-75
EXAMINER: VAD   TEAM 4            POLICY NO: 05928021-00
                         OTHER POLICY NO:
                              CARD:

INCONTESTABLE

| CATEGORY | DESCRIPTION |
|---|---|
| INTEREST | DEP RATE FROM NOTICE RCVD DATE TO DATE OF PAYMENT |
| PMT MODE | ALL PMT 10K & OVER = FSA...EXCEPT CORP OR MULTI TTEE/EXECUTORS IF CDS REQUESTED, SEE SECTION MANAGER. |
| COMM PROP | YES--AZ, CA, ID, LA, NV, NM, TX, WA, WI. |
| POA | SEE SECTION MANAGER |

CONTESTABLE

| CATEGORY | DESCRIPTION |
|---|---|
| A I | ASPIRATION OF VOMITUS/GAS INHALATION/DRUG OVERDOSE--R/SECT MGR 90D LIMITATION WAIVER--R/ 1)MED DEPT 2)DEPT MGR |
| CONT PERIOD | 2 YR = EXCLUDE 1ST D (ISS DATE); INCLUDE LAST D OF 2 YR PERIOD |
| REINST | RESTART CONT PERIOD ON REINSTATEMENT DATE |
| COND RECEIPT | R/ LAW DEPT |

**TRA 000192**
Cisneros v.Brownsville Med. et al

Ron
Frones
Melina
Last Day worked
9-26-98

**TRA 000193**
Cisneros v. Brownsville Med, et al

CutePDF – www.tweiio.com



**TRANSAMERICA**
**LIFE COMPANIES**

*Please submit to:*
Transamerica Assurance Company
P.O. Box 30852
Los Angeles, CA 90030-0852

# Death Claim Form

## Proof of Death        ☑ Insured        ☐ Spouse        ☐ Child

**A. Death Claims:** When submitting a "Death" Claim, the following information will be required:

1. **Proof of Death Form.** In the event of a dependent claim, it is necessary that the "Employee's Statement" portion be completed. It is always necessary that the "Employer's Statement" portion be completed and signed by an authorized representative of the Employer *(Policyholder).*
2. **Certified Copy of the Death Certificate.**
3. **Enrollment Form.** A Photocopy of the insured's Enrollment Form will be required.
4. **Verification of Premium Deduction or Payment.** It is necessary that we have verification that a premium deduction or payment was made for coverage for the period in which the loss occurred.

**B.** Please have beneficiary submit the appropriate document below if beneficiary is:

A Minor or Incompetent – Submit a *certified* copy of guardian's letters of appointment, if a guardian has been appointed. If no guardian has been appointed, furnish full name and address of person who has custody of the minor or incompetent.

Estate – Submit a *certified* copy of the appointment of the Executor or Administrator. If estate is not to be probated furnish name, address and relationship of next-of-kin.

Deceased – Submit a *certified* copy of beneficiary's Certificate of Death. Also see following instruction.

*RECEIVED APR 07 1999 SUPPORT SERVICES*

## Employer's Statement

| Full Name of Deceased 1 *Fernando Cisneros* | Age 2 *45* | Employee's Name *(if this is a dependent claim)* 3 | Group Policy Number 4 *05928021* | Employee's Social Security Number 5 *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* |
|---|---|---|---|---|

| Insured's Certificate Number 6 *05928021* | Date Insured *(Employee Coverage)* 7 *01-01-99* | Date Insured *(Dependent Coverage)* 8 | Date Claimant *(Employee)* last worked 9 |
|---|---|---|---|

| If Dependent Claim, give relationship to insured 10 | If Dependent Claim, was claimant entirely dependent on insured? 11 | If Yes, how long? 12 |
|---|---|---|

| Cause of Loss 13 *Advanced Lymplisuea* | Date and Time of Loss *9:40 am* 14 Month *03* Day *10* Year *99* A.M. P.M. | Was Premium paid and Insurance in force at time of death? 15 ☑ Yes ☐ No |
|---|---|---|

| Date first employed 16 *07-10-89* | Was insured considered an employee at date of loss? 17 *Yes* |
|---|---|

| Employee's annual salary as per date of the loss 18 *$16,739.12* |
|---|

| Was this an accident? 19 *no* | Workers' Compensation? 20 ☐ Yes ☑ No | Amount of Insurance? 21 *$29,000* | Amount of Claim? 22 *$29,000* |
|---|---|---|---|

| Beneficiary 23 *Graciela S. Cisnero* | Relationship 24 *Spouse* | Age 25 *43* | Beneficiary's Address 26 *3005 Tulipan St.* |
|---|---|---|---|

