# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JUN 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased § § § § | |
| VS. § | CIVIL ACTION NO. B-01-037 |
| § | |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, INC. And TRANSAMERICA ASSURANCE COMPANY § § § § | |

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON TRANSAMERICA ASSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR MOTION FOR SUMMARY JUDGMENT

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

AUGUST 14, 2001 AT 2:00 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:  JUNE 14, 2001

TO:   MR. DENIS DOWNEY
      MR. MICHAEL FOX
      MR. SHAYNE MOSES
      MS. LECIA CHANEY
      MR. EDUARDO R. RODRIGUEZ