1つ

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually and<br>as Representative of the Estate of<br>FERNANDO CISNEROS, Deceased,<br><br>*Plaintiff,*<br><br>v.<br><br>BROWNSVILLE MEDICAL CENTER,<br>TENET HEALTHCARE, INC. and<br>TRANSAMERICA ASSURANCE<br>COMPANY,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO: B-01-037 |

## DEFENDANT BROWNSVILLE MEDICAL CENTER'S
## MOTION FOR SUMMARY JUDGMENT & SUPPORTING BRIEF

Defendant Tenet Healthcare, Ltd d/b/a Brownsville Medical Center ("BMC") (erroneously

named "Tenet Healthcare, Inc." by plaintiff), respectfully requests that the court grant summary

judgment for BMC under FED. R. CIV. P. 56 because all of the claims asserted by Plaintiff Graciela

Cisneros ("Cisneros") fail as a matter of law.

**I.    Introduction[1]**

Dissatisfied that her claim for benefits under the TenetSelect Plan's[2] supplemental life

insurance policy was denied, Cisneros has filed suit against her deceased husband's former

employer, BMC, and the insurer asserting numerous causes of action to recover the benefits she was

---

[1]    The affidavits of Paul Slavin and Julia Cass and their corresponding attachments are
attached to, and incorporated by reference in, this motion.

[2]    "TenetSelect" is the name for the Tenet Employee Benefit Plan sponsored by Tenet
Healthcare Corporation. [Ex. A, ¶¶ 3, 8; Attchs. a–f].

S-104788.5

denied.[3]  However, all of her claims arising from the denial of benefits are preempted by ERISA, and, therefore, fail as a matter of law.  Additionally, Cisneros' unsafe workplace negligence claim based upon the death of her husband fails as a matter of law.  Consequently, summary judgment for BMC is proper.

## II.     Summary Judgment Standard.

The court shall enter summary judgment "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." FED. R. CIV. P. 56 (c).  According to the Supreme Court, Rule 56 (c) requires that the court enter summary judgment upon motion against the party who fails "to establish the existence of an element essential to that party's case, and on which that party will bear the burden of proof." *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986); *Little v. Liquid Air Corp.*, 37 F.3d 1069, 1075 (5th Cir. 1994) (en banc).  As the movant, BMC need not demonstrate the absence of a genuine issue of material fact regarding any issue on which Cisneros, the non-movant, has the burden of proof. *Celotex*, 477 U.S. at 322-23; *Little*, 37 F.3d at 1075.  As the party with the burden of proof on the merits, Cisneros must introduce substantial evidence to establish the existence of all elements essential to her case. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249-50 (1986).  Cisneros does not come close to satisfying her summary judgment burden and the court should grant BMC summary judgment.

---

[3]      It is undisputed that Cisneros' claim for benefits under the TenetSelect Plan's supplemental life insurance policy was denied for non-payment of premiums and that Cisneros did receive benefits under the TenetSelect Plan's employer-paid Basic Life Insurance plan.

S-104788.5                                  - 2 -

**III.    Cisneros' Claims for Recovery of Benefits Are Preempted by ERISA.**

Seeking to recover the benefits she alleges are due to her under the TenetSelect Plan's supplemental life insurance policy, Cisneros has alleged breach of contract, negligence, violation of the Texas Deceptive Trade Practices Act, violation of Article 21.21 of the Texas Insurance Code, and breach of the duty of good faith and fair dealing   Because the TenetSelect Plan is an ERISA plan and all of Cisneros' claims "relate to" recovery of benefits under an ERISA plan, they are preempted by ERISA and, therefore, they fail as a matter of law.

To determine whether or not Cisneros' claims have been ordinarily preempted by ERISA, the Court must first ascertain whether or not the TenetSelect Plan -- of which the supplemental life insurance policy at issue was a part -- constituted an ERISA employee benefit plan.  If it does, the Court must then determine whether or not Cisneros' claims "relate to" the ERISA plan.  *See Armstrong v. Columbia/HCA Healthcare Corp.*, 122 F. Supp. 2d 739, 742 (S.D. Tex. 2000) (citing *McNeil v. Time Ins. Co.*, 205 F.3d 179, 191 (5th Cir. 2000), *cert. denied*, 121 S. Ct. 1189 (2001)).

**A.    The TenetSelect Plan is an ERISA plan.**

ERISA defines an "employee welfare benefit plan," in part, as "any plan, fund or program . . . established or maintained by an employer . . . for the purpose of providing for its participants or their beneficiaries . . . benefits in the event of . . . death."  29 U S.C  § 1002(1).  To decide if the TenetSelect Plan qualifies as an ERISA plan, the Court must answer three questions in the affirmative:

1.    does the plan "exist,"
2.    does the plan fall outside the safe harbor exclusion established by the Department of Labor; and
3.    does the plan "meet the ERISA requirement of establishment or maintenance by an employer for the purpose of benefitting plan participants."

*McNeil*, 205 F.3d at 189.

      1.     <u>A plan does exist</u>.

      To determine whether a plan exists, the Court "must determine whether from the surrounding circumstances a reasonable person could ascertain the intended benefits, beneficiaries, source of financing, and procedures for receiving benefits." *Armstrong*, 122 F. Supp. 2d at 743 (citing *Meredith v. Time Ins. Co.*, 980 F.2d 352, 355 (5th Cir. 1993)). Under the TenetSelect Plan, employees are given TenetSelect Enrollment Forms every year setting out the available benefits, coverage amounts, and premiums. [Ex. A, ¶¶ 5, 8; Attchs. c-f]. Employees may also designate their beneficiaries on the form. [Ex. A, ¶¶ 5, 8; Attchs. c-f]. Employee elections are confirmed with the TenetSelect Confirmation Forms that are distributed to each employee. [Ex. A., ¶¶ 5, 8; Attch. b]. Every employee receives an SPD fully describing the available benefits, coverage amounts, claims procedures, and identifying the plan sponsor, administrator, and insurer. [Ex. A, ¶¶ 6, 8; Attch. a]. It is undisputed that for years the deceased enrolled in benefits under the TenetSelect Plan. [Ex. A, ¶ 8; Attchs. c-f] The deceased designated plaintiff, his wife, as his beneficiary under the plan. [Ex. A, ¶ 8; Attchs. b, c]. Under the applicable SPD, it was clearly stated that Tenet was the plan sponsor and Transamerica was the insurer. [Ex. A, ¶ 8; Attch. a]. Cisneros clearly knew there was a plan and she sought benefits under the plan. On the undisputed facts, a reasonable person "could ascertain the intended benefits, beneficiaries, source of financing, and procedures for receiving benefits" and, therefore, a plan existed. *See, e.g.*, *McNeil*, 205 F.3d at 189; *Armstrong*, 122 F. Supp. 2d at 743 (both holding that a plan existed on similar facts).

2.      The ERISA "safe harbor" does not apply.

The DOL has established a four-pronged ERISA "safe harbor" under which benefit plans are exempt from ERISA. For the safe harbor to apply – exempting a plan from ERISA coverage -- the plan must satisfy *all four* of the following criteria:

1)      the employer does not contribute to the plan,
2)      participation is voluntary;
3)      the employer's role is limited to collecting premiums and remitting them to the insurer; and
4)      the employer received no profit from the plan.

*Armstrong*, 122 F. Supp. 2d at 743 (citing *McNeil*, 205 F.3d at 190). If the plan fails to satisfy *any one* of these criteria, the safe harbor does not apply. As shown below, the "safe harbor" does not apply because, at a minimum, the plan fails to satisfy criteria 1) and 3).

Tenet contributes to the TenetSelect Plan by automatically providing employer-paid "CORE" coverages of Basic Employee Life insurance, Basic Employee Accidental Death & Dismemberment insurance and Business Travel Accident insurance. [Ex. A, ¶¶ 4, 8; Attchs. a-f]. In *Armstrong*, the court held that the safe harbor did not apply because defendant contributed to the overall plan by paying for plaintiff's own life insurance under the plan despite the fact that defendant did not contribute directly to the specific spousal life insurance plan at issue. 122 F. Supp. 2d at 743. Tenet did not directly contribute to the supplemental life insurance policy at issue  The supplemental life insurance policy, however, was only one of the many benefits available under the TenetSelect Plan. And, as was the case in *Armstrong*, Tenet contributed to the overall TenetSelect Plan by paying for "CORE" coverages such as basic life insurance. As the *Armstrong* court held on analogous facts, Tenet contributed to the  TenetSelect Plan, it fails the first safe harbor criteria and, therefore, the safe harbor does not apply.

Furthermore Tenet created, sponsors and administers its TenetSelect Plan; it does not merely collect and remit premiums to the insurer. [Ex. A, ¶¶ 3, 5, 7, 8; Attch. a]. The supplemental life insurance benefit at issue is only one of the many benefits made available by Tenet under the TenetSelect Plan. Tenet provides employer-paid "CORE" Employee Life Insurance and other employer-paid benefits under the TenetSelect Plan. [Ex. A, ¶¶ 4, 8; Attchs. a-f]. Tenet actively administers its plan by deciding what benefits to offer, selecting providers and reviewing available benefits annually. [Ex. A, ¶ 7]. Again, as the *Armstrong* court held on similar facts, the TenetSelect Plan fails the third safe harbor criteria and the safe harbor does not apply. 122 F. Supp. 2d at 744.

3.    The plan was established and maintained to benefit employees.

Tenet unquestionably established and maintained a broad package of benefits under its TenetSelect Plan for the purpose of benefitting its employees. [Ex. A, ¶¶ 3, 8; Attchs. a-f]. Tenet provides employer-paid "CORE" insurance coverages for its employees; provides employees SPDs describing the available benefits; provides employees opportunities to enroll in the plan and/or change their benefit elections each year with the TenetSelect Benefits Enrollment Forms; and enables employees to pay for their elected benefits with payroll deductions. [Ex. A, ¶¶ 4-6, 8; Attchs. a-f]. Tenet was involved in the claims process as evidenced by BMC assisting plaintiff in completing the benefits claim paperwork to collect the death benefit from the employer-paid CORE life insurance. [Petition at VI]. It is beyond dispute that the purpose of the TenetSelect Plan was to benefit employees. *See, e.g., Armstrong*, 122 F. Supp. 2d at 744. The TenetSelect Plan is an ERISA employee benefit plan. Thus, if Cisneros' claims "relate to" the TenetSelect Plan, they are preempted.

**B.**     **Cisneros' claims seeking benefits under the TenetSelect Plan "relate to" an ERISA plan and are preempted.**

According to the Fifth Circuit, a claim relates to an employee benefit plan under 29 U.S.C. § 1144 (a) if the "claim addresses an area of exclusive federal concern, such as the right to receive benefits . . . and if that claim directly affects the relationship between traditional ERISA entities." *McNeil*, 205 F.3d at 191.   Courts have noted that the ERISA preemption provision is "deliberately expansive," has a "broad scope," an "expansive sweep," and is "conspicuous for its breadth." *Wise v. Lucent Tech. Inc. Pension Plan*, 102 F. Supp. 2d 733, 744 (S.D. Tex. 2000) (citations omitted). A suit by a participant or beneficiary to recover benefits from a covered plan falls directly within the civil enforcement provision of ERISA, which provides an exclusive federal cause of action for the resolution of such disputes. *Id.* (citing *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 62-63 (1987)).   "In short, when beneficiaries seek to recover benefits from a plan covered by ERISA, their exclusive remedy is provided by ERISA." *Id.* (citing *Hansen v. Continental Ins. Co.*, 940 F.2d 971, 979 (5th Cir. 1991)).

Cisneros is a plan beneficiary suing her husband's former employer, BMC, and the insurer to obtain benefits she alleges have been wrongfully denied   All but one of her causes of action relate to the denied benefits.   Furthermore, this lawsuit directly affects the relationship between traditional ERISA entities as the outcome will necessarily impact the parties.   Because her claims relate to an ERISA plan, they are preempted as a matter of law. *See, e.g., McNeil*, 205 F.3d at 191 (holding that breach of contract and breach of the duty of good faith and fair dealing claims, among others, are preempted by ERISA); *Armstrong*, 122 F. Supp. 2d at 745 (holding that plaintiff's breach of contract, violation of the Texas Deceptive Trade Practices Act, breach of the duties of good faith and

fair dealing, and violation of the Texas Insurance Code claims, among others, are preempted by ERISA); *Wise*, 102 F. Supp. 2d at 746 (citations omitted) ("the Fifth Circuit has found claims brought under state law asserting a variety of common law and statutory causes of action arising from the failure to pay . . . benefits available under an ERISA plan to be preempted by ERISA – breach of contract, negligence . . . breach of the duty of good faith and fair dealing . . . violation of the Texas Deceptive Trade Practices Act, and violation of Article 21.21 of the Texas Insurance Code."). All of Cisneros' claims arising from the denial of benefits under the TenetSelect Plan's supplemental life insurance policy are expressly preempted by ERISA and, therefore, fail as a matter of law.

Cisneros has not asserted a cause of action under ERISA   Instead, she asserted numerous causes of action in a deliberate attempt to circumvent ERISA. Her attempt fails and, as shown above, all of her causes of action relating to recovery of benefits are preempted by ERISA. *See, e.g., Armstrong*, 122 F. Supp. 2d at 746 (granting defendant's motion to dismiss on the grounds that all of plaintiff's claims were preempted by ERISA and plaintiff failed to assert any ERISA claim). The *Armstrong* court's holding is equally applicable in the instant case and, therefore, all of Cisneros' claims relating to the recovery of benefits under the TenetSelect Plan should be dismissed.

## IV.    Cisneros' Unsafe Workplace Negligence Claim Fails As A Matter of Law.

In addition to the primary claims for recovery of benefits, Cisneros has included a "shot in the dark" by making a completely unfounded allegation that "Tenet failed to provide a safe working environment for the deceased .   . such wrongful conduct proximately caused the death of the deceased   . . ." [Petition at XII]. Like her benefits-related claims, this claim also fails as a matter of law.

As pled, Cisneros is asserting a common law negligence claim for the alleged workplace injuries that resulted in the death of her husband. Of course, it is well-settled that at common law, "no cause of action may be brought for the death of another person." *Russell v. Ingersoll-Rand Co.*, 841 S.W.2d 343, 345 (Tex. 1992). "A cause of action for wrongful death *did not exist at common law*, and it is only by virtue of statutory authority that such suits can be maintained." *Maderazo v. Archem Co.*, 788 S.W.2d 395, 398 (Tex App. – Houston [14th Dist.] 1990, no writ) (emphasis in original). Cisneros has made no statutory claim for the alleged wrongful death of her husband. Cisneros' common law negligence claim for the death of her husband fails as a matter of law and should be dismissed.[4]

## V.    Conclusion.

This lawsuit arises from Cisneros' efforts to recover supplemental life insurance benefits allegedly due her upon the death of her husband. Her claims relate to the TenetSelect Plan, an ERISA plan, and they are preempted by ERISA. Therefore, her claims for recovery of benefits fail as a matter of law. Similarly, Cisneros' unsafe workplace negligence claim based upon the death of her husband fails as a matter of law. Consequently, summary judgment for BMC is proper.

---

[4]    Cisneros did not plead a cause of action under either the Texas Wrongful Death Act, TEX. CIV. PRAC. & REM. CODE ANN. Chap. 71 (Vernon 1997), or § 408.001 (b) of the TWCA and, therefore, neither should be considered. Nevertheless, had they been pled, both claims would fail as a matter of law. A Wrongful Death Act claim would fail as a matter of law because, as a derivative action, it would be barred by the TWCA. *See Maderazo*, 788 S.W.2d at 397 (denying parents' claim under the Wrongful Death Act because the TWCA would have barred a claim by their deceased son, holding that "[b]ecause of the derivative nature of § 71.003, appellants are precluded from bringing suit because their son would not have been entitled to sue had he lived."). The deceased was covered by BMC's workers' compensation insurance. [Ex. B, ¶¶ 3-7; Attch. a]. A claim under § 408.001 (b) would fail as a matter of law because Cisneros' negligence claim is not actionable under § 408.001 (b). [Petition at XII].

Respectfully submitted,

MICHAEL W. FOX
Attorney in Charge
State Bar No. 07335500
Southern District No. 10300
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701
Telephone: (512) 867-8400
Telecopier: (512) 867-8470

OF COUNSEL
HAYNES AND BOONE, LLP
CHRIS A. SCHERER
State Bar No. 00794600
Southern District No. 19638
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205
Telephone:   (210) 978-7000
Telecopier:   (210) 978-7450

Attorneys for Defendant
BROWNSVILLE MEDICAL CENTER

S-104788.5                                  - 10 -

## CERTIFICATE OF SERVICE

Based on the Federal Rules of Civil Procedure, a copy of this document has been served by certified mail, return receipt requested, on June 2-l , 2001, upon the following:

Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538

Shayne D. Moses
CANTEY & HANGER, L L.P.
801 Cherry St., Suite 2100
Fort Worth, Texas  76102

Eduardo Roberto Rodriguez
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren St
Brownsville, Texas  78522

_____
Chris A. Scherer

# AFFIDAVIT OF PAUL D. SLAVIN

STATE OF TEXAS        §
                              §
COUNTY OF DALLAS      §

On this day appeared before me Paul D. Slavin who is personally known to me and who, upon his oath, stated as follows:

1.     "My name is Paul D. Slavin. I am over the age of twenty-one (21) and am competent in all respects to make this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true.

