United States District Court
Southern District of Texas
FILED

AUG 1 4 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON TRANSAMERICA ASSURANCE COMPANY'S MOTION FOR
JUDGMENT ON THE PLEADINGS AND/OR MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| CIVIL ACTION NO. B-01-037 | DATE & TIME: 08-14-01 AT 2:00 P.M. |
| GRACIELA CISNEROS, ET AL. | PLAINTIFF(S) COUNSEL: DENIS A DOWNEY |
| VS. | |
| BROWNSVILLE MEDICAL CENTER, ET AL. | DEFENDANT(S) COUNSEL: MICHAEL W. FOX, SHAYNE D. MOSES, LECIA CHANEY, EDUARDO R. RODRIGUEZ |

---

CSO: Dan Figueroa
ERO: Gabriel Mendieta

Attorneys Denis Downey, Chris Scherer, Shayne Moses and Lecia Chaney appeared.

Case will be severed with Plaintiffs and TransAmerica Assurance Company to be assigned Cause No. B-01-141. Parties in new cause signed a 636 consent form. Final Judgment filed for Cause No. B-01-141.

Plaintiffs will file a response to Brownsville Medical Center's Motion for Summary Judgment.