16

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually | § | |
| and As Representative of the Estate of | § | |
| FERNANDO CISNEROS, DECEASED | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-037 |
| | § | |
| BROWNSVILLE MEDICAL CENTER, | § | |
| TENET HEALTHCARE, LTD. | § | |
| Defendants. | § | |

## MOTION TO AMEND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff herein and moves as follows:

1. This is a removal action wherein the live pleading is a state petition;

2. Plaintiff wishes to amend the state petition in conformity with pleadings filed by Defendant and to reflect the dismissal of Transamerica Assurance company from this lawsuit.

Respectfully Submitted,

_____
DENIS A. DOWNEY
Bar No. 06085500
Federal No. 1186
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
956-544-0561 / 956-544-0562 (FAX)

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent this 24th day of **August, 2001**, via the U.S. Mail, first class, postage prepaid, to the following:

Chris A. Scherer
HAYNES AND BOONE, LLP
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205-1540

_____
Denis A. Downey