

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO: B-01-037 |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, INC. | § § § § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act this case is referred to United States Magistrate Judge John Wm. Black.

SIGNED on this _3rd_ day of _October_____, 2001.

_____
UNITED STATES DISTRICT JUDGE

S-109070 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased, § § § § | | |
| *Plaintiff*, § § | | |
| v. § § | CIVIL ACTION NO: B-01-037 | |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, INC. § § § | | |
| *Defendants*. § | | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| /s/ Dennis A. Dumy | Plaintiff | Oct 2/01 |
| /s/ [illegible] | Defendant | 10/2/01 |

S-109071.1