23

United States District Court
Southern District of Texas
FILED

OCT 0 2 2001

Michael N. Milby
Clerk of Court

# THE HONORABLE JOHN WM. BLACK

## STATUS CONFERENCE

CIVIL ACTION NO. B-01-037          DATE & TIME: 10-02-01 AT 1:30 P.M.

GRACIELA CISNEROS, ET AL.          PLAINTIFF(S)   DENIS A DOWNEY
                                   COUNSEL

VS.

BROWNSVILLE MEDICAL CENTER,        DEFENDANT(S)   MICHAEL W. FOX
ET AL.                             COUNSEL

---

ERO: Gabriel Mendieta
CSO: Dan Figueroa

Attorneys Denis Downey and Chris Scherer appeared.

The court is taking Motions under consideration.