24

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 15 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually and As Representative of the Estate of FERNANDO CISNEROS, DECEASED Plaintiff, | § § § § § § | |
| VS. | § | CIVIL ACTION NO. B-01-037 |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, LTD. Defendants. | § § § § | |

### ORDER GRANTING PLAINTIFF'S MOTION TO AMEND

The court having previously been presented with and having considered the motion (DOCKET NO. 16, previously filed by Plaintiff to amend Plaintiff's original petition, the Court now hereby grants such motion and orders that Plaintiff's First Amended Complaint be marked as filed.

DATED: 12 OCT 2001

_____
Judge Presiding