26

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-037 |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, INC. And TRANSAMERICA ASSURANCE COMPANY | § § § § | |

TYPE OF CASE.         __X__ CIVIL                              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING

**STATUS CONFERENCE**

PLACE:                                                     ROOM NO

**UNITED STATES FEDERAL COURTHOUSE**           **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                            DATE AND TIME:

**FEBRUARY 12, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     FEBRUARY 12, 2002

TO:       MR DENIS DOWNEY
          MR MICHAEL FOX