2-7

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

FEB 1 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-01-037 | DATE & TIME: 02-12-02 AT 1:30 P.M. |
| GRACIELA CISNEROS, ET AL. | PLAINTIFF(S) COUNSEL   DENIS A DOWNEY |
| VS. | |
| BROWNSVILLE MEDICAL CENTER, ET AL. | DEFENDANT(S) COUNSEL   MICHAEL W. FOX |

---

Attorneys Denis Downey, Chris Scherer and Shannon Garcia appeared in chambers.

Parties are discussing mediation.

Scheduling dates were selected.