

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 12 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO: B-01-037 |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, LTD. | § § § § | |
| *Defendants.* | § | |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO AMEND

Defendant Tenet Healthcare, Ltd. d/b/a Brownsville Medical Center, seeks leave to amend its answer under FED. R. CIV. P. 15(a) and as grounds therefor, would show:

1.

Defendant seeks the court's leave to file its First Amended Answer. Defendant's Original Answer was filed in response to plaintiff's Original Petition which was filed in state court.

2.

In October 2001, the court granted plaintiff's motion for leave amend, allowing plaintiff to file an amended complaint formatted in accordance with the federal rules.

3.

In December 2001, the court issued an order partially granting Defendant's motion for summary judgment.

4.

The amendment sought by Defendant is necessary to respond to plaintiff's First Amended Complaint and to reflect the current case status in light of the partial summary judgment for Defendant.

5.

Plaintiff's counsel does not oppose this motion.

THEREFORE, Defendant respectfully requests the court grant its motion for leave to amend and order that its First Amended Answer be filed in this matter.

Respectfully submitted,

*Michael W. Fox* by permission

MICHAEL W. FOX
Attorney in Charge
State Bar No. 07335500
Southern District No. 10300
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701
Telephone: (512) 867-8400
Telecopier: (512) 867-8470

OF COUNSEL
HAYNES AND BOONE, LLP
CHRIS A. SCHERER
State Bar No. 00794600
Southern District No. 19638
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205
Telephone: (210) 978-7000
Telecopier: (210) 978-7450

Attorneys for Defendant
TENET HEALTHCARE, LTD.
d/b/a BROWNSVILLE MEDICAL CENTER

## **CERTIFICATE OF CONFERENCE**

On February 12, 2002, Chris Scherer, counsel for Defendant, conferred with Denis Downey, plaintiff's counsel. Mr. Downey does not oppose Defendant's Motion to Amend.

_____
Chris A. Scherer

## **CERTIFICATE OF SERVICE**

Based on the Federal Rules of Civil Procedure, a copy of this document has been served by hand delivery on February 12, 2002, upon the following:

Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538

_____
Chris A. Scherer

S-113536.1                                     3