29

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO: B-01-037 |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, LTD. | § § § § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR LEAVE TO AMEND**

The court, having considered Defendant Tenet Healthcare, Ltd. d/b/a Brownsville Medical Center's, Unopposed Motion for Leave to Amend, GRANTS the motion and hereby ORDERS that Defendant's First Amended Answer be marked as filed.

SIGNED this 12TH day of FEBRUARY, 2002.

_____
Judge Wm. Black
United States Magistrate Judge

S-113536.1                                    4

**Law Office of Paul L. Fourt, Jr.**
Attorney at Law
1000 E. Van Buren
Brownsville, TX 78520
(956) 574-0109 - Telephone
(956) 574-0227 - Fax

By: *Paul L. Fourt, Jr.* with permission by Carla M. Saenz
    Paul L. Fourt, Jr.
    State Bar No.: 00785874
    Federal I.D. No. 19663

*Attorneys In Charge for Defendants*
*Ray Gallegos and Gaim-Ko, Inc.*

**Roerig, Oliveira & Fisher, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, TX 78520
(956) 542-5666 - Telephone
(956) 542-0015 - Fax

By: *Michael Fisher* with permission by Carla M. Saenz
    W. Michael Fisher
    State Bar No.: 07062420
    Federal I.D. No. 1080

*Attorneys In Charge for Defendants*
*South Padre Island Fishing Center, Inc.;*
*Stanley McElroy; Dave Friedman; SRFP, Inc.*

**Carla M. Saenz & Associates, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862 - Telephone
(956) 541-2864 - Fax

By: *Carla M. Saenz*
    Carla M. Saenz
    State Bar No.: 17514595
    Federal I.D. No. 7994

*Attorneys In Charge for Defendant*
*South Padre Island Fishing*
*Center Joint Venture*