*30*

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GRACIELA CISNEROS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF FERNANDO CISNEROS, DECEASED | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-037 |
| BROWNSVILLE MEDICAL CENTER, ET AL. | § § § | |

## ORDER

On this day came on to be considered the **scheduling conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)     A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas     shall be filed no later than **September 13, 2002.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(2)     A telephonic final pretrial and settlement conference is set for **September 18, 2002 at 1:30 P.M.**

(3)     Jury selection is set for **October 5, 2002 at 8:30 A.M.** before Judge Filemon B. Vela.

(4)     Trial is set for **October 21, 2002 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 12th day of February, 2002.

John Wm. Black
United States Magistrate Judge