IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO: B-01-037 |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, INC. | § § § § | |
| Defendants. | § | |

**DEFENDANT'S DESIGNATION
OF EXPERT WITNESSES**

Based on Federal Rule of Civil Procedure 26(a)(2), Defendant, TENET HEALTHCARE, LTD. d/b/a BROWNSVILLE MEDICAL CENTER, submits its Designation of Expert Witnesses as follows:

1. Tom Kelly
   P.O. Box 2009
   South Padre Island, Texas 78597
   (210) 227-1460

   Mr. Kelly may be called to testify about: (1) radiation exposure guidelines and compliance, (2) radiation safety policies and procedures, and (3) the safety of facilities and equipment.

2. David L. Goff, PhD
   Medical and Radiation Physics, Inc.
   730 N. Main Avenue
   San Antonio, Texas 78205-1120
   (210) 227-1460

   Dr. Goff may be called to testify about: (1) radiation exposure guidelines and compliance, (2) radiation safety policies and procedures, and (3) the safety of facilities and equipment.

S-109071 1

    3.      Dr. William McKinney
Brownsville Medical Center
1040 W. Jefferson
Brownsville, Texas 78520
(956) 544-1478

Dr. McKinney may be called to testify about: (1) radiation exposure guidelines and compliance, (2) radiation safety policies and procedures, and (3) the safety of Defendant's facilities and equipment.

Defendant reserves the right to call any expert designated by Plaintiff and do supplement the Designation of Expert Witnesses if necessary.

Respectfully submitted,

_(signature) Michael Fox by permission smg_
MICHAEL W. FOX
Attorney in Charge
State Bar No. 07335500
Southern District No. 10300
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701
Telephone: (512) 867-8400
Telecopier: (512) 867-8470

OF COUNSEL:
HAYNES AND BOONE, LLP
CHRIS A. SCHERER
State Bar No. 00794600
Southern District No. 19638
SHANNA M. GARCIA
State Bar No. 24014383
Southern District No. 26710
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205
Telephone: (210) 978-7000
Telecopier: (210) 978-7450

Attorneys for Defendant
TENET HEALTHCARE, LTD.
d/b/a BROWNSVILLE MEDICAL CENTER

## CERTIFICATE OF SERVICE

A copy of Defendant's Designation of Expert Witnesses has been served in compliance with the Federal Rules of Civil Procedure on July __19TH__, 2002, upon Plaintiff's counsel of record, Denis A. Downey, 1185 F.M. 802, Suite 3, Brownsville, Texas 78526-1538:

_[signature]_