34

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GRACIELA CISNEROS, Individually and as Representative of the Estate of FERNANDO CISNEROS, Deceased § § § § | |
| VS. § | CIVIL ACTION NO. B-01-037 |
| § | |
| BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, INC. And TRANSAMERICA ASSURANCE COMPANY § § § § | |

TYPE OF CASE:     __X__ CIVIL                           ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

(ALL PRIOR SETTINGS ARE PASSED)

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 29, 2002 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE.    SEPTEMBER 18, 2002

TO:      MR. DENIS DOWNEY
         MR. MICHAEL FOX