IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GRACIELA CISNEROS, Individually and As Representative of the Estate of FERNANDO CISNEROS, DECEASED Plaintiff, § § § § § | |
| VS. § | CIVIL ACTION NO. B-01-037 |
| § BROWNSVILLE MEDICAL CENTER, TENET HEALTHCARE, LTD. Defendants. § § § § | |

## NOTICE OF NONSUIT BY THE ESTATE OF FERNANDO CISNEROS

COMES NOW The Estate of Fernando Cisneros, Deceased, and, pursuant to Federal Rule of Civil Procedure 41 now voluntarily nonsuits the Estate's causes of action, with prejudice. Said nonsuit is pursuant to an agreement of parties plaintiff and parties defendant to settle this case and to hereafter dismiss all claims made by any plaintiffs as against defendants.

Respectfully Submitted,

_____
DENIS A. DOWNEY
State Bar No. 06085500
Federal No. 1186
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
956-544-0561 / 956-544-0562 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent this 21st day of October, 2002, via the U.S. Mail, first class, postage prepaid, to the following:

Chris A. Scherer
HAYNES AND BOONE, LLP
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205-1540

_____
Denis A. Downey