IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 9 2002

Michael N. Milby
Clerk of Court

| | |  |
|---|---|---|
| GRACIELA CISNEROS | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO: B-01-037 |
| | § | |
| BROWNSVILLE MEDICAL CENTER, | § | |
| TENET HEALTHCARE, INC. | § | |
| | § | |
| *Defendants.* | § | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, GRACIELA CISNEROS, jointly with Defendant, TENET HEALTHCARE, LTD. d/b/a BROWNSVILLE MEDICAL CENTER (erroneously named "Tenet Healthcare, Inc." by Plaintiff) file this Joint Motion for Dismissal with Prejudice and for such would show the Court as follows:

All matters in controversy between Plaintiff and Defendant have been negotiated and resolved and pursuant to a signed written agreement, the parties request that Plaintiff's causes of action against Defendant be dismissed with prejudice.

THEREFORE, Movants respectfully request that this motion be granted and that this lawsuit be dismissed with prejudice.

S-122152_1.DOC

Respectfully submitted,

_____
DENIS A. DOWNEY
1185 FM 802, Suite 3
Brownsville, TX 78521
State Bar No. 06085500
Telephone: (956) 544-0561
Facsimile: (956) 544-0562

ATTORNEY FOR PLAINTIFF


HAYNES AND BOONE, L.L.P.
112 E. Pecan, Suite 1600
San Antonio, Texas 78205
Telephone No. : (210) 978-7000
Telecopier No.: (210) 978-7450

By: _____
MICHAEL W. FOX
State Bar No. 07335500
CHRIS A. SCHERER
State Bar No. 00794600

ATTORNEYS FOR DEFENDANT