IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GRACIELA CISNEROS § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO: B-01-037 |
| § | |
| BROWNSVILLE MEDICAL CENTER, § | |
| TENET HEALTHCARE, INC. § | |
| § | |
| Defendants. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came before the Court the Joint Motion of Plaintiff Graciela Cisneros and Defendant Tenet Healthcare, Ltd. d/b/a Brownsville Medical Center (erroneously named "Tenet Healthcare, Inc." by Plaintiff) to dismiss all of the claims that were asserted by Plaintiff with prejudice. The Court, having been informed that the parties have compromised and settled the claims herein, and observing that this is a joint motion, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that all of the claims asserted by Plaintiff are hereby dismissed with prejudice, with costs taxed against the party incurring same.

SIGNED this 30 day of OCTOBER 2002.

_____
UNITED STATES MAGISTRATE JUDGE

S-122153_1.DOC