Dated at *Brownsville Medical Center* this *17* day of *March*, 19 *99*

*Brownsville Medical Center*                    *Frances Melina*                    *Benefits Coordinator*
**Name of Company**                                **Signature**                        **Official Position**

## Employee's Statement
*(Complete Only If This Is A Dependent Claim)*

| How long has deceased lived in your home? 1. | How long entirely dependent on you? 2. | Where did deceased last work? 3. |
|---|---|---|

Deceased's Date of Birth 4 *01-31-54*

Date *03-26-99*

Witness _____

Employee's Signature _____

Employee's Social Security # *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*

Employee's Birthdate *01-31-54*

Employee's Phone # *(956)546-12.98*

**TRA 000194**
Cisneros v. Brownsville Med, et al

ACC 114-5E

## Fraud Statement

Any person who knowingly and with intent to defraud any insurance company or other persons, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact, material thereto, commits a fraudulent insurance act, which is a crime, subject to criminal prosecution and civil penalties.

## Authorization To Obtain Information

reby authorize and request that you furnish Transamerica Occidental Life Insurance Company or its representative, with any and all facts and dates ch may be desired in reference to history of

_____ , Deceased.

 orize Transamerica Occidental Life Insurance Company or its representative to obtain at its expense, copies of any and all portions of the records  erning the physical and medical record of

_____ , Deceased.

DERSTAND the information obtained by use of this Authorization will be used by Transamerica Life Companies or its representative to determine  lity benefits under existing coverage. Any information obtained will not be released by Transamerica Life Companies or its representative to any person  ganization EXCEPT to reinsuring companies, or other persons or organizations performing business or legal services in connection with the claim, or nay be otherwise lawfully required, or as I may further authorize.

DW that I may request a copy of this Authorization. I AGREE that a photographic copy of this Authorization shall be as valid as the original. I AGREE  Authorization shall be valid for the period required to process the claim.

ess  *Tranew Malcia*

 03/26/99

Claimant's Signature _____

Birthdate _____ *01-31-54*

Social Security # _____ *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*

Phone # _____ *(956) 546-1298*

**TRA 000195**
Cisneros v. Brownsville Med, et al

ACC 114-596

TENET B.M.C. H/R          I:                    APR 1  9   16:29 No.002 P.02



**TRANSAMERICA LIFE COMPANIES**

*Please submit to:*
Transamerica Assurance Company
P.O. Box 30852
Los Angeles, CA 90030-0852

# Death Claim Form

### Proof of Death        ☒ Insured        ☐ Spouse        ☐ Child

**A. Death Claims:** When submitting a "Death" Claim, the following information will be required:

1. **Proof of Death Form.** In the event of a dependent claim, it is necessary that the "Employee's Statement" portion be completed. It is always necessary that the "Employer's Statement" portion be completed and signed by an authorized representative of the Employer *(Policyholder)*.
2. **Certified Copy of the Death Certificate.**
3. **Enrollment Form.** A Photocopy of the insured's Enrollment Form will be required.
4. **Verification of Premium Deduction or Payment.** It is necessary that we have verification that a premium deduction or payment was made for coverage for the period in which the loss occurred.