2.     I am the Manager of Health Plan Operations for Tenet HealthSystem. I have been the Manager of Health Plan Operations since November 16, 1998. I am responsible for administration of the TenetSelect Life and AD&D Insurance Plan.

3.     Tenet Healthcare Corporation ("Tenet") sponsors the Tenet Employee Benefit Plan. The Tenet Employee Benefit Plan encompasses many subplans under the TenetSelect title. The purpose of the TenetSelect Plan is to benefit Tenet employees.

4.     One of Tenet Employee Benefit Plan subplans is the TenetSelect Life and AD&D Insurance Plan. Under this TenetSelect Plan, Tenet automatically provides company-paid employee benefits called "CORE" coverages. They include Basic Employee Life Insurance, Basic Employee AD&D Insurance and Business Travel Accident Insurance. In addition to the company-paid CORE coverages, employees are offered the option to elect supplemental life insurance coverage under the TenetSelect Life and AD&D Insurance Plan. Tenet does not pay for employees' supplemental life insurance coverage.

**Exhibit "A"**

CAMPDF - www.fastio.com

5.      Every year, Tenet conducts employee benefits enrollment under TenetSelect. Employees are given a TenetSelect Personal Enrollment Form to elect, or change, their benefits. After employee elections are made, each employee receives a TenetSelect Confirmation Statement reflecting their benefits elections.

6.      Current copies of the TenetSelect Life and AD&D Insurance Summary Plan Description are mailed to the homes of Tenet employees.

7.      The TenetSelect Plan was created by Tenet. Tenet's Benefits Administration Committee administers the TenetSelect Plan, decides what benefits to offer employees, selects the providers and reviews available benefits annually.

8.      Attached to my affidavit are true and correct copies of documents that were kept in the regular course of business and it is the regular practice of the business to make such records.

a.      TenetSelect Life and AD&D Insurance Summary Plan Description dated January 1998

b.      TenetSelect 1999 Confirmation Statement for Fernando Cisneros

c.      TenetSelect 1999 Personal Enrollment Form for Fernando Cisneros

d.      TenetSelect 1998 Personal Enrollment Form for Fernando Cisneros

e.      TenetSelect 1997 Personal Enrollment Form for Fernando Cisneros

f.      TenetSelect 1996 Personal Enrollment Form for Fernando Cisneros

FURTHER AFFIANT SAYS NAUGHT.

_____
Paul D. Slavin

SWORN TO AND SUBSCRIBED BEFORE ME on this _13th_ day of June, 2001.

[SEAL]

_____
Notary Public in and for
The State of Texas

_____
Name of Notary Typed or Printed

My Commission Expires:

1-10-2005

Attached



# LIFE AND
# AD&D INSURANCE

## JANUARY 1998

TENETSELECT



TRA 000054
Cisneros v. Brownsville Med, et al                Attachment "a"

# TABLE OF CONTENTS

*About The TenetSelect Life And AD&D Insurance Plans* . . . . . . . . . . . . . . . . . . 1

*Your TenetSelect Life And AD&D Insurance Plans - A Quick Look* . . . . . . . . . . 2

*Who Is Eligible* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Employees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Family Members . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    If You And Your Spouse Both Work For Tenet . . . . . . . . . . . . . . . . . . . . . . . . . 4
    If Your Employment Status Changes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    If You Take A Leave Of Absence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Enrollment* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Enrolling When First Eligible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Annual Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    No Late Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Evidence Of Insurability (EOI) Requirements . . . . . . . . . . . . . . . . . . . . . . . . 10
        EOI At Initial Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
        EOI Required For All Coverage Increases . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Changing Your Insurance Coverage* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    Major Life Events . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Cost Of Coverage* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Naming Your Beneficiary* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Spouse And Dependent Coverages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*How Life Insurance Coverage Works* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
    When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        After Initial Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        After A Major Life Event . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
        After Annual Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        After Your Facility Is Acquired By Tenet . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        If You're "Disabled" And Not Actively At Work . . . . . . . . . . . . . . . . . . . . . 19
    Coverage Amounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        Benefits Age . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

**TRA 000055**
Cisneros v. Brownsville Med. et al

# TABLE OF CONTENTS cont.

Annual Benefits Pay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Basic Employee Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Supplemental Employee Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Spouse Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Child Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Accelerated Benefit Option . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
What's Not Covered By Life Insurance (Limitations And Exclusions) . . . . . . . . . . . . . . 25

*How AD&D Coverage Works* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
After Initial Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
After A Major Life Event . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
After Annual Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
What AD&D Covers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Coverage Amounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Basic Employee AD&D Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Supplemental Employee AD&D Insurance . . . . . . . . . . . . . . . . . . . . . . . 30
Spouse AD&D Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Child AD&D Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Additional Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
Safe Driving Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
Monthly Coma Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
Special Education Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
Child Care Center Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
Special Training Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
Common Disaster Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
Felonious Assault Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
24-Month Extended Aid Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
Additional Benefit Amounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
What's Not Covered By AD&D Insurance (Limitations And Exclusions) . . . . . . . . . . . 37

*How The Business Travel Accident Insurance Plan Works* . . . . . . . . . . . . . . . . 39
When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
Covered Accidental Losses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
Safe Driving Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
Monthly Coma Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
What's Not Covered By Business Travel Accident Insurance (Limitations And Exclusions) . . 43

# TABLE OF CONTENTS cont.

When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

Filing A Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
    Claims Review Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
    Appeal Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

Converting Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

Other Provisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
    Plan Administrator Discretion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
    Amendment And Termination Of Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
    Source Of Payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
    Your ERISA Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
    ERISA Plan Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

TRA 000057

Cisneros v. Brownsville Med, et al

# ABOUT THE TENETSELECT LIFE AND AD&D INSURANCE PLANS

TenetSelect offers a variety of Life Insurance and Accidental Death and Dismemberment (AD&D) Insurance Plans for you and your family. Depending on your employment status at Tenet, you may receive automatic coverage as part of your TenetSelect CORE benefits. These automatic coverages are paid for entirely by the company. In addition, TenetSelect offers Supplemental Life and AD&D Insurance options.

TenetSelect CORE benefits for full-time employees include:

- *Basic Employee Life Insurance*

- *Basic Employee AD&D Insurance*

- *Business Travel Accident Insurance*

Part-time 1 employees receive coverage under Business Travel Accident Insurance for their TenetSelect CORE benefits.

The following Life and AD&D Insurance options are available to all employees who are eligible for the TenetSelect Benefit Plans:

- *Supplemental Employee Life Insurance*

- *Spouse Life Insurance*

- *Child Life Insurance*

- *Supplemental Employee AD&D Insurance*

- *Spouse AD&D Insurance*

- *Child AD&D Insurance*

> This booklet provides key information about the TenetSelect Life, AD&D, and Business Travel Accident Insurance Plans. Information for other Tenet-sponsored plans is provided in separate summary plan descriptions (SPDs) available from your Human Resource department.



TRA 000058
Cisneros v. Brownsville Med, et al

# YOUR TENETSELECT LIFE AND AD&D INSURANCE PLANS – A QUICK LOOK

**Who Is Eligible**
- Full-time employees working at least 36 hours per week
- Part-time 1 employees working at least 24 hours per week
- *(eligibility may vary by facility)*

**Who You Can Cover**
- Eligible family members including your spouse and dependent children

**Cost Of Coverage**

Tenet pays for the full cost of your CORE insurance plans (Basic Employee Life, Basic Employee AD&D, and Business Travel Accident Insurance).  Supplemental insurance is available; however, you pay the full cost.

**When Coverage Begins**

Generally, your insurance coverage can begin on the 91st day after you begin employment in a full-time or part-time benefits-eligible position

**Who To Call For Help**

*If you have questions about:*

- Life Insurance Plans
- AD&D Insurance Plans
- Business Travel Accident Insurance Plan

*Contact:*

- Your Human Resource department

TRA 000059
C1sneros v. Brownsville Med, et al

# WHO IS ELIGIBLE

## Employees

You are eligible to enroll for coverage under the TenetSelect Life, AD&D, and Business Travel Accident Insurance Plans if your facility participates in the TenetSelect Benefit Plans and:

| you are a... | and regularly scheduled to work at least... |
|---|---|
| Full-time employee | 36 hours per week |
| Part-time 1 employee | 24 hours per week |

Employees who are covered by a collective bargaining agreement are eligible only if the agreement specifically provides for coverage under the TenetSelect Benefit Plans.

Part-time benefits-ineligible employees are not eligible to enroll in any of the TenetSelect Benefit Plans.  Per diem, temporary, seasonal, student, intern, leased, and contract employees also are ineligible.  *Please note that for plan eligibility purposes, your employment category is based on how Tenet characterizes your status, regardless of how a court or the IRS may characterize it.*

## Family Members

Your legal spouse is eligible for Spouse Life Insurance and Spouse AD&D Insurance.

You can elect Spouse Life Insurance up to 50% of the Supplemental Employee Life Insurance coverage amount.

You can also elect Child Life Insurance for your eligible children up to 50% of the Supplemental Employee Life Insurance coverage amount.

There are no restrictions on enrolling in Spouse or Child AD&D Insurance.

Eligible children are:

• *Your dependent, unmarried children up to age 19; and*

• *Your dependent, unmarried children age 19 through age 22 provided they are full-time students at a post-secondary school or an accredited trade school.*

The term "children" includes your natural children, stepchildren, foster children, and legally adopted children. Stepchildren and foster children under age 19 must live with you to be eligible unless they are full-time students living away at school. You may be required to show proof of dependent status.

Family members who are in the military service are not eligible for coverage under the TenetSelect Life or AD&D Insurance Plans.

Please note that even though disabled children can continue to be covered under your TenetSelect medical and dental coverage after their 19th birthday (subject to plan guidelines), Child Life and AD&D Insurance coverage ends on their 19th birthday.

## If You And Your Spouse Both Work For Tenet

If you and your spouse are both eligible for the TenetSelect Benefit Plans, you will both receive the CORE benefits that are applicable for your employment status. In addition, you can each elect Supplemental Employee Life, Spouse Life, Supplemental Employee AD&D, and Spouse AD&D Insurance coverages on your Personalized Enrollment Form (PEF). In other words, you can double cover each other for these plans. However, only one spouse may enroll eligible children in the Child Life and Child AD&D Insurance Plans.

As long as you are eligible for the TenetSelect Benefit Plans (i.e., a full-time or part-time 1 employee), you cannot be enrolled in the Child Life or Child AD&D Insurance Plans as another employee's dependent.

---

**Don't Forget...**

The same eligibility rules that apply to married Tenet couples also apply if you and your dependent child are both employed by Tenet and eligible for TenetSelect Benefit Plans.

---

TRA 000061
Cisneros v.Brownsville Med. et al

# If Your Employment Status Changes

If a schedule change impacts your employment status, your eligibility for TenetSelect will be affected as follows:

*Benefits-Ineligible Status* ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⟶ *Part-time 1 or Full-time Status*

• *Business Travel Accident Insurance coverage begins on the first day in a benefits-eligible status.*

• *All other Life and AD&D Insurance coverages may begin on the 91st continuous day you are in a benefits-eligible employment status.*

You will be provided with a Personalized Enrollment Form (PEF), which must be completed in a timely manner for Life and AD&D Insurance coverages to begin as scheduled. Associated payroll deductions will begin with the first complete pay period you are a benefits-eligible employee after your benefits go into effect. If you or a family member are "disabled" on the day coverage is scheduled to start, coverage will be delayed. (See the section titled *If You're "Disabled" And Not Actively At Work* on pages 19-20 for more information.)

*Part-time 1 Status* ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⟶ *Full-time Status*

• *Your participation in the Business Travel Accident Insurance Plan continues.*

• *You are automatically eligible for company-paid Basic Employee Life and Basic Employee AD&D Insurance (i.e., TenetSelect CORE benefits for full-time employees). These CORE coverages will begin on the 91st day you are in a benefits-eligible employment status, which includes your continuous employment as a part-time 1 employee.*

If you are participating in any Supplemental Employee Life or AD&D Insurance Plans, these coverages will increase beginning the first day you are a full-time employee to reflect your pay increase resulting from your status change. Associated changes in your payroll deductions will begin with the first full pay period following your status change. Your CORE benefits and coverage increases will be delayed if you are "disabled" and not actively at work on the effective date. (See the section titled *If You're "Disabled" And Not Actively At Work* on pages 19-20 for more information.)

*Full-time Status* —————————————> *Part-time 1 Status*

- *Your participation in the Business Travel Accident Insurance Plan continues.*

- *Your reduction in hours makes you ineligible for the Basic Employee Life and Basic Employee AD&D Insurance Plans. These CORE coverages will end on the last day you are a full-time employee.*

If you are participating in any Supplemental Employee Life or AD&D Insurance coverages, these coverages will decrease beginning the first day you are a part-time 1 employee to reflect your pay decrease resulting from your status change. Associated changes in your payroll deductions will begin with the first full pay period following your status change. You are eligible to convert your Basic Employee Life/AD&D coverages to individual policies. (See page 48 for more information.)

*Part-time 1 or Full-time Status* —————————> *Benefits-Ineligible Status*

- *Your reduction in hours makes you ineligible to continue participating in the TenetSelect Benefit Plans.*

As a result, all TenetSelect Life and AD&D Insurance coverages end on the last day you are in a benefits-eligible status (i.e., part-time 1 or full-time status). Deductions for TenetSelect Life and AD&D Insurance coverages will stop the first complete pay period after your status change. You are eligible to convert your coverages to individual policies. (See page 48 for more information.)



**TRA 000063**
Cisneros v. Brownsville Med. et al

# If You Take A Leave Of Absence

You can continue all TenetSelect Life and AD&D Insurance coverages, except Business Travel Accident Insurance, during most approved leaves of absence for up to 12 months. For individuals on military leave, Life and AD&D coverages will end on the last day worked and can be reinstated upon return to work.

See your Human Resource department for definitions of leaves of absence and for additional information on continuing benefit coverage during a leave, cost of coverage, and procedures for making payments.

If you return to work and want to re-enroll, you must satisfy Evidence of Insurability (EOI) requirements with the insurance company before Life Insurance coverage can be reinstated. Employees returning from a leave that has qualified under the Family Medical Leave Act (FMLA) will not be required to satisfy EOI if Life Insurance coverage is reinstated immediately following the leave. For more information on reinstating benefit coverage following a FMLA leave, refer to your TenetSelect Medical Plan or TenetSelect Dental Plan summary plan descriptions. For more information on EOI requirements, refer to *Evidence Of Insurability (EOI) Requirements* starting on page 10.

If you do not return to work following a leave, you may be eligible to convert your Life and AD&D Insurance coverage to an individual policy. Please note that individual policies offered by the insurance company will differ in plan provisions and premiums from the plans offered through TenetSelect. For more information, see *Converting Coverage* on pages 48-49.

---

*How long can I continue coverage during a leave of absence?*

Your insurance coverage can be continued for up to 12 months during an approved leave of absence, provided you continue to pay the premium.

---

*Don't Forget...*

If you are eligible to continue insurance coverage, it's important to pay the cost on a timely basis. Late payments result in termination of coverage.

---

**TRA 000064**
Cisneros v.Brownsville Med, et al

7

# ENROLLMENT

You are enrolled automatically in your TenetSelect CORE benefits. However, if you want additional Life and AD&D Insurance for yourself, your spouse, and your children, you must elect these coverage options on your Personalized Enrollment Form (PEF). In certain situations, the insurance company must approve your request for Supplemental Employee and Spouse Life Insurance through a process called Evidence of Insurability (EOI). This requirement is described in more detail on pages 10-11.

Even if you do not elect any of the additional Life and AD&D Insurance options, you must complete a Beneficiary Designation Form so that the insurance company has clear instructions for paying a benefit for your CORE coverages. See *Naming Your Beneficiary* on page 15 for more information.

## Enrolling When First Eligible

During the first 90 days in an eligible employment status, you will receive a Personalized Enrollment Form (PEF) that allows you to enroll in Life and AD&D Insurance, as well as other voluntary TenetSelect benefit plans. Your PEF will indicate the date you must return your completed form to your Human Resource department and the effective date of coverage. If you do not receive your PEF by the 61st day in an eligible employment status, contact your Human Resource department immediately.