**B.** Please have beneficiary submit the appropriate document below if beneficiary is:

| | |
|---|---|
| A Minor or Incompetent | – Submit a *certified* copy of guardian's letters of appointment. If a guardian has been appointed. If no guardian has been appointed, furnish full name and address of person who has custody of the minor or incompetent. |
| Estate | – Submit a *certified* copy of the appointment of the Executor or Administrator. If estate is not to be probated furnish name, address and relationship of next-of-kin. |
| Deceased | – Submit a *certified* copy of beneficiary's Certificate of Death. Also see following instruction. |

## Employer's Statement

| Full Name of Deceased | Age | Employee's Name (if this is a dependent claim) | Group Policy Number | Employee's Social Security Number |
|---|---|---|---|---|
| 1. Fernando Cisneros | 2. 45 | 3. | 05928021 | 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 |

| Insured's Certificate Number | Date Insured (Employee Coverage) | Date Insured (Dependent Coverage) | Date Claimant (Employee) last worked |
|---|---|---|---|
| 6. 05928021   7. | 8. | 9. |

| If Dependent Claim, give relationship to insured | If Dependent Claim, was claimant entirely dependent on insured? | If Yes, how long? |
|---|---|---|
| 10. | 11. | 12. |

| Cause of Loss | Date and Time of Loss | Was Premium paid and insurance in force at time of death? |
|---|---|---|
| 13. Advanced Lymplisuea | 14. Month 05. Day 10 Year 99   9:40 am  ☒A.M. ☐P.M. | 15. ☒ Yes   ☐ No |

| Date first employed | Was insured considered an employee at date of loss? |
|---|---|
| 16. 07-10-89 | 17. Yes |

| Employee's annual salary as per date of the loss |
|---|
| 18. $16,739 12 |

| Was this an accident? | Workers' Compensation? | Amount of Insurance? | Amount of Claim? |
|---|---|---|---|
| 19. No | 20. ☐ Yes ☒ No | 21. 29,612 00 | 22. 29,612 00 |

| Beneficiary | Relationship | Age | Beneficiary's Address |
|---|---|---|---|
| 23. Graciela Cisneros | 24. Spouse | 25. | 26. 605 Padres Line, Brownsville, Tx   78520 |

Dated at Brownsville Medical Center this ____ day of April , 19 99

| Brownsville Medical Center | Frances Molina | Benefits Coordinator |
|---|---|---|
| Name of Company | Signature | Official Position |

## Employee's Statement
### (Complete Only If This Is A Dependent Claim)

| How long has deceased lived in your home? | How long entirely dependent on you? | Where did deceased last work? |
|---|---|---|
| 1. | 2. | 3. |

Deceased's Date of Birth
4.

Employee's Signature _____

Date _____          Employee's Social Security # _____

Employee's Birthdate _____

Witness _____          Employee's Phone # _____

TENET B.M.C. H/R          I            APR 1 '99   16:30 No.002 P.03



## Fraud Statement

Any person who knowingly and with intent to defraud any insurance company or other persons, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact, material thereto, commits a fraudulent insurance act, which is a crime, subject to criminal prosecution and civil penalties.

## Authorization To Obtain Information

I hereby authorize and request that you furnish Transamerica Occidental Life Insurance Company or its representative, with any and all facts and dates which may be desired in reference to history of

_____, Deceased.

I authorize Transamerica Occidental Life Insurance Company or its representative to obtain at its expense, copies of any and all portions of the records concerning the physical and medical record of

_____, Deceased.

I UNDERSTAND the information obtained by use of this Authorization will be used by Transamerica Life Companies or its representative to determine eligibility benefits under existing coverage. Any information obtained will not be released by Transamerica Life Companies or its representative to any person or organization EXCEPT to reinsuring companies, or other persons or organizations performing business or legal services in connection with the claim, or as may be otherwise lawfully required, or as I may further authorize.

I KNOW that I may request a copy of this Authorization. I AGREE that a photographic copy of this Authorization shall be as valid as the original. I AGREE this Authorization shall be valid for the period required to process the claim.