If you or your spouse are required to satisfy Evidence of Insurability (EOI), the affected individual must complete an Evidence of Insurability Form. The form can be obtained from your Human Resource department. To ensure your application for coverage is reviewed in a timely manner, return the completed Evidence of Insurability form with your PEF directly to your Human Resource department. The insurance company will then notify you and your Human Resource department of its decision regarding your application for Life Insurance coverage. If EOI is approved after

---

*If you're wondering how much insurance you need, you should consider:*

1. How much financial support would my spouse or family need in the event of my death?

2. If my spouse has life insurance coverage, would it be sufficient to support the family?

3. Who else relies on me for financial support?

---

**TRA 000065**
Cisneros v. Brownsville Med. et al

your scheduled coverage effective date has passed, your life insurance coverage will go into effect on the date EOI is approved. Once your Human Resource department receives the approval from the insurance company, payroll deductions for life insurance will begin or be adjusted with the first complete pay period.

Once you enroll, your elections stay in force for the rest of the calendar year.

## Annual Enrollment

Annual Enrollment is held in the fourth quarter each year so that you can change your TenetSelect benefit elections, including your Life and AD&D Insurance coverages. All changes made during Annual Enrollment, including terminating coverage, will be effective on January 1 of the following calendar year.

All elections to increase coverage under the Supplemental Employee and Spouse Life Insurance Plans will be subject to EOI requirements. EOI will also be required if you waive Supplemental Employee or Spouse Life Insurance for the current year and elect it for the next calendar year. There are no EOI requirements for AD&D Insurance.

## No Late Enrollment

Under TenetSelect, there is no late enrollment. If you do not return your Personalized Enrollment Form (PEF) by the deadline indicated on your PEF, you cannot enroll or make changes to any of the Life or AD&D Insurance options until the Annual Enrollment period for the next calendar year. Please note that you or your spouse will be required to satisfy EOI requirements if you enroll in Supplemental Employee or Spouse Life Insurance at a later date. See the next page for more information on EOI requirements.

**TRA 000066**
Cisneros v. Brownsville Med, et al

## Don't Forget...

Initial enrollment usually refers to these situations:

- You are enrolling yourself and your family members when first eligible for the TenetSelect Benefit Plans.

- You are enrolling your new spouse in the Spouse Life Insurance Plan within 31 days of the date of your marriage.

## How do I provide EOI, when necessary?

1. Complete the Evidence of Insurability Form, which can be obtained from the Human Resource department.

2. Return the form to your Human Resource department.

3. Expect to receive a decision from the insurance carrier within several weeks.

# Evidence Of Insurability (EOI) Requirements

## EOI At Initial Enrollment

EOI is always required during initial enrollment if:

- *You elect a Supplemental Employee Life Insurance amount in excess of $500,000;*

- *You elect a Spouse Life Insurance amount in excess of $50,000;*

- *You are age 61 or older when you first enroll in Supplemental Employee Life Insurance; or*

- *Your spouse is age 61 or older when you first enroll him or her in Spouse Life Insurance.*



**TRA 000067**
Cisneros v. Brownsville Med, et al

## EOI Required For All Coverage Increases

EOI will be required for all future increases in coverage levels once you enroll in Supplemental Employee and/or Spouse Life Insurance coverage. This rule also affects employees who waive coverage during their initial enrollment and elect it at a later date. If EOI is denied, the affected individual will remain at his or her current coverage level.

EOI will be required when the new coverage amount increases over one of the following dollar thresholds: $500,000, $750,000, $1 million, $1.3 million, or $1.6 million, if you keep the same Supplemental Employee Life Insurance coverage level but your coverage amount increases as the result of a pay increase. If EOI is required and then subsequently denied, your coverage will automatically increase only to the applicable dollar threshold.

It is important to note once you drop coverage, you will be required to satisfy EOI requirements before you can re-enroll. However, if you are reinstating coverage following a FMLA leave, EOI requirements may be waived. (See *If You Take A Leave of Absence* on page 7 for more information.)

### For Example . . .

Let's say your annual benefits pay is $186,000 and you have the "4 x annual benefits pay" coverage level. Your coverage amount would be $744,000 in coverage (4 x $186,000). If your annual benefits pay increased to $189,000 and you remained at the same coverage level, your new coverage amount could potentially be $756,000. However, EOI would be required for the $6,000 that exceeds the $750,000 threshold. If EOI is denied, your coverage amount would still increase to the $750,000 threshold.

Once EOI has been denied, EOI will be required for any subsequent increase — even if the coverage amount does not exceed another threshold. Should EOI be approved at a later date, you will then be subject to the EOI requirements only if your coverage amount crosses over another threshold amount.

### How are my spouse's benefits determined?

- Coverage affected by *your* age
- EOI based on *your spouse's* age
- Premiums affected by *your age*

TRA 000068
Cisneros v. Brownsville Med, et al

Case 1:01-cv-00037   Document 13   Filed in TXSD on 06/27/2001   Page 30 of 85

# CHANGING YOUR INSURANCE COVERAGE

---

> ## What should I do if my dependent's eligibility status changes?
>
> If your dependents become ineligible for coverage during the year, remember to drop their coverage immediately — especially if the change reduces your payroll deductions for insurance coverage. If you drop dependent coverage within 31 days of the event, you may be eligible for retroactive reimbursement of excess payroll deductions.

Other than during Annual Enrollment, you can change your benefit elections during the calendar year only if you have a change in your employment status (described on pages 5-6), or a major life event (described below).  Your coverage may then be affected as follows:

a) *You may automatically lose or gain CORE Life/AD&D Insurance coverages; or*

b) *You may be able to enroll or drop coverage for yourself or a family member during the year.*

Check with your Human Resource department to determine allowable changes.

## Major Life Events

During the year, you can add or drop coverage only for major life events. The coverage you wish to change must be related to the major life event, and you must file a Notification of Major Life Event form with your Human Resource department within 31 days of the event.  If you miss the 31-day deadline, you will have to wait until the next Annual Enrollment period to change your TenetSelect Life and AD&D Insurance coverages. However, if the event causes you or your dependent to be ineligible for coverage, coverages will stop whether or not you file this form.

If you are dropping Spouse or Child Life Insurance coverage due to a major life event and this change affects your payroll deductions, you may be eligible for an adjustment to your payroll deductions retroactive to the date of the major life event.  However, if you do not notify your Human Resource department within 31 days that a dependent is no longer eligible for TenetSelect Life and AD&D Insurance coverages, you will not be reimbursed for excess payroll deductions, if applicable.  In addition, that dependent will be dropped retroactively from the date of ineligibility.

Here is a list of major life events that may affect your coverage:

TRA 000069
Cisneros v Brownsville Med. et al

- Marriage, reconciliation of legal separation

- Divorce, legal separation

- Birth or legal adoption of child

- Change in legal custody of dependents

- Child is no longer eligible for coverage (child marries, is no longer a full-time student, joins the military service, or reaches the maximum age limit)

- Child age 19 through 22 becomes a full-time student

- Death of spouse or child

- Spouse gains employment or becomes eligible for benefits through employer

- Spouse's employment terminates or he or she is no longer eligible for benefits through employer

- Employee on severance becomes employed or becomes eligible for benefits through new employer

- Change in your employment status

- Leave of absence

Please note that Evidence of Insurability (EOI) will be required if, as a result of a major life event, you elect Supplemental Employee Life or Spouse Life Insurance coverage. EOI will not be required if:

- You enroll a new spouse within 31 days of the date of your marriage unless your spouse is age 61 or older; or

- You are requesting coverage at the $100,000 level.

---

## How To Change Your Insurance Coverage Level

- *During Annual Enrollment:* Follow the instructions for "How To Enroll."

- *For a major life event:* Notify your Human Resource department within 31 days of the major life event. If you miss the deadline, you will have to wait until the next Annual Enrollment to make changes to your insurance coverage.

---

# COST OF COVERAGE

---

<table>
<tr><td>

**Who can I cover through TenetSelect insurance?**

Through the supplemental insurance plans, you can cover:

- Yourself
- Your spouse
- Your dependent children

The cost of your coverage depends on your insurance coverage election. For more detailed information, contact your Human Resource department.

</td><td>

Tenet pays the full cost of your CORE coverages, including:

- *Basic Employee Life*

- *Basic Employee AD&D*

- *Business Travel Accident Insurance*

You pay the full cost of all other TenetSelect Life and AD&D Insurance coverages on an after-tax basis through payroll deductions. Premiums for Supplemental Employee and Spouse Life Insurance are based on the coverage amount and your benefits age. Refer to page 21 for a definition of benefits age. Premiums for Child Life and all AD&D Insurance coverages are not related to your age, and are based solely on the coverage amount. For Child Life and Child AD&D Insurance, the cost of coverage is the same regardless of the number of children you may have.

Payroll deductions begin on the first full pay period following the effective date of coverage unless you are "disabled" and not actively at work. If you are "disabled" on the date coverage is scheduled to begin, all TenetSelect coverage as well as your payroll deductions will be delayed. If you have enrolled your spouse or your children in any of the dependent Life or AD&D Insurance Plans and an enrolled dependent is "disabled" on the effective date of coverage, you should notify your Human Resource department immediately. By notifying the Human Resource department, you ensure that coverage and the related payroll deductions for that individual can be delayed.

*Please note that one premium covers all eligible children. If you are insuring two or more children and one child is "disabled" on the effective date, the premium for Child Life and Child AD&D Insurance will remain the same and begin as scheduled so that coverage for the non-disabled child(ren) will be effective. (See page 20 for definition of "disabled.")*

For more information on the cost of your TenetSelect Life and AD&D Insurance options, see your Human Resource department.

</td></tr>
</table>

TRA 000071
Cisneros v. Brownsville Med, et al

# NAMING YOUR BENEFICIARY

Death benefits are payable to your designated beneficiary under the following plans:

- *Basic Employee Life*

- *Supplemental Employee Life*

- *Basic Employee AD&D*

- *Supplemental Employee AD&D*

- *Business Travel Accident Insurance*

For accidental losses other than death, the AD&D Plans (and the Business Travel Accident Insurance Plan, if applicable) pay you a dismemberment benefit.

To designate your beneficiary, you must complete a Beneficiary Designation Form. You can name any one or more individuals to be your beneficiary(ies). If you name more than one person, you should indicate what percentage of the total benefit each person is to receive. If you do not indicate percentages, the insurance company will divide the benefit equally among all named beneficiaries.

If benefits are payable to a minor or to someone who is legally incapable of self-support, the insurance company will pay the proceeds to the court-appointed guardian of the beneficiary's estate.

Be sure to keep your beneficiary designations current at all times, especially if you marry, divorce, remarry, etc. You should be aware that if you remarry but still have your previous spouse listed as your beneficiary on your Beneficiary Designation Form, the insurance company will be legally obligated to follow the Beneficiary Designation Form on file. Also, if any of your beneficiaries move, you should update your beneficiary's address by submitting a new Beneficiary Designation Form to your Human Resource department.

> ## *How do I name my beneficiary?*
>
> 1. Obtain a Beneficiary Designation Form from the Human Resource department.
> 2. Submit the completed form to the Human Resource department.
>
> Remember, you can change your beneficiary at any time.

**TRA 000072**
Cisneros v Brownsville Med, et al

If you do not complete a Beneficiary Designation Form or your designated beneficiary has predeceased you, your benefit will be paid to the first person (or persons) listed below who is living at the time of your death:

1. *Your current, legal spouse*

2. *Your child(ren)*

3. *Your parents*

4. *Your siblings*

5. *Your estate*

You can change your beneficiary at any time by completing a new Beneficiary Designation Form. Once your Human Resource department receives your form, it will supersede any previous form on file. It's advisable to review your Beneficiary Designation Form on file at your Human Resource department at least once a year.

## Spouse And Dependent Coverages

You are automatically the beneficiary for Spouse and Child Life and AD&D Insurance coverages. The dependent AD&D Insurance Plans also pay a dismemberment benefit to you if a dependent suffers a covered loss other than death.

> *If you're going through a divorce, you may want to consider:*
> - Who relies on me for financial support?
> - Who are my beneficiaries?
> - Do I need more or less life insurance?

TRA 000073
Cisneros v Brownsville Med, et al

16

# HOW LIFE INSURANCE
# COVERAGE WORKS

Death benefits are paid in a lump sum to the designated beneficiary in the event of a covered individual's death. In case of a terminal illness or condition, the covered person may be eligible to receive an accelerated benefit. (See page 24 for details.) Certain causes of death may be excluded as outlined on page 25.

## When Coverage Begins

Coverage in the various TenetSelect Life Insurance Plans begins at different times, depending on a number of factors, including:

1. *Whether you are electing coverage when first eligible or increasing coverage at a later date;*

2. *Whether the insurance company requires the person to provide Evidence of Insurability (EOI); and*

3. *Whether the insured person is "disabled" on the date coverage is scheduled to begin.*

These factors are described in more detail in this section as they apply to the particular enrollment situation and individual.

### After Initial Enrollment

• *Basic Employee Life Insurance. This coverage begins automatically on the 91st continuous day you are a full-time employee, provided you are not "disabled" on the day coverage is scheduled to go into effect. If you become eligible for this plan as the result of a change in employment status, refer to page 5 for more information.*

• *Supplemental Employee Life Insurance. This coverage begins on the 91st continuous day in an eligible employment status, provided you have enrolled in a timely manner and are not "disabled" on that day. If Evidence of Insurability (EOI) is required, the insurance company must approve your application before coverage can begin.*

- *Spouse Life Insurance.  Your spouse's coverage will begin on the day your participation in the TenetSelect Benefit Plans begins.  Remember that coverage will be delayed if your spouse is "disabled."  If Evidence of Insurability (EOI) is required, the insurance company must approve your spouse's application before coverage can begin.*

- *Child Life Insurance.  Your children's coverage will go into effect on the same day your Supplemental Employee or Spouse Life Insurance goes into effect. However, if an eligible child is "disabled" on the day coverage is scheduled to go into effect, coverage for that child will be delayed until he or she is no longer "disabled."  This delay will not affect the coverage start date for other eligible children.*

### After A Major Life Event

If you are enrolling yourself or an eligible dependent in a TenetSelect Life Insurance Plan as the result of a major life event, coverage will begin as of the date of the major life event, provided the individual was not "disabled" on that day and enrollment occurs within 31 days of the event.  If EOI is required, the individual's application must be approved by the insurance company before coverage can begin.

If you are dropping coverage for an individual as the result of a major life event, coverage will stop as of the date of the major life event.  Coverage will also stop automatically for an ineligible dependent, whether or not you notify your Human Resource department. Please note that your premiums cannot be adjusted until you formally drop the coverage.

For more information on major life events, see pages 12-13.



**TRA 000075**
Cisneros v. Brownsville Med. et al

## After Annual Enrollment

Increases in coverage will go into effect on the later of:

• *January 1 of the following calendar year; or*

• *If the insured person was "disabled" on January 1 of the following calendar year, the day the disability ends; or*

• *The day your Human Resource department receives notice that the insurance company has approved the individual's EOI.*

Elections to decrease or waive any TenetSelect Life Insurance coverage will go into effect on the following January 1.

## After Your Facility Is Acquired By Tenet

Your transition to the TenetSelect Life Insurance program includes guaranteed coverage at your current level under your present supplemental employee or spouse life insurance program. Check with your Human Resource department to find out how to preserve your current life insurance benefit.

## If You're "Disabled" And Not Actively At Work

Coverage will be delayed if a person is considered by the insurance company to be "disabled" and not actively at work on the day his or her TenetSelect Life or AD&D Insurance coverage is scheduled to begin. This provision also affects any increases in Life or AD&D Insurance coverage after initial enrollment.

Please be aware that if a "disabled" individual dies — or in the case of AD&D Insurance, suffers an accidental loss — before recovering from his or her disability, benefits will not be paid even if premiums were deducted from your paycheck. It is the employee's responsibility to enroll only those dependents who are eligible for coverage.

A person will be considered "disabled" if the individual is:

> ### Don't Forget...
>
> Child Life and Spouse Life Insurance coverage cannot individually exceed 50% of the Supplemental Employee Life Insurance coverage in effect.

- *Employed but not actively at work, or actively performing the regular duties of his or her job in the usual manner and at the usual place of employment or business. This means that if the individual is not working because of an illness or injury, coverage will be delayed until the individual returns to work. If coverage is scheduled to start on a regularly scheduled non-workday for that individual, the individual must have worked on his or her last regularly scheduled workday.*

- *Not employed and is not performing the normal activities of a person of the same age and sex.*

- *Younger than six months old and is confined as follows:*

  *- In a hospital or institution providing medical care;*

  *- In a convalescent home; or*

  *- At home due to a disability.*

  *Coverage for your "disabled" dependent will begin 15 days after the child's release by his or her attending physician. This delay in coverage does not apply to newborns, unless the newborn's condition requires additional medical attention that is beyond the regular inpatient, well-baby care following birth. There is no "disabled" limitation for children over six months of age. This delay in coverage for a particular child will not affect the effective date for any other eligible child who is not "disabled."*

*Please note that all TenetSelect benefit plans have "actively at work" provisions; however, the term "actively at work" may be defined differently for each plan.*

## Coverage Amounts

Your coverage amount is determined by the following two factors:

1. *Your annual benefits pay (used to determine your coverage options for the Basic Employee Life and AD&D Insurance Plans and Supplemental Employee Life and AD&D Insurance Plans);*

2. *Your benefits age (employees at age 65 and 70).*

TRA 000077

Cisneros v Brownsville Med, et al

## Benefits Age

Your benefits age will always be your age as of January 1 of the current year and will stay in effect for the entire calendar year, regardless of the date you become eligible for the TenetSelect Benefit Plans or your actual birthday. Each Annual Enrollment period, coverage amounts and premiums for Supplemental Employee and Spouse Life Insurance shown on your Personalized Enrollment Form (PEF) will reflect your age as of the next January 1.