Witness _____ *Frances McLean* _____        Claimant's Signature _____ *Gracila S Cisneros* _____

Date _____ 04-12-99 _____        Birthdate _____ 12-05-55 _____

Social Security # 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

Phone # (956) 546-1298

**TRA 000197**
Cisneros v. Brownsville Med, et al

ACC 114-586

CutePDF - www.fasiia.com

CERTIFICATION OF VITAL RECORD

# City of Brownsville, Texas
## The Office of the City Secretary

STATE OF TEXAS          CERTIFICATE OF DEATH          STATE FILE NUMBER

*Left margin (vertical text):* Texas Department of Health — Bureau of Vital Statistics

*Left margin (vertical text):* WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine of up to $10,000. (Health and Safety Code, Sec. 195, 1989)

| Field | Value |
|---|---|
| 1. NAME OF DECEASED (a) FIRST | FERNANDO |
| (b) MIDDLE | |
| (c) LAST | CISNEROS |
| (d) MAIDEN | |
| 2. SEX | MALE |
| 3. DATE OF DEATH | MARCH 10, 1999 |
| 4. DATE OF BIRTH | JANUARY 31, 1954 |
| 5. AGE (IN YEARS) | 45 |
| IF UNDER 1 YR MO/DAYS | |
| IF UNDER 1 DAY HOURS/MIN | |
| 6. BIRTH PLACE (CITY & STATE OR FOREIGN COUNTRY) | BROWNSVILLE, TEXAS |
| 7. SOCIAL SECURITY NO. | 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 |
| 8. RACE | CAUCASIAN |
| 9a. WAS THE DECEDENT OF HISPANIC ORIGIN? | ☒ YES ☐ NO |
| 9b. IF YES, SPECIFY (MEXICAN, CUBAN, PUERTO RICAN, ETC.) | HISPANIC |
| 10. WAS DECEDENT EVER IN U.S. ARMED FORCES? | ☒ YES ☐ NO |
| 11. EDUCATION (SPECIFY HIGHEST GRADE COMPLETED, ELEM. OR SECONDARY (0-12) COLLEGE (13-16, 17+) | 14 YEARS |
| 12. MARITAL STATUS | ☒ MARRIED ☐ NEVER MARRIED ☐ WIDOWED ☐ DIVORCED |
| 13. SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) | GRACIELA SALINAS |
| 14a. DECEDENT'S USUAL OCCUPATION | X-RAY TECHNICIAN |
| 14b. KIND OF BUSINESS OR INDUSTRY | BROWNSVILLE MEDICAL CENTER |
| 15a. RESIDENCE STREET ADDRESS | 605 PAREDES LINE RD. APT#221 |
| 15b. CITY OR TOWN | BROWNSVILLE |
| 15c. COUNTY | CAMERON |
| 15d. STATE | TEXAS |
| 15e. ZIP CODE | 78520 |
| 15f. INSIDE CITY LIMITS | ☒ YES ☐ NO |
| 16. FATHER'S NAME | FERNANDO CISNEROS SR. |
| 17. MOTHER'S MAIDEN NAME | CAMERINA RESENDIZ |
| 18. PLACE OF DEATH (CHECK ONLY ONE) HOSPITAL: | ☒ INPATIENT ☐ ER/OUTPATIENT ☐ DOA ☐ NURSING HOME ☐ RESIDENCE ☐ OTHER (SPECIFY) |
| 19. COUNTY OF DEATH | CAMERON |
| 20. CITY OR TOWN OR OUTSIDE CITY LIMITS, GIVE PRECINCT NO.) | BROWNSVILLE |
| 21. NAME OF HOSPITAL OR INSTITUTION (If not in institution, show street address) | BROWNSVILLE MEDICAL CENTER |
| 22. INFORMANT — SIGNATURE & RELATIONSHIP | (WIFE) |
| 23. MAILING ADDRESS OF INFORMANT | 605 PAREDES LINE RD. APT#221 BROWNSVILLE, TX 78520. |
| 24. METHOD OF DISPOSITION | ☒ BURIAL ☐ CREMATION ☐ REMOVAL FROM STATE ☐ DONATION ☐ OTHER (SPECIFY) |
| 25a. PLACE OF DISPOSITION (NAME OF CEMETERY, CREMATORY OR OTHER PLACE) | ROSELAWN MEMORIAL GARDENS  Section Block 424 Space 2 Unknown |
| 26. LOCATION (CITY, STATE) | BROWNSVILLE, TEXAS |
| 27. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | OSCAR ALVAREZ 11150 |
| 28. DATE OF DISPOSITION | MARCH 12, 1999 |
| 29. NAME & ADDRESS OF FUNERAL HOME | DARLING-MOUSER FUNERAL HOME 945 PALM BLVD. BROWNSVILLE, TX 78520. |
| 30. CERTIFIER | ☒ CERTIFYING PHYSICIAN — TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER AS STATED.  ☐ MEDICAL EXAMINER ☐ JUSTICE OF THE PEACE — ON THE BASIS OF EXAMINATION AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE TIME, PLACE, AND DUE TO THE CAUSE(S) AND MANNER AS STATED. |
| 31. SIGNATURE & TITLE OF CERTIFIER | M.D. |
| 32. DATE SIGNED | 3/12/99 |
| 33. TIME OF DEATH | 9:40 A.M. |
| 34. PRINTED NAME & ADDRESS OF CERTIFIER | GERARDO TRILLO, MD   2150 N. EXPRESSWAY 83, BROWNSVILLE, TEXAS 75821 |