## Annual Benefits Pay

Your annual benefits pay is calculated as follows:

- *Full-time employees. Your annual benefits pay is determined by your hourly rate multiplied by 2,080 hours (equivalent to 40 hours/week) regardless of the number of hours you are regularly scheduled to work.*

- *Part-time 1 employees. Your annual benefits pay is determined by your hourly rate multiplied by 1,560 hours (equivalent to 30 hours/week) regardless of the number of hours you are regularly scheduled to work.*

*Note: Annual benefits pay does not include bonuses, overtime, shift differentials, commissions, or any other form of compensation.*

When you are first eligible for the TenetSelect Benefit Plans, your current annual benefits pay is used to determine your Life and AD&D Insurance coverage options which are then reflected on your initial Personalized Enrollment Form (PEF). After you make your elections, these coverages stay in effect for the entire calendar year — even if your pay rate changes later that year. This is referred to as "locking in your annual pay" for benefit purposes. Each year before Annual Enrollment, your annual pay will be "locked in" for the next calendar year.

---

> ### *Do pay increases affect my insurance coverage?*
>
> If your annual pay increases 15% or more as the result of any single event, you have the option of:
>
> 1. Adjusting your current coverage amount to reflect your new pay rate as of its effective date; or
>
> 2. Waiting until the next Annual Enrollment period to reflect the change in pay.

---

## Basic Employee Life Insurance

Your Basic Employee Life Insurance is equal to your annual benefits pay, rounded up to the next $1,000 increment. The minimum coverage amount is $10,000. The maximum coverage amount is $50,000.

## Supplemental Employee Life Insurance

Your coverage options depend on your annual benefits pay and your benefits age. Both terms are described earlier on page 21.

Remember that your enrollment or coverage amount may be subject to EOI approval. See pages 10-11 for information on EOI requirements.

### *If your benefits age is less than 65...*

- *The Supplemental Employee Life Insurance Plan offers coverage amounts equal to one, two, three, or four times your annual benefits pay, rounded up to the next $1,000 increment. The minimum coverage amount is $10,000. The maximum coverage amount is $2,450,000. So, if your annual benefits pay is $18,742.34 and you want to buy Supplemental Employee Life Insurance equal to three times your annual benefits pay, your insurance coverage amount is calculated as follows:*

    3 x $18,742.34 = $56,227.02

    $56,227.02, rounded up to next $1,000 = $57,000

Your Supplemental Employee Life Insurance amount would be $57,000.

---

**For example . . .**

If your annual benefits pay is $21,437.72, your Basic Employee Life Insurance coverage amount would equal $22,000 ($21,437.72 rounded to the next $1,000).

---



## If your benefits age is 65 or greater...

- Your pre-age 65 coverage amount as calculated earlier is reduced when your benefits age reaches 65 and then again when it reaches 70, as follows:

| Benefits Age | Coverage Amount |
|---|---|
| 65-69 | 65% of pre-age 65 coverage amount |
| 70 or more | 50% of pre-age 65 coverage amount |

According to this chart, when your benefits age reaches 65, the minimum coverage amount is $6,500 and the maximum coverage amount is $1,592,500. When it reaches 70, the minimum coverage amount is $5,000 and the maximum coverage amount is $1,225,000.

---

*Supplemental Employee Life Insurance Options*

You can select one of the four levels of coverage:

- One times your annual benefits pay
- Two times your annual benefits pay
- Three times your annual benefits pay
- Four times your annual benefits pay

Remember, you pay for the full cost of supplemental insurance. For additional information on the cost of this coverage, contact your Human Resource department.



**TRA 000080**
Cisneros v. Brownsville Med. et al

## Spouse Life Insurance

Life Insurance options for your spouse depend on your benefits age at the time your PEF is printed as follows:

| If your benefits age is less than 65... | If your benefits age is greater than 65... | If your benefits age is 70 or greater... |
|---|---|---|
| $5,000 | $3,250 | $2,500 |
| $10,000 | $6,500 | $5,000 |
| $25,000 | $16,250 | $12,500 |
| $50,000 | $32,500 | $25,000 |
| $100,000* | $65,000 | $50,000 |

*\* After 1/1/98, requires EOI.*

The maximum Supplemental Spouse Life coverage cannot exceed 50% of the Supplemental Employee Life coverage in effect. Your spouse's enrollment or coverage amount may be subject to EOI approval. See pages 10-11 for information on EOI requirements.

## Child Life Insurance

You can elect $5,000 or $10,000 in coverage for each of your eligible children. Your election will cover all eligible children. Your Child Life coverage cannot individually exceed 50% of Supplemental Employee Life coverage in effect.

# Accelerated Benefit Option

The TenetSelect Life Insurance Plans also offer an accelerated death benefit payment option for covered individuals who have a terminal illness or condition. For purposes of this plan, terminal illness or condition is defined as an illness or condition that, in the best medical judgment, is expected to result in death within 12 months.

TRA 000081
Cisneros v. Brownsville Med, et al

This accelerated benefit pays the lesser of $150,000 or 50% of a covered person's Basic and Supplemental Life Insurance coverage amount, and there are no restrictions as to how the money is used.

Accelerated benefits are paid to the terminally ill individual. However, accelerated benefits for a terminally ill child are paid to you. The remaining insurance amount is payable to the individual's beneficiary after death occurs.

There is a $100 administrative fee associated with this payment option. In addition, because this accelerated payment is considered an advance on the insured person's eventual death benefit, you will be required to pay 12 months' interest on the amount paid, at an 8% interest rate. These costs will be deducted automatically from the accelerated benefit payment.

According to tax legislation, a portion or all of your accelerated benefit received after 1996 may be tax-free. Note, however, since this benefit may be considered income, eligibility for government-sponsored health plans may be affected by receiving an accelerated death benefit. We recommend that you consult a tax advisor before electing this payment option.

# What's Not Covered By Life Insurance (Limitations And Exclusions)

The TenetSelect Life Insurance Plans will not pay full benefits if you (or your insured dependent) die as a result of a self-inflicted injury or attempted suicide within two years of the effective date of coverage. This limitation affects an individual's entire coverage amount for the first two years he or she is insured.

For an individual who is already covered and has increased coverage, this limitation only affects the portion of the coverage amount that has been in effect for less than two years (i.e., the increase). For example, if your spouse had $5,000 in Spouse Life Insurance coverage for three years and then increased coverage to the $25,000 coverage level, $20,000 of the $25,000 coverage amount would be affected by this limitation for the first two years following the effective date of the increase.

# HOW AD&D COVERAGE WORKS

The TenetSelect AD&D Insurance Plans provide accidental death and dismemberment insurance coverage 24 hours a day, seven days a week. Benefits are paid in the event an insured person dies or suffers a loss as the result of an accident while covered under an AD&D Insurance Plan.

The coverage amounts shown under each AD&D Insurance Plan on your Personalized Enrollment Form (PEF) are referred to as the principal amounts, which usually refer to the accidental death benefit payable under an AD&D Insurance Plan. Because the AD&D Insurance Plans also pay a dismemberment benefit for other types of accidental injuries, a dismemberment benefit for other covered losses is usually described as a percentage of the insured person's principal amount.

Your death benefit is paid to your designated beneficiary. Your spouse's and children's death benefits are paid to you. A dismemberment benefit for all other covered accidental losses is also paid to you.

## When Coverage Begins

Coverage in the various TenetSelect AD&D Insurance Plans begins at different times, depending on a number of factors, including:

1. *Whether you are electing coverage when first eligible or increasing coverage at a later date; and*

2. *Whether the insured person is "disabled" on the date coverage is scheduled to begin.*

These factors are described in more detail in this section as they apply to the particular enrollment situation and individual.

### After Initial Enrollment

- *Basic Employee AD&D Insurance. This coverage begins automatically on the 91st continuous day you are a full-time employee, provided you are not "disabled" on the day coverage is scheduled to begin. If you become eligible for this plan as the result of a change in employment status, refer to page 5 for more information.*



**TRA 000083**

Cisneros v. Brownsville Med. et al

- *Supplemental Employee AD&D Insurance. This coverage begins on the 91st continuous day you are in an eligible employment status, provided you are not "disabled" on that day.*

- *Spouse AD&D Insurance. Your spouse's coverage will begin on the day your participation in the TenetSelect Benefit Plans begins. Remember that coverage will be delayed if your spouse is "disabled."*

- *Child AD&D Insurance. This coverage does not depend on whether you have elected TenetSelect AD&D Insurance for a parent. However, if your coverage under TenetSelect is delayed for any reason, your children's AD&D Insurance coverage will also be delayed until your coverage begins. Also, if an eligible child is "disabled" on the day coverage under the Child AD&D Insurance Plan is scheduled to start, coverage for that child will be delayed until he or she is no longer "disabled." This delay will not affect the coverage start date for other eligible children.*

## After A Major Life Event

If you are enrolling yourself or an eligible dependent in a TenetSelect AD&D Insurance Plan as the result of a major life event, coverage will begin as of the date of the major life event, provided the individual was not "disabled" on that day and enrollment occurs within 31 days of the event.

If you are dropping AD&D Insurance coverage for an individual as the result of a major life event, coverage will stop as of the date of the major life event. Coverage will also stop automatically for an ineligible dependent, whether or not you notify your Human Resource department. Please note that your premiums cannot be adjusted until you formally drop the coverage.

## After Annual Enrollment

If you elect to increase any of the AD&D Insurance coverages, coverage increases will go into effect on January 1 of the following calendar year, provided the insured person is not "disabled" on that day.

Elections to decrease or waive any TenetSelect AD&D Insurance coverage will go into effect on the following January 1.

# What AD&D Covers

Benefits are paid in the event an insured person dies or suffers a loss as the result of a covered accident. A covered accident means that the accident occurs while the individual is covered under an AD&D Insurance Plan, and includes unavoidable exposure to the elements.

The following chart illustrates which accidental losses are covered under the TenetSelect AD&D Insurance Plans and their associated benefit amount payable.

| Covered Loss | Coverage Amount |
|---|---|
| Life | 100% of principal amount |
| Quadriplegia | 100% of principal amount |
| Loss of:<br>1)  both hands;<br>2)  both feet;<br>3)  one hand and one foot;<br>4)  sight in both eyes;<br>5)  speech and hearing in both ears; or<br>6)  sight in one eye and one foot or hand | 100% of principal amount |
| Paraplegia | 75% of principal amount |
| Hemiplegia | 75% of principal amount |
| Loss of:<br>1)  one hand;<br>2)  one foot;<br>3)  sight in one eye;<br>4)  speech; or<br>5)  hearing of both ears | 50% of principal amount |
| Loss of:<br>1)  hearing in one ear; or<br>2)  thumb and index finger of same hand | 25% of principal amount |

TRA 000085

Cisneros v. Brownsville Med, et al

To be covered under the AD&D Insurance Plan, a loss must be the direct result of a covered accident and must occur within 365 days of a covered accident. Loss is further defined as follows:

- *Quadriplegia means total and permanent paralysis of both upper and lower limbs*

- *Paraplegia means total and permanent paralysis of both lower limbs*

- *Hemiplegia means total and permanent paralysis of upper and lower limbs on one side of the body*

- *Loss of hand means loss at or above the wrist*

- *Loss of foot means loss at or above the ankle*

- *Loss of speech, hearing or sight means complete and irrecoverable loss*

- *Loss of thumb and index finger means at or above the metacarpophalangeal joints*

The AD&D Insurance Plans will also pay a death benefit one year after an insured person cannot be found due to the disappearance, wreckage, sinking, or forced landing of a conveyance in which the person was traveling. Certain modes of transportation may be excluded; refer to pages 37-38 for a list of limitations and exclusions.

---

*What is the maximum benefit I can receive through the AD&D Plan?*

The maximum benefit payable under each AD&D Insurance Plan for all covered losses from a single accident is the individual's principal amount. Your principal amount depends on your annual benefits pay and is explained in detail on pages 30-31.

---

<table>
<tr><td>

**For Example. . .**

If your annual benefits pay is $24,392.42, your *Basic Employee AD&D Insurance* equals **$25,000** based on the guidelines described in this section.

If you wanted to elect *Supplemental Employee AD&D Insurance* equal to three times your annual benefits pay, or $74,000, as calculated below

3 x $24,392.42 = $73,177.26

$73,177.26, rounded up to next $1,000 = **$74,000**

Remember, you pay for the full cost of Supplemental Employee AD&D Insurance.

</td></tr>
</table>

# Coverage Amounts

## Basic Employee AD&D Insurance

Your principal amount under this TenetSelect CORE benefits plan is equal to your annual benefits pay, rounded up to the next $1,000 increment. The minimum principal amount is $10,000. The maximum principal amount is $50,000.

## Supplemental Employee AD&D Insurance

Supplemental Employee AD&D Insurance offers principal amounts equal to one, two, three, or four times your annual benefits pay, rounded up to the next $1,000 increment. The minimum principal amount is $10,000. The maximum principal amount is $500,000.

## Spouse AD&D Insurance

You have a choice of three principal amounts for your spouse's AD&D insurance:

- *$25,000,*
- *$50,000, or*
- *$100,000.*

## Child AD&D Insurance

You can elect $10,000 in coverage for each of your eligible children. Benefits paid for one child will not reduce, or affect in any way, benefits paid for another child.

TRA 000087
Cisneros v. Brownsville Med. et al

The following chart summarizes the coverage amounts for each AD&D Insurance Plan:

| Insurance | Coverage Amount |
|---|---|
| Basic Employee AD&D | • equals annual benefits pay, rounded to next $1,000<br>  minimum = $10,000<br>  maximum = $50,000 |
| Supplemental Employee AD&D | • 1 - 4 times annual benefits pay, rounded to next $1,000<br>  minimum = $ 10,000<br>  maximum = $500,000 |
| Spouse AD&D | $ 25,000<br>$ 50,000<br>$100,000 |
| Child AD&D | $ 10,000/child |

TRA 000088
Cisneros v. Brownsville Med, et al

# Additional Benefits

## Safe Driving Benefit

Each applicable AD&D Insurance Plan offers an additional $25,000 benefit if an insured person dies as the result of a covered auto accident, provided the individual was properly using a seat belt at the time the accident occurred. An auto means any licensed, four-wheel passenger motor vehicle, and does not include motorcycles, motor scooters, buses, off-road vehicles, semi-tractor trailers, or any type of farm equipment.

## Monthly Coma Benefit

Each applicable AD&D Insurance Plan pays a monthly coma benefit if an insured person goes into a coma as the result of a covered accident, provided the coma begins within one year of the accident and lasts for at least 31 consecutive days.

The monthly coma benefit is equal to 1% of the insured person's principal amount. However, if the individual receives a dismemberment benefit due to a loss resulting from the same covered accident, the monthly coma benefit would be equal to 1% of the difference between the principal amount and the dismemberment benefit already paid for that loss.

A monthly coma benefit is payable to you, and will continue until the earlier of:

• *The insured person's recovery from the coma;*

• *The monthly coma benefit has been paid for 100 months; or*

• *The insured person's death.*

If death occurs after a monthly coma benefit begins and is the result of the same accident that caused the coma, the AD&D death benefit (i.e., the insured person's principal amount) will be reduced by any monthly coma benefit previously paid.

TRA 000089

Cisneros v. Brownsville Med. et al

## Special Education Benefit

If you are covered under the Supplemental Employee AD&D Insurance Plan and have elected Child AD&D Insurance coverage, your children may qualify for a special education benefit.

This special education benefit is designed to help pay for a child's post-secondary education and is payable if at the time of your death:

- *Death benefits are payable from the Supplemental Employee AD&D Insurance Plan, and*

- *Your child is:*

  - *Enrolled as a full-time student in a college, university, or post-secondary vocational school; or*

  - *In the 12th grade and enrolls in college, university, or post-secondary vocational school within one year of the date of your death.*

The special education benefit is equal to the lesser of 5% of your principal amount or $5,000, and will be payable annually for four consecutive years, provided the child continues his or her post-secondary education on a full-time basis.

The benefit is paid to the surviving spouse on behalf of each eligible child. If there is no surviving spouse, the benefit will be paid to the child's legally appointed guardian.

If you have no children who qualify for this benefit, the Supplemental Employee AD&D Insurance Plan will pay your beneficiary a single lump sum benefit equal to $1,500.