35. PART 1  ENTER THE DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED THE DEATH. DO NOT ENTER THE MODE OR DYING SUCH AS CARDIAC OR RESPIRATORY ARREST, SHOCK, OR HEART FAILURE. LIST ONLY ONE CAUSE ON EACH LINE.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | advanced emphysema | 18 months |
| DUE TO (OR AS A LIKELY CONSEQUENCE OF): | | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST | DUE TO (OR AS A LIKELY CONSEQUENCE OF): | |
| | DUE TO (OR AS A LIKELY CONSEQUENCE OF): | |

| PART 2 OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1 (i.e., substance abuse, diabetes, smoking, etc.) | 36a. AUTOPSY? | 36b. AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|
| none | ☐ YES ☒ NO | ☐ YES ☐ NO |

| 37. DID TOBACCO USE CONTRIBUTE TO DEATH | 38. DID ALCOHOL USE CONTRIBUTE TO DEATH | 39. WAS DECEDENT PREGNANT |
|---|---|---|
| ☐ YES ☐ PROBABLY ☒ NO ☐ UNKNOWN | ☐ YES ☐ PROBABLY ☒ NO ☐ UNKNOWN | AT TIME OF DEATH ☐ YES ☐ NO ☐ UNK   WITHIN LAST 12 MO ☐ YES ☐ NO ☐ UNK |

| 40. MANNER OF DEATH | 41a. DATE OF INJURY | 41b. TIME OF INJURY | 41c. INJURY AT WORK | 41d. PLACE OF INJURY — AT HOME, FARM, STREET, FACTORY, OFFICE, ETC. (SPECIFY) |
|---|---|---|---|---|
| ☒ NATURAL ☐ ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ PENDING INVESTIGATION ☐ COULD NOT BE DETERMINED | | | ☐ YES ☐ NO | |
| | 41e. LOCATION (STREET AND NUMBER, CITY OR TOWN, STATE) | | | |
| | 41f. DESCRIBE HOW INJURY OCCURRED | | | |

*Left margin (vertical text):* CAUSE OF DEATH

*Left margin (vertical text):* VS-112 REV. 9/95

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. SIGNATURE OF LOCAL REGISTRAR |
|---|---|---|
| 02-0132-99 | 03-15-99 | Melissa Dennany Morales, City Secretary |

S45235   Volume 32 Page 488

**TRA 000198**
Cisneros v. Brownsville Med, et al

## CERTIFIED COPY OF VITAL RECORDS

STATE OF TEXAS
COUNTY OF CAMERON          **DATE ISSUED 08 15 99**

This is a true reproduction of the document officially registered and recorded on file in the Office of the City Secretary, City of Brownsville, Texas.