## Child Care Center

A "child care center" means a licensed child care facility that primarily provides care and supervision for children in a group setting on a regular, daily (less than a 24-hour per day) basis so that the surviving parent or legal guardian can be employed.

A child care center cannot be:

- the child's home
- a hospital, nursing home, or convalescent facility
- a facility for the treatment of mental disorders, drug addiction, or alcoholism
- an orphanage
- a home for the aged

## Child Care Center Benefit

If you are covered under the Supplemental Employee AD&D Insurance Plan and have elected Child AD&D Insurance coverage, your children may qualify for a child care center benefit. The child care center benefit is payable only if:

- *Death benefits are payable under the Supplemental Employee AD&D Insurance Plan; and*

- *Your child was enrolled in a child care center on the date of your accident or enrolls within 90 days after the date of your accidental death.*

This benefit is equal to the lesser of 5% of your principal amount or $5,000, and will be payable annually for four consecutive years, provided the child continues to be enrolled in a day care center.

The benefit is paid in quarterly installments to the surviving spouse on behalf of each eligible child. If there is no surviving spouse, the benefit will be paid to the child's legally appointed guardian.

If you have no children who qualify for this benefit, the Supplemental Employee AD&D Insurance Plan will pay your beneficiary a single lump sum benefit equal to $1,500.

## Special Training Benefit

If you are covered under the Supplemental Employee AD&D Insurance Plan and have elected AD&D Insurance coverage for your spouse, your spouse may qualify for a special training benefit. This training benefit is payable only if:

- *Death benefits are payable under the Supplemental Employee AD&D Insurance Plan; and*

- *Your spouse enrolls in a training program designed to help him or her obtain an independent income. Your spouse must enroll within one year of the date of your death.*

This special education benefit is equal to the lesser of 5% of your principal amount or $5,000.

TRA 000091
Cisneros v.Brownsville Med. et al

## Common Disaster Benefit

An additional benefit will be paid if you and your spouse die as the result of a common accident while covered under the Supplemental Employee AD&D Insurance Plan and the Spouse AD&D Insurance Plan, respectively. This special benefit is payable only if the regular death benefit is payable under both AD&D Insurance Plans, and is equal to the difference between your principal amount and your spouse's principal amount or $150,000, whichever is less.

Your designated beneficiary will receive this benefit in a single lump sum.

## Felonious Assault Benefit

If you die or suffer a covered loss as the result of being a victim of a felonious assault while you were on Tenet property or participating in a Tenet-sponsored activity, the Supplemental Employee AD&D Insurance Plan provides an additional benefit. This felonious assault benefit is equal to 25% of your principal amount.

To be eligible for this benefit, the felonious assault must occur while you are covered under the Supplemental Employee AD&D Insurance Plan. Felonious assaults include:

• *Malicious assault with intent to commit bodily harm,*

• *Robbery, theft, or burglary, or*

• *Your kidnapping.*

## 24-Month Extended Aid Benefit

If you die and you have elected dependent coverage, your dependent's insurance will continue at no cost to your spouse for 24 consecutive months. This benefit, however, will end on the earliest of the following dates:

• *Date the master policy terminates; or*

• *Date the insurance would have ceased by any other reason had your death not occurred.*

**TRA 000092**
Cisneros v. Brownsville Med. et al

35

## Additional Benefit Amounts

| Additional Benefit | Amount | Paid To... |
|---|---|---|
| Safe Driving Benefit | $25,000 | beneficiary |
| Coma Benefit | 1% of insured person's principal amount for 100 months | beneficiary |
| Special Education Benefit | lesser of 5% of your principal amount *or* $5,000, payable annually for four consecutive years | surviving spouse on behalf of each eligible child or his/her legal guardian |
| Child Care Center Benefit | lesser of 5% of your principal amount *or* $5,000, payable for four consecutive years<br><br>$1,500, if no eligible children | surviving spouse on behalf of each eligible child or his/her legal guardian, provided the child continues to be enrolled in a day care center |
| Special Training Benefit | lesser of 5% of your principal amount *or* $5,000 | surviving spouse who must enroll within one year of the date of your death |
| Common Disaster Benefit | the difference between your principal amount and your spouse's principal amount *or* $150,000, whichever is less | beneficiary |
| Felonious Assault Benefit | 25% of your principal amount | beneficiary |

TRA 000093

Cisneros v. Brownsville Med. et al

# What's Not Covered By AD&D Insurance (Limitations And Exclusions)

The TenetSelect AD&D Insurance Plans do not pay benefits for losses resulting from:

- *An accident that occurs while the individual was not insured, including any period of time that coverage was delayed because the person was considered to be "disabled" by the insurance company*

- *An accidental injury that does not meet the definition of covered loss as described on pages 28-29*

- *Suicide or intentionally self-inflicted injury, regardless of state of mind*

- *Bodily or mental infirmity, disease of any kind, or medical or surgical treatment of an infirmity or disease*

- *Any bacterial infection, except when caused by a covered accidental injury*

- *Use of one or any combination of the following, except as prescribed by a licensed physician: 1) PCP; 2) LSD or other hallucinogens; 3) cocaine, heroin, or other narcotics; 4) amphetamines or other stimulants; or 5) barbiturates or other sedatives or tranquilizers*

- *Any poison or gas voluntarily taken, administered, absorbed, or inhaled*

- *Travel in any military aircraft unless it is operated by the MAC (Military Airlift Command) or a foreign equivalent*

- *Travel in any aircraft as a pilot or crew member; travel in any aircraft used for firefighting, exploration, pipe or powerline work, or aerial photography*

- *Travel in any aircraft owned, leased, or operated by Tenet Healthcare Corporation or any of its divisions, subsidiaries, or affiliates, unless the insurance company and Tenet have agreed in writing to specifically cover you*

- *The commission of or the intent to commit an illegal act, including an assault or felony*

- *Participation in an insurrection*

- *War, declared or undeclared*

The safe driving benefit will not be paid if a death benefit is not paid by the applicable AD&D Insurance Plans. In addition, the safe driving benefit will not be paid if a loss results from:

• *Improper use of a seat belt as indicated in the police accident report or witnessed by a doctor, paramedic, police officer, coroner, or other individual of competent authority*

• *Driving or riding in a vehicle that is not a four-wheel passenger motor vehicle (as defined in the Safe Driving Benefit section on page 32) including, but not limited to, a motorcycle, motor scooter, bus, off-road vehicle, semi-tractor trailer, or any type of farm equipment*

• *Traveling in a four-wheel passenger motor vehicle while the driver — whether or not you are the driver — is under the influence of alcohol or has voluntarily taken, administered, absorbed, or inhaled a poison gas*

• *Traveling in a four-wheel passenger motor vehicle after the driver — whether or not you are the driver — has used one or any combination of the following, except as prescribed by a licensed physician: 1) PCP; 2) LSD or other hallucinogens; 3) cocaine, heroin, or other narcotics; 4) amphetamines or other stimulants; 5) barbiturates or other sedatives or tranquilizers*

• *Driving or riding in a four-wheel passenger motor vehicle that is being used without the consent of its owner or for illegal purposes*

• *Driving or riding in a four-wheel passenger motor vehicle that is participating in a race or performing speed/endurance tests or acrobatic stunts*

• *Driving or riding in a four-wheel passenger motor vehicle on other than regularly maintained roadways*

The monthly coma benefit will not be paid if the coma was the result of an accidental injury that is excluded by the applicable AD&D Insurance Plans. In addition to the preceding list of limitations and exclusions, the monthly coma benefit will not be paid if:

• *A coma begins more than one year (365 days) from the day the covered accident occurred*

• *The coma does not last at least 31 consecutive days*

TRA 000095
Cisneros v. Brownsville Med. et al

# HOW THE BUSINESS TRAVEL ACCIDENT INSURANCE PLAN WORKS

The Business Travel Accident Insurance Plan is a type of accidental death and dismemberment (AD&D) insurance plan, included in your CORE benefits, that provides coverage only when you are traveling on company business. Your spouse and children are not eligible for coverage under this plan.

Your principal amount is $100,000, regardless of whether you are a full-time or part-time 1 employee. The plan also pays a dismemberment benefit for other covered accidental losses as described below.

## When Coverage Begins

Coverage under this plan begins on the first day you are in an eligible employment status provided you are not "disabled" on that day. Remember, however, that coverage will be effective only while you are traveling on company business.

## Covered Accidental Losses

Benefits are paid in the event you die or suffer a loss as the result of a covered accident. For purposes of this plan, a covered accident means that the accident occurs while you are traveling on company business. Business travel begins when you leave your home or workplace, whichever is last, and continues until you return to your regular workplace(s) or home, whichever is first. This plan does not cover your regular commute between home and your regular workplace(s). Covered accidents also include unavoidable exposure to the elements.



The following chart illustrates which accidental losses are covered and the associated benefit amount payable.

| Covered Loss | Benefit Amount |
|---|---|
| Life | $100,000 |
| Quadriplegia | $100,000 |
| Loss of:<br>1) both hands;<br>2) both feet;<br>3) one hand and one foot;<br>4) sight in both eyes;<br>5) speech and hearing in both ears; or<br>6) sight in one eye and one foot or hand | $100,000 |
| Paraplegia | $75,000 |
| Hemiplegia | $50,000 |
| Loss of:<br>1) one hand;<br>2) one foot;<br>3) sight in one eye;<br>4) speech; or<br>5) hearing in both ears | $50,000 |
| Loss of:<br>1) hearing in one ear; or<br>2) thumb and index finger of same hand | $25,000 |

*The maximum benefit payable for all losses due to a single accidental incident is $100,000.*

**TRA 000097**

Cisneros v Brownsville Med, et al

To be covered under the Business Travel Accident Insurance Plan, a loss must be the direct result of a covered accident and must occur within 365 days of a covered accident. "Loss" is further defined as follows:

• *Quadriplegia means total and permanent paralysis of both upper and lower limbs*

• *Paraplegia means total and permanent paralysis of both lower limbs*

• *Hemiplegia means total and permanent paralysis of upper and lower limbs on one side of the body*

• *Loss of hand means loss at or above the wrist*

• *Loss of foot means loss at or above the ankle*

• *Loss of speech, hearing or sight means complete and irrecoverable loss*

• *Loss of thumb and index finger means at or above the metacarpophalangeal joints*

The Business Travel Accident Insurance Plan will also pay a death benefit after one year if you cannot be found due to the disappearance, wreckage, sinking, or forced landing of a conveyance in which you were traveling. Certain modes of transportation may be excluded; refer to pages 37-38 for a list of limitations and exclusions.

# Safe Driving Benefit

The Business Travel Accident Insurance Plan also offers a $25,000 benefit if you die as the result of a covered auto accident, provided you were properly using a seat belt at the time the accident occurred. An auto means any licensed, four-wheel passenger motor vehicle, and does not include motorcycles, motor scooters, buses, off-road vehicles, semi-tractor trailers, any type of farm equipment, or any motor vehicle being used without its owner's permission.

**TRA 000098**
Cisneros v Brownsville Med. et al

# Monthly Coma Benefit

The Business Travel Accident Insurance Plan pays a monthly coma benefit if you go into a coma as the result of a covered accident, provided the coma begins within one year of the accident and lasts for at least 31 consecutive days.

The monthly coma benefit is equal to $1,000. However, if you receive a dismemberment benefit due to a loss resulting from the same covered accident, the monthly coma benefit would be equal to 1% of the difference between the principal amount and the dismemberment benefit already paid for that loss.

A monthly coma benefit will continue until the earlier of:

- *You recover from the coma;*

- *The monthly coma benefit has been paid for 100 months; or*

- *You die.*

If death occurs after a monthly coma benefit begins and is the result of the same accident that caused the coma, the death benefit payable (i.e., your principal amount) will be reduced by any monthly coma benefits previously paid.

| Additional Benefit | Coverage Amount | Paid To... |
|---|---|---|
| Safe Driving Benefit | $25,000 | beneficiary |
| Monthly Coma Benefit | $1,000 *or* 1% of the difference between the principal amount and any dismemberment benefit already paid | beneficiary |

TRA 000099

Cisneros v. Brownsville Med. et al

# What's Not Covered By Business Travel Accident Insurance (Limitations And Exclusions)

The Business Travel Accident Insurance Plan does not pay benefits for losses resulting from:

- *An accident that occurs while not traveling on company business as described earlier*

- *An accidental injury that does not meet the definition of covered loss as described on page 39*

- *Suicide or intentionally self-inflicted injury, regardless of state of mind*

- *Bodily or mental infirmity, disease of any kind, or medical or surgical treatment of an infirmity or disease*

- *Any bacterial infection, except when caused by a covered accidental injury*

- *Use of one or any combination of the following, except as prescribed by a licensed physician: 1) PCP; 2) LSD or other hallucinogens; 3) cocaine, heroin, or other narcotics; 4) amphetamines or other stimulants; or 5) barbiturates or other sedatives or tranquilizers*

- *Any poison or gas voluntarily taken, administered, absorbed, or inhaled*

- *Travel in any military aircraft unless it is operated by the MAC (Military Airlift Command) or a foreign equivalent*

- *Travel in any aircraft as a pilot or crew member; travel in any aircraft used for firefighting, exploration, pipe or powerline work, or aerial photography*

- *Travel in any aircraft owned, leased, or operated by Tenet Healthcare Corporation or any of its divisions, subsidiaries, or affiliates, unless the insurance company and Tenet have agreed in writing to specifically cover you*

- *The commission of or the intent to commit an illegal act, including an assault or felony*

- *Participation in an insurrection*

- *Any act of war in the U.S. or Canada including their geographical limits, territorial waters, or airspace*

The safe driving benefit will not be paid if a death benefit is not paid by the Business Travel Accident Insurance Plan.  In addition, the safe driving benefit will not be paid if a loss results from:

- *Improper use of a seat belt as indicated in the police accident report or witnessed by a doctor, paramedic, police officer, coroner, or other individual of competent authority*

- *Driving or riding in a vehicle that is not a four-wheel passenger motor vehicle (as defined in the Safe Driving Benefit section on page 41) including, but not limited to, a motorcycle, motor scooter, bus, off-road vehicle, semi-tractor trailer, or any type of farm equipment*

- *Traveling in a four-wheel passenger motor vehicle while the driver — whether or not you are the driver — is under the influence of alcohol or has voluntarily taken, administered, absorbed, or inhaled a poisonous gas*

- *Traveling in a four-wheel passenger motor vehicle after the driver — whether or not you are the driver — has used one or any combination of the following, except as prescribed by a licensed physician: 1) PCP; 2) LSD or other hallucinogens; 3) cocaine, heroin, or other narcotics; 4) amphetamines or other stimulants; and/or 5) barbiturates or other sedatives or tranquilizers*

- *Driving or riding in a four-wheel passenger motor vehicle that is being used without the consent of its owner or for illegal purposes*

- *Driving or riding in a four-wheel passenger motor vehicle that is participating in a race or performing speed/endurance tests or acrobatic stunts*

- *Driving or riding in a four-wheel passenger motor vehicle on other than regularly maintained roadways*

The monthly coma benefit will not be paid if the coma was the result of an accidental injury that is excluded by the Business Travel Accident Insurance Plan. In addition to the preceding list of limitations and exclusions, the monthly coma benefit will not be paid if:

- *A coma begins more than one year (365 days) from the day the covered accident occurred*

- *The coma does not last at least 31 consecutive days*

TRA 000101
Cisneros v. Brownsville Med, et al

# WHEN COVERAGE ENDS

Coverage ends on the earliest of:

- *The date employment terminates*

- *The date you become ineligible for coverage due to a change in employment status or a plan amendment*

- *The date a dependent no longer qualifies as an eligible dependent*

- *The date contributions for coverage stop*

- *The date the plan is terminated or the insurance policy lapses or is canceled*

If you are on a leave of absence or you are laid off and receiving severance, coverage under the Business Travel Accident Insurance Plan ends on your last day of active employment.

If Life or AD&D Insurance coverage is lost, you or your dependent may be eligible to convert the lost coverage to an individual policy.

> ### What happens if my coverage ends?
>
> If your coverage ends for any of the these reasons, you can:
>
> - Convert your coverage to an individual policy, as described on page 48.



TRA 000102
Cisneros v. Brownsville Med, et al

# FILING A CLAIM

To receive a death or dismemberment benefit, you (or your beneficiary) must file a claim within 12 months of the date of death or accidental injury.  Benefits will be paid only after satisfactory proof of loss has been provided.

To file a claim, contact your Human Resource department for the appropriate claim forms and further assistance.

Transamerica Assurance Company is the insurer and claims fiduciary for the TenetSelect Life Insurance Plans.  Transamerica Occidental Life Insurance Company is the insurer and claims fiduciary for the TenetSelect AD&D and Business Travel Accident Insurance Plans. Both Transamerica companies have the complete fiduciary discretion and authority to interpret the plans' provisions, establish eligibility and benefit levels, and determine all claims and appeals.