By: Venicia Dominguez

Deputy

Melissa Dennany Morales
City Secretary/Local Registrar

Do not accept unless prepared on security paper with engraved border displaying the raised City of Brownsville seal.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

American Bank Note Company



CAUSE NO. 2001-02-590-A

FILED 11.05 O'CLOCK A M
AURORA DE LA GARZA DIST. CLERK

FEB 0 2 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS
Dahlia A. _____ DEPUTY

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually | § | IN THE DISTRICT COURT OF |
| and As Representative of the Estate of | § | |
| FERNANDO CISNEROS, DECEASED | § | |
| Plaintiff | § | |
| | § | CAMERON COUNTY, TEXAS |
| | § | |
| BROWNSVILLE MEDICAL CENTER, | § | |
| TENET HEALTHCARE, INC. and | § | |
| TRANSAMERICA LIFE COMPANIES | § | |
| Defendants | § | 10TH JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE COURT:

COMES NOW Graciela Cisneros, a widow, and would show as follows:

I.

Defendants Brownsville Medical Center (BMC) and Tenet Healthcare, Inc. ("Tenet") may be served by serving the chief hospital administrator of BMC at 1040 West Jefferson, Brownsville, Texas 78520. Defendant Transamerica Life Companies ("Transamerica") may be served by certified mail at P.O. Box 30852, Los Angeles, California 90030-0852.

II.

Graciela Cisneros is a resident of Cameron County, Texas where all causes of action arose.

III.

FACTUAL ALLEGATIONS

Plaintiff's husband, Fernando Cisneros, Deceased ("the deceased"), was a longtime employee of Defendant where he worked as an x-ray technician. Plaintiff's deceased husband had

life, health, and disability insurance written by Defendant Transamerica. Premiums for such insurance were paid monthly through deductions taken by BMC from the deceased's BMC paycheck. Such premium deductions had been taken for many years.

IV.

While insured, and while still employed by BMC, the deceased applied to increase his hospital-based life insurance. Under the terms of the deceased's hospital-administered insurance policies increases had to be made during a specific period of the year. During such period of time the deceased consulted a physician, however, at such point in time no diagnosis had been made nor attempted and it appeared to the deceased that he had some sort of cyst in his neck area.. The deceased had earlier decided to increase his hospital-based life insurance because of the overall realization that it was inadequate coverage for his wife and children. The deceased's subsequent visit to the above-referenced deceased's physician reminded the deceased that good health is not a guarantee for anyone and such visit caused the deceased to carry out his plan to increase coverage.

V.

In the weeks that ensued, the deceased consulted with other physicians and had other tests performed with the ultimate medical diagnosis of cancer being made. Thereafter the deceased underwent an aggressive cancer treatment program in Houston, Texas. Such treatment program rendered the deceased disabled and unable to return to work. Because of hospital-based *disability* insurance, the deceased continued to receive his salary just as he had beforehand. The deceased's life insurance and health insurance were provided by entities owned or controlled by the deceased's employer, to wit, Transamerica Life Companies. During this period of time the deceased was seriously ill and struggling with the effects of the aggressive treatment regimen.

## VI.

In   March of  the following year, the deceased passed away from what had turned out to be a rare form of cancer.  After the death of her husband, Plaintiff immediately went to BMC to find out what steps would have to be taken in order to receive the deceased's life insurance benefits, some part of which Plaintiff needed in order to pay for the deceased's funeral expenses.  At that time BMC staff said the deceased had in excess of $100,000.00 in life insurance which was payable to Plaintiff. Plaintiff then filled out certain claims forms and then waited to receive the proceeds of the said life insurance policy.

## VII.

Thereafter, however, Plaintiff was told by BMC that actually there was no life insurance available because the deceased "had not been paying his insurance premiums in the months preceding his death".  In effect, what BMC was saying was that defendants had not paid the insurance premiums from the deceased's disability wage payments.  Not only did BMC and its insurance entities not ever give the deceased any notice of any alleged premium deficiencies, moreover, BMC was well aware of the deceased's total disability and declining mental and physical health but, further, had apparently continued to pay, through health insurance subsidiaries, the deceased's *medical expenses* via the deceased's hospital-based medical insurance.  At no time prior to the deceased's death was there any assertion or notice of an alleged nonpayment of *any* insurance premium (i.e., health insurance or life insurance).  Further, at no time prior to the aforementioned allegation of  non-payment of *life* insurance premiums, did BMC ever assert, as a grounds for non-payment of policy benefits, any other reason other than nonpayment of premiums.