## Claims Review Procedures

1. *If your claim is denied, the insurance company will usually notify you of the denial within 90 days of receipt of your claim.  The notification will:*

   * *Explain specific reasons for the denial, and*

   * *Reference the plan provision(s) on which the denial is based.*

   *In some circumstances, an additional 90 days may be required to process the claim.  If an extension is required, you will be notified within the initial 90-day period of the reasons for the extension and the date the claims administrator expects to render a decision.  If necessary to process your claim, the insurance company will request additional material or information and explain why the material or information is required.*

2. *The insurance company must process your claim within 180 days from the date your claim is received.  If you have not been notified of the action taken on your claim within the 180-day period, you should treat the claim as having been denied and you may make an appeal as described on the next page.*

TRA 000103
Cisneros v.Brownsville Med, et al

# Appeal Procedures

1. *You have 60 days from the date of receiving the most recent denial to request the insurance company to reconsider the claim, if you are not in agreement with the insurance company's decision regarding your claim. Requests must be in writing, and you should provide any additional pertinent information supporting your appeal, such as a death certificate or a physician's statement.*

   *To appeal a Life Insurance claim, send your written appeal to:*

   > Transamerica Assurance Company
   > ERISA Appeals Unit
   > 1150 S. Olive Street
   > Los Angeles, CA  90015

   *To appeal an AD&D Insurance or Business Travel Accident Insurance claim, send your written appeal to:*

   > Transamerica Occidental Life Insurance Company
   > ERISA Appeals Unit
   > c/o Transamerica Assurance Company
   > 1150 S. Olive Street
   > Los Angeles, CA  90015

2. *The insurance company will respond within 60 days of receipt of your request. If a 60-day extension is required, you will be notified in writing before the end of the initial 60-day period. If you are not notified at all within the 120-day review period, you should treat the claim as having been denied.*

# CONVERTING COVERAGE

**How do I convert my coverage?**

1. After receiving a notice from the Human Resource department, file a conversion form with Transamerica within 31 days of receipt.
2. Transamerica prepares a quote for an individual Life policy for you, and mails the quote to you within one week.
3. When you make a decision, contact Transamerica.

You or your dependent can convert the lost coverage to an individual policy without having to provide Evidence of Insurability if Life or AD&D Insurance coverage is lost because:

- *You terminate employment;*

- *You become ineligible for the TenetSelect Benefit Plans because of a change in employment status; or*

- *Your dependent becomes ineligible for coverage.*

This is referred to as a conversion privilege. This conversion privilege is not available for the Business Travel Accident Insurance Plan.

The conversion election period is the 31-day period following the date coverage is lost. Your Human Resource department will usually send a notice about the conversion privilege within the first two weeks (or you can obtain a conversion form in person at your Human Resource department). You then have the remainder of the 31-day conversion election period to convert your coverage and pay the first premium. If the notice is dated more than 15 days from the date coverage is lost, you will have another 31 days after the conversion election period ends to convert your coverage.

Remember that if your dependent becomes ineligible for coverage, you (or your dependent) should notify your Human Resource department within 31 days to drop coverage for that individual. (See *Major Life Events* on page 12.) The conversion period will not be further extended as the result of your delay in dropping coverage for your dependent.

**TRA 000105**
Cisneros v.Brownsville Med, et al

If, during the conversion election period (i.e., the first 31 days following the date the TenetSelect coverage ends), you or a family member dies or suffers a covered loss, the applicable Life and AD&D Insurance Plans will pay benefits after deducting any past due premiums, regardless of whether you or your family member had elected to convert to an individual policy.

Please be aware that coverage amounts under the individual policies issued by the insurance company may be limited, and the provisions will be different than the provisions that govern the TenetSelect Life and AD&D Insurance Plans.

See your Human Resource department for more information on converting to an individual policy.

**TRA 000106**
Cisneros v. Brownsville Med, et al

49

# OTHER PROVISIONS

This section provides important information about the Plan Administrator's rights and your rights regarding your TenetSelect Life, AD&D, and Business Travel Accident Insurance coverages. The Plan Administrator is the Benefits Administration Committee.

## Plan Administrator Discretion

Tenet, acting through its Benefits Administration Committee, reserves complete fiduciary discretion and authority to resolve all questions concerning the eligibility of any employee or dependent to participate in the plans offered under the TenetSelect Benefit Plans. In addition, the Committee (together with the plans' insurers) has complete fiduciary discretion to:

- *Interpret the meaning of any plan provision.*

- *Establish and apply its own standards and criteria for determining necessary and appropriate materials, treatments, and procedures, etc.*

- *Decide on a participant's entitlement to or application for benefit payment under the plan.*

- *Rule on all claims or appeals.*

In general, the Committee has sole and complete discretion to establish, maintain, and administer the plan, such as execute agreements, adopt, and communicate reasonable rules and regulations, and take any action it determines to be reasonable or necessary. Any decision or interpretation of plan provisions made by the Committee (or any of its agents or insurers) in good faith will be final and binding on all affected parties.

## Amendment And Termination Of Coverage

While the Company intends to continue its Life, AD&D, and Business Travel Accident Insurance Plans indefinitely, it reserves the right, through its Board and authorized officers and committees, to amend or terminate any or all of its plans at any time for any reason without notice. However, benefits will be determined on the basis of a plan's provisions in effect on the date an expense is incurred. This means that any covered death or loss that occurs before a plan is terminated will still be covered, and any covered death or loss that occurs before the date a plan is amended will be paid under the terms of the plan before the amendment.

TRA 000107
Cisneros v. Brownsville Med. et al

## Source Of Payment

The TenetSelect Life Insurance Plans are insured by Transamerica Assurance Company. The TenetSelect AD&D and Business Travel Accident Insurance Plans are insured by Transamerica Occidental Life Insurance Company. All benefits are paid in accordance with the insurance contracts between Transamerica and Tenet Healthcare Corporation.

## Your ERISA Rights

As a participant in the plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).

ERISA provides that you shall be entitled to:

• *Examine, without charge, at the Plan Administrator's office and at other specified locations all plan documents and copies of documents filed by the plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.*

• *Obtain copies of all plan documents and other plan information upon written request to the Plan Administrator; the Plan Administrator may make a reasonable charge for the copies.*

• *Receive a summary of the plan's annual financial report; the Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.*

Upon written request, the Plan Administrator will provide you with a complete list of divisions that participate in the plan. In certain locations, plans may be maintained pursuant to collective bargaining agreements. Upon written request, the Plan Administrator will provide you with copies of such agreements.

In addition to creating rights for plan participants, ERISA imposes duties upon the people responsible for the operation of the plan. The people who operate your plan, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries.

No one, including your employer, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit as provided for in this plan or from exercising your rights under ERISA.

If your claim for benefits is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the Plan Administrator review and reconsider your claim.

Under ERISA, you can take steps to enforce your rights. For instance, if you request materials from the Plan Administrator and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits that has been improperly denied or ignored in whole or in part, you may file suit in a federal court unless the plan requires binding arbitration. If plan fiduciaries misuse the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim is frivolous.

If you have any questions about this plan, you should contact the Plan Administrator.

If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in the telephone directory, or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

# ERISA Plan Information

| | |
|---|---|
| Employer Identification Number: | 95-2557091 |
| Plan Name: | Tenet Employee Benefit Plan |
| Plan Type: | Health and Welfare Plan |
| Plan Number: | 504 |
| Plan Year: | January 1 through December 31 |
| Plan Sponsor: | Tenet Healthcare Corporation<br>3820 State Street<br>Santa Barbara, CA 93105<br>Attn: Alan Ewalt, Senior Vice President |
| Plan Administrator: | Benefits Administration Committee<br>c/o Health and Welfare Benefits Department<br>Tenet HealthSystem<br>14001 Dallas Parkway<br>Dallas, TX 75240 |
| Agent For Service Of Legal Process: | Tenet Healthcare Corporation<br>3820 State Street<br>Santa Barbara, CA 93105<br>Attn: Alan Ewalt, Senior Vice President |



*This summary plan description (SPD) features the main provisions of the TenetSelect Life, AD&D, and Business Travel Accident Insurance Plans. No insurance certificate will be issued. Actual provisions of the plan are outlined in official plan documents. Plan provisions (and the laws and government regulations overseeing the plan) are complex and may change at any time without prior notice to plan participants or issuance of an updated SPD. As a result, this SPD creates no legal rights. In the event of any conflict between the official plan documents and this SPD, the language in the plan documents will be the final reference. If you would like to review the legal plan documents, contact the Plan Administrator.*

TRA 000111
Cisneros v Brownsville Med, et al

TENET B.M.C. H/R        ID:              APR 05 01   13:46 No.001 P.03



**1999 Confirmation Statement**

**PERSONAL INFORMATION:**

Your 1999 benefit elections were
based using the following personal
information:

| | |
|---|---|
| Birth Date: | 01/31/54 |
| SSN: | 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 |
| Status: | FULL-TIME |
| Annual Benefits Pay: | $ 29,619.20 |
| Annual Benefits Age: | 44 |

```
G412 BROWNSVILLE MED CTR                    00132
714000

FERNANDO CISNEROS, JR.
3005 TULIPAN ST.
BROWNSVILLE, TX 78520
```

CORE COVERAGE(S):  You automatically receive the following Company-paid CORE coverage(s):

    Employee Assistance Program
    $30,000.00 in Basic Employee Life Insurance
    $30,000.00 in Basic Employee AD&D Insurance
    $100,000.00 in Business Travel Accident Insurance

**YOUR TENETSELECT COVERAGES EFFECTIVE:  01/01/99**

Please review the elections listed on this Confirmation Statement.  If the Confirmation Statement does not agree with the elections made on your most recent Personalized Enrollment Form (PEF), notify your Human Resource Department no later than 3/30/99.  Changes will be accepted for processing errors only.

Please be aware that eligibility and coverage effective dates for Life Insurance coverage may be subject to Evidence of Insurability and/or actively at work requirements and coverage threshold rules.  Also note that if you elected Child Life and/or Child AD&D Insurance, all eligible dependent children are covered.  Spouse Life and Child Life coverage amounts cannot exceed one half the approved Supplemental Employee Life coverage amount. Refer to the Life and AD&D Summary Plan Description (SPD), or your facility Human Resource Department if you have questions.

| PLAN | COVERAGE ELECTION | | BEFORE-TAX PAYROLL DEDUCTIONS |
|---|---|---|---|
| MEDICAL | 2 | TS Med Pln $500 Ded | $ 34.03 |
| | 5 | Employee + Family | |
| VISION | 0 | Waive | $ 0.00 |
| DENTAL | 1 | Comprehensive | $ 13.09 |
| | 5 | Employee + Family | |
| HEALTH CARE REIM. ACCOUNT | 0 | Waive | $ 0.00 |
| DEPENDENT CARE REIM. ACCOUNT | 0 | Waive | $ 0.00 |

B-F-I-J                              **Attachment "b"**              CIS 000006

Case 1:01-cv-00037   Document 13   Filed in TXSD on 06/27/2001   Page 74 of 85

FERNANDO CISNEROS, JR.                                              Page 2 of 2
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
G412 BROWNSVILLE MED CTR
01/01/99

| PLAN | COVERAGE ELECTION | AFTER-TAX PAYROLL DEDUCTIONS | |
|------|-------------------|:---:|---|
| SUPP. EE AD&D | 2 Coverage: $60,000.00 | $ | 0.42 |
| SPOUSE AD&D | 2 Coverage: $50,000.00 | $ | 0.58 |
| CHILD AD&D | 1 Coverage: $10,000.00 | $ | 0.07 |
| INCOME REPLACEMENT | 1 Standard Plan. Coverage: $1,234.13/month | $ | 6.15 |
| LONG TERM CARE | 0 Waive | $ | 0.00 |
| SUPP. EE LIFE | 4 Coverage: $119,000.00 | $ | 5.99 |
| SPOUSE LIFE | 4 Coverage: $50,000.00 | $ | 2.52 |
| CHILD LIFE | 2 Coverage: $10,000.00 | $ | 0.84 |

**DEPENDENT INFORMATION: (For Medical, Dental, Vision and Spouse Life Coverages only)**

| Full Name | | Sex | Relationship | Birth Date | Social Security Number | Coverage Elected: | | | |
|-----------|---|-----|--------------|------------|------------------------|:---:|:---:|:---:|:---:|
| | | | | | | Medical | Dental | Vision | Spouse Life |
| GRACIL CISNEROS, | JR. | Female | Spouse | 12/05/55 | 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 | [X] | [X] | [ ] | [X] |
| FERNAN CISNEROS, | JR. | Male | Child | 11/28/82 | 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 | [X] | [X] | [ ] | [ ] |
| ERICA CISNEROS, | JR. | Female | Child | 07/27/77 | 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 | [X] | [X] | [ ] | [ ] |
| JESSIC CISNEROS, | JR. | Female | Child | 04/17/80 | 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 | [X] | [X] | [ ] | [ ] |
| VERONI CISNEROS, | JR. | Female | Child | 03/16/79 | 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 | [X] | [X] | [ ] | [ ] |

CIS 000007

TENET B.M.C. H/R            ID:            APR 19 99  16:33 NO.002 P.10


TENET SELECT

1999 Personal Enrollment Form (PEF)

Call SelectLine 1-888-TENET-HR (1-888-836-3847) to enroll.

Enrollment Period: November 02, 1998 - December 01, 1998

## PERSONAL INFORMATION

| | |
|---|---|
| Birth Date: | 01/31/54 |
| SSN: | 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 |
| Status: | FULL-TIME |
| PIN: | 01311954 |
| Annual Benefits Pay: | $ 29,619.20 |

Contact your Human Resource Department immediately if any of your personal information is incorrect.

```
G412 BROWNSVILLE MED CTR                         00132-B
714000

FERNANDO CISNEROS, JR.
3005 TULIPAN ST.
BROWNSVILLE, TX 78520
```

Core Coverage(s): You automatically receive the following Company-paid CORE coverage(s):

Employee Assistance Program                    $30,000 in Basic Employee Life Insurance
$100,000 in Business Travel Accident Insurance $30,000 in Basic Employee AD&D Insurance

Enrollment Instructions: You must call SelectLine if you are 1) Changing elections for 1999, 2) Enrolling in Reimbursement Accounts; 3) Adding/deleting dependent information for 1999, 4)Enrolling in Vision for 1999. Discontinued Medical and Dental Plans are defaulted to the most comparable plan. Review your default coverage carefully.

See the Life/AD&D Summary Plan Description for a complete list of situations requiring Evidence of Insurability (EOI). If a disability exists on the scheduled effective date, Human Resources requires notification and applicable Supplemental Employee, Spouse and Child Life/AD&D coverage will not begin until the disability ends, subject to your notification to Human Resources.

If you miss the deadline of December 01, 1998, your default coverages -- except Reimbursement Accounts -- will continue automatically. Subject to plan provisions, your SelectLine elections will be effective January 01, 1999.