## VIII.

Thereafter, after defendants' initial  claim that the deceased had not paid premiums, in

CMPDF - www.fasisa.com

response to a payment demand made by Plaintiff's attorney, defendants took the position that the deceased's life insurance benefits would not be paid insofar as they represented the increased coverage which the deceased had obtained in the year prior to the deceased's death *because the deceased had allegedly been treated for cancer before the deceased had applied for the increase in life insurance.*

## IX.

Plaintiff says that Defendants breached their contract(s) of insurance with the deceased, his heirs and successors.

## X.

Plaintiff says that Transamerica Insurance Companies, at all relevant times subsidiaries of BMC and Tenet, or agents thereof, engaged in unfair insurance settlement practices as enumerated in Art. 21.21 § 4(10) of the Texas Insurance Code, and § 17.46 (b) 5,7 and § 17. 50 of the Texas Bus. & Commerce Code by misrepresenting coverage premiums, failing to promptly, fairly and equitably setting the case when liability was reasonably clear, refusing to pay the claim without first conduction a reasonable investigation and by a failure to timely pay a death benefit.

Plaintiff further says that Defendant breached the duty of good faith and fair dealing by failing to pay the benefits in accordance with the terms of policy of insurance when liability was reasonably clear.

## XI.

Plaintiff further says that Defendants BMC and Tenet assumed the responsibility for collecting the health, disability, and life insurance premiums from its employees like the deceased, same being collected for the use and benefit of BMC's subsidiary and/or affiliate insurance companies, to wit, Transamerica, which companies provided, for profit, the said health, disability,

and life insurance coverages referred to herein.  Plaintiff says that to the extent that said collection responsibility was not a contractual duty, that Defendants owed a duty of care to Plaintiff and Plaintiff's deceased husband to collect and/or notify the deceased of any need to make direct life insurance premium payments during period of the deceased's disability, or a duty of care to notify the deceased of any alleged default in the payment of life insurance premiums. The breach of said duty(s) amounted to negligence which proximately caused the losses referenced hereinafter.

XII.

Plaintiff further says that Defendants BMC and Tenet failed to provide a safe working environment for the deceased, failing to install and maintain dangerous x-ray equipment in a proper fashion, and, further, failed to maintain a proper radiological monitoring program to protect workers exposed to the radiation utilized. Plaintiff says that such wrongful conduct proximately caused the death of the deceased and those damages accruing therefrom.

XIII.

Plaintiff says that Defendant's conduct was so intentionally wrongful or reckless that an award of punitive damages should be made.  In that regard Plaintiff would show that since the deceased husband of Plaintiff had been BMC employee for such a long time, and because Defendant BMC is in the business of treating illness, that said Defendant had not only direct knowledge of the deceased's medical condition and terminal prognosis through contact with the deceased during his disability, but also that BMC's insurance subsidiaries, in providing the disability coverage, had written information of the deceased's critical medical condition and employment status.  Further, Plaintiff says that defendants Tenet and BMC are in the business of providing medical services to the public and should have been very aware of the dangers posed to its own x-ray technicians For such reasons, and because Defendants knew that Plaintiff was a widow with dependents, a significant

punitive damage award should be made.

## XIV.

Plaintiff says that all conditions precedent have been performed or have occurred with respect to the bringing of this lawsuit and for the recovery of all relief sought herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays as follows:

1.    That citation issue and be served upon defendants;

2.    That Plaintiff recover actual damages, punitive damages, and statutory penalties in an amount that exceeds the minimum jurisdictional amount of this court;

3.    That Plaintiff recover court costs, pre and post judgment interest and attorneys fees;

4.    That Plaintiff recover such other and further relief to which she may be entitled..

Respectfully Submitted,

_____

DENIS A. DOWNEY
Bar No. 06085500
Federal # 1186
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
956 544-0561 956 544-0562 (FAX)

ATTORNEY FOR PLAINTIFF