## BEFORE-TAX CHOICES

### MEDICAL
Default Coverage:  TS Med Pln $500 Ded for Employee + Family

| | Addl. Form Reqd | 1 Employee Only | 2 Employee + 1 Child | 3 Employee + Spouse | 4 Employee + Children | 5 Employee + Family | Plan Code | Coverage Category |
|---|---|---|---|---|---|---|---|---|
| **PLAN CODE** | | | | | | | | |
| 0 Waive | No | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | | |
| 1 TS Med Pln $250 Ded | No | $ 17.91 | $ 35.82 | $ 59.63 | $ 62.68 | $ 85.05 | | |
| 2 TS Med Pln $500 Ded | No | $ 7.16 | $ 14.33 | $ 23.86 | $ 25.07 | $ 34.03 | | |
| 3 TS Med Pln $1000 Ded | No | $ 2.69 | $ 5.37 | $ 8.95 | $ 9.40 | $ 12.75 | | |

### VISION
Default Coverage:  Waive          This is a new benefit for 1999 and is described in your enrollment guide.

| | 1 Employee Only | 2 Employee + 1 Child | 3 Employee + Spouse | 4 Employee + Children | 5 Employee + Family | Plan Code | Coverage Category |
|---|---|---|---|---|---|---|---|
| **PLAN CODE** | | | | | | | |
| 0 Waive | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | | |
| 1 Enroll | $ 0.46 | $ 0.91 | $ 0.91 | $ 1.26 | $ 1.26 | | |

### DENTAL
Default Coverage:  Comprehensive for Employee + Family

| | 1 Employee Only | 2 Employee + 1 Child | 3 Employee + Spouse | 4 Employee + Children | 5 Employee + Family | Plan Code | Coverage Category |
|---|---|---|---|---|---|---|---|
| **PLAN CODE** | | | | | | | |
| 0 Waive | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | | |
| 1 Comprehensive | $ 4.03 | $ 8.05 | $ 8.05 | $ 13.09 | $ 13.09 | | |
| 2 Preventive | $ 1.17 | $ 2.33 | $ 2.33 | $ 3.80 | $ 3.80 | | |

### HEALTH CARE REIMBURSEMENT ACCOUNT
Default Coverage:  Waive

Even if you were enrolled in this benefit in 1998, you must elect coverage for 1999.
You may select any dollar amount between $5.00 and $76.00

$_____
per paycheck

### DEPENDENT CARE REIMBURSEMENT ACCOUNT
Default Coverage:  Waive

Even if you were enrolled in this benefit in 1998, you must elect coverage for 1999.
You may select any dollar amount between $5.00 and $192.00

$_____
per-paycheck

## TRA 000176
Cisneros v.Brownsville Med, et al

## Attachment "C"

## AFTER TAX CHOICES

### ACCIDENTAL DEATH & DISMEMBERMENT

#### SUPPLEMENTAL EMPLOYEE AD&D
*Default Coverage:* $60,000

| PLAN CODE | | Cost | | Plan Code |
|---|---|---|---|---|
| 0 Waive | $ | 0.00 | | |
| 1 $ | 30,000 | $ | 0.21 | |
| 2 $ | 60,000 | $ | 0.42 | |
| 3 $ | 89,000 | $ | 0.62 | |
| 4 $ | 119,000 | $ | 0.82 | |

#### SPOUSE AD&D
*Default Coverage:* $50,000

| PLAN CODE | | Cost | | Plan Code |
|---|---|---|---|---|
| 0 Waive | $ | 0.00 | | |
| 1 $ | 25,000 | $ | 0.30 | |
| 2 $ | 50,000 | $ | 0.58 | |
| 3 $ | 100,000 | $ | 1.16 | |

#### CHILD AD&D
*Default Coverage:* $10,000

| PLAN CODE | | Cost | | Plan Code |
|---|---|---|---|---|
| 0 Waive | $ | 0.00 | | |
| 1 $ | 10,000 | $ | 0.07 | |

### INCOME REPLACEMENT (DISABILITY COVERAGE)
*Default Coverage:* $1,234.13/month

| PLAN CODE | Cost | | Plan Code |
|---|---|---|---|
| 0 Waive | $ | 0 00 | |
| 1 Standard Plan | $ | 6 15 | |
| Coverage: $1,234.13/month | | | |

### LONG TERM CARE
*Default Coverage:* Waive

| PLAN CODE | Cost | | Plan Code |
|---|---|---|---|
| 0 Waive | $ | 0 00 | |
| 1 Enroll | $ | 11.54 | |

For Dependent enrollment information, contact UNUM at (800) 227-4165

### LIFE INSURANCE
Spouse and Child Life coverage amounts cannot exceed one-half the approved Supplemental Employee Life coverage amount.

#### SUPPLEMENTAL EMPLOYEE LIFE
*Default Coverage:* $119,000

| PLAN CODE | | Cost | | EOI | Plan Code |
|---|---|---|---|---|---|
| 0 Waive | $ | 0 00 | No | | |
| 1 $ | 30,000 | $ | 1.51 | No | |
| 2 $ | 60,000 | $ | 3.02 | No | |
| 3 $ | 89,000 | $ | 4.48 | No | |
| 4 $ | 119,000 | $ | 5.99 | No | |

#### SPOUSE LIFE
*Default Coverage:* $50,000

| PLAN CODE | | Cost | | EOI | Plan Code |
|---|---|---|---|---|---|
| 0 Waive | $ | 0.00 | No | | |
| 1 $ | 5,000 | $ | 0.25 | No | |
| 2 $ | 10,000 | $ | 0.50 | No | |
| 3 $ | 25,000 | $ | 1.26 | No | |
| 4 $ | 50,000 | $ | 2.52 | No | |
| 5 $ | 100,000 | $ | 5.03 | Yes | |

#### CHILD LIFE
*Default Coverage:* $10,000

| PLAN CODE | | Cost | | Plan Code |
|---|---|---|---|---|
| 0 Waive | $ | 0 00 | | |
| 1 $ | 5,000 | $ | 0.42 | |
| 2 $ | 10,000 | $ | 0.84 | |

### DEPENDENT INFORMATION
The following indicates all dependent currently enrolled for benefit coverage. Be sure to add/delete dependents as needed by accessing the dependent area in SelectLine. Remember that children age 19 through 22 must be full-time, post-secondary school students.

| Birth Date (MM/DD/YYYY) | Full Name | Relationship * | Social Security Number | Check Desired Coverage | | | |
|---|---|---|---|---|---|---|---|
| | | | | Medical | Dental | Sp Life | Vision |
| 12/05/1955 | GRACIE CISNEROS, JR. | Wife | 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 | [X] | [X] | [X] | [ ] |
| 11/28/1982 | TEPNAN CISNEROS | Son | 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 | [X] | [X] | [ ] | [ ] |
| 07/27/1977 | ERICA CISNEROS JR | Daughter | 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 | [X] | [X] | [ ] | [ ] |
| 04/17/1980 | JESSIE CISNEROS JR | Daughter | 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 | [X] | [X] | [ ] | [ ] |
| 03/16/1979 | VERONI CISNEROS, JR | Daughter | 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 | [X] | [X] | [ ] | [ ] |
| | | | | [ ] | [ ] | [ ] | [ ] |
| | | | | [ ] | [ ] | [ ] | [ ] |
| | | | | [ ] | [ ] | [ ] | [ ] |

*Relationship: 1 = Husband   2 = Wife   3 = Son   4 = Daughter

Eligibility and benefit coverage is governed by the official plan documents and insurance contracts, which may be modified from time to time. Also, eligibility for and participation in TenetSelect is based on the information you provide about your eligible dependents and yourself. Any misstatement or inaccuracy may affect your eligibility and participation in the benefit plans.

Participation in TenetSelect requires before-tax and/or after-tax payroll deductions, and you cannot change elections until the next Annual Enrollment period unless you have a major life event or qualify for a special enrollment that affects your benefit coverage. Any money remaining in the Reimbursement Accounts after the end of 1996 claims filing period will be forfeited.

By accessing the TenetSelect telephone enrollment system (SelectLine), and utilizing your Personal Identification Number (PIN) you are authorizing Tenet to enroll you in the benefit plans you select and make the associated payroll deductions.

Case 1:01-cv-00037   Document 13   Filed in TXSD on 06/27/2001   Page 77 of 85

TENET B.M.C. H/R          ID:                          APR 19 99   16:54 NO.002 P.08


# TENET SELECT

1998 Personalized Enrollment Form (PEF)

**PERSONAL INFORMATION:**                                                            7140

| | |
|---|---|
| Birth Date: | 01/31/54 |
| SSN: | 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 |
| Status: | FULL-TIME |
| Annual Benefits Pay: | $ 28,766.40 |

G412 BROWNSVILLE MED CTR
10/15/97

FERNANDO CISNEROS, JR.
3005 TULIPAN ST.
BROWNSVILLE, TX 78520

Contact your Human Resource Dept.
immediately if any of your personal
information is incorrect.

**CORE COVERAGE(S):** You automatically receive the following Company-paid CORE coverage(s):

Employee Assistance Program
$29,000 in Basic Employee Life Insurance
$29,000 in Basic Employee AD&D Insurance
$100,000 in Business Travel Accident Insurance

**ENROLLMENT INSTRUCTIONS:** Your 1997 coverages are marked with asterisks. You must return this form only if you: 1) Change elections for 1998; 2) Enroll in Reimbursement Accounts for 1998; 3) Enroll in Income Replacement for 1998; 4) Enroll in Long Term Care; 5) Add/delete dependent information; 6) Are required to submit EOI.

If you are continuing current coverage or electing new or additional Life and/or AD&D insurance coverage, please indicate below if you or your covered dependents are disabled:

[ ] I am disabled.
[ ] My spouse is disabled. Spouse name: _____
[ ] My dependent child is disabled. Child name: _____

Completed forms are due in Human Resources by 11/24/97. If you miss the deadline, your 1997 benefit coverages--except Reimbursement Accounts and Income Replacement Plan--will continue automatically. Subject to plan provisions, the elections on this PEF will be effective 01/01/98.

## BEFORE-TAX CHOICES

| A. MEDICAL | A<br>Employee<br>Only | B<br>Employee<br>+ 1 Child | C<br>Employee<br>+ Spouse | D<br>Employee<br>+ Children | E<br>Employee<br>+ Family |
|---|---|---|---|---|---|
| 00 Waive | [ ] $ 0.00 | | | | |
| 01 $250 Deductible HSP | [ ] $ 16.71 | [ ] $ 33.42 | [ ] $ 55.64 | [ ] $ 58.48 | [ ] $ 79.36 |
| 02 $500 Deductible HSP | [ ] $ 6.68 | [ ] $ 13.37 | [ ] $ 22.26 | [ ] $ 23.39 | [*] $ 31.75 |
| 03 $1000 Deductible HSP | [ ] $ 2.51 | [ ] $ 5.01 | [ ] $ 8.35 | [ ] $ 8.77 | [ ] $ 11.90 |

| B. DENTAL | A<br>Employee<br>Only | F<br>Employee<br>+ 1 Dependent | G<br>Employee + 2 or<br>More Dependents | |
|---|---|---|---|---|
| 0 Waive | [ ] $ 0.00 | | | |
| 2 Comprehensive | [ ] $ 3.92 | [ ] $ 7.84 | [*] $ 12.75 | |
| 3 DMO-Prudential** | [ ] $ 2.86 | [ ] $ 5.73 | [ ] $ 9.30 | Provider:_____ |

** You must enter the number of your desired DMO provider in the space provided above.
To indicate a different DMO provider for each dependent, use side 2 of this form.

**C. HEALTH CARE REIMBURSEMENT ACCOUNT**

0 Waive      [X] $ 0.00
1 Enroll     [ ] $_____ per paycheck        (You can elect any dollar amount between
                                                $5 and $76.)

**D. DEPENDENT CARE REIMBURSEMENT ACCOUNT**

0 Waive      [X] $ 0.00
1 Enroll     [ ] $_____ per paycheck        (You can elect any dollar amount between
                                                $5 and $192.)

```
INCOME REPLACEMENT (DISABILITY COVERAGE)

IMPORTANT: For 1998 coverage, you must mark "x" your selection below.
[ ] 0 Waive
[X] 1 Standard Plan   Coverage: $ 1,198.60/month    After-Tax cost: $ 5.97
```

PAGE 1 of 2

TRA 000178
Cisneros v. Brownsville Med, et al

**Attachment "d"**

TENET B.M.C. H/R          ID:                    HFR 19'99  16:54  NO.002 P.09
FERNANDO CISNEROS, JR.                                            PAGE 2 of 2
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
G412 BROWNSVILLE MED CTR
10/15/97



## AFTER-TAX CHOICES

| F. SUPPLEMENTAL EMPLOYEE LIFE | | | | I. SUPPLEMENTAL EMPLOYEE AD&D | | | |
|---|---|---|---|---|---|---|---|
| 0 Waive | [ ] $ | 0.00 | | 0 Waive | [ ] $ | 0.00 |
| 1 $ 29,000 | [ ] $ | 1.46 | | 1 $ 29,000 | [ ] $ | 0.20 |
| 2 $ 58,000 | [*] $ | 2.92 | | 2 $ 58,000 | [*] $ | 0.40 |
| 3 $ 87,000 | [ ] $ | 4.38 | | 3 $ 87,000 | [ ] $ | 0.60 |
| 4 $ 116,000 | [ ] $ | 5.84 | | 4 $ 116,000 | [ ] $ | 0.80 |

| G. SPOUSE LIFE | | | | J. SPOUSE AD&D | | | |
|---|---|---|---|---|---|---|---|
| 0 Waive | [ ] $ | 0.00 | | 0 Waive | [ ] $ | 0.00 |
| 1 $ 5,000 | [ ] $ | 0.25 | | 1 $ 25,000 | [ ] $ | 0.30 |
| 2 $ 10,000 | [ ] $ | 0.50 | | 2 $ 50,000 | [*] $ | 0.58 |
| 3 $ 25,000 | [ ] $ | 1.26 | | 3 $ 100,000 | [ ] $ | 1.16 |
| 4 $ 50,000 | [*] $ | 2.52 | | | | |
| 5 $ 100,000 | [ ] $ | 5.03 | | | | |

| H. CHILD LIFE | | | | K. CHILD AD&D | | | |
|---|---|---|---|---|---|---|---|
| 0 Waive | [ ] $ | 0.00 | | 0 Waive | [ ] $ | 0.00 |
| 1 $ 5,000 | [ ] $ | 0.42 | | 1 $ 10,000 | [*] $ | 0.07 |
| 2 $ 10,000 | [*] $ | 0.84 | | | | |

Effective 01/01/98, Spouse Life and Child Life coverage amounts cannot exceed one half the Supplemental Employee Life coverage amount. I have an Evidence of Insurability (EOI) pending for [ ] Self / [ ] Spouse. See the Life/AD&D Summary Plan Description for a complete list of situations requiring an EOI.

If a disability exists on the scheduled effective date, I understand that Human Resources needs notification and that Life and/or AD&D coverage will not begin until the disability ends, subject to my notification to Human Resources.

L. LONG TERM CARE          Employees over age 89 as of 01/01/98 are not eligible for Long Term Care

| 0 Waive | [X] $ | 0.00 | |
| 1 Enroll | [ ] $ | 10.98 | After-Tax Cost |

You must complete a separate UNUM enrollment application.
Employee coverage is subject to UNUM approval.

For Dependent enrollment information, contact UNUM at (800) 227-4165 for a Long Term Care enrollment kit.

## DEPENDENT INFORMATION   (For Medical, Dental and Spouse Life Coverages only)

Please list all eligible dependents whom you want to enroll for benefit coverage. Remember that children age 19 through 22 must be full-time post-secondary school students.

| Full Name | Sex/Rel* | Birth Date | Social Security No. | Check if Student/Disabled | Check Desired Coverage: Med Dent Sp Life | | | DMO Pro.** |
|---|---|---|---|---|---|---|---|---|
| GRACIL CISNEROS, JR. | 4 | 12/05/55 | 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 | [S] [D] | [M] [D] [SL] | | | _____ |
| FERNAN CISNEROS, JR. | 5 | 11/28/82 | 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 | [S] [D] | [M] [D] [SL] | | | _____ |
| ERICA CISNEROS, JR. | 6 | 07/27/77 | 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 | [S] [D] | [M] [D] [SL] | | | _____ |
| JESSIC CISNEROS, JR. | 6 | 04/17/80 | 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 | [S] [D] | [M] [D] [SL] | | | _____ |
| VERONI CISNEROS, JR. | 6 | 03/16/79 | 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 | [S] [D] | [M] [D] [SL] | | | _____ |
| _____ | | | | [S] [D] | [M] [D] [SL] | | | _____ |
| _____ | | | | [S] [D] | [M] [D] [SL] | | | _____ |

* 3 = Male Spouse, 4 = Female Spouse, 5 = Male Child, 6 = Female Child

** Complete only if DMO plan is available and you want to select a different DMO provider for a dependent.

## EMPLOYEE AUTHORIZATION

Please enroll me in the coverages I have indicated on this form. I have read the enrollment material provided me, and understand that eligibility and benefit coverage is governed by the official plan documents and insurance contracts which may be modified from time to time. I also understand that eligibility for and participation in TenetSelect is based on the information I provided about myself and my eligible dependents. I certify this information is true and accurate, and I understand that any misstatement or inaccuracy may affect my eligibility for and participation in the benefit plans.

Furthermore, I understand that my participation in TenetSelect requires before-tax and/or after-tax payroll deductions, and that I cannot change my elections until the next Annual Enrollment period unless I have a change in family status that affects my benefit coverage. I also understand that any money remaining in the Reimbursement Accounts after the end of the 1998 claims filing period will be forfeited.

_Fernando Cisneros Jr._                    _11/18/97_
Employee Signature                          Date

TRA 000179
Cisneros v. Brownsville Med. et al

TENET B.M.C. H/R          ID:                              MAR 19 99   16:32 NO.002 P.06

1997 Annual Enrollment
Personalized Enrollment Form (PEF)

7140

**PERSONAL INFORMATION:**
Birth Date:            01/31/54
SSN:                   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
Status:                Full-Time
Annual Benefits Pay:   $28,766.40

Contact your Human Resources Dept.
immediately if any of your personal
information is incorrect.

G412 BROWNSVILLE MED CTR
10/23/96

FERNANDO CISNEROS, JR.
3005 TULIPAN ST.
BROWNSVILLE, TX  78520

**CORE COVERAGE(S):** You automatically receive the following Company-paid CORE coverage(s):

Employee Assistance Program
$29,000 in Basic Employee Life Insurance
$29,000 in Basic Employee AD&D Insurance
$100,000 in Business Travel Accident Insurance

**ENROLLMENT INSTRUCTIONS:** Your 1996 coverages are marked with asterisks. You must return this form only if you: 1) Change elections for 1997; 2) Enroll in the Reimbursement Account for 1997; 3) Add/delete dependent information; 4) Are required to submit EOI; 5) Have a spouse who is also a Tenet employee (complete below).

[ ] My spouse also works for Tenet. His/her SSN is: _____ - ____ - _____

Completed forms are due in Human Resources by 12/02/96. If you miss the deadline, your 1996 benefit coverages--except Reimbursement Accounts--will continue automatically. Subject to plan provisions, the elections on this PEF will be effective 01/01/97.

**BEFORE-TAX CHOICES**

**A. MEDICAL**

|  | A<br>Employee<br>Only | B<br>Employee<br>+ 1 Child | C<br>Employee<br>+ Spouse | D<br>Employee<br>+ Children | E<br>Employee<br>+ Family |
|---|---|---|---|---|---|
| 00 Waive | [ ] $ 0.00 | | | | |
| 01 $250 Deductible | [ ] $ 12.92 | [ ] $ 28.62 | [ ] $ 54.00 | [ ] $ 60.92 | [ ] $ 74.77 |
| 02 $500 Deductible | [ ] $ 4.62 | [ ] $ 10.15 | [ ] $ 18.92 | [ ] $ 21.23 | [*] $ 26.31 |
| 03 $1000 Deductible | [ ] $ 2.77 | [ ] $ 6.00 | [ ] $ 11.08 | [ ] $ 12.46 | [ ] $ 15.69 |

**B. DENTAL**

|  | A<br>Employee<br>Only | F<br>Employee<br>+ 1 Dependent | G<br>Employee + 2 or<br>More Dependents | |
|---|---|---|---|---|
| 0 Waive | [ ] $ 0.00 | | | |
| 2 Comprehensive | [·] $ 2.17 | [ ] $ 4.38 | [*] $ 7.06 | |
| 3 DMO-Prudential** | [ ] $ 0.30 | [ ] $ 2.32 | [ ] $ 4.55 | Provider # _____ |

** You must enter the number of your desired DMO provider in the space provided above.
To indicate a different DMO provider for each dependent, use side 2 of this form.

**C. HEALTH CARE REIMBURSEMENT ACCOUNT**

0 Waive    [*] $ 0.00                          (You can elect any dollar amount between
1 Enroll   [ ] $_____ per paycheck            $5 and $76.)

**D. DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT**

0 Waive    [*] $ 0.00                          (You can elect any dollar amount between
1 Enroll   [ ] $_____ per paycheck            $5 and $192.)

**INCOME REPLACEMENT (DISABILITY COVERAGE)**
You are automatically enrolled in this after-tax plan when you enroll in any TenetSelect medical plan.
(Not available without medical coverage.)
Coverage: $ 1,196.60/month          After-tax cost: $ 8.30

PAGE 1 of 2

TRA 000180
Cisneros v. Brownsville Med, et al

Attachment "e"

Case 1:01-cv-00037   Document 13   Filed in TXSD on 06/27/2001   Page 80 of 85

 

## AFTER-TAX CHOICES

| F.  SUPPLEMENTAL EMPLOYEE LIFE | | | | I.  SUPPLEMENTAL EMPLOYEE AD&D | | |
|---|---|---|---|---|---|---|
| 0 Waive | [  ] | $ | 0.00 | 0 Waive | [  ] $ | 0.00 |
| 1 $  29,000 | [  ] | $ | 1.46 | 1 $  29,000 | [  ] $ | 0.20 |
| 2 $  58,000 | [*] | $ | 2.92 | 2 $  58,000 | [*] $ | 0.40 |
| 3 $  87,000 | [  ] | $ | 4.38 | 3 $  87,000 | [  ] $ | 0.60 |
| 4 $ 116,000 | [  ] | $ | 5.84 | 4 $ 116,000 | [  ] $ | 0.80 |

| G.  SPOUSE LIFE | | | | J.  SPOUSE AD&D | | |
|---|---|---|---|---|---|---|
| 0 Waive | [  ] | $ | 0.00 | 0 Waive | [  ] $ | 0.00 |
| 1 $   5,000 | [  ] | $ | 0.25 | 1 $  25,000 | [  ] $ | 0.30 |
| 2 $  10,000 | [  ] | $ | 0.50 | 2 $  50,000 | [*] $ | 0.58 |
| 3 $  25,000 | [  ] | $ | 1.26 | 3 $ 100,000 | [  ] $ | 1.16 |
| 4 $  50,000 | [*] | $ | 2.52 | | | |
| 5 $ 100,000 | [  ] | $ | 5.03 | | | |

| H.  CHILD LIFE | | | | K.  CHILD AD&D | | |
|---|---|---|---|---|---|---|
| 0 Waive | [  ] | $ | 0.00 | 0 Waive | [  ] $ | 0.00 |
| 1 $   5,000 | [  ] | $ | 0.42 | 1 $  10,000 | [*] $ | 0.07 |
| 2 $  10,000 | [*] | $ | 0.84 | | | |

To elect Child Life, you must also elect Supplemental Employee or Spouse Life.

I have an EOI pending for my [  ] Self / [  ] Spouse. New or increased coverage must be approved. The enclosed letter has a complete list of situations requiring an EOI.

If a disability is present on 1/1/97, I understand that HR needs notification. New or increased Life or AD&D coverage will not begin until the end of disability, subject to my notification to HR.

## DEPENDENT INFORMATION  (For Medical and Dental Coverages only)

Please list all eligible dependents whom you want to enroll for benefit coverage. Remember that children age 19 through 22 must be full-time post-secondary school students.

| Full Name | Sex/ Rel* | Birth Date | Social Security No. | Check if Student/ Disabled | | Check Desired Coverage: Med | Dent | DMO Prov.** |
|---|---|---|---|---|---|---|---|---|
| CISNEROS,   JR.,  GRACIL | 4 | 12/05/55 | 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 | [S] | [D] | [M] | [D] | _____ |
| CISNEROS,   JR.,  FERNAN | 5 | 11/28/82 | 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 | [S] | [D] | [M] | [D] | _____ |
| CISNEROS,   JR.,  ERICA  | 6 | 07/27/77 | 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 | [S] | [D] | [M] | [D] | _____ |
| CISNEROS,   JR.,  JESSIC | 6 | 04/17/80 | 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 | [S] | [D] | [M] | [D] | _____ |
| CISNEROS,   JR.,  VERONI | 6 | 03/16/79 | 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 | [S] | [D] | [M] | [D] | _____ |
| _____ | | | | [S] | [D] | [M] | [D] | _____ |
| _____ | | | | [S] | [D] | [M] | [D] | _____ |
| _____ | | | | [S] | [D] | [M] | [D] | _____ |

* 3 = Male spouse, 4 = Female Spouse, 5 = Male Child, 6 = Female Child

** Complete only if DMO option is available and you want to select a different DMO provider for a dependent.

## EMPLOYEE AUTHORIZATION

Please enroll me in the coverages I have indicated on this form. I have read the enrollment material provided me, and understand that eligibility and benefit coverage is governed by the official plan documents and insurance contracts which may be modified from time to time. I also understand that eligibility for and participation in TenetSelect is based on the information I provided about myself and my eligible dependents. I certify this information is true and accurate, and I understand that any misstatement or inaccuracy may affect my eligibility for and participation in the benefit plans.

Furthermore, I understand that my participation in TenetSelect requires before-tax and/or after-tax payroll deductions, and that I cannot change my elections until the next Annual Enrollment period unless I have a change in family status that affects my benefit coverage. I also understand that any money remaining in the Reimbursement Accounts after the end of the 1997 claims filing period will be forfeited.

_____               _____
Employee Signature                                        Date

## FOR HR USE ONLY

Date Form Returned: _____          HR Rep.: _____

TRA 000181

Cisneros v. Brownsville Med. et al

TENET B.H.C. H/R          ID:                    APR 19 99  16:30 NO.002 P.04

# TENETSELECT

G412/BROWNSVILLE MED CTR
11/27/95

**PERSONAL INFORMATION:**
Birth Date:           01/31/54
SSN:                  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
Status:               Full-Time
Annual Benefits Pay:  $27,935.00

FERNANDO CISNEROS, JR.
3005 TULIPAN ST.
BROWNSVILLE, TX 78520

Contact your Human Resource Dept.
immediately if any of your personal
information is incorrect.

**CORE COVERAGE(S):** You automatically receive the following Company-paid CORE coverage(s):

    $28,000 in Basic Life Insurance
    $28,000 in Basic AD&D Insurance
    $100,000 in Business Travel Accident
    Employee Assistance Program

**ENROLLMENT INSTRUCTIONS:** To enroll in TenetSelect, place an "X" next to your election in each benefit category.
Provided your enrollment is completed in a timely manner, your elections are scheduled to go into effect on 01/01/96.

Your Personalized Enrollment Form is due at your Human Resource Department by 12/13/95. If you do not return
this form by the enrollment deadline, you will be enrolled only in the Company-paid CORE coverage(s) listed above.
All costs shown on this form are biweekly amounts.

**BEFORE-TAX CHOICES**

**A. MEDICAL**

| | A Employee Only | B Employee + 1 Child | C Employee + Spouse | D Employee + Children | E Employee + Family |
|---|---|---|---|---|---|
| 0 Waive | [ ] $ 0.00 | | | | |
| 1 $250 Deductible | [ ] $ 12.92 | [ ] $ 28.62 | [ ] $ 54.00 | [ ] $ 60.92 | [ ] $ 74.77 |
| 2 $500 Deductible ✓ | [ ] $ 4.62 | [ ] $ 10.15 | [ ] $ 18.92 | [ ] $ 21.23 | [X] $ 26.31 |
| 3 $1000 Deductible | [ ] $ 2.77 | [ ] $ 6.00 | [ ] $ 11.08 | [ ] $ 12.46 | [ ] $ 15.69 |

**B. DENTAL**

| | A Employee Only | F Employee + 1 Dependent | G Employee + 2 or More Dependents |
|---|---|---|---|
| 0 Waive | [ ] $ 0.00 | | |
| 2 Comprehensive | [ ] $ 2.17 | [ ] $ 4.38 | [X] $ 7.06 |

**C. HEALTH CARE REIMBURSEMENT ACCOUNT**

| 0 Waive | [X] $ 0.00 | (You can elect any dollar amount between |
|---|---|---|
| 1 Enroll | [ ] $_____ per paycheck | $5 and $76.) |

**D. DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT**

| 0 Waive | [X] $ 0.00 | (You can elect any dollar amount between |
|---|---|---|
| 1 Enroll | [ ] $_____ per paycheck | $5 and $192.) |

**INCOME REPLACEMENT (DISABILITY COVERAGE)**
You are automatically enrolled in this after-tax plan when you enroll in any TenetSelect medical plan.
(Not available without medical coverage.)

Coverage: $ 1.165/month           After-tax cost: $ 6.06

TRA 000182
Cisneros v. Brownsville Med, et al

Attachment "f"

CutePDF - www.cutepdf.com

Case 1:01-cv-00037  Document 13  Filed in TXSD on 06/27/2001  Page 82 of 85



## AFTER-TAX CHOICES

### F. SUPPLEMENTAL EMPLOYEE LIFE
0 Waive $ 0.00
1 $ 28,000
2 $ 56,000                    2.82
3 $ 84,000                    4.23
4 $ 112,000                   5.63

### I. SUPPLEMENTAL EMPLOYEE AD&D
0 Waive $ 0.00
1 $ 28,000                    .19
2 $ 56,000                    .39
3 $ 84,000                    .58
4 $ 112,000                   .78

### G. SPOUSE LIFE
0 Waive $ 0.00
1 $ 5,000                     .25
2 $ 10,000                    .50
3 $ 25,000                    1.26
4 $ 50,000                    2.52
5 $ 100,000                   5.03

### J. SPOUSE AD&D
0 Waive $ 0.00
1 $ 25,000                    .30
2 $ 50,000                    .58
3 $ 100,000                   1.16

### H. CHILD LIFE
0 Waive $ 0.00
1 $ 5,000                     .42
2 $ 10,000                    .84

### K. CHILD AD&D
0 Waive $ 0.00
1 $ 10,000                    .07

### DEPENDENT INFORMATION (Please print)

Please list all eligible dependents whom you want to enroll for benefit coverage. Remember that children age 19 through 22 must be full-time post-secondary school students.

| Full Name | Birth Date | Rel. | Social Security No. | Check if Student/Disabled | Med | Dent |
|---|---|---|---|---|---|---|
| GRACIL CISNEROS, JR. | 12/05/55 | S | 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 | [S] [D] | [M] | [D] |
| FERNAN CISNEROS, JR. | 11/28/82 | C | 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 | [S] [D] | [M] | [D] |
| ERICA CISNEROS, JR. | 07/27/77 | C | 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 | [S] [D] | [M] | [D] |
| JESSIC CISNEROS, JR. | 04/17/80 | C | 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 | [S] [D] | [M] | [D] |
| VERONI CISNEROS, JR. | 03/16/79 | C | 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 | [S] [D] | [M] | [D] |
|  |  |  |  | [S] [D] | [M] | [D] |
|  |  |  |  | [S] [D] | [M] | [D] |
|  |  |  |  | [S] [D] | [M] | [D] |
|  |  |  |  | [S] [D] | [M] | [D] |
|  |  |  |  | [S] [D] | [M] | [D] |

### EMPLOYEE AUTHORIZATION

Please enroll me in the coverages I have indicated on this form. I have read the enrollment material provided me, and understand that eligibility and benefit coverage is governed by the official plan documents and insurance contracts which may be modified from time to time. I also understand that eligibility for and participation in TenetSelect is based on the information I provided about myself and my eligible dependents. I certify this information is true and accurate, and I understand that any misstatement or inaccuracy may affect my eligibility for and participation in the benefit plans.

Furthermore, I understand that my participation in TenetSelect requires before-tax and/or after-tax payroll deductions, and that I cannot change my elections until the next Open Enrollment period unless I have a change in family status that affects my benefit coverage. I also understand that any money remaining in the Reimbursement Accounts after the end of 1996 claims filing period will be forfeited.

_Fernando Cisneros Jr._      12-4-95
Employee Signature           Date

### FOR HR USE ONLY

Date Form Returned: _____     HR Rep.: _____

**TRA 000183**

Cisneros v. Brownsville Med. et al

# AFFIDAVIT OF JULIA CASS

STATE OF TEXAS         §
                                      §
COUNTY OF CAMERON    §

On this day appeared before me Julia Cass who is personally known to me and who, upon her oath, stated as follows:

1.     "My name is Julia Cass. I am over the age of twenty-one (21) and am competent in all respects to make this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true.

2.     I am the Quality Management Director for Brownsville Medical Center ("BMC"). I have held this position since 1994. I am familiar with BMC's workers' compensation coverage program because my duties include oversight of the Occupational Health Program.

3.     BMC has been a subscriber under the Texas Workers' Compensation Act since I was employed at BMC in 1980.

4.     Fernando Cisneros was hired by BMC on July 10, 1989.

5.     As documented in the New Employee Orientation Checklist signed by Cisneros on August 31, 1989, he was given notice that BMC had workers' compensation insurance coverage and was also given notice of his rights under BMC's workers' compensation insurance.

6.     There is no record of Cisneros having submitted anything in writing electing to retain his common-law right of action to recover damages for personal injuries or death. I am not aware of Cisneros having submitted any such document.

**Exhibit "B"**

7.    Attached to my affidavit is a true and correct copy of BMC's Employee Orientation Checklist that was kept in the regular course of business and it is the regular practice of the business to make such records.

FURTHER AFFIANT SAYS NAUGHT.



Julia Cass

SWORN TO AND SUBSCRIBED BEFORE ME on this _19_ day of June, 2001.

[SEAL]

JUANA MARIA COSME
MY COMMISSION EXPIRES
August 21, 2001

Notary Public in and for
The State of Texas

JUANA MARIA COSME
Name of Notary Typed or Printed

My Commission Expires: 8/21/2001

s-105069.1

# **AMI**Brownsville Medical Center

## NEW EMPLOYEE ORIENTATION

| | SUBJECT | CHECK IF COMPLETED |
|---|---|---|
| 1) | Commitment to Excellence | ✓ |
| 2) | Employee Benefits | ✓ |
| 3) | Workers' Compensation | ✓ |
| 4) | Paid Time Off (PTO) | ✓ |
| 5) | Pay for Performance | ✓ |
| 6) | Quality Assurance, Risk Management and Infection Control | ✓ |
| 7) | Universal Precaution/Prevention of HBV and HIV Exposure | ✓ |
| 8) | Cardiopulmonary Resuscitation (CPR) | |
| 9) | Employee Education | ✓ |
| 10) | Body Mechanics | ✓ |
| 11) | Fire & Safety | ✓ |
| 12) | Tour of Facility | ✓ |

EMPLOYEE SIGNATURE

8-31-89
DATE

_Norma Lomeli_
In-Service Director's Signature

8-31-89
Date

P.O. Box 3590, 1040 West Jefferson, Brownsville, Texas 78520   512 544-1400

CIS 